# EXHIBIT B

Case 1:21-cr-00371-BMC-TAM   Document 186-4   Filed 09/02/22   Page 1 of 3 PageID #: 5259

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Alison Marckstadt

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. District Court, Eastern District of New York<br>225 Cadman Plaza East, 5th Floor, Room N547<br>Brooklyn, New York 11201 | Date and Time:<br>Thursday, March 28, 2019 |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

For the period of January 1, 2016 to present, please produce any and all documents and records in your possession, custody or control, including all email, text and SMS communications, relating to: (i) the 2016 United States Presidential Campaign; (ii) the 58th Presidential Inaugural Committee; (iii) communications with any United States federal agency or federal official; (iv) official and unofficial representatives of the United Arab Emirates, the Kingdom of Saudi Arabia or the State of Qatar; and (v) businesses, sovereign wealth funds and individuals associated with the United Arab Emirates, the Kingdom of Saudi Arabia or the State of Qatar.

Please provide the requested records, along with a business records certification pursuant to Fed. R. Evid. 803(6), on or before March 28, 2019 to Special Agent Warren Y. Chiu at Federal Bureau of Investigation, 26 Federal Plaza, New York, NY 10278. SA Chiu can be reached at (212) 384-3709 or WYChiu@fbi.gov.

Date: 02/27/19

**DOUGLAS C. PALMER**
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Assistant U.S. Attorney Nathan Reilly, U.S. Attorney's Office, Eastern District of New York
271 Cadman Plaza East, Brooklyn, New York 11201
Nathan.Reilly@usdoj.gov
(718) 254-6196

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: