# EXHIBIT E

# PAUL HASTINGS

1(202) 551-1820
mattherrington@paulhastings.com

June 12, 2019

**VIA UPS**

Assistant U.S. Attorney Nathan Reilly
U.S. Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Dear Mr. Reilly:

On behalf our client, Colony Capital Inc. ("Company"), please find enclosed one (1) compact disc (CD) containing documents Bates numbered EDNY_0004261 – EDNY_0024557 that the Company is voluntarily producing in response to your March 19, 2019 request for documents.

As agreed upon during our meeting in your office on April 2, 2019, and confirmed subsequently during our call on June 3, 2019, we have prioritized production of documents relating to communications surrounding the Middle East, specifically the United Arab Emirates, Kingdom of Saudi Arabia, and the State of Qatar.

**Email**

The following documents are being produced:

- EDNY_0004261 to EDNY_0004334 contain Bruno Daddi's Colony emails;
- EDNY_0004335 to EDNY_0004355 contain Tommy Davis's Colony emails;
- EDNY_0004356 to EDNY_0004398 contain Ted Elkin's Colony emails;
- EDNY_0004399 to EDNY_0011820 contain Paul Fuhrman's Colony emails;
- EDNY_0011821 to EDNY_0018032 contain Jessica Gibbs's Colony emails;
- EDNY_0018033 to EDNY_0018520 contain Ashley Hall's Colony emails;
- EDNY_0018521 to EDNY_0024021 contain Tom Harrison's Colony emails; and
- EDNY_0024022 to EDNY_0024552 contain Alison Marckstadt's Colony emails;



Nathan Reilly
June 12, 2019
Page 2

Please note that many of these documents are also responsive to the individual document requests you sent to most of these individuals, respectively, on February 27, 2019.

To the extent possible, we have endeavored to provide the final and/or most recent version of an email exchange in those instances where multiple iterations may have existed.

**Text Messages**

In addition to the documents enumerated above, we are also producing the following text messages responsive to your February 27, 2019 (Messrs. Daddi and Davis and Mses. Hall and Marckstadt, respectively) and March 19, 2019 (Ms. Gibbs) requests for documents:

- EDNY_0024553 contains Bruno Daddi's text messages;
- EDNY_0024554 contains Tommy Davis's text messages;
- EDNY_0024555 contains Jessica Gibbs's text messages;
- EDNY_0024556 contains Ashley Hall's text messages; and
- EDNY_0024557 contains Alison Marckstadt's text messages

Please let us know if you have any questions.

Respectfully submitted,

Matthew J. Herrington

Enclosure

cc: Assistant U.S. Attorneys Ryan Harris and Hiral Mehta