# EXHIBIT F

```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ---------------------------------x
                                              21-CR-371(BMC)
 3   UNITED STATES OF AMERICA,
                                              United States Courthouse
 4            Plaintiff,                      Brooklyn, New York

 5            -against-                       June 3, 2022
                                              1:00 p.m.
 6   RASHID SULTAN RASHID AL
     MALIK ALSHAHHI, ET AL.,
 7
              Defendants.
 8   ---------------------------------x

 9           TRANSCRIPT OF CRIMINAL CAUSE FOR CURCIO HEARING
                  BEFORE THE HONORABLE BRIAN M. COGAN
10                UNITED STATES SENIOR DISTRICT JUDGE
                           VIA VIDEOCONFERENCE
11
     APPEARANCES
12   For the Government:          UNITED STATES ATTORNEY'S OFFICE
                                  Eastern District of New York
13                                271 Cadman Plaza East
                                  Brooklyn, New York 11201
14                                BY:  HIRAL D. MEHTA, AUSA
                                       CRAIG R. HEEREN, AUSA
15                                     RYAN C. HARRIS, AUSA
                                       SAMUEL P. NITZE, AUSA
16
     For Defendant Barrack:       O'MELVENY & MYERS LLP
17                                1999 Avenue of the Stars, 7th Floor
                                  Los Angeles, California 90067
18                                BY:  DANIEL M. PETROCELLI, ESQ.
                                       JAMES A. BOWMAN, ESQ.
19
                                  WILLKIE FARR & GALLAGHER LLP
20                                787 Seventh Avenue
                                  New York, New York 10019-6099
21                                BY:  RANDALL W. JACKSON, ESQ.

22                                PASICH LLP
                                  10880 Wilshire Boulevard, Suite 2000
23                                Los Angeles, CA 90024
                                  BY: KIRK A. PASICH, ESQ.
24
     Proceedings recorded by mechanical stenography.  Transcript
25   produced by computer-aided transcription.
```

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

```
 1    APPEARANCES(Continued)

 2

 3    For Defendant Grimes:      WINSTON & STRAWN LLP
                                 1901 L Street NW
 4                               Washington, D.C. 20036
                                 BY:  ABBE D. LOWELL, ESQ.
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18    Court Reporter:            Georgette K. Betts, RPR, FCRR, CCR
                                 Phone:  (718)804-2777
19                               Email:  Georgetteb25@gmail.com

20

21

22

23

24

25
```

1   Mr. Barrack a little bit.  I don't think it technically

2   creates any bigger conflict than O'Melveny already had, or any

3   bigger potential conflict than it already had.  But

4   essentially, Mr. Barrack, the concern is that when

5   Mr. Petrocelli cross examines her, if he does, he might have

6   personal knowledge of the things he's asking her about and he

7   can't ask her anything that would contradict his personal

8   knowledge because that would make him a witness in the case,

9   he can't be a witness in the case if it wouldn't be favorable

10  to you.  So that's the other part of the O'Melveny concern.

11              Do you understand that?

12              DEFENDANT BARRACK:  I do, your Honor, I'm perfectly

13  willing to accept that.

14              THE COURT:  Okay.  You okay, Mr. Mehta.

15              MR. MEHTA:  Yes, your Honor, thank you.

16              THE COURT:  I'm going to accept Mr. Barrack's waiver

17  of the potential conflict.  His waiver is knowing and

18  voluntary.  He's had counsel explain it to him and he was able

19  to intelligently summarize the conflict to the court.  I will

20  say, it's a -- parts of this are pretty esoteric or a far

21  unlikely conflict, it's not only potential, it's a far

22  potential, which is a factor that influences me in determining

23  to accept the waiver.  I think we all recognize that.  As to

24  this one, we're just being extra cautious to make sure there

25  is no compromise, but Mr. Barrack is well able to understand

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*