RECEIVED
HON. Brian M. Cogan
SEP 15 2022

September 14, 2022

**HAND DELIVERED**
The Honorable Brian M. Cogan
United States District Court Judge
United States District Court, Eastern District of New York|
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v Barrack, 21CR371

Dear Judge Cogan:

We are writing on behalf of our colleagues in the in-house press corps who cover the Brooklyn Federal Courthouse regarding the case of US v Barrack, 21CR371 (BMC).

Because of Covid social-distancing restrictions and the high media interest in the case, we are writing to ask you to consider reserving at least one row for in-house accredited press to ensure we're able to be in the courtroom during the trial. You employed such a measure during the trial of Joaquin "El Chapo" Guzman.

We are also writing to inquire about individual questioning of prospective jurors during voir dire. If you are going to conduct it in an open courtroom but at sidebar, we are asking if you would permit one pool reporter to attend who will listen and take notes.

Other Eastern District judges have permitted this practice in other high-profile cases, including most recently, US District Judge Kiyo Matsumoto for the 2017 trial of Martin Shkreli. US District Judge I Leo Glasser permitted it during John Gotti's trial and US Circuit Judge Reena Raggi permitted it during the Abner Louima trial.

Lastly, we are also writing to ask you to permit in-house reporters the ability to have their laptop computers in the overflow room. As in-house reporters who cover the building full time, we are authorized to have our phones and laptops in the building and are asking that this practice be extended to the overflow courtroom. Most recently, US District Judge Pamela Chen permitted it in the US v Brendan Hunt trial and Judge Matsumoto permitted it in Martin Shkreli's trial.

Thank you for your consideration,


Patricia M. Hurtado
Bloomberg News

Tom Hays
Associated Press

Rebecca O'Brien
New York Times

Shayna Jacobs
Washington Post

James Fanelli
Wall Street Journal

Ben Feuerherd
New York Post

Stewart Bishop
Law360

Nina Pullano
Courthouse News

HON. Brian M. Cogan

SEP 15 2022

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 15 2022 ★

**BROOKLYN OFFICE**

The Honorable Brian M. Cogan
United States District Court Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201