UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------x
:
UNITED STATES OF AMERICA              :
:
v.                                    :   Case No. 1:21-cr-00371 (BMC)(TAM)
:
RASHID SULTAN RASHID AL MALIK         :
ALSHAHHI, THOMAS JOSEPH BARRACK,      :   NOTICE OF APPEARANCE
and MATTHEW GRIMES,                   :
:
Defendants.              :
:
----------------------------------------x

PLEASE TAKE NOTICE that the undersigned attorney, David A. Kolansky, of Winston & Strawn LLP, hereby appears as counsel of record for Defendant Matthew Grimes in the above-captioned action and further requests that copies of all papers in this action be served upon the undersigned. I hereby certify that I am admitted to practice in this Court.

Dated: New York, New York
      September 16, 2022

Respectfully submitted,

/s/ *David A. Kolansky*
David A. Kolansky
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel.: (212) 294-2636
Fax: (212) 294-4700
dkolansky@winston.com

*Attorney for Defendant Matthew Grimes*