

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

1901 L Street, NW
Washington, DC 20036
T +1 (202) 282-5000
F +1 (202) 282-5100

**ABBE D. LOWELL**
Partner
(202) 282-5875
ALowell@winston.com

September 19, 2022

*VIA ECF*
The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Rashid Sultan Rashid Al Malik Alshahhi*, et al., 1:2l-cr-371 (BMC)

Dear Judge Cogan:

We write to respectfully request the Court's permission for Defendant Matthew Grimes to enter the courthouse with a laptop and/or cell phone for use at the trial of this matter.

| *Individual* | *Devices Permitted* |
|---|---|
| Matthew Grimes (Defendant) | 1 laptop, 1 cell phone |

We appreciate the Court's consideration of this application. For the Court's convenience, a proposed Order is attached as Exhibit A. Thank you.

Respectfully submitted,

/s/ *Abbe David Lowell*

Abbe David Lowell
Christopher D. Man
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
ADLowell@winston.com
202-282-5000 (ph)
202-282-5100 (fax)

Sofia R. Arguello
Johanna Rae Hudgens
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
SArguello@winston.com
212-294-6700 (ph)
212-294-4700 (fax)

*Counsel for Defendant Matthew Grimes*

cc: All counsel of record (via ECF)