IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-00371(BMC)(TAM) |
| | ) | Hon. Brian M. Cogan |
| MATTHEW GRIMES | ) | |

**<u>ORDER</u>**

WHEREAS, trial is scheduled to commence in the above captioned case on Monday September 19, 2022 in Courtroom 8D South before the Honorable Brian M. Cogan;

WHEREAS, counsel for Mr. Grimes has filed a letter motion requesting the Court's permission for Mr. Grimes to enter the Courthouse with one laptop and/or one cell phone for use in connection with the trial in this matter.

IT IS HEREBY ORDERED that Mr. Grimes will be permitted to enter the Courthouse with one laptop and/or one cell phone for use in connection with the trial in this matter.

SO ORDERED.

Dated: September 19, 2022
Brooklyn, New York

Digitally signed by Brian M. Cogan
_____
The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York