UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                            :

UNITED STATES OF AMERICA,         :

                                           :    **ORDER**

                                         :

           - against -           :    21-cr-371 (BMC)

                                         :

                                         :

AL MALIK ALSHAHHI, *et al.*,        :

                                         :

                   Defendants.   :

                                         :
------------------------------------------------------------- X

**COGAN**, District Judge.

Two of the Government's [266/267, 271/272] motions *in limine* are resolved as follows.

1.       The Government's [266/267] motion *in limine* to preclude testimony by defense expert witness Daniel N. Hoffman is denied as moot. Defendants have now provided the Government with a summary of their expert's anticipated testimony, and the Government has not objected to the completeness or timeliness of this disclosure.

2.       The Government's [271/272] request to exclude certain evidence as inadmissible hearsay is denied in part and granted in part.[1]

        a.       BX 170 and BX 183 are admissible for the non-hearsay purpose of demonstrating the nature of the relationship between Barrack and Al Malik.

---

[1] The Court resolved other issues raised in the motion related to defendants' use of certain exhibits on cross-examination in an oral ruling on October 3, 2022.

b.     BX 180 is admissible for the non-hearsay purpose of showing that Gibbs forwarded the Italian Prime Minister's contact information to then President-elect Trump's secretary.

c.     GE 22 is admissible to show Grimes' state of mind as an "endlessly loyal servant" of Barrack.

d.     GE 28 and GE 29 are admissible as business records.

e.     GE 61 is admissible so long as defendants establish authenticity.

f.     GE 75 is admissible because Grimes' command to "send along – per TJB" is not hearsay.  See Cameron v. New York City Dep't of Educ., No. 15-cv-9900, 2018 WL 1027710, at *5 (S.D.N.Y. Feb. 21, 2018) ("In general, commands are not hearsay unless they are used to prove the truth of an implicit assertion.").

g.     GE 92A and GE 92B are admissible to show the state of mind of the declarant in planning the referenced dinner.

h.     GE 104 is admissible, if not already admitted, to show the state of mind of defendants and the relationship between them.

i.     GE 134, GE 136, and GE 137 are admissible, if not already admitted, as non-hearsay commands and to show the nature of the relationship between defendants.

**SO ORDERED.**

Digitally signed by
Brian M. Cogan
U.S.D.J.

Dated: Brooklyn, New York
      October 7, 2022