```
 1    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
 2    -------------------------------x
                                        21-CR-371(BMC)
 3    UNITED STATES OF AMERICA,
                                        United States Courthouse
 4              Plaintiff,              Brooklyn, New York

 5              -versus-                October 24, 2022
                                        9:30 a.m.
 6    THOMAS BARRACK & MATTHEW GRIMES,

 7              Defendants.

 8    -------------------------------x

 9                  TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
                    BEFORE THE HONORABLE BRIAN M. COGAN
10                  UNITED STATES SENIOR DISTRICT JUDGE
                              BEFORE A JURY
11

12    APPEARANCES

13    For the Government:       UNITED STATES ATTORNEY'S OFFICE
                                Eastern District of New York
14                              271 Cadman Plaza East
                                Brooklyn, New York 11201
15                              BY:  RYAN C. HARRIS, AUSA
                                     SAMUEL P. NITZE, AUSA
16                                   CRAIG HEEREN, AUSA
                                     HIRAL D. MEHTA, AUSA
17                                   MATTHEW McKENZIE, AUSA

18
      For Defendant Barrack:    WILLKIE FARR & GALLAGHER, LLP
19                              787 Seventh Avenue
                                New York, New York 10019
20                              BY:  MICHAEL S. SCHACHTER, ESQ.
                                     RANDALL JACKSON, ESQ.
21                                   CASEY DONNELLY, ESQ.
                                     STEVEN BALLEW, ESQ.
22    Court Reporter:           Georgette K. Betts, RPR, FCRR, CCR
                                Phone:  (718)804-2777
23                              Email:  Georgetteb25@gmail.com

24
      Proceedings recorded by mechanical stenography.  Transcript
25    produced by computer-aided transcription.
```

(APPEARANCES)

For Defendant Barrack:    O'MELVENY & MYERS LLP
                          400 South Hope Street
                          Los Angeles, California 10036
                          BY:  JAMES A. BOWMAN, ESQ.


For Defendant Grimes:    WINSTON & STRAWN LLP
                         1901 L Street NW
                         Washington, DC 20036
                         BY:  ABBE D. LOWELL, ESQ.
                              SOPHIA ARGUELLO, ESQ.
                              JOHANNA HUDGENS, ESQ.
                              DAVID KOLANSKY, ESQ.


Court Reporter:          Georgette K. Betts, RPR, FCRR, CCR
                         Phone:  (718)804-2777
                         Fax:    (718)804-2795
                         Email:  Georgetteb25@gmail.com


Proceedings recorded by mechanical stenography.  Transcript produced by computer-aided transcription.

                          CASSIS - CROSS - MR. NITZE

 1                    (In open court; Jury not present.)

 2              THE COURTROOM DEPUTY:  All rise.  The Honorable

 3    Brian Cogan now presiding.

 4              THE COURT:  Good morning.  Let's have the jury in

 5    and the witness back.

 6                    (Jury enters courtroom.)

 7              THE COURT:  All right.  Everyone be seated.

 8              Good morning, ladies and gentlemen, hope you had a

 9    nice weekend.  We will continue with cross-examination.

10                    (Witness takes the witness stand.)

11    **BRADY CASSIS,** called as a witness, having been previously

12    first duly sworn/affirmed, was examined and testified further

13    as follows:

14    CROSS-EXAMINATION (Continued)

15    BY MR. NITZE:

16    Q    Good morning, Mr. Cassis.

17    A    Good morning, Mr. Nitze.

18    Q    Did I pronounce your name correctly?

19    A    It's Cassis.

20              MR. NITZE:  Good morning, Mr. Cassis.

21              Good morning, ladies and gentlemen, of the jury.

22              THE JURY:  Good morning.

23    Q    Mr. Cassis, you were asked some questions on direct

24    examination about receiving a subpoena from the government, do

25    you remember that?

                    CASSIS - CROSS - MR. NITZE

1    A    Yes, I do.

2    Q    And you received that subpoena approximately 10 days ago,

3    correct?

4    A    That's right, yes.

5    Q    And at that time you had just returned from overseas,

6    right?

7    A    That's correct.

8    Q    How long were you overseas?

9    A    I believe I was overseas for four days.

10   Q    And after you received the subpoena, you declined,

11   through your lawyer, to meet with the government, right?

12   A    That's correct.

13   Q    But you did agree to prepare for your testimony with

14   counsel for Mr. Barrack, correct?

15            MR. JACKSON:  Objection.

16            THE COURT:  Overruled.

17   A    Yes, I did.

18   Q    And someone asked you to look at the notes prepared by

19   Special Agent Warren Chiu, right?

20            MR. JACKSON:  Objection.

21            THE COURT:  Overruled.

22   A    Yes, that's correct.

23   Q    And the 302, the FBI report?

24   A    Yes, that's correct.

25   Q    Did you study those again over the weekend?

CASSIS - CROSS - MR. NITZE

1    A    No, I didn't.

2    Q    Did you look at your notes again over the weekend?

3    A    I did, yes.

4    Q    By the way, your notes, the notes that were put into

5    evidence, those -- was that the version that you saved right

6    at the end of the interview?

7    A    I can speak to the content of the notes were the version

8    that I saved at the end of the interview.  I'm not sure

9    precisely what version was put into evidence.

10    Q    So there was more than one version?

11    A    I don't know.  I know that the substance of the notes is

12    the -- the same as the substance that was saved at the end of

13    the interview after I completed taking notes.

14    Q    As you sit here you don't know whether you had created

15    more than one version of the notes?

16    A    I didn't create more than one version of the notes, no.

17    Q    So you saved a single version and then there were no

18    updates, you didn't clean them up or change them in any

19    respect, just a single time you saved a single document, is

20    your testimony?

21    A    Yes, sir.

22    Q    And did you ultimately create a memorandum or another

23    document based on those notes?

24          MR. JACKSON:  Objection.  Privilege.

25          THE COURT:  Overruled.

CASSIS - CROSS - MR. NITZE

1    A    The group of lawyers who were -- from my firm who were in

2    the meeting collaborated on a memorandum, yes.

3    Q    The group of lawyers who were in the meeting collaborated

4    to make a report of the interview; is that right?

5              MR. JACKSON:  Objection.  Misstates testimony.

6              THE COURT:  Overruled.

7    A    Yes.  A memorandum was prepared that addressed the

8    subject of the interview -- addressed the topics that were

9    covered in the interview.

10   Q    Okay.  And did you rely on your notes in contributing to

11   that memorandum?

12   A    Yes, I did.

13   Q    Now, did you read -- you're aware that Special Agent

14   Mergen, an agent of the FBI who was at the interview,

15   testified in this case, right?

16   A    I'm aware of that, yes.

17   Q    Did you read her testimony?

18   A    I did not, no.

19   Q    And the purpose of your reviewing Special Agent Chiu's

20   notes and 302 was to make sure your testimony today and Friday

21   would be helpful to Mr. Barrack; isn't that right?

22   A    The purpose of reviewing was to see other -- to see how

23   the interview was captured by other individuals who had made a

24   record at the time.

25   Q    And you were called as to the stand as a witness for

CASSIS - CROSS - MR. NITZE

1   Mr. Barrack, correct?

2   A    That's correct, yes.

3   Q    Was one purpose in reviewing the notes to refresh your

4   recollection of the interview?

5   A    You're referring to my notes or --

6   Q    Warren Chiu's notes, Special Agent Chiu's notes?

7   A    Yes, I suppose so.

8   Q    Okay.  And so if part of the purpose was to refresh your

9   recollection, there might have been information in those notes

10  that could jog your memory about some part of this interview

11  which took place some time ago, right?

12  A    For sure, yes.  The interview was almost three and a half

13  years ago.

14  Q    Now I think you testified that one of the reasons you

15  take notes on a laptop is that you have a hard time reading

16  your own handwritten notes.  Do you remember that?

17  A    Occasionally yes, that and just I can take down

18  information a lot faster on the laptop.

19  Q    Okay.  But you'd agree with me that some people might not

20  have difficulty reading their own handwriting, correct?

21          MR. JACKSON:  Objection.  Speculative.

22          THE COURT:  Overruled.

23  A    Some people have much better handwriting than I do, yes.

24  Q    Okay.  And some people might not find it -- might find it

25  more effective for them to take notes by hand than on a

3894

CASSIS - CROSS - MR. NITZE

1   computer, correct?

2   A    Sure.  Everybody has their own approach.

3   Q    Everybody has their own approach.

4        And as you sit here today you don't know one way or

5   the other what method for note-taking Special Agent Warren

6   Chiu finds most effective for him, right?

7   A    Of course, yes, I don't know what he finds most effective

8   for him.

9   Q    Okay.  You've been in other interviews in your work as an

10  attorney where representatives of the government took notes on

11  a pad, correct?

12  A    Yes, that's correct.

13  Q    And you're familiar with something called a legal pad,

14  right?

15  A    Yes, I am.

16  Q    That's something that lawyers use to put notes down on

17  paper, right?

18  A    Yes.

19  Q    Now with respect to the mechanics of the interview, you

20  testified about, to your understanding nobody asked that the

21  interview be recorded, correct?

22            MR. JACKSON:  Objection.  Foundation.

23            THE COURT:  Overruled.

24  A    That was my understanding, yes.

25  Q    You didn't ask for it to be recorded?

CASSIS - CROSS - MR. NITZE

1   A     No, I didn't.

2   Q     You didn't hear Mr. Harrington or anyone else on your

3   team ask that it be recorded, right?

4   A     No, I don't recall that --

5   Q     Okay.

6   A     -- anyone asking.

7   Q     And the interview took place at your offices, that is,

8   the offices of the law firm where you worked, right?

9   A     Yes, that's correct.

10  Q     And so putting aside whether anybody requested it, as

11  just a practical matter, it would have been easy to record the

12  interview, right?

13  A     I suppose so.  I certainly would have needed help from

14  the IT team, but yeah.

15  Q     Well, I mean you could have put an iPhone on the table

16  and pressed record conceivably, right?

17  A     Conceivably, sure.

18  Q     Now at the time of that interview you and everybody else

19  in the room understood full well that the interview was taking

20  place in the middle of an ongoing Grand Jury investigation out

21  of the Eastern District of New York, right?

22          MR. JACKSON:  Objection.

23          THE COURT:  Overruled.

24          MR. JACKSON:  Your Honor, everyone else in the room?

25          THE COURT:  What he knows, it's what he knows.

CASSIS - CROSS - MR. NITZE

1   A    I can speak for myself, I knew there was a Grand Jury

2   sitting in the Eastern District of New York.

3   Q    Because by that time, you and your firm, as you testified

4   Friday, had already received Grand Jury subpoenas and been

5   authorized to accept that receipt on behalf of, among other

6   Colony employees, Alison Marckstadt and Ashley Hall?

7   A    Yes, you showed me an email that showed that we asked,

8   our firm did.

9   Q    I showed you an email that refreshed your recollection

10  that that was so and you said, yes, I remember that so, right?

11  A    Yes.

12  Q    And you and your firm at that point, you recall, had been

13  negotiating for Jessica Gibbs not to receive a Grand Jury

14  subpoena, but instead to provide documents voluntarily.

15       Do you recall that?

16  A    I didn't recall that aspect at the time, but it was

17  refreshed in the document that you showed me.

18  Q    And you, yourself, had been out to Los Angeles to

19  Colony's offices to collect documents, I believe that was your

20  testimony, right?

21  A    Yes.

22       MR. NITZE:  And if I could show Defense Exhibit 1067

23  in evidence for everybody.

24  Q    Does that look like Colony's offices to you?  It's a

25  rendering, but does it accurately sort of give a sense of what

3897

CASSIS - CROSS - MR. NITZE

1   those offices look like?

2   A    I have to be honest, I don't really recall precisely what

3   they look like.  I know they were in a high rise in downtown

4   Los Angeles.

5   Q    Would it surprise you if this were in evidence as a

6   rendering of Colony offices in LA?  Does this conflict with

7   any memory you have?

8   A    It certainly doesn't conflict, no.

9   Q    Okay.  Now at the time of the interview, this voluntary

10  interview of Mr. Barrack, he was not your only client, fair to

11  say?

12  A    No, he was not my only client at that time.

13  Q    Not your only matter you were working on as an associate

14  at the firm?

15  A    That's correct, there were other matters.

16  Q    Do you have an estimate of how many other things you were

17  working on, other matters at that time?

18  A    Probably -- I don't recall precisely, probably three or

19  four other matters at that time.

20  Q    They keep you all working pretty hard as associates at

21  these law firms, don't they?

22  A    They do, yes.

23  Q    And at that time you were a private sector attorney, you

24  were not a member of law enforcement, right?

25  A    That's correct.

3898

CASSIS - CROSS - MR. NITZE

1   Q    And so you were not responsible for carrying out a

2   criminal investigation into a potential foreign influence

3   operation, right?

4   A    That's correct.

5   Q    You were not responsible for assessing all of the

6   evidence the government and the Grand Jury had gathered at the

7   time of that interview, correct?

8   A    Yes, that's correct.

9   Q    In fact, you had no visibility into all of the evidence

10  that had been collected at that time, correct?

11  A    That's correct, I wouldn't have.

12  Q    You weren't the lead member of the team representing

13  Mr. Barrack even, right?

14  A    Oh, no, I was not.

15  Q    You were there taking notes?

16  A    That's correct.

17  Q    Okay.  And you didn't know which questions the government

18  was going to ask, right?

19  A    Didn't know which precise questions for sure.

20  Q    They didn't give you a list -- the government didn't give

21  you a list of questions, right, there were some topics, but

22  not lists of questions?

23  A    Yes, that's exactly right.

24  Q    Okay.  And you couldn't possibly have known the

25  significance, if any, of Mr. Barrack's answers to the

3899
CASSIS - CROSS - MR. NITZE

1    government's investigation, could you?

2    A    Without the context no, I couldn't have.

3    Q    Now you acknowledged on your direct examination that you

4    didn't take down every word in the interview, right?

5    A    That's right.

6    Q    In fact, there are lots and lots of words you didn't take

7    down, right?

8    A    I'm sure there were, yes.

9    Q    I mean this Exhibit 1700, which we're going to spend some

10   time with, is just like barely goes on to 18th page.  You

11   could probably read this -- I won't have you do it, but you

12   could probably read this into the record in, what, like an

13   hour and 10 minutes or something?

14   A    I don't know how long it would take, but...

15   Q    It wouldn't take you five and a half hours though, would

16   it?

17   A    Probably wouldn't, no.

18           MR. NITZE:  All right.  Let's publish if we could

19   the first page of Barrack 1700, these are your notes.  If we

20   could just blow up a little bit of the top portion, the first

21   portion of the notes.

22           So the very first line of your notes says Agent Chiu

23   and Morgan, colon, FBI.

24           Do you see that?

25   A    Yes.

CASSIS - CROSS - MR. NITZE

1  Q    What's -- to your recollection what is that a reference

2  to?

3  A    That's a reference to the name of -- two of the FBI --

4  the two FBI agents who were there at the interview.

5  Q    Do you remember their full names?

6  A    I know it was Ashley Mergen, spelled differently.  Agent

7  Chiu, I don't recall his first name.

8  Q    And do you recall there was a third representative of the

9  FBI at the meeting?

10  A    There was, yes.

11  Q    And what was his name?

12  A    I believe it was an agent or Mr. Smith.

13  Q    But he's -- these are the very first line of your notes,

14  right, you're just getting started, his name is not on here?

15  A    His name is not on the notes, no.

16  Q    Why not?

17  A    When the interview starts, sometimes I don't capture all

18  the names immediately but there are other ways to make sure

19  you have the names of everybody who participated in the

20  interview.

21  Q    So after the interview, if you need to document maybe in

22  the memorandum you're talking about, who was there, there are

23  other ways of filling in that gap, right?

24  A    For sure, yes.

25  Q    One of those would be discussion with the other people

CASSIS - CROSS - MR. NITZE

1   who were there, right?

2   A    Yes, that's one way.

3   Q    Hey, what was the name of that guy, the third -- there

4   was a third FBI, right, that's Grant Smith.  Does that name

5   ring a bell?

6   A    Grant Smith, yes, that's his name.

7   Q    Actually he wasn't an agent, was he?

8   A    I'm not entirely sure.  I know he was from the FBI.

9   Q    So as you sit here now, do you know what role Mr. Smith

10  had at the FBI?

11  A    I believe he was a forensic accountant.

12  Q    A forensic accountant.

13  A    Yeah.

14  Q    And so if it were important to document who attended the

15  interview, collectively you all could have figured that out

16  after the interview, right?

17  A    Yes.

18  Q    I think you testified that there's a sign-in in the lobby

19  maybe that would be a way, right, people are coming in and you

20  could check the logs if you needed to?

21  A    Yes, for sure.

22  Q    Did you need to, do you remember?

23  A    I don't -- I don't remember precisely how I learned the

24  name, but I know that I did.

25  Q    And you didn't write down here the members of your own

CASSIS - CROSS - MR. NITZE

1   team, right, that is to say -- there's no list of the

2   attorneys from your firm who attended the meeting, right?

3   A    Not in the notes, no.

4   Q    You say not in the notes, is there some other place where

5   that's written down?

6   A    I'm sure there is.  There were emails leading up and I

7   can certainly remember the other two attorneys who were in the

8   meeting.

9   Q    Okay.  Even as you sit here now you can remember the

10  other attorneys who attended the meeting, right?

11  A    Yes.

12  Q    And so it wasn't necessary to have that put down in these

13  notes for that aspect of the interview to be preserved, to be

14  remembered, correct?

15  A    That's correct, yes.

16  Q    By the way, you didn't write down on here I notice what

17  everybody was wearing.  Is it your practice generally to write

18  down what people are wearing in interviews?

19  A    Generally not my practice, no.

20  Q    Because it's irrelevant, right?

21  A    It's probably irrelevant unless -- it's, yes, it's

22  irrelevant.

23  Q    Unless it's like a fashion crime that's being

24  investigated.  You don't remember the color of the tie that

25  Mr. Reilly was wearing, do you?

3903

CASSIS - CROSS - MR. NITZE

1  A    I don't, no.

2  Q    Now you used some shorthand or shortcuts in your

3  note-taking, correct?

4  A    Yes, I do.

5  Q    That is to say, initials or fragments of words,

6  abbreviations and so on as you take notes, right?

7  A    Yes.

8  Q    And that's in part for efficiency, right?  You've got

9  somebody talking, you're trying to capture best you can the

10  important aspects of what's said, and if you have to write out

11  Mississippi it's like a lot of letters so you might put MI or

12  something like that, right?

13  A    For sure, yes.

14  Q    And so even just right here on the screen, BAC hands out

15  two Colony emails, what's BAC?

16  A    Those are my initials.

17  Q    I guess you really wouldn't remember that no problem

18  afterwards, right?

19  A    Yes.

20  Q    And ME funding, what do you mean when you write ME

21  funding?

22  A    ME would have referred to Middle East, Middle East

23  funding.

24  Q    It's just faster to write ME than Middle East, right?

25  A    Yes.

CASSIS - CROSS - MR. NITZE

1   Q   By the way, so you were handing out emails, you had two

2   emails to hand out at the beginning of the interview?

3   A   I believe I had two documents, I don't recall if they

4   were emails.

5   Q   Well, might they have been charts reflecting investment

6   activity?

7   A   Yes, that's correct.

8   Q   Correct that it might have been, or do you recall now

9   that is what they were?

10  A   That is what they were.

11  Q   So they weren't emails?

12  A   They weren't emails, no.

13  Q   So when you have in your notes here emails, that's not

14  quite accurate, is it?

15  A   Not quite accurate, no.

16  Q   Would that have posed some great difficulty for you as

17  you were drafting your memorandum that you wrote emails

18  instead of charts when you were the one who handed out the

19  charts?

20  A   No, I would have made that correction.

21  Q   'Cause you would have remembered, right?

22  A   That's right.

23  Q   Okay.  In fact, you remember right now all these years

24  later, right?

25  A   Yes, I do.

CASSIS - CROSS - MR. NITZE

1    Q    Okay.  Then just a little further down the page you see

2    TB and there is a colon.  TB stands for Tom Barrack I take it?

3    A    Yes.

4    Q    And then there is a bullet that says, Give background.

5    Mr. Barrack didn't say give background, right?

6    A    I don't believe he said give background.

7    Q    That would have been an odd phrasing, right?

8    A    That's correct.

9    Q    And fair to say that's really just an indicator that in

10   this section of the interview Mr. Barrack was providing some

11   background, right?

12   A    Yes.

13            MR. NITZE:  And then just move a little further

14   down, sorry, it's on page 2, if we go to page 2.

15   Q    And if you see there the bullet points at the top, sort

16   of the empty unfilled circles, one, two, three, four, five,

17   you see the sentence that begins, Can't tell you why Qatar

18   under bus.

19            Do you see that?

20   A    Yes, I see that.

21   Q    The phrase -- do you recall writing that phrase, Qatar

22   under bus?

23   A    I'm sure that I wrote it given it's in my notes.

24   Q    But as you sit here now you don't have a specific

25   recollection of typing that phrase?

CASSIS - CROSS - MR. NITZE

1   A    No.

2   Q    And as you sit here now, do you have a specific

3   recollection of whether Mr. Barrack said those words in that

4   order like that, Qatar under bus?

5   A    I don't have a specific memory.  I'm sure he said it in a

6   sentence format.

7   Q    Okay.  Let's stay on this page.

8        You see down to the second dark outer bullet, TJB

9   I'm not political, and then two down, bullets down there,

10  there is a, during transition, very difficult to get

11  intellectual talent to participate.  Thought Rex Tillerson was

12  great.  Experience, conciliator.

13       So Rex Tillerson, you understand that to be the

14  former Secretary of State under President Trump, right?

15  A    Yes, I do.

16  Q    Then you've written these two words:  Experience,

17  conciliator.

18       Do you understand what you meant when you wrote

19  that?

20  A    I understand that that would -- those would have

21  reflected words that Mr. Barrack would have used to describe

22  Mr. Tillerson.

23  Q    Okay, but said like that, like he's talking and then all

24  of a sudden he says experience, conciliator or does that just

25  capture the idea that Mr. Barrack was getting across in the

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

CASSIS – CROSS – MR. NITZE

1   interview?

2   A    It would capture the idea and I probably captured the

3   words that Mr. Barrack used.

4   Q    And essentially that Rex Tillerson was great and

5   experienced and a conciliator, something like that?

6   A    Yes.

7   Q    Let's go to page 6 I think you testified about this on

8   Friday.  I'm going to the one, two, three, fourth, fifth,

9   sixth bullet down, best of recollection, there may have been

10  discussion.  What was motivation to meet SHT.  And your

11  understanding is SHT refers to Sheikh Tahnoun, right?

12  A    Yes, that's correct.

13  Q    As you sat there in the interview, what was your

14  understanding, if you had one, as to who Sheikh Tahnoun was,

15  what his role was?

16  A    I understood him to be a -- be an individual in the UAE,

17  an individual that -- that was affiliated with the royal

18  family there.

19  Q    Okay.  I just noticed you used the word affiliated, what

20  do you mean when you say affiliated?

21  A    I think he was a family member.

22  Q    Do you remember on Friday being asked some questions

23  about a question that you used the word affiliated in saying

24  you were confused, you didn't know what that question meant,

25  do you remember that?

3908

CASSIS - CROSS - MR. NITZE

1   A    Yes, I remember that.

2   Q    Okay.  Let's read, if you could, into the record the next

3   bullet, that is, Mr. Barrack's -- your notes reflecting

4   Mr. Barrack's answer to that question.

5   A    TJB.  Thought he would be a fascinating future source of

6   capital and investments.  Dominant investor.  One of good

7   friends is Alabbar is an avid endurance Arabian horse rider.

8   Met Tahnoun and brother Mansour at Alabbar at one of these

9   events.  One thing that distinguishes him is he shows up.

10  More connections advantageous.

11  Q    If you go down a little further, Ms. Pershad, you see

12  there's a question.  This is under a heading, the outer bullet

13  is, NR:  Early May go to UAE.  Do you see that?  And then

14  there's a series of questions and answers that follows, and

15  the fourth bullet down, NR -- NR, by the way, is a reference

16  to the prosecutor who was asking those questions, right?

17  A    Yes, that's right.

18  Q    He says, What is goal here.  Commercial relationships,

19  campaign.  And Mr. Barrack says, goal commercial.  To build

20  relationship with this man over time, large investor in

21  region.  Then there is this Windows, arrow, not communicating

22  message or amplifying a need.

23       Do you remember what Mr. Barrack said specifically

24  that caused you to write that note?

25  A    I don't remember specifically, no.

3909

CASSIS - CROSS - MR. NITZE

1    Q    Can you interpret your note for us now?

2    A    No, I don't think I can, no.

3    Q    If we could go, I'm moving us back and forth just a bit

4    to page 2 again, I missed something there.  I think the fourth

5    from the bottom I want to say.

6              Do you recall that Mr. Barrack was asked some

7    questions about whether the Trump administration ever asked

8    him to communicate or give messages to the Middle East.  Do

9    you have any recollection of that?

10   A    Yes, I do.

11   Q    And also whether Mr. Barrack was asked by representatives

12   of countries in the Middle East to communicate with the Trump

13   Administration.  Do you remember that?

14   A    Yes, I do.

15   Q    And then if you could just read there's this idea -- see

16   that bullet that says idea, wrap a tapestry of tolerance all

17   around them.  If you could read the next fragment.

18   A    Never admin ask to communicate to Arabs or vice versa.

19   Q    And what do you understand by that.  What do you mean by

20   that?

21   A    I believe that would mean that never did the Trump

22   Administration ask Mr. Barrack to communicate to Arabs or the

23   other way around --

24   Q    Okay.

25   A    -- communicate to the administration.

CASSIS - CROSS - MR. NITZE

1          MR. NITZE:  And then this is in some respects

2     related, so if we could go to page 11 please.  Sorry I need

3     just one moment.  If you go down to the third-to-last bullet

4     in public-facing stuff during the campaign is the heading.

5     There you go.

6     Q    Can you just read the last sentence in that bullet, it's

7     bullet that starts yes, but Arabs have no spokesperson.

8     A    Starting with Never?

9     Q    Please.

10    A    Never once in Trump related things has anyone asked for

11    anything except Qatar trying to get meeting once.

12    Q    Now do you recall, just as general matter, the subject of

13    the Qatari blockade being a subject about which some questions

14    were asked?

15    A    Yes, I do.

16    Q    And also the possibility of a meeting at Camp David in

17    connection with that conflict?

18    A    Yes, I recall that.

19    Q    Okay.  If we could go to page 14.  And the second bullet,

20    dark bullet down on the screen, now recall, have any meetings

21    in late September, October 2017 time frame with Rashid

22    discussing issue.

23          Do you see that question?

24    A    Yes, I do.

25    Q    And I can show you the previous page if helpful to

3911

CASSIS - CROSS - MR. NITZE

1    refresh your memory, but do you recall that that issue that

2    was being discussed there is the issue of the blockade and the

3    possible Camp David meeting.  Do you recall that?

4    A    Yes, I recall that.

5    Q    Then if you could just read the two bullets below

6    starting with Don't recall.

7    A    Don't recall talking with Rashid at this time.  Once

8    blockade went up he became very Emirati.  Rashid was friends

9    with Emiratis, but by this point.

10   Q    Okay.  And A couple of questions.  First of all, do you

11   understand Mr. Barrack to be talking about Rashid Al Malik?

12   A    Yes, I do.

13   Q    And to your recollection, did Mr. Barrack elaborate on

14   what he meant by very Emirati?

15   A    I don't recall precisely, no.

16   Q    As you sit here, do you know what that means?

17   A    I would think that he became more patriotic or partisan

18   over the Emirati side of the blockade issue, my understanding.

19   Q    Then the next bullet says, Rashid was friends with the

20   Emiratis, but by this point and there's a period at the end.

21   That's not a sentence, though, is it?

22   A    That's not a sentence, no.

23   Q    And Mr. Barrack didn't say but by this point and then

24   stop talking, right?

25   A    Probably not.

CASSIS - CROSS - MR. NITZE

1    Q    Probably not.

2              Do you remember what thought was articulated to

3    finish that sentence?

4    A    I don't remember now, no.

5    Q    And it's not in the notes, right?

6    A    It's not in the notes, no.

7              MR. NITZE:  If we go to page 6, please.  Sorry, I'm

8    on the wrong page.  Let me just get you -- page 14, the same

9    page.  My apologies.

10   Q    You see there's this heading, Marshall Plan and the sixth

11   bullet down -- well, there's a question that says, Goal to get

12   Tillerson McMaster on board, question mark.  And then

13   Mr. Barrack says, they were on board, died on Jared's desk.

14   JK -- by the way, that's a reference to Jared Kushner,

15   correct?

16   A    That's correct.

17   Q    JK he's brilliant, he's young, Machiavellian.  The

18   Machiavellian is what?

19   A    Thinks very strategically, follows a Machiavelli's

20   lessons.

21   Q    Yes, keep your friends close and your enemies closer,

22   something like that?

23              MR. JACKSON:  Objection, your Honor.

24              THE COURT:  Overruled.

25   Q    First lesson of war is consolidate own power.  He wanted

CASSIS - CROSS - MR. NITZE

1    to be the one putting it together and is doing MP with

2    Palestine/Bahrain now but he wanted to be the one in the

3    control.  And then there is the other bullet, at time merger

4    of company not going well.  Went back to his day job.

5              Now that's Mr. Barrack saying that, right, about

6    himself?

7    A    Yes.

8    Q    And you understand that the merger that's not going well

9    is the merger of Colony with Northstar, right?

10   A    I believe that was the merger that he's referring to,

11   yes.

12   Q    Okay.  And Mr. Barrack's day job is his job as the head

13   of Colony, right?

14   A    Yes, that's right.

15   Q    So he's indicating that given Kushner's approach here,

16   consolidate own power, be the one putting it together,

17   Mr. Barrack is going to go back to tending to his company, his

18   day job, particularly since a merger is not going well, fair

19   to say?

20   A    Yes, that's what the -- that's what the -- that's what

21   the notes reflect, yes.

22   Q    Okay.  Page 14, please.  I guess we're on page 14.  At

23   the top.  There's this question recall meeting between MBZ and

24   Bannon.  That's a reference to Steve Bannon, right?

25   A    Yes.

CASSIS - CROSS - MR. NITZE

1    Q    And MBZ is the UAE leader Mohammed bin Zayed, correct?

2    A    Yes, it's Mohammed bin Zayed.

3    Q    Okay.  And you note that Mr. Barrack said not at meeting,

4    zero role in preparing the meeting, right?

5    A    Yes, that's what the notes say, yes.

6    Q    Zero is like none at all, right?

7    A    Yes.

8    Q    And then learned about meeting after the fact you wrote,

9    right?

10   A    Yes.

11   Q    Which indicates Mr. Barrack said he learned about the

12   meeting between MBZ and Bannon after the meeting, right?

13   A    Yes.

14   Q    That makes sense because if you learn about the meeting

15   afterward, you can't help in preparing or contributing to it

16   beforehand, right?

17   A    Yeah, if you didn't know that the meeting occurred, you

18   wouldn't learn it -- you wouldn't learn about it until

19   after -- you wouldn't know about it until afterward.

20   Q    Now on page 17, if we could, there is a heading that says

21   Next.  What's that by the way, just like this is the next

22   thing?

23   A    My guidepost to just indicate that a topic that there was

24   a progression to a new topic.

25   Q    The question put to Mr. Barrack is:  Didn't feel like

3915

CASSIS - CROSS - MR. NITZE

1    being asked to do things on behalf of UAE by Rashid.

2    Mr. Barrack's said, no.  Mr. Reilly says being pumped for

3    information by Rashid about campaign.  Mr. Barrack says, no.

4    Impression at time.  Battle in the majlis between Nader and

5    Rashid.

6            Do you know what that word M-A-J-L-I-S means?

7    A    I believe it's sort of meeting held at the -- at the --

8    with leadership in the Middle East and -- and that happens in

9    the Court over in the UAE.

10   Q    And Nader, do you know who that's a reference?

11   A    That's a reference to George Nader.

12   Q    Who is George Nader?

13   A    He was another foreign policy oriented individual who was

14   involved in the UAE.

15   Q    Let's go to this next heading, More Ministerial Question.

16   You testified on Friday that header was a note to yourself

17   reflecting that this seemed to you at least, I think you said

18   seemed to me at least, to be more of a housekeeping question

19   as opposed to the substantive questions that had come up

20   earlier.

21           Do you remember that testimony?

22   A    Yes, I do.

23   Q    And so fair to say, to you anyway, you placed less

24   significance on this section of the interview.  It was not a

25   matter of substance from your perspective, correct?

CASSIS - CROSS - MR. NITZE

1   A    Well, I'd say it just reflected a new topic, and it was a

2   topic that didn't -- I did not perceive to be substantive

3   compared to the earlier topics that were discussed.

4   Q    But you don't know what importance, if any, the

5   government representatives placed on the answers to these

6   questions, do you?

7   A    No, I don't.

8   Q    You didn't know then and you don't know now, because how

9   could you, right?

10  A    That's correct, yes.

11  Q    But no one from the government side said, all right,

12  folks, these are the ministerial questions, right?

13  A    Not that I recall, no.

14  Q    And no one said, by the way, what we said about lying at

15  the beginning, no problem now if you want to lie.  Nobody said

16  that, right?

17  A    Nobody said that, no.

18                (Continued on the next page.)

19

20

21

22

23

24

25

Cassis - Cross - Mr. Nitze

1    CROSS-EXAMINATION

2    BY MR. NITZE:  (Continuing)

3    Q    Okay.  Now, in that section there, there's this question:

4    Any other messaging platform you were using?

5             Do you see that question?

6    A    Yes, I do.

7    Q    Now, if I ask you the question right now, Mr. Cassis, do

8    you have any other wallet, how would you answer me?

9    A    Do I have any other wallet?

10   Q    Yeah.

11   A    I'd ask you to clarify the question.

12   Q    It's kind of a weird question, right?

13   A    Yes.

14   Q    Now, if I ask you:  Do you have a wallet?

15   A    Yes.  I would answer yes, I do have a wallet.

16   Q    Okay.  Is it leather?

17   A    Yes, it is.

18   Q    You keep it in your back pocket?

19   A    Back or front, yes.

20   Q    Okay.  Now if I ask you:  Do you have any other wallet?

21   Does the question make more sense?

22   A    Yes, it does.

23   Q    Do you?

24   A    No, I don't.

25   Q    Okay.  So let's go back to this question here.

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

Cassis - Cross - Mr. Nitze

1          Mr. Reilly asks:  Any other messaging platform that

2     you were using?

3          Do you see that question?

4     A    Yes.

5     Q    Now, that suggests that there has already been a

6     discussion about messaging platforms, right?

7     A    Yes.

8     Q    Is there a reference in your notes, prior to this, about

9     other questions or answers provided on that subject?

10    A    There's not a reference in my notes, no.

11    Q    Okay.  Now, with respect to Mr. Grimes, there is a

12    question here:  Anyone ask Grimes, et cetera, to get any other

13    messaging application?

14         And you say:  Not that I know of.

15         Do you know, as you sit here today, whether there

16    were questions about other messaging applications that

17    preceded that question?

18    A    No.  I believe it's just referring back to the earlier

19    question.

20    Q    Okay.  On this same page, let's do the very last bullet

21    on the page.

22         MJH asks a question, it looks like.

23         Who is MJH?

24    A    MJH refers to Matthew Harrington.

25    Q    So that was the lead lawyer for Mr. Barrack at the time;

3919

Cassis - Cross - Mr. Nitze

1    is that right?

2    A    That's right.

3    Q    Okay.  And he says:  Much less interesting question.  In

4    compliance training over the years, have there been things

5    about FARA, lobbying, et cetera?

6            What does FARA refer to?

7    A    FARA is an abbreviation for the Foreign Agents

8    Registration Act.

9    Q    Okay.  And then on the next page, there is an answer to

10   this question from Mr. Barrack.

11           And what's his answer?

12   A    Yes, of course.

13   Q    Now, there were some coffee breaks taken during this

14   interview, right?

15   A    Yes, there were.

16           MR. NITZE:  Okay.  And if we go to page 6, which I

17   think is the first coffee break.

18   Q    Right before the coffee break, there's this question from

19   Mr. Reilly:  In addition to his role as investor, have any

20   understanding of his role?

21           Now, that comes in a section about Sheikh Tahnoun,

22   right?

23   A    Yes.

24   Q    Now, what answer was given?

25   A    I didn't -- I did not -- there's no answer in the notes

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

Cassis - Cross - Mr. Nitze

1    here.

2    Q    But you don't think that Mr. Reilly asked that question,

3    did you have an understanding of Sheikh Tahnoun's role, and

4    then the assembled group said boop-boop, let's get coffee, do

5    you?

6    A    I don't have a recollection, but probably not.

7    Q    As you sit here now, do you remember what answer was

8    given to that question?

9    A    No, I don't.

10            MR. NITZE:  Let's go to the second coffee break,

11    which is on page -- here we go.  Thirteen, please.

12    Q    Now, this one -- excuse me -- there is a little

13    parenthesis phrase, Alex covering.

14            Who is Alex?

15    A    Alex is Alex Schulman.

16    Q    Okay.  And I think you testified on Friday that that's

17    another associate we firm, right?

18    A    That's right.

19    Q    And so during this break, Alex stayed back to cover; is

20    that right?

21    A    That's right, yes.  I recall having to run back into the

22    pantry, at request, and get the -- to get the coffee set up

23    and sent into the coffee room.

24    Q    And do you know whether Alex took notes during that

25    portion of the interview?

Cassis - Cross - Mr. Nitze

1    A    I mean, I know he had a laptop and he was taking notes.

2    Q    Have you reviewed Alex's notes?

3    A    No, I haven't.

4    Q    Do you -- based on your practice, would information from

5    those notes have made their way into a final memorandum, if

6    there was such a memorandum?

7            MR. JACKSON:  Objection.

8            THE COURT:  Overruled.

9    A    I believe that to the extent that Alex participated in

10   contributing to the memorandum, he would have relied on his

11   notes, I would assume, but I don't know for sure.

12   Q    Okay.  Are you aware that during this portion of the

13   interview, Mr. Barrack was asked questions about whether he

14   spoke to the UAE government about becoming an embassador, a

15   special envoy to the Middle East?

16           Are you aware of that?

17   A    I'm not aware of that, but I know that that was the topic

18   of the interview, it was discussed.

19   Q    I'm talking about during the coffee break.  Like before

20   your notes pick up, are you aware that that was a subject of

21   discussion that is not in your notes?

22   A    No.

23   Q    And you don't have any notes in this -- these notes, your

24   notes, don't include any information about Mr. Barrack's

25   submission of an SF-86 application, right?

3922

Cassis - Cross - Mr. Nitze

1    A    No, I don't believe so.

2    Q    And are you aware that during this coffee break,

3    Mr. Barrack provided answers to questions on that subject?

4    A    No, I'm not.

5    Q    Let's go to page 8, if we could.

6         There's a heading here:  May 5th Al Ghafli.

7         Do you see that heading?

8    A    Yes, I do.

9    Q    Now, that refers to a document, right?

10   A    Yes, it does.

11   Q    But you can't tell that from looking at your notes, can

12   you?

13   A    You can't tell that, but I would have -- it would have

14   been something I would have followed up afterwards.  But we

15   had the documents there and we had provided the documents

16   beforehand.

17   Q    Okay.  So sometime after the interview, you would have

18   gathered that bit of context, the document and how your notes

19   related to that document; is that right?

20   A    Yes, it was a signpost to myself to assist and reference

21   back.

22   Q    Okay.  A signpost to yourself to aid you after the

23   interview, right?

24   A    Yes.

25   Q    Okay.  And so the bullets here say:  Explains Al Ghafli

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

Cassis - Cross - Mr. Nitze

1    likely is Sheikh chief of staff, brother of Abdullah.

2              Do you understand S -- I said Sheikh, excuse me.

3              ShT, do you understand that to refer to Sheikh

4    Tahnoun?

5    A    I do, yes.

6    Q    And then you see the question:  Any other interactions

7    post May?

8              And the answer is:  Don't recall.

9              And then:  Think this article related to their

10   intervention in Yemen.

11             Do you see that?

12   A    I do, yes.

13   Q    What article are you referring to there, or is he

14   referring to there?

15   A    I believe that this May 5th Al Ghafli refers to an e-mail

16   that was discussed and there was an article -- there was a

17   news article that was either attached or pasted into the

18   e-mail.

19   Q    Okay.  Mr. Cassis, you're aware that the recipient of a

20   grand jury subpoena is free to share that information with

21   whomever he or she wants, right?

22   A    Yes.

23             MR. NITZE:  May I have just a brief moment,

24   Your Honor?

25             THE COURT:  Yes.

Cassis – Redirect – Mr. Jackson

1          I have no further questions.

2          Thank you, Mr. Cassis.

3          THE COURT:  All right.  Any redirect?

4          MR. JACKSON:  Very briefly.

5          THE COURT:  Okay.

6          MR. JACKSON:  Ladies and gentlemen, Mr. Cassis,

7   Your Honor.

8          May I proceed?

9          THE COURT:  Please.

10          MR. JACKSON:  Thank you.

11   REDIRECT EXAMINATION

12   BY MR. JACKSON:

13   Q    First, Mr. Cassis, remember you were asked questions on

14   Friday about your duty of loyalty to your client?

15          Do you remember those questions?

16   A    Yes, I do.

17   Q    Now, let me ask you this question.

18          Would anything about your duty of loyalty ever lead

19   to you fabricating anything on the stand?

20   A    Absolutely not.

21   Q    Why is that?

22   A    It's my utmost duty, both as an attorney and as a

23   participant in this process, to tell the truth.

24   Q    When you had told the ladies and gentlemen of the jury

25   what you could and could not actually remember, was that part

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

3925

Cassis - Redirect - Mr. Jackson

1    of your attempt to tell the truth in this case?

2    A    Yes.

3    Q    Now, there was sort of a funny question asked by

4    Mr. Nitze about whether you remembered the color of

5    Mr. Riley's tie.

6              Do you remember that question?

7    A    Yes, I do.

8    Q    Not to pry too deeply, but is there anything that you

9    would share with the ladies and gentlemen of the jury that

10   might explain why a color memory like that wouldn't really be

11   applicable here?

12   A    I have a tough time with colors.  I fail the color

13   blindness test at the eye doctor every year with flying

14   colors.

15   Q    Okay.  Now, also --

16              THE COURT:  That is good, flying colors.

17              THE WITNESS:  Flying colors that I can't tell apart.

18   Q    There were some questions about the participants in the

19   meeting and how you didn't put the name of every single person

20   who was in the room at the meeting.

21              Do you remember that?

22   A    Yes, I do.

23   Q    Can you just explain for the ladies and gentlemen of the

24   jury, when somebody checks in to a law firm, what information

25   is available to you on the system?

Cassis - Redirect - Mr. Jackson

1   A    So I know at least in our firm we have to register guests

2   in advance and they'll have to show a form of I.D. that is

3   consistent with the name that is in the record at reception.

4              MR. JACKSON:  Okay.  Could we call up BX 1700 at 16

5   again?

6              Actually, let's go to 17.

7   Q    And you remember Mr. Nitze asked some questions about

8   this part at the bottom where it says:  Much less interesting

9   question.  In compliance training over the years, have there

10  been things about FARA, lobbying, et cetera?

11             You saw that?

12  A    Yes, I do.

13             MR. JACKSON:  Can we go to the next page?

14  Q    And can you just read at the end of this discussion what

15  -- the part that Mr. Nitze didn't ask you to read where it

16  says TJB at the very end, after -- actually, let's read the

17  question and the answer above that.

18  A    Any specific recollection of FARA training or policies?

19             And then the answer is:  We never deal in that

20  milieu.  Our compliance is really FCPA, which dovetails to

21  this exactly.  Any nexus where there can be an economic

22  component comes to compliance officer.  FARA hadn't been front

23  and center beforehand.

24             MR. JACKSON:  We can take that down.

25  Q    Now, Mr. Nitze asked you a bunch of questions about

Cassis – Redirect – Mr. Jackson

1   little things that may have been in your notes, things that

2   may have not.

3          Do you remember those questions?

4   A    Yes, I do.

5          MR. NITZE:  Objection as to form.

6          THE COURT:  It is close enough.

7          Go ahead.

8          MR. JACKSON:  Thanks.

9   Q    Let me just ask you this question.

10          If instead of typing down everything that you could

11   type down you would scribble down what you could by hand, do

12   you think you would be better off or worse off today in terms

13   of your ability to remember and accurately tell the jury what

14   you know about what happened at that meeting?

15   A    Oh, I'd be much worse off.

16          MR. JACKSON:  One moment, please.

17          (Pause in proceedings.)

18          MR. JACKSON:  No further questions.

19          Thank you, Your Honor.

20          THE COURT:  Mr. Lowell, anything else?

21          MR. LOWELL:  No, Your Honor.  Thank you.

22          THE COURT:  All right.  You may step down.  Thank

23   you very much.

24          THE WITNESS:  Thank you, Your Honor.

25          (Witness steps down.)

Cassis – Redirect – Mr. Jackson

1          THE COURT:  Mr. Barrack may call his next witness.

2          MR. BOWMAN:  Your Honor, the defense calls David

3    Jackson to the stand.

4          It's been a while since I've been up here.

5          Do you hear me?

6          THE CLERK:  I ask that you remain standing and raise

7    your right hand.

8          THE WITNESS:  Sure.

9          THE COURT:  All right.  Hang on.  We are taking an

10   oath here, please.

11         Go ahead.

12         THE CLERK:  Do you solemnly swear that the answers

13   and testimony you are about to give the Court in this case

14   shall be the truth, the whole truth, and nothing but the

15   truth?

16         THE WITNESS:  I do.

17         (Witness sworn.)

18         THE CLERK:  Please be seated.

19         State and spell your name for the record.

20         I just ask that you speak directly into the mic.

21         THE WITNESS:  David Jackson, D-a-v-i-d

22   J-a-c-k-s-o-n.

23         THE CLERK:  Come a little closer.

24         MR. BOWMAN:  May I proceed, Your Honor?

25         THE COURT:  Yes.

3929

Jackson – Direct – Mr. Bowman

1          (Witness takes the witness stand.)

2   DAVID JACKSON, having been first duly sworn, was examined and

3   testified as follows:

4   DIRECT EXAMINATION

5   BY MR. BOWMAN:

6   Q    Mr. Jackson, good morning.

7   A    Good morning.

8          MR. BOWMAN:  Ladies and gentlemen of the jury, good

9   morning.

10         THE JURY:  Good morning.

11  Q    Mr. Jackson, I'll cut right to the chase.

12         Do you know Rashid al Malik.

13  A    I do.

14  Q    How long have you known him?

15  A    I've known him since 2005.  We were originally business

16  partners and then became friends.

17  Q    And from 2005 through 2018, that time period, did you

18  also pitch business projects to him during that time period?

19  A    I did.

20  Q    Did Mr. Al Malik pitch business projects to you during

21  that time period?

22  A    He did.

23  Q    Can you estimate approximately how many projects you may

24  have discussed in that time period, just ballpark?

25  A    Two or three a year.

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

Jackson – Direct – Mr. Bowman

1    Q    Okay.  Now, I have some questions about that, but I want

2    to go back and talk a little bit about your background because

3    it helps explain how you met him.

4             Where do you live right now.

5    A    Alexandria, Virginia.

6    Q    And did you grow up in the D.C. area?

7    A    I'm an army brat, so we grew up all over the world.  But

8    we moved with my parents my -- tenth grade high school.  I

9    went to high school in Alexandria, Virginia.

10   Q    Now, where did you go to college?

11   A    Princeton University.

12   Q    And after Princeton, what did do you?

13   A    So from Princeton, I went to Saks Fifth Avenue in the

14   buyer training program.  And then while I was there, Saks was

15   being spun out of British American Tobacco, so I was seconded

16   to a makeshift finance department and worked both with

17   management as well as potential buyers to help kind of bridge

18   the knowledge gap between the merchant office and the finance

19   department.

20            I did that until the company Investcorp, which was

21   my first experience wealth with private equity and the Middle

22   East acquired company.  I was asked to stay in the finance

23   department.  Wasn't sure whether I should do that or go back

24   to the merchant department.  Asked my mentor what should I do.

25   She said do neither, go to business school.  So I went to Yale

Jackson - Direct - Mr. Bowman

1    for business school.

2            And from there I went to Lehman Brothers for almost

3    a decade in combination of M&A and financial sponsor coverage.

4    Q    After your time at Lehman, what did you do?

5    A    I went to a small private equity shop called Marco Polo

6    Partners.

7            And from there, I was asked to come advise on

8    setting up the sovereign wealth fund for the government of

9    Dubai.

10   Q    Let me stop you right there.

11           How was it that you were asked to set up a sovereign

12   wealth fund in Dubai.

13   A    While I was at Lehman Brothers, I spent three years

14   running the M&A practice at Lehman Brothers in Asia, became

15   really good friends with the person who was running practice

16   in Asia.  He had gone back to, then headed up Europe, Middle

17   East, and Africa.  And he was working with the Dubai

18   government and apparently told them we should try to get David

19   involved in this.  He invited me over to advise on that and

20   then he recommended that I should come on full time.

21   Q    What time period was that?

22   A    The initial project of kind of designing the setup was

23   2000 to 2001 and then I moved over at the end of 2001.

24   Q    Now, in that time period, were there any sovereign wealth

25   funds in the UAE?

Jackson – Direct – Mr. Bowman

1   A    Yes.  There was one other at the time, ADIA.

2   Q    And where was ADIA located?

3   A    In Abu Dhabi.

4   Q    You were being asked to do a sovereign wealth fund though

5   in Dubai?

6   A    Correct.

7   Q    Were there any sovereign wealth funds in Dubai at the

8   time?

9   A    There were not.

10  Q    Now, just to be clear a little bit on the difference,

11  could you explain to the jury just briefly the difference

12  between Abu Dhabi and Dubai?

13  A    So Abu Dhabi is the capital.  It has all of the

14  ministries.  It also has the majority of the natural resource

15  wealth of the entire UAE.  So it's driven basically by those

16  two things, the oil and gas sector and the government sector.

17       Dubai doesn't have anywhere near the natural

18  resource wealth.  So three rulers ago, the ruler then decided

19  that he wanted to diversify the economy of Dubai, and so they

20  have focused on turning Dubai into a region of business hub

21  and a tourism hub.

22  Q    Maybe using the U.S. as an example, is there any analogy

23  that may help the jury in explaining maybe the difference

24  between those two?

25  A    It's kind of like Washington versus New York.  I don't

3933

Jackson - Direct - Mr. Bowman

1   know if it's a complete analogy, but there is kind of more of

2   a specialization between the two cities than other places.

3   Q    Do they have different ruling families?

4   A    They do.

5   Q    Now, what was the sovereign wealth fund called that you

6   were coming over to start up?

7   A    Istithmar, which is the Arabic word for investment.

8   Q    And so what roles did you have while you were at

9   Istithmar?

10  A    So initially, after like having kind of a consultancy

11  role for about 18 months, then I was the first chief

12  investment officer.

13          And then probably about 2006, then I was asked to

14  become the chief executive officer.

15  Q    How long were you the CEO?

16  A    Four years.

17  Q    And so you left approximately what time period?

18  A    2010.

19  Q    What was it like being an American running Dubai's

20  sovereign wealth?

21  A    Well, first of all, it was incredibly challenging.  Like

22  I said, we basically -- we started it from scratch.  There

23  were really no employees when we started.  There was no

24  infrastructure.  There was no office space, even.  So there

25  was the whole kind of startup element of it.

Jackson - Direct - Mr. Bowman

1              But I will say that I was incredibly honored to have

2    both roles and really liked working with my immediate boss and

3    indirectly with His Highness to bring about the sovereign

4    wealth fund.

5    Q    And could you explain just very briefly I guess who you

6    reported to and what was the role of the royal family in Dubai

7    with the sovereign wealth fund?

8    A    So I reported to a gentleman by the name of Sultan bin

9    Sulayem, who, amongst other things, had responsibility for

10   Dubai ports, which is a major engine of the country, and one

11   of the big real estate arms called Nokia, another part of the

12   kind of tourism side of Dubai, and then he reported directly

13   to His Highness.

14   Q    And when you say His Highness, which royal family in the

15   UAE was then?

16   A    Sheikh Mohammed Al Maktoum.  It's the Maktoum family.

17   Q    There's been some testimony at this trial about a man

18   named MBZ, Sheikh Tahnoun.  Did they have any role in

19   Istithmar?

20   A    No, they did not.

21   Q    What were some of the investments that Istithmar made

22   while you were working there?

23   A    So we invested in the Mandarin here in New York City, the

24   W Union Square in New York City, Barneys New York, CityCenter

25   in Las Vegas, Time-Warner.  That's the United States.

Jackson - Direct - Mr. Bowman

1          In the UK, we ventured in investment insurance

2    corporation, a real estate project, One Trafalgar Square.

3          And a number of projects in Asia, including a

4    shipping and transportation logistics company called ISS.

5    Q    And from the answers you just gave, would it be fair to

6    say that commercial real estate in the U.S. was a fairly

7    common or desirable investment for sovereign wealth funds in

8    the Middle East?

9    A    It is fair to say that.

10   Q    Now, during your time at Istithmar, were you frequently

11   pitched by investment partners?

12   A    Yes.

13   Q    And did that sometimes include private equity partners?

14   A    It did.

15   Q    How, if at all, is developing a relationship with people

16   at sovereign wealth funds important to investment banks or

17   private equity leaders who want to do business with them?

18   A    I would say it's very important.  There is some

19   skepticism for people from the Middle East that they were the

20   buyers of last resort, and so they really wanted to feel that

21   the people who were pitching them were pitching them good

22   ideas and were pitching them kind of first in the queue and

23   not last in the queue.

24   Q    So having a long-term, long-standing relationship was

25   important?

Jackson - Direct - Mr. Bowman

1   A    It is.

2   Q    How, if at all, was it important to kind of demonstrate

3   knowledge of or expertise in the Middle East?

4   A    It was very important.

5   Q    Why is that?

6   A    Again, I think it was this idea that not only were you

7   pitching ideas to us that would be financially beneficial, but

8   that you were understanding of things that were important to

9   people in the region, which industries that they preferred to

10  invest in, and which investment strategies would be more

11  receptive to people in that region.

12  Q    Now, I mentioned earlier a man named Sheikh Tahnoun.

13       Who is Sheikh Tahnoun.

14  A    So Sheikh Tahnoun is the national security director, I

15  believe, or national security advisor for the UAE.  He's a

16  member of the ruling family of Abu Dhabi and he's also an

17  extremely wealthy individual with his own family office.

18  Q    Have you met Sheikh Tahnoun before?

19  A    I have.

20  Q    Approximately, how many times?

21  A    Ten.  Maybe, you know, a dozen times.

22  Q    Did you meet with him in his capacity as national

23  security advisor or as a businessman?

24  A    As a businessman.

25  Q    Would it be helpful for a businessperson who wants to do

Jackson – Direct – Mr. Bowman

1    a business in the UAE to have a good relationship with Sheikh

2    Tahnoun?

3              MR. NITZE:  Objection.

4              THE COURT:  Overruled.

5    Q    You can answer the question.

6    A    It would be helpful.

7    Q    Why?

8    A    Again, as we -- as you had asked me earlier, it would be

9    one way to demonstrate to people kind of a Good Housekeeping

10   seal of approval that somebody from the ruling family in a

11   prominent position says that this is a person who values

12   relationships and is kind of almost pre-approved to do

13   business in the region.

14   Q    Now, Mr. Jackson, do you know Tom Barrack?

15   A    I do.

16   Q    When did you first meet him?

17   A    I believe it was about 2006, 2007 at a conference that

18   was being hosted by Dubai.

19   Q    Now, was it easy to get to talk to Tom at a conference in

20   Dubai?

21   A    No, it was not.

22   Q    Why is that?

23   A    As a very successful businessman and as somebody who has

24   Middle Eastern heritage, he was mobbed coming off the stage

25   when he was speaking.

Jackson - Direct - Mr. Bowman

1  Q    What was his reputation as an investor in the Middle

2  East?

3  A    He was seen as a very, very successful investor.

4  Q    Aside from his success as an investor, was there anything

5  else in the UAE that made him stand out as a -- I guess to the

6  community there?

7  A    His Middle Eastern or Lebanese heritage.

8  Q    Did you ever invest with Tom or with Colony Capital while

9  you were at Istithmar?

10  A    We did.

11  Q    Could you describe that investment to the jury?

12  A    We were investors in a company called Kerzner, which is

13  the parent company for Atlantis and One&Only hotel groups.  We

14  wanted to take that company private and Colony was one of the

15  investors that we worked with to take the company private.

16  Q    And give or take, what time period was that?

17  A    2008, I think.

18  Q    Now, Mr. Jackson, have you talked with Tom at all

19  recently?

20  A    Not recently.

21         Probably two years ago, to the best of my

22  recollection.

23  Q    Well, let's talk about Rashid al Malik.

24         When did you first meet Rashid.

25  A    I met Rashid in 2005.

Jackson - Direct - Mr. Bowman

1    Q    How did you meet him?

2    A    My boss, Sultan bin Sulayem, told me that there was a

3    gentleman who was looking at creating a company called Dubai

4    Aerospace Enterprises and we wanted me to evaluate it.

5    Q    And did you?

6    A    Yes.  Me and people who worked with me evaluated it.

7    Q    And who was that gentleman who was looking to do Dubai

8    Aerospace?

9    A    That was Rashid al Malik.

10   Q    Had you ever met him before?

11   A    I had not.

12   Q    What was Rashid's idea for Dubai Aerospace?

13   A    So Rashid had been a pilot for Emirates Airlines.  And

14   Emirates Airlines had mushroomed into a major world-class

15   carrier, but it was still relying on a lot of other products

16   and services coming from outside the UAE, including aircraft

17   leasing, facilities management, a number of other key

18   components to that industry.  And his idea was to create

19   domestic capability within the UAE to service Emirates and

20   then Etihad Airlines, the airlines at Abu Dhabi, so it was

21   kind of on the drawing board at the time.  So the idea was

22   that we could create an industry in the UAE to service both of

23   those airlines.

24   Q    Were you a little bit skeptical at first?

25   A    Very.

3940

Jackson - Direct - Mr. Bowman

1    Q    Very.

2            How long did you and your team look at the idea.

3    A    I think it was about three months that we spent in

4    evaluating the business proposal, spending time with Rashid

5    and his team to look at it.

6    Q    And what did you ultimately decide?

7    A    We ultimately decided to proceed with the investment.

8    Q    Now, was it just Istithmar that helped fund the project

9    or were there other investors?

10   A    No.  I think initially there were six investors.

11   Q    Now, after Istithmar decided to invest with Dubai

12   Aerospace, did you continue to work with Rashid?

13   A    Yes.  I was a board member and I worked on a number of

14   elements where I would say Rashid used me and the team was a

15   sounding board to help evaluate other investments that he was

16   looking at making.

17   Q    From that time period or from that working together, did

18   you get to know him socially as well?

19   A    Yes.  At some point, I'm not sure exactly when, we became

20   friends.  It probably happened from saying hey, you know,

21   let's meet over lunch to talk about X, Y, and Z, and then we

22   -- eventually, we just became friends.

23   Q    How would you describe Rashid to the jury?

24   A    Rashid is very bright, very energetic, very much a

25   dreamer.

Jackson - Direct - Mr. Bowman

1    Q    What was his educational background, if you know?

2    A    I don't know his exact background, except I know he went

3    through Emirates pilot school.

4    Q    Do you know if he had a degree from anywhere in the U.S.

5    or was he educated in the UAE?

6    A    Other than the pilot's degree, I'm not sure.

7    Q    Okay.  So how long did you work with Rashid in connection

8    with Dubai Aerospace while you were with Istithmar?

9    A    From 2005 to 2010.

10   Q    Now, I guess to your knowledge, did Rashid have any

11   government contacts in Abu Dhabi?

12   A    Well, I know at least one.  He had a contact with

13   Mubadala, which was another sovereign wealth fund that got

14   started in about 2008, because he and I both went to jointly

15   pitch them on coming into an investment alongside the UAE.

16   Q    Did he have any contacts with anyone in the royal family

17   in Dubai?

18   A    Yes.

19   Q    Who was that?

20   A    Well, I know that he has contacts with Sheikh Majid, but

21   he knows all of the members of the ruling family.

22   Q    Now, to your knowledge, did Sheikh Majid have any role in

23   the governing of Abu Dhabi?

24   A    He does not.

25   Q    In your experience in Dubai, was it fairly common for

Jackson - Direct - Mr. Bowman

1  members of the royal family to hire people to look for

2  investment opportunities?

3  A    It is.

4  Q    Did it seem at all unusual to you that Rashid had worked

5  with Sheikh Majid to look for investments?

6  A    Not at all.

7  Q    Now, after you left Istithmar in 2010, did you continue

8  to discuss projects with Rashid?

9  A    Yes.  My best recollection is we kind of lost touch for a

10  little bit.  That was probably more me.  I was on gardening

11  leave and then I was trying to think about what I wanted to do

12  next.  Once I had my new company set up, one of the earliest

13  outreaches I made was to Rashid, to kind of reestablish

14  contact.

15  Q    You mentioned gardening leave.  What is gardening leave?

16  A    I think it's financial services, but it may apply to

17  other industries.  When you leave a company, there's usually a

18  period of time where you are not supposed to engage in

19  activities which are deemed to be competitive to the company

20  you're leaving, and they pay you while you're doing that.

21  It's a British term which means go work in your garden until

22  we stop paying you.

23  Q    And so after your gardening leave was over, I believe you

24  said you reached out -- one of the first people you reached

25  out to was Rashid?

Jackson - Direct - Mr. Bowman

1   A    Correct.

2   Q    Why?

3   A    We were friends.  And also, we had talked about doing

4   business together in the past and it just was a logical thing

5   in my head to say I should let Rashid know what I'm doing and

6   see if he has any ideas of people that might be interested in

7   what we're trying to do.

8   Q    Do you recall the first project you reached out to him

9   about after you were done with your leave?

10  A    Yes.  We were working with a group of executives who had

11  left Four Seasons and Regent Hotels to start a new hotel

12  chain.  And as you've asked earlier, people in the Middle East

13  like investing in real estate, like investing in hotels.

14  Rashid previously mentioned to me that there might be people

15  who are interested in investing in hotels.  So I sent him a

16  message saying hey, we're doing this project with these guys

17  from Four Seasons, happy to tell you more about it, if you

18  think you would be interested, to investors that you know.

19  Q    Did that end up working out?

20  A    No, but not because of that.  The person who we were

21  working with had a stroke and so that project kind of didn't

22  move forward.

23  Q    Now, in the 2011 time period, did you have discussions

24  with Rashid about a project in California?

25  A    I did.

Jackson - Direct - Mr. Bowman

1    Q    What was that project?

2    A    The project was to bring an NFL franchise back to

3    Los Angeles and a real estate development that would develop

4    the stadium along with a mixed-use real estate development to

5    enable the project to not need governmental funding.

6    Q    So I just want to break that down.

7         It was acquire a team and move it to L.A. was part

8    one.

9    A    Yes.

10   Q    And then there were real estate development components,

11   residential, commercial real estate?

12   A    Along with the stadium.

13   Q    Whose idea was that?

14   A    Rashid's.

15   Q    That's a pretty ambitious project.

16   A    It was.  But it was not entirely out of left field, given

17   investors in the Middle East's interest both in sports teams

18   and in real estate.

19   Q    And what was your interest in the project?  Are you a

20   huge L.A. sports fan or did you have some other interest in

21   being involved?

22   A    Rashid brought me in and I was really -- although I grew

23   to understand the other components in terms of the teams and

24   the stadium, I was focused on the mixed-use development, which

25   is my background, expertise.  I was focused on the hotel, the

Jackson - Direct - Mr. Bowman

1    residential, the shopping, arcade.

2    Q    And did you and Rashid have thoughts on potential sources

3    of funding or financing for this project?

4    A    We did.

5    Q    What was your thinking at the time?  What was the plan?

6    A    The plan was to propose the project to a number of Middle

7    Eastern investors, one of which included Emirates Airlines in

8    the role of naming a right sponsor for the stadium and

9    possibly an investor into the team itself.

10   Q    In your experience, had companies in the UAE been

11   interested in either acquiring sports teams or having an

12   affiliation with sporting events?

13   A    Not only an interest, but they did acquire sports teams.

14   Q    What are some examples?

15   A    Abu Dhabi acquiring Manchester City.

16        Qatar acquiring Paris Saint-Germain.

17        The Saudi government investing in golf.

18        Aramco sponsoring the Formula 1 race here in

19   America.

20        Emirates Airlines being the premiere sponsor for the

21   ATP tennis tour.

22   Q    Now, was this just an idea that you and Rashid talked

23   about or did it advance further?

24   A    We eventually brought in other consultants with specific

25   expertise in sports franchises, as well as banks, to help

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

                                                                              3946
                          Jackson - Direct - Mr. Bowman

1    think about how to structure the investment.

2    Q    Well, who were some of the individuals or entities you

3    brought in to this planning phase?

4    A    So Inner Circle Sports was the firm that we brought in.

5    That was a specialized firm in sports franchises.

6              We brought in RBS, the British international bank on

7    the financing side.

8              Eventually, HTK for stadium design.

9              There may have been some other advisors that we had,

10   but those were the big ones.

11   Q    The stadium design firm, did they have a specialty or a

12   prior background in building stadiums?

13   A    For stadiums, there was probably one, maybe three firms

14   you'd look at.  HTK would be the top of list.

15   Q    Now, Mr. Jackson, did you actually discuss your proposal

16   with the NFL?

17   A    Me personally, no.  But the team -- Inner Circle

18   discussed the proposal with NFL.

19   Q    Now, what team were you hoping to acquire and bring to

20   Los Angeles?

21   A    The then-Oakland Raiders.

22   Q    Did you have discussion -- who owned the Raiders at the

23   time?

24   A    Mark Davis.

25   Q    Did you have discussions with the Davis family about this

                  *Andronikh M. Barna, Official Court Reporter, RPR, CRR*

3947

Jackson – Direct – Mr. Bowman

1    proposal or the plan?

2    A    We did.

3    Q    Now, did you and the team put together a video to show

4    potential investors about the project?

5    A    We did.

6              MR. BOWMAN:  Your Honor, I would like to show a

7    fifty-second clip of this video.  We've provided this to the

8    government.  And the witness has reviewed it and can

9    authenticate it.

10             MR. MEHTA:  No objection.

11             THE COURT:  All right.  Roll the video.

12             (Video played.)

13             (Continued on the next page.)

14

15

16

17

18

19

20

21

22

23

24

25

3948

Jackson - direct - Bowman

1            (Video stopped.)

2   DIRECT EXAMINATION (CONTINUES)

3   BY  MR. BOWMAN:

4   Q    Mr. Jackson, what was the purpose of putting together

5   this -- who was the intended audience of this video?

6   A    I think there were multiple audiences, but the -- the one

7   that was top of our list was to use this to show to potential

8   investors in the Middle East.

9   Q    Was Rashid involved in putting together this video on the

10  plan?

11  A    Yes.

12  Q    Now, I think you mentioned the architecture firm.

13           Did they also put together any kind of rendering or

14  design of the potential stadium?

15  A    They did.

16  Q    Okay.

17           MR. BOWMAN:  Your Honor, I would like to show one

18  last short clip that is about sixty seconds that shows the

19  proposed stadium.

20           MR. MEHTA:  No objection, Your Honor.

21           THE COURT:  Mr. Lowell.

22           MR. LOWELL:  No objection.

23           (Video played.) (Video stopped.)

24  Q    Now, Mr. Jackson, have you been to SoFi Stadium, the

25  Rams' and Chargers' stadium in Los Angeles?

Jackson - direct - Bowman

1   A    I have had the privilege.

2   Q    Now, that video we just saw, does that look pretty

3   similar to how SoFi Stadium looks?

4   A    It looks a little similar.

5   Q    Was the firm, architecture firm you worked with, were

6   they involved in building SoFi Stadium, do you know?

7   A    I don't know, but if they weren't, then they should sue

8   whoever did.

9   Q    Let's see, Mr. Jackson, do you know someone in the UAE

10  named Mohammed Alabbar?

11  A    I do.

12  Q    Who is he?

13  A    He is a top ranked businessman and former government

14  official for the United -- for -- for Dubai.  He is probably

15  best known as the person who helped create Emaar, which was

16  the first large scale property development company created by

17  the Government of Dubai.  It's now partially owned by the

18  Government and partially owned by -- it's a publicly traded

19  company, and they, amongst other things, have developed Dubai

20  Mall, which is the largest mall in the world, and the Burj

21  Khalifa, which is the -- I believe is still the tallest tower

22  in the world.

23  Q    Now, do you know Mr. Alabbar personally?

24  A    I do.

25  Q    Do you know whether Rashid Al Malik has -- knows him?

Jackson - direct - Bowman

1    A    He does.

2    Q    Now, did either you or Rashid approach Mr. Alabbar about

3    this project?

4    A    We did.  I don't remember quite the sequence of that, but

5    yes, he was one of the people that -- that we mentioned the

6    project to.

7    Q    Now, Mr. Jackson, do you and Rashid Al Malik own the

8    Raiders?

9    A    We do not.

10    Q    Okay.  Why not, what happened?

11    A    Mark Davis, after initially saying he might or he might

12    consider selling it, decided not to sell the Raiders.

13    Q    And was that important in terms of your interest in the

14    project?

15    A    In terms of my interest in the project, once that piece

16    fell away, I -- I didn't continue to participate in the

17    project because I thought all -- sorry, all three of the

18    components were interlinked and if we didn't have a team, then

19    the other pieces wouldn't necessarily come together.

20    Q    Do you know if Rashid continued to work on potentially

21    either a stadium project or on something regarding the

22    Raiders?

23    A    I believe he did.

24    Q    Who did he continue that work with?

25    A    I believe it was with Colony Capital.

Jackson - direct - Bowman

1    Q    Now, was that surprising or unusual to you?

2    A    No.

3    Q    Why would Colony Capital make sense for the project, for

4    Rashid to work with them on that?

5    A    They are one of the best real estate investors in the

6    world.  They are headquartered in Los Angeles.

7    Q    Now, after this time period where you passed on the

8    project, did you continue to talk with Rashid about investment

9    projects from time to time?

10   A    Yes.

11   Q    Approximately how many times a year, give or take?

12   A    Two or three times a year, I would say.

13   Q    Mr. Jackson, at any point during the time that you've

14   known him, did you think Rashid was working as an agent for

15   the Government of Abu Dhabi?

16            MR. MEHTA:  Objection.

17            THE COURT:  Sustained.

18   BY MR. BOWMAN:

19   Q    Do you know where Rashid's family is from?

20   A    From Oman.

21   Q    And did Rashid ever tell you that he felt like an

22   outsider in the UAE?

23            MR. MEHTA:  Objection.

24            THE COURT:  Sustained.

25   Q    From your interactions with him, did Rashid have

Jackson - direct - Bowman

1   particularly close contacts with anyone in the Abu Dhabi

2   government?

3            MR. MEHTA:  Objection.

4            THE COURT:  Overruled.

5   A    He did not.

6   Q    Now, Mr. Jackson, are you here voluntarily today?

7   A    I am.

8   Q    We didn't give you a subpoena to be here?

9   A    No.

10  Q    And did the Government ever interview you about Rashid

11  Al Malik during its investigation?

12  A    No.

13           MR. BOWMAN:  Just a moment, Your Honor.

14           No further questions at this time, Your Honor.

15           THE COURT:  Okay, Mr. Lowell?

16           MR. LOWELL:  No questions, Judge.

17           THE COURT:  Cross-examination?

18           MR. MEHTA:  Yes, Your Honor.

19  CROSS-EXAMINATION

20  BY MR. MEHTA:

21  Q    Good morning, Mr. Jackson.  How are you?

22  A    I'm well, thank you.  Good morning.

23           MR. MEHTA:  Good morning, everybody.

24           THE JURY:  Good morning.

25           MR. MEHTA:  Can you hear me all right?

Jackson - cross - Mehta

1             THE JURY:  Yes.

2    BY MR. MEHTA:

3    Q    We haven't met before, right, Mr. Jackson?

4    A    We have not.

5    Q    My name is Hiral Mehta, and I, along with my colleagues,

6    represent the United States of America.

7             Prior to testifying today, did you meet with the

8    defense?

9    A    Yes.

10   Q    Approximately how many times did you meet with them?

11   A    Three.

12   Q    Okay.  And approximately how many hours each time?

13   A    Maybe two each time.

14   Q    And did they show you documents when you met with them?

15   A    They did.

16   Q    And did you review them together?

17   A    Yes.

18   Q    Did you go over some of the questions you were asked

19   today with them?

20   A    Some of them, yes.

21   Q    And some of the answers, as well?

22   A    I don't necessarily think the answers.  It was more like

23   these are the kinds of questions you should expect.

24   Q    Now, you actually testified on direct that you used to be

25   the CEO of -- is it Isthismar World, am I pronouncing it

Jackson - cross - Mehta

1    right?

2    A    Close.

3    Q    Can you pronounce it for me correctly, sir?

4    A    IS-tis-mar.

5    Q    IS-ta-mar.

6    A    IS-tis-mar.

7    Q    I am going to not try.  So, let's call it I World, or

8    Isthismar World.

9              It's a global investment company, is that right?

10   A    Yes.

11   Q    It's a sovereign wealth fund out of Dubai?

12   A    Correct.

13   Q    And just so we're all clear here, and we've talked about

14   it before, but a sovereign wealth fund is a fund that manages

15   the government's money, right?

16   A    Correct.

17   Q    It's sort of state owned, essentially?

18   A    Correct.

19   Q    Okay.

20             In Dubai, that's like a city and it's an Emirate as

21   well, right?

22   A    I'm not sure I understand the distinction when you say

23   city and Emirate.

24   Q    When you're familiar with the United Arab Emirates, the

25   country?

*SAM      OCR      RMR      CRR      RPR*

Jackson - cross - Mehta

1    A    I am.

2    Q    And there's a group of several Emirates?

3    A    Yes.

4    Q    Okay.  And so Dubai is a city, as well as an Emirate on

5    its own, right?

6    A    There is -- I guess what I'm trying to say is there is no

7    distinction between -- the Emirate is the city.  Like,

8    there's -- there's no other part of the Emirate of Dubai other

9    than the city of Dubai.

10   Q    Understood.

11             And Dubai has a government, right?

12   A    It does.

13   Q    Okay.  And so, for example, Isthismar World is owned by

14   Dubai World, right?

15   A    Correct.

16   Q    Okay.  And Dubai World is owned by a man named Sheikh

17   Mohammed bin Rashid al Maktoum?

18   A    Through -- through a government holding company, yes.

19   Q    And that man, Mr. Sheikh Maktoum, he's the vice president

20   and minister of defense for the UAE, correct?

21   A    He is not the minister of defense.

22   Q    He's the vice president of the UAE?

23   A    And the prime minister, but not the minister of defense.

24   Q    Okay.  He's a very senior UAE official?

25   A    He is.

3956

Jackson - cross - Mehta

1   Q    All right.  Now, when you were working there, was it from

2   2005, 2010, what were the dates again?

3   A    2001 to 2010 from -- so, '1 to 2005 I was the chief

4   investment officer; and 2006 onward I was the chief executive

5   officer.

6   Q    So you when you were working there, you were in charge of

7   investing Dubai's money, right?

8   A    Not all of it, but a decent portion of it.

9   Q    Approximately how much money did the Isthismar World have

10  for you to deploy?

11  A    It grew over time from zero to, by the end, 25 billion.

12  Q    $25 billion?

13  A    At the end, yes.

14  Q    And you were talking about how private equity firms

15  around the world are interested in building long-term

16  relationships with sovereign wealth funds in the UAE, correct?

17  A    Correct.

18  Q    And that's because sovereign wealth funds in the UAE and

19  the Middle East are some of the biggest institutional

20  investors in the whole world, right?

21  A    Correct.

22  Q    And so it's important to build that long-term

23  relationship with those investors, correct?

24  A    Could you say that again?

25  Q    Well, you testified on direct examination that it's

Jackson - cross - Mehta

1  important for private equity firms, investment firms, to build

2  long-term relationships --

3  A     Oh, yes, sorry, I didn't quite hear you.  Yes,

4  absolutely.

5  Q     All right.  And that can start with an initial

6  investment, right?

7  A     Yes.

8  Q     And it can grow to more investments in the future, right?

9  A     Correct.

10  Q     What's really important is getting that foot in the door,

11  right?

12  A     Or a first connection, yes, I would say; yes.

13  Q     Because there are a limited number of sovereign wealth

14  funds, right?

15  A     I'm not sure I would say limited.  There are -- almost

16  every country around the world has some version of a sovereign

17  wealth fund.

18  Q     In the UAE how many sovereign wealth funds are there in

19  total?

20  A     Four.

21  Q     Four.  And approximately how many private equity firms

22  are there in the world?

23  A     I don't have a precise number, but, you know, of -- of

24  ones that would be capable and credible coming to the Middle

25  East, maybe a thousand.

3958

Jackson - cross - Mehta

1    Q    A thousand.  And Colony Capital was one of them, right,

2    one in a thousand?

3    A    They would be.

4    Q    Now, you work -- you now work at Solitaire Partners, is

5    that right?

6    A    Correct.

7    Q    You're the CEO of Solitaire Partners?

8    A    I am.

9    Q    And Solitaire Partners is an asset management firm?

10   A    And advisory firm, yes.

11   Q    And when did you start there, Solitaire Partners?

12   A    2012.

13   Q    So about ten years you've been working there?

14   A    Correct.

15   Q    And you're kind of in charge, right?

16   A    On a good day, yeah.

17   Q    You're the CEO, right?

18   A    I think people who have run professional services firms

19   understand that it doesn't quite mean the same thing when

20   you're a CEO of a professional services firm.  It's not like

21   you could just bark out orders and they do what you want.

22   There's a little bit more to it than that.

23   Q    Okay.  And you have investors in the firm?

24   A    We do.

25   Q    Okay.  And have any of the UAE sovereign wealth funds

Jackson - cross - Mehta

1    invested in Solitaire Partners?

2    A    They have not.

3    Q    Any members of the royal family of the UAE invested in

4    Solitaire Partners?

5    A    No.

6    Q    So after all these years you worked in the UAE, you

7    weren't able to get any investors to come invest in your firm?

8    A    That was a little bit by choice.

9    Q    Wasn't it true that you were ousted as CEO of Isthismar

10   World in 2010?

11   A    It is.

12   Q    Okay.  That's because you made a number of bad

13   investments, right?

14   A    No.

15   Q    Wasn't it true that you left Isthismar World with $ 20

16   million in crippling debt?

17   A    No.

18   Q    Now, you mentioned Rashid Al Malik, right, on direct

19   examination?

20   A    Yes.

21   Q    How many projects did you and Rashid Al Malik actually

22   get out of the ground together?

23   A    Just the --

24   Q    Just one?

25   A    Yes.

Jackson - cross - Mehta

1  Q    And how much money did you invest in that project or the

2  company you were involved with?

3  A    I believe it was $150 million.

4  Q    Was that a successful project?

5  A    Yes.

6  Q    And how much profit did Isthismar make?

7  A    On that deal?

8  Q    Yes.

9  A    It was approximately two times investment, so we got back

10  our investment twofold.

11  Q    Okay.  And you mentioned the stadium project that you

12  were involved with with Mr. Malik, right?

13  A    Yes.

14  Q    And how much money did you guys raise with that project?

15  A    We didn't -- well, we had, I would call it, soft circle

16  investors, but we never pulled the trigger on that investment.

17  Q    So you never actually got any actual investors in that

18  project?

19  A    We had commitments for investments, but we didn't -- we

20  didn't -- we didn't ever take money from investors.

21  Q    It didn't go anywhere, the project?

22  A    Correct.

23  Q    Now, you talked about knowing Mr. Malik for a number of

24  years, correct?

25  A    Correct.

3961

Jackson - cross - Mehta

1    Q    When was the last time you spoke to Rashid Al Malik?

2    A    I want to say it's about two years ago.

3    Q    Two years ago?

4    A    Uh-hum.

5    Q    Do you know where Mr. Malik is right now?

6    A    Not with 100 percent certainty.

7    Q    And when is the last time you saw Rashid Al Malik in the

8    United States of America?

9             MR. BOWMAN:  Objection, Your Honor.

10            THE COURT:  Sustained.

11   Q    Mr. Malik said he worked for Hayah Holdings, right?

12   A    I don't want to sound like I'm splitting hairs, but I

13   don't know if he ever told me he worked with them or was

14   working on their behalf.

15   Q    Have you ever been to the offices of Hayah Holdings?

16   A    No.

17   Q    Did you ever meet any employees of Hayah Holdings?

18   A    No.

19            THE COURT:  Mr. Mehta, have you got too much more,

20   maybe we should take our break?

21            MR. MEHTA:  I'm almost done, Your Honor.

22            THE COURT:  Okay.

23   BY MR. MEHTA:

24   Q    You didn't know that Mr. Malik was working with Ali Bin

25   Hammad Al Shamsi as president of the national intelligence

Jackson - cross - Mehta

```
 1   service, right?

 2                MR. BOWMAN:  Objection, Your Honor.

 3                THE COURT:  Overruled.

 4   A    I did not.

 5   Q    And you didn't know that Mr. Malik was working with

 6   Khalifa Al Ghafli, a member of the Supreme Council of National

 7   Security, did you?

 8   A    I didn't have any knowledge of that.

 9   Q    And you didn't know that Mr. Malik was communicating with

10   Khalifa Al Ghafli on a messaging application called S, right?

11   A    I had -- I did not.

12   Q    And that's because you weren't on every communication

13   between Khalifa Al Ghafli and Mr. Malik, correct?

14   A    Correct.

15   Q    And you weren't on every communication or any

16   communication between Mr. Malik and Ali Bin Hammad Al Shamsi?

17   A    I was not.

18   Q    Fair to say you weren't on every communication between

19   Mr. Malik and Mr. Barrack, correct?

20   A    That is correct.

21   Q    And you weren't on every communication between Mr. Malik

22   and Mr. Grimes, correct?

23   A    Correct.

24                MR. MEHTA:  No further questions, Your Honor.

25                THE COURT:  All right.
```

3963

Jackson - cross - Lowell

1          MR. LOWELL:  Your Honor, now I have one.

2    CROSS-EXAMINATION

3    BY MR. LOWELL:

4    Q    Good morning.

5    A    Good morning.

6    Q    Can you think of a reason you'd be on every communication

7    between Mr. Grimes and anybody else?

8    A    I would be disappointed if I was everybody's

9    communications on everything.

10          MR. LOWELL:  Thank you, Judge.

11          THE COURT:  How much do you have, if any?

12          MR. BOWMAN:   Can I have a moment, Your Honor?

13          (Pause.)

14          MR. BOWMAN:  No redirect, Your Honor.

15          THE COURT:  All right, you may step down.  Thank you

16    very much.

17          THE WITNESS:  Thank you, Your Honor.

18          (Witness steps down.)

19          THE COURT:  All right, ladies and gentlemen, we'll

20    take our morning break.  Please come back at 11:35.  Remember

21    not to talk about the case.  See you in a few minutes.

22          (Jury exits.)

23          THE COURT:  Okay, recess 11:35.

24          (Judge BRIAN M. COGAN exited the courtroom.)

25          (Recess taken.)

Proceedings

1                   (In open court – jury not present.)

2                   (Judge BRIAN M. COGAN entered the courtroom.)

3                   THE COURT:  Let's have the jury in, please.

4                   (Jury enters.)

5                   THE COURT:  All right, everyone be seated.

6                   Mr. Barrack may call his next witness.

7                   MR. SCHACHTER:  Your Honor, the defense calls Tom

8       Barrack.

9                   (Witness takes the stand.)

10                  THE COURTROOM DEPUTY:  Do you solemnly swear that

11      the answers and testimony you are about to tell the Court in

12      this case shall be the truth, the whole truth, and nothing but

13      the truth?

14                  THE WITNESS:  I do.

15                  THE COURTROOM DEPUTY:  Please be seated.  State and

16      spell your name for the record, and just speak into the

17      microphone.

18                  THE WITNESS:  Thomas, T-H- O-M-A-S, J.  Barrack,

19      B-A-R-R-A-C-K.

20                  THE COURT:  Okay, hang on one second.  We just lost

21      the microphone.

22                  (Pause.)

23                  THE COURT:  Okay, you may inquire.

24                  MR. SCHACHTER:  Thank you, Your Honor.

25                  Good morning, ladies and gentlemen.

3965
Barrack – direct – Schachter

1              (Witness takes the witness stand.)

2    THOMAS BARRACK,  called as a witness by Thomas Barrack, having

3    been first duly sworn/affirmed by the Courtroom Deputy, was

4    examined and testified as follows:

5    DIRECT EXAMINATION

6    BY MR. SCHACHTER:

7    Q    And good morning, Mr. Barrack.

8    A    Good morning.

9    Q    Sir, I'd like to start by having you tell the jury a

10   little bit about yourself and about where you have come from.

11              Can you start by just telling the jury where were

12   you born?

13   A    Los Angeles, California.

14   Q    Do you mind me asking you when that was?

15   A    I do mind.  Unfortunately, I'm good at math.  4/28/47,

16   I'm 75 years old.

17   Q    Where did you grow up?

18   A    Culver City, California.

19   Q    Could you tell the jury what kind of community is Culver

20   City, California?

21   A    Culver City at the time that I grew up was a typical blue

22   collar studio community.  It was the site of MGM Studios, the

23   studio probably, for the time of this jury, 165 acres of movie

24   studios and live stock stations.  Just a typical suburban

25   town.

                *SAM    OCR    RMR    CRR    RPR*

3966

Barrack - direct - Schachter

1    Q    Can you tell the jury about the home that you grew up in?

2    A    Yeah, it was -- I thought it was a palace.  Of course, it

3    was a little two-bedroom with a living room that had

4    furniture.  Of course, my mother would never let us sit on the

5    furniture in the living room, which made no sense, and a

6    kitchen that we spent most of our time.  Probably 1200 square

7    feet, track house.

8    Q    What did your folks do for a living?

9    A    My dad was a little grocer, and we lived in a very

10   diverse neighborhood.  It was a studio town.  And he had a

11   little grocery store.  My mom was a part-time

12   secretary/seamstress when she wasn't chasing after me in the

13   middle of the streets.

14   Q    Can you describe the grocery store?

15   A    Yeah.  I mean as you can imagine, a small 2000 square

16   foot grocery store that in typical fashion had everything,

17   similar to a New York neighborhood or Brooklyn neighborhood, a

18   butcher shop, produce, canned goods.  But it operated kind of

19   around the clock because the studios were on a 24-hour cycle.

20   Q    Now, in this case there has been a lot of evidence about

21   statements that you made in which you were expressing views

22   about the Middle East.

23        You are not from the Middle East.  Is your family

24   from the Middle East?

25   A    Yes.  My grandparents on all sides are from Lebanon.

*SAM      OCR      RMR      CRR      RPR*

3967

Barrack - direct - Schachter

1    Q    Can you tell the jury about -- about that family

2    background?

3    A    Yeah, it was sensational.  I mean I think it's the

4    typical American immigrant story.

5         My grandfathers on both sides left Lebanon when they

6    were twelve.  At that time in Lebanon it was the turn of the

7    century, the Ottomans controlled Lebanon.  Lebanon was

8    actually part of Syria.  And the -- and the boys went to

9    conscription to the front of the -- of the Turkish War, which

10   would have been in Egypt at 13.

11        So, all the mothers, I happen to be Christian

12   Catholic, but the Sunnis, the Shias, the Druz, all the mothers

13   were trying to send their kids away to not be drafted by the

14   Ottoman War.  So, both grandfathers were on cargo ships going

15   someplace when they were twelve.

16   Q    And did those cargo ships ultimately take both of them to

17   the United States?

18   A    They did, a few mishaps along the way.  They thought the

19   United States was Brazil.  So, one of them spent a couple of

20   years there thinking that Portuguese was English until they

21   realized it wasn't.

22        A typical American story.  They came over.  They

23   went to work and the American dream then became a vision.

24   Q    Were your grandparents around when you were a kid?

25   A    They were.  My dad's dad actually worked in the grocery

SAM      OCR      RMR      CRR      RPR

3968

Barrack - direct - Schachter

1  store with him.  And since both my parents were working, the

2  grandparents took a firm disciplinary hand.

3  Q    What role, if any, did Middle Eastern culture play in

4  your home when you were growing up?

5  A    The -- I'd say the highlight of the Lebanese home is

6  similar to a Jewish home.  We lived in -- in a neighborhood

7  that was mostly Jewish.  So, we shared the same kind of

8  attributes that come from the Levant, which is hospitality.  I

9  never knew that there could be a closed door.

10         So, in a typical Lebanese home everybody comes over

11  all the time to eat, and that's kind of the -- the main

12  pastime is eating.  But it was -- it was -- it was great.

13  Q    Are there particular lessons that you learned about

14  growing up in the Middle East and Middle Eastern culture from

15  you spending time with your grandparents?

16  A    Yeah, for sure.  And it was a very different time.  You

17  know, this was a time where my grandparents could still say:

18  Just come home when the streetlights go on.  It doesn't

19  happen, unfortunately, in many places in America anymore.

20         But it was -- it was really being in a -- in a

21  service mode and adapting.  My dad had a tiny store.  He

22  worked twenty hours a day.  He loved it.  I never knew whether

23  we were poor, medium or not.  It didn't matter.

24         And, you know, my dad's motto was:  Show up.  He

25  only had a high school education, but I learned more from him,

3969

Barrack - direct - Schachter

1   I think, than anyone.  Which is you show up, you do the right

2   thing, and eventually it works.

3           He and my mother had a more affirmative role in all

4   of the little tiny arrows of discipline that you put into your

5   quiver.

6   Q    Where did you attend high school?

7   A    Loyola High School.  It's a Jesuit all-boys school

8   intended to turn boys to men.  I went -- I went to a Catholic

9   grammar school, which was all nuns, and the Jesuit philosophy

10  was to unwind you from the pampering that the nuns did in

11  those first eight years to try and get you ready for the

12  world.

13  Q    Did you work during high school?

14  A    I did.  My dad -- the reason I went to Loyola High School

15  was -- watching those football movies, by the way, I realized

16  that life is all about football -- but I wanted to play

17  football and Loyola had a much better football team.  So, my

18  dad said that, you know, you have to pay to go to Loyola.  And

19  I said:  Yes, sir.  And he said:  Well, you pay half of the

20  tuition and you can go.  So, I worked in his store all the way

21  through high school.

22  Q    What did you do after high school?

23  A    Football again.  I wanted to play football, so I went to

24  junior college thinking that would be an easier route, and it

25  wasn't, and I immediately transferred back to USC.

Barrack - direct - Schachter

1    Q    University of Southern California, that's where you went

2    to college?

3    A    Yes.

4    Q    And were you the first member of your family to go to

5    college?

6    A    I was.

7    Q    What did you study there?

8    A    I started in pre-med.  My mom was not a believer in the

9    Montessori School of Education, so she said you can do

10   whatever you want as long it's a doctor or a lawyer.  Great

11   compliment to our prosecution team, also.

12          I started in pre-med.  And by the third year I got a

13   D in quantitative chemistry, which promoted my professor to

14   come and tell me that I should find a new profession.  So, I

15   switched to pre-law.

16   Q    Pre-law.  Did you also work during college?

17   A    I did.

18   Q    What did you do after college?

19   A    After college I went to law school.

20   Q    And what did you do after you graduated from law school?

21   A    I went to work at a large Los Angeles law firm that was

22   one of the biggest finance-oriented law firms in the city at

23   the time.

24   Q    Now, did there come a time when your work as a very young

25   lawyer took you to the Middle East?

Barrack - direct - Schachter

1   A   It did.

2   Q   And did that experience really affect, ultimately, your

3   career path?

4   A   Well, it affected everything.  At the time I had blonde

5   hair and blue eyes, and when I got done with the Middle East,

6   you can see what happened.  But it affected everything.

7          Would you like me to explain?

8   Q   Yes.  Can you tell the jury about your first experience

9   as a young lawyer being sent to the Middle East?

10  A   Yes.  So, I mean it started in kind of abiding by one of

11  my -- my dad's mottos of showing up.

12          I was a young lawyer on a Saturday morning and one

13  of the senior partners came in and looked at me at 6 in the

14  morning and said:  Do you know anything about gas separation

15  plants?

16          And I knew -- and, of course, I had never heard of a

17  gas separation plant, but I said:  Of course, it happens to be

18  one of my hobbies.

19          And he said:  Well, aren't you Lebanese?

20          And I said:  Yes, sir.

21          Of course, at the time I wanted to be Irish.  When I

22  was in grammar school everybody had blonde hair and blue eyes,

23  I told them I was just a dark Irish.  He thought kind of the

24  same.

25          So he said:  Well, we represent Fluor Corporation

Barrack - direct - Schachter

1  and Chase Bank.  And I'd like to send you to Saudi Arabia in

2  two weeks.

3          I said:  Yes, sir, that would be fantastic.

4          I had no idea, by the way, what was happening in

5  Saudi Arabia or where it was, but I thought this was a great

6  thing.

7  Q   And what was that work that you were sent to do in Saudi

8  Arabia?

9  A   Fluor was the -- this was now 1972.  I'll just set the

10 frame.  This is at a time where Saudi Arabia in 1971 had just

11 rolled into commercial exploitation of oil.  Saudi Arabia had

12 taken over Aramco, which was actually Standard Oil of

13 California.

14         And for those of you who remember ancient history,

15 Gamal Nasser had been trying to socialize Egypt.  So,

16 everything was in chaos in the Middle East and he had died.

17 So, the Middle East was booming.  And what Saudi Arabia needed

18 to do was build more infrastructure and there were only two

19 American companies that could really keep up with it, Fluor,

20 and the law firm that I was at represented Fluor and

21 represented Chase Bank, who was financing it.

22         So, they -- they sent me there to work for my boss,

23 who was putting together that deal, basically.

24 Q   And how long were you in Saudi Arabia -- and how old were

25 you at the time when you got sent to Saudi Arabia?

Barrack - direct - Schachter

1   A    24, 25.

2   Q    Okay.  And how long were you in Saudi Arabia at that

3   time?

4   A    Well, I was off and on for two years.

5   Q    And can you just explain when you say that that trip

6   affected your career path, how did that -- can you explain why

7   you say that?

8   A    Yeah, the -- I mean I think from what we've all realized

9   is the Middle East is a very confusing place.  And we -- we,

10  in America, have a gift of this cultural melange of

11  understanding so many different cultures, so many different

12  nations, so many different religions, but the Middle East was

13  really apart from that.  Right?

14       We didn't have massive immigration here from the

15  Middle East.  And Saudi Arabia was a country of Bedouins.

16  There was no city development.  There was no educational

17  framework in a formal way.  And oil had been discovered in the

18  '30s, but in this frame if you just think about it, Saudi

19  Arabia had 2 million people and the price of oil was

20  two-dollars.  Today Saudi Arabia has 36 million people, and

21  the price of oil is a hundred dollars.

22       So, it was primitive.  There -- there were no

23  telephones.  There was very little electricity.  There was no

24  importation of food.  There was -- because of Wahhabism, this

25  Islamic sect, there were no TVs, there were no -- no

Barrack - direct - Schachter

1    entertainment, there were no books, there were no magazines,

2    and very little people spoke English, so it was like walking

3    into a vortex.

4    Q    At the time working as a young lawyer there, did you at

5    some point come into contact with a member of the Saudi royal

6    family?

7    A    I did.  I did.  I was working and we lived in an Aramco

8    compound.  The only way ex-patriots, such as myself, could

9    survive is the big engineering companies built camps.  So,

10   they would build a camp that had living quarters, that had

11   cafeterias, that had sports facilities.

12           And the Americans at that time were the largest

13   ex-patriot community because Standard Oil of California had

14   been the explorer, the distributor and the buyer of oil in

15   Saudi Arabia.

16           So, while working, and in those days we worked at

17   night.  During the day the heat would be 120 degrees.  And I

18   remember working in an arena that had no rule of law at the

19   time.  So, it was intellectually taxing.  One day my boss came

20   down and said:  Look, you're a squash player, aren't you?

21           And I said:  Yes, sir.

22           And he said:  I want you to go tomorrow at 3 in the

23   afternoon and play squash with another kid.

24           I said:  Gladly.  Anything to get away from this.

25           Went down, I knew I was playing client squash.  Of

3975
Barrack - direct - Schachter

1    course, the Arab and I got along great.  He won, which makes

2    you get along great.  And I came back and my boss said:  By

3    the way, I want you to play squash with him every day.

4            So I didn't really know who he was, but after the

5    first three or four days I realized that he was a son of the

6    King.

7            But, by the way, to put it in perspective, the King

8    at that time had 103 sons.  So it wasn't such a special thing,

9    but it was special to me and we became friends, and I

10   became -- my prowess in the legal profession was that I was a

11   halfway decent squash player.

12           (Continued on the following page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

SAM      OCR      RMR      CRR      RPR

BARRACK - DIRECT - MR. SCHACHTER

1    DIRECT EXAMINATION(Continues)

2    BY MR. SCHACHTER:

3    Q    What did that lead to?

4    A    It lead to a much better understanding of patience and at

5    that time I had none, and really a different level of

6    understanding, because the only form of communication that you

7    had in Saudi Arabia at that time was, what you heard earlier

8    in majlis discussion.  Majlis is actually not a court, a

9    majlis is whatever living room, is an easy way to think of it,

10   a salon and every night -- in those days the male and female

11   culture were separated, thank God it's different today.  At

12   the time the men would all meet in their salons and whatever

13   their house was, some of them were still tents because it was

14   still a Bedouin culture, all night long discuss politics,

15   discuss business, discuss life, tea/coffee, coffee/tea.  In

16   the middle of it the Muslims pray five times a day, they call

17   it salah, you'd be sitting having a discussion and all of a

18   sudden everybody would be laying on the floor on prayer rugs.

19        So it was a complete orientation for western young

20   people such as myself and understanding a culture that was so

21   foreign where there no outside influence or information.

22   Q    What did spending time in those majlises and in Saudi

23   Arabia, did there come a point in time where that leads to

24   business opportunities?

25   A    Yes, it did.  And you have to remember this is 19 --

BARRACK - DIRECT - MR. SCHACHTER

1    1972, was the first generation of Arabs to really go to

2    western schools.  And so this inundation of wealth -- when we

3    talk about Bedouins, if you think of history, this Saudi

4    Arabia had been never colonialized and the cities were really

5    tent cities, Bedouin cities, because the caravans would come

6    from east to west through the Saudi Arabian desert.

7            So business, they knew -- they knew people, they

8    could look you in the eye and in 20 seconds, have a feel for

9    who you were, but they didn't have academic expertise.  They

10   had never dealt in currencies.  They had never dealt with

11   banks.  At the time I was representing Chase Bank.  It was one

12   of the first banks ever to enter the kingdom.

13           So the young princes were excited, money started to

14   flow.  This was before there was an OPEC embargo in 1974.  So

15   to give you an example of the kind of wealth, you had

16   2 million people and oil was $2.  Within 18 months oil was $22

17   and was pumping another million and a half barrels because the

18   infrastructure had been built.  So they were awash with money

19   and every businessman in the world was trying to enter the

20   kingdom.

21   Q    Can you describe what those -- in the very early days,

22   like just after when you were first starting there as a

23   lawyer, how that -- what some of business opportunities were

24   that that led to?

25   A    Yes.  So the young princes that I was playing squash with

3978

BARRACK - DIRECT - MR. SCHACHTER

1  were then -- they were members of the royal family, but it was

2  only the royal family who were authorized to own businesses.

3  So what kind of businesses did they own?  The really

4  sophisticated ones:  Kentucky Fried Chicken, Toyota.  And in

5  that era everybody smoked cigarettes, so Marlboro, Winston,

6  lighters, the things that you think are throw away things.

7  Disney, frisbees, hula hoops, and the royal family would set

8  up all of those businesses and all of the construction

9  businesses.

10        So wood, everything had to be imported.  There was

11  nothing.  God blessed them with this black gold and took away

12  from them every else.  They had nothing.  They had no food.

13  They had no water, they had no wood, and the culture didn't

14  lend itself to that.

15        So the businesses everywhere were booming and the

16  young princes were the ones who owned the businesses, but they

17  needed a western partner in order to implement their program.

18  And so I started representing them in creating these

19  franchises and these businesses and that was all based -- what

20  I learned was, and I tried to explain to my counterparts who

21  were coming from different parts of the west and Asia, that

22  these people really look you in the eye and they make a

23  determination over time as to what kind of person you are and

24  it goes very, very slowly.

25  Q    So what, if any, lessons did you learn about doing

BARRACK - DIRECT - MR. SCHACHTER

1    business in the Middle East from those very early days?

2    A    I learned that you need to be there when you don't want

3    anything.  I, in working for them, I had seen how they react

4    to people.  I think the previous witness had indicated

5    something was really important as they are coming out of the

6    first generation and they know they're going to be taken

7    advantage of, because what do they have, they only have money.

8    So all of the fast talkers from the west and the east are

9    coming to try to take advantage of them, and as I said they

10   were Bedouins and they were traders, but they were

11   instinctively very smart.

12           So the people who came to spend time with them, did

13   much better than those that came -- and I always used to give

14   advice to my American counterparts who wanted fly in there,

15   which by the way at the time was not easy, and had six deals

16   in a briefcase and said, okay, I have until 3:30 tomorrow and

17   I'm out of here.  Of course, the Arabs had this saying,

18   "Inshallah Bukra Malesh."  We called it the IBM of the Middle

19   East, which means God willing maybe tomorrow.  So they just

20   didn't show up.

21           So it was this commitment to time, to relationships

22   and what I learned mostly was this cultural sixth sense.  I

23   was an American kid, I was blessed with freedom and this idea

24   of capitalism and getting things done, and doing it now and it

25   just all flushed right out the window.

3980

BARRACK - DIRECT - MR. SCHACHTER

1  Q     That term cultural sixth sense is one that we've heard

2  from a number of witnesses attributing it to words that you

3  use.  What does that mean when you use the term cultural sixth

4  sense?

5  A     It means that it is a very difficult thing for us being

6  blessed in the system that we have, which is understandable,

7  predictable, we have a rule of law.  We have a social efficacy

8  with each other that's normal.  And all around the world

9  there's people in places that don't share that commonality and

10 when we try impose that on them, it usually doesn't go well.

11         If you're the best -- it's what my father always

12 used to say, if you're the best at anything you don't have to

13 worry about being nice, kind and compassionate.  But if you're

14 number two, you better have a game and the game is

15 thoughtfulness and consideration and kindness and generosity

16 and selflessness.  So I loved that idea, I saw it work amongst

17 the business people who would come in my path, I was just a

18 little fledgling lawyer and I saw that those that utilized

19 that, that were sensitive to others and adapted that culture

20 and utilized it in the mix, were much more successful and much

21 better accepted.

22 Q     So you talked a little bit about your time in Saudi

23 Arabia.  When did you first start spending any time at all in

24 the United Arab Emirates?

25 A     Well, while I was in Saudi Arabia I had -- again, the

BARRACK - DIRECT - MR. SCHACHTER

1    life in Saudi Arabia was very rugged.  I had never been to

2    Lebanon until I started to go on this trip.  So in those days

3    the only way you could get to Saudi Arabia from Los Angeles

4    and New York was Pan American Airlines.  Pan American Airlines

5    had a flight that went around the world.  By the way, the fare

6    at the time you could get an economy ticket for $1400 around

7    the world.  That kind of puts it in place.

8         So I had an apartment with three other American

9    Lebanese in Lebanon, and I'd go every month to go back to

10   Lebanon for hummus and tabouli and a beer.  There was nothing

11   in Saudi Arabia.  And while I was there, I ran into a friend

12   of mine from U.S.C. whose father owned a Spanish oil company

13   called Orbit Petroleum.  He said, wow, this is so great

14   because I'm trying to negotiate an oil concession in a little

15   place called Al Fujairah.  He said, do you know anything about

16   Al Fujairah, and of course as I did with the gas oil

17   separation plant that I knew nothing about, I knew where

18   Al Fujairah was.  By the way, for the jury Al Fujairah -- one

19   of these emirates that we keep talking about, there's seven of

20   them, this is one of the seven -- later we can look at a

21   map -- that's on the Indian Ocean side.  I said, sure, I know

22   Al Fujairah.  He said, well, would you help me with the oil

23   concession, I said yes.  And that was my first trip to the UAE

24   was then to Dubai subsequently to Abu Dhabi to the oil

25   minister there who was the father of the ambassador that we

BARRACK - DIRECT - MR. SCHACHTER

1   have been talking about in the trial.

2   Q    You're talking about Ambassador Yousef Otaiba?

3   A    Yes.

4   Q    And so when did you meet his father?

5   A    I met his father in 1974.

6   Q    All right.  The jury has heard that you ran a business

7   called Colony Capital.  Who started Colony Capital?

8   A    I started Colony Capital.  There was an outgrowth of an

9   organization that I had worked for for a decade before that.

10  Q    When did you first start Colony?

11  A    1991.

12  Q    Why is it called Colony?

13  A    I had just left the Robert Bass Group, which is where I

14  was employed before that, getting ready to take advantage of

15  kind of the next set of opportunities on my own, and realized

16  that the first thing that you need, other than investors and

17  backing and money which I had little of at the time, was a

18  name.  And at that time I was living in a place called the

19  Malibu Colony and I said, well, this is perfect.  I see all

20  the big New York hedge firms name places after their Long

21  Island estates, or streets, or cities.  I lived in a tiny

22  little house, a beach shack on the beach and so I said I'll

23  call it Colony.  Not very sophisticated but that's what it

24  was.

25  Q    Can you describe to the jury what was Colony's business?

3983

BARRACK - DIRECT - MR. SCHACHTER

1    A    Colony's business at the time was to invest in real

2    estate, but contrarian real estate.  So it started with things

3    that sometimes don't seem like real estate.  It sounds silly.

4    So hotels were not considered to be real estate, but for a

5    long time until really the '80s, hotels were operating

6    businesses.  So investors -- and we've talked about different

7    kinds of investors, without confusing it, usually want to own

8    a piece of real estate that just gives them money, rents are

9    paid, those rents go back to the owner, to the landlord

10   without a lot of fuss.  These operating businesses were things

11   that insurance companies, pension funds at the time didn't

12   want to mess with all of the operations.

13        So Colony started with complex things, hotels,

14   distressed assets, mortgages.  We had bought a bank earlier at

15   the Bass Group, which gave us the indication that there is

16   another asset class.  When we talk about asset class, real

17   estate being multifamily apartment buildings, commercial

18   office buildings, single family residential.  Now, another

19   asset class in this distressed side.

20   Q    Can you explain that term so when you say that Colony

21   would invest in distressed assets, what does that mean?

22   A    Can I go back in history for a moment.  So in 1990, there

23   was the onset of a governmental entity called the Resolution

24   Trust Corporation, which was put together by the U.S.

25   Government to bail out savings and loans.  Today there's few

BARRACK - DIRECT - MR. SCHACHTER

1    savings and loans because the banking law changed and allowed

2    everybody then to come together, so banks, investment banks,

3    savings and loans all became one entity, but at the time in

4    the '80s the savings and loans hit a gigantic crisis and many

5    of them went bankrupt.

6            What does a savings and loan do.  On one side it has

7    assets, on the other side it has liabilities and the

8    liabilities are your savings accounts.  Those savings accounts

9    are guaranteed by the U.S. Government.  So they had a gigantic

10   problem on their hands, which is they had to take over all

11   these banks.  These banks had all of these assets that were

12   becoming worthless.  And in addition to that they had all

13   these depositors to whom they owed money and they had

14   guaranteed those deposits.  So they went to groups such as

15   ours, ours at the time being the Robert Bass Group, to say you

16   as investors joint venture with us as the government to bail

17   out these banks, and that was the beginning of that business.

18   Q    So that's Colony at the beginning.  Are there things that

19   Colony ultimately invested in or purchased or developed that

20   the jury would be familiar with?

21   A    Yeah, I mean at the time many of the buildings in New

22   York City, the Stanhope Hotel.  610 Fifth, the Mayfair Hotel,

23   five Holiday Inns, four or five of the biggest office

24   buildings in the city.  We were dealing in hard assets at the

25   time, this was 1991 to 1995, and most geographies, so from

3985

BARRACK - DIRECT - MR. SCHACHTER

1  California to New York.  We had I think between 1991 and '95,

2  probably 8,000 assets.  But it was a lot.

3  Q    So just to give the jury a picture of the examples of the

4  kinds of things that Colony would invest in, I mean even as of

5  all through the years up to 2016, 2017, are there companies or

6  projects that Colony invested in that the jury might be

7  familiar with?

8  A    Yeah, I mean we owned a movie studio, we owned Miramax.

9  We owned the Western Hotel Company.  We owned the majority

10 interest in Fairmont Hotels and Raffles Hotel, and Carrefour.

11 Carrefour is the biggest French retailer, same as Walmart in

12 the United States.  Accor, which is the same Hilton, it's the

13 second largest hotel company in the world.

14        We owned a soccer team, Paris Saint-German in

15 France.  We owned a baseball stadium and team in Japan, the

16 Daiei Hawks.

17        We were a major investor in Aozora Bank in Japan.

18 We were a partner with the Korean government in Korea called

19 Korea First Bank.  We were partners with the Korean government

20 and a similar government entity called Kamco, which was like

21 the RTC.

22        We were one of the largest shareholders in Kerry

23 Properties with the Kuok family from China.

24        We were partners with Oceanwide on Atlantis in

25 Hawaii.  We were partners with Fosun on an Atlantis in China.

BARRACK - DIRECT - MR. SCHACHTER

1  We were partners with the Koo family in Taiwan on China Trust

2  Bank.

3          We owned a major resort in Italy called Costa

4  Smeralda.  We owned famous hotels in London, along with

5  Blackstone, Claridge's, Connaught, Berkeley and Savoy.

6          We had great teams around the world who did all the

7  blocking and tackling and they did a great job.

8  Q    Those assets were not just around the world, but also in

9  the United States?

10  A    Yes.

11  Q    I think we've seen some presentations talking about First

12  Republic Bank?

13  A    Yes.

14  Q    What is that and what was Colony's role?

15  A    First Republic Bank is a large regional bank, which at

16  the time that you're discussing was acquired by Merrill Lynch,

17  then Merrill Lynch merged with Bank of America and in all

18  these great mergers, they hardly ever work and so they wanted

19  to sell what they bought.  And we, with management, it was

20  really all due to management's brilliance, acquired First

21  Republic Bank in partnership with General Atlantic, another

22  private equity firm, and bought it out of Bank of America and

23  then took it public.

24  Q    Speaking of mergers, we're going to talk a little bit

25  about this, but in this time period that we've been talking

BARRACK - DIRECT - MR. SCHACHTER

1  about during this trial, 2016 and 2017, were you managing a

2  process involving a merger of two companies?

3  A    I was trying to manage a process of a merger of

4  companies.  It was a merger of three companies.

5  Q    Can you describe that merger and also -- can you describe

6  that merger?

7  A    Yes, can I kind of start at what is a merger.

8         So Colony at the time is a public company.  Why is

9  that significant, because we had just gone -- we had been a

10  private company.  What's the difference between a private and

11  public company is, a private company relies on capital from

12  outside.  So you've heard all of this talk about sovereign

13  wealth funds, pension funds, private equity, which is the term

14  that we're throwing around here a lot, traditionally, had just

15  survived on outside capital.

16         After a while, those teams, that private equity

17  firms runs out of its own capital.  Because every time

18  sovereign wealth fund or pension fund wants to invest, they

19  say we want you to invest side by side with us.

20         So in this area in 2014, '15, '16, companies bigger

21  than us, better than us were going public and offering shares

22  of that ownership to individuals, thereby boosting their own

23  capital that then could be invested from their own balance

24  sheet.

25         So Colony had gone public in 2014, and now we

BARRACK – DIRECT – MR. SCHACHTER

1    realized that we had to get a larger scale in the public

2    markets.  So we, a year ahead of time, contracted to merge

3    with two other New York Stock Exchange companies.  So Colony

4    Capital at the time merged with a company called NorthStar

5    Asset Management and NorthStar Finance to combine to become

6    the third or fourth largest New York Stock Exchange REIT.

7    Q    Just to define that term, what is a REIT?

8    A    I'm sorry to give you this boring lesson in finance,

9    football was more interesting, but a REIT is Real Estate

10   Investment Trust.  All it means is you, as an investor, can

11   invest in real estate through this public entity on a very tax

12   advantage basis.

13          So a REIT acquires buildings, most of the buildings

14   you see in the city, Vornado for instance is the largest owner

15   of New York high rise office spaces, they are Real Estate

16   Investment Trust.

17   Q    So that's a Real Estate Investment Trust, but you said it

18   traded on the New York Stock Exchange; is that right?

19   A    Yes.  So the beneficial shares of a REIT are tradeable,

20   which never happens in real estate, right.  If you own the

21   Seagram's building, you own the Seagram's building and you

22   have no liquidity other than the rents that you're getting.

23   In a REIT, the shares of the ownership of that Seagram's

24   building is on the market every day, the proxy is a share and

25   you can buy or sell or borrow against that share every day.

BARRACK - DIRECT - MR. SCHACHTER

1    Q    So following that merger -- well, which was bigger Colony

2    Capital or NorthStar?

3    A    It was -- both NorthStar entities together was bigger, so

4    the trilateral merger was about a third, a third, a third.

5    Q    After that merger, how much money, capital, did Colony

6    NorthStar have to invest in projects all around the world?

7    A    So post merger -- and, again, nomenclature, how do you

8    measure these things and there's two categories that people

9    usually use.  Assets under management, just meaning what does

10   the entity own, or assets under advisory, how much in addition

11   to what you own are you managing.

12        So post-merger I think in mid January of 2017,

13   Colony NorthStar, which is now the new name of the combined

14   entities, had 60 billion in assets under management, and about

15   160 billion in assets under advisement.

16   Q    Right.  Now that gets to my next question, which is when

17   Colony NorthStar or Colony the public company is investing in

18   to buy hotels or soccer teams or anything, whose money is

19   that, that gets invested?

20   A    It's the shareholders' money.

21   Q    Is any of it -- can you explain the difference between --

22   the jury has heard lot about receiving investment commitments

23   from sovereign wealth funds so that's money that comes in from

24   outsiders, does Colony NorthStar invest its own money.

25        Can you explain that difference.

BARRACK - DIRECT - MR. SCHACHTER

1  A    Yes.  Would you indulge me to -- again, it's not simple,

2  but stop me if I start running on.

3         But so you now have a public company.  This public

4  company has its own money.  And let's just assume we have a

5  hundred dollars in the public company, but the size of the

6  transactions that we think that are interesting, it's much

7  bigger than the capital base that we have ourselves and so

8  what we want to do is attract other outside investors to

9  invest with us in things we think are smart, are profitable.

10  What are smart and profitable is simple.  You think of buying

11  something at the right price, fixing it, or adding something,

12  and selling it, right.  That was our business.

13         But as time went on to do bigger things you needed

14  outside capital.  So we would take our hundred dollars, and in

15  terms of addressing the sovereign wealth issues, which is kind

16  of the topic of the day, go to a sovereign wealth fund and

17  say, we want to invest your capital with us either in a

18  commingled fund, commingled meaning we're going to take

19  several sovereign wealth funds combine them with pension

20  funds, combine those with family offices and you're just

21  committing capital.  You're not giving us that money, you're

22  committing to an amount of capital and as we spend our hundred

23  dollars we'll draw down that capital and we'll invest it

24  together.

25         Now what do they get for that and what do we get for

BARRACK - DIRECT - MR. SCHACHTER

1   that?  What they get is to invest their money in transactions

2   they would not otherwise have an opportunity to do.  But

3   they're investing.  They are not giving us the capital, they

4   are investing in a fund or a transaction, and we've talked

5   about kind of the terms of what that is but without making it

6   complicated, we're investing in our capital side by side with

7   theirs, so we're both investing.  They're paying us a

8   management fee for basically the cost of the people and the

9   stuff to get the deal done, and they are expecting a return on

10  their capital.

11          So I think the witness before me was testifying that

12  they made an attractive investment and received two times on

13  their capital.  It just means they doubled the amount that

14  they invested.  So that's what they're expecting, all these

15  investors, in the realm that we're talking about or thinking

16  they are going to get one and a half to two times back in the

17  real estate sector.

18          But we, Colony, don't make a profit until they get

19  their capital back and another term of art, which they call

20  preferred return.  So they're saying, okay, you invest your

21  own capital and you're going to lose that side by side with us

22  if you're wrong, we'll pay you a fee for the overhead and the

23  people to do that, but you're not going to make any money

24  unless we first get our money back plus 6 percent, 7 percent,

25  8 percent, and if you do that, then we'll give you an

BARRACK - DIRECT - MR. SCHACHTER

1  incentive fee on top of it.

2          So that's the calibration of all of these things

3  we've been discussing.  The terms may vary, the process may

4  vary, but that's basically it.

5  Q    And in describing the business that Colony NorthStar did

6  in 2016 and 2017, are you able to explain, in general terms,

7  how it is that Colony NorthStar made money and what portion of

8  that was the fees charged to outside investors for investing

9  their money.  What portion of the overall picture of the money

10  that Colony NorthStar made was that fee business?

11  A    You don't ask easy questions, but -- so let's take fourth

12  quarter -- or let's take 2016 financial results and 2017

13  financial results.  We've now rolled in, by January 10th of

14  2017, which is the date at which this merger transpired, we

15  are now a New York Stock Exchange REIT with seven to nine

16  different swim lanes of business.

17          So what is a swim lane of business?  We're

18  explaining to the people that manage your 401(k) accounts,

19  right, your retirement accounts, we're explaining what is our

20  business, and what they want you to explain is, you're in the

21  business of selling vanilla ice camera.  They understand that.

22  We're the best at vanilla, all we do is vanilla, we're not

23  going to think of anything but vanilla and then they know they

24  can invest with you in vanilla and they can go find other

25  people like us for chocolate, for strawberry, for rocky road.

BARRACK - DIRECT - MR. SCHACHTER

1    If you say I'm in the business of vanilla, chocolate, rocky

2    road, and by the way, I love Twinkies and Hostess Cupcakes,

3    they get very confused, right, that's not what they want you

4    to do.

5        So now in 2017 we have these nine separate swim

6    lanes of business.  We have healthcare.  We have a retail

7    distribution entity.  We have one of the largest pension fund

8    advisory firms.  We have an office building REIT in the U.K.

9    We have mobile home parks.  We have multifamily.  We have

10   hotel companies.  It was confusing enough, but now after that

11   merger that's all on our balance sheet.

12       So you have revenue coming from, for instance at

13   that time I think we owned -- when I say "we" by the way I'm

14   talking about Colony, 170 individual hotels.  So that income

15   comes in on what we call the balance sheet.  It's not advisory

16   fees, it's not investment management fees, it's on the balance

17   sheet.  We own 550 medical office buildings, senior housing,

18   nursing homes, comes on the balance sheet.  We owned one of

19   the largest industrial and logistics companies, it comes on

20   the balance sheet.  Now there's a portion on some of these

21   where you're managing third-party money, and so when you go to

22   investment management fees, which all come down to a

23   category -- to get to your question -- you have to go to funds

24   managed for third parties not co-investment.

25       So I think at the time and, you know, don't quote me

BARRACK - DIRECT - MR. SCHACHTER

1  because I haven't had access to the numbers for a long time,

2  the fee portion of that business it was probably 10 to

3  20 percent of what we're talking about EBITDA, cash flow, NOI,

4  whatever term you want to use for profitability.

5  Q    So the income driver to Colony and Colony NorthStar from

6  fees charged to these outside investors is only about 10 to

7  20 percent of Colony NorthStar's business; is that correct?

8  A    At the time I recall that's about what it was.

9  Q    Now were Middle East sovereign wealth funds the only

10 outside investors that you were making investments for and

11 charging fees?

12 A    No.

13 Q    Can you describe -- well, were there U.S. investors that

14 you were doing the same thing for?

15 A    Sure.

16 Q    Can you describe some of those -- what kind of major U.S.

17 investors Colony NorthStar had?

18 A    If you take New York, New York State Commons, all of the

19 state pension funds.  State of Florida.  CalSTRS.  State of

20 Texas.  Plus corporate pension funds.  So in the pension fund

21 world, which is very different from the sovereign wealth.

22 Remember, sovereign wealth funds really came into effect, I

23 think Mr. Jackson was saying the first one was 2006 or 2007.

24 In that era they started to become prominent.  So before that

25 you have, in our investor world, U.S. public pension funds,

BARRACK – DIRECT – MR. SCHACHTER

1  corporate pension funds, and college endowments.

2  Q    I see.

3         Now of the 10 to 20 percent that is earning fees on

4  investing money from these other large investors, and within

5  that subset of that that involves middle eastern sovereign

6  wealth funds, was Qatar a significant investor that you had

7  developed?

8  A    Yes.

9  Q    How did that -- by the way, which was a more significant

10  investor to Colony's growth over your career, Qatar or United

11  Arab Emirates?

12  A    Unquestionably, Qatar.

13  Q    Can you tell the jury how did you go about developing

14  that relationship that led to a business relationship with

15  Qatar?

16  A    Like all things in life, accidentally.  Would you like me

17  to describe?

18  Q    Please.

19  A    So in the early '90s turning into 2000 I had met a young

20  man at the time who was the finance minister of Qatar.  And

21  you've heard the acronym, HBJ.  HBJ stands for

22  Hamad bin Jassim, Sheikh Hamad bin Jassim.  As you learned

23  Sheikh is a designation like sir, who was a member of the

24  royal family and at this time Qatar was just coming into

25  prominence.  Qatar before 1997, I won't bore you with the

BARRACK - DIRECT - MR. SCHACHTER

1   story, was a pearl diving town, then they discovered gas which

2   changed the notion and the rhetoric.

3          So we had owned a resort and one of the concierges

4   in the hotel had called me and said, we've got an Arab coming

5   in from Qatar who is dying to have Lebanese food.  I said,

6   terrific.  We had a little house.  I said, I'll come and pick

7   him up and bring him home for tabouli, hummus, kibbe.  By the

8   way, now all of that is health food, it wasn't health food at

9   the time.

10         I didn't know who he was.  Very smart, very kind.

11  Said he was from Qatar.  I had never been to Qatar, didn't

12  know much about Qatar at the time, and we became friends.

13         So then just over the years when he would come to

14  the U.S., when he would come to Europe, when he needed things

15  in Italy, this resort was in Italy, he'd call me and I helped

16  him.  And I helped his kids.  As time went on my wife and I,

17  with our kids, his kids, we spent time, but for a decade we

18  never did business.  And as life goes, eventually he became

19  the prime minister of Qatar and the head of one of the largest

20  sovereign wealth funds in the world called QIA.

21  Q    How long was it that you were developing that

22  relationship with Hamad bin Jassim before that relationship

23  ultimately developed into a business relationship?

24  A    Probably a sad commentary on my business doing

25  relationships, but it was about a decade.

BARRACK - DIRECT - MR. SCHACHTER

1    Q    Did you -- was any part of developing that relationship

2    that led to them being one of your largest investors, you

3    agreeing that you would operate within the United States

4    subject to the direction or control of the country of Qatar?

5    A    No.

6    Q    By the way, could you, as you understand your business,

7    agree to operate as an agent of one investor, even a big one

8    like Qatar?

9    A    Impossible.

10   Q    Can you explain why not?

11   A    Yes.  So, again, if we just go back to a white board

12   chart saying what is this commingled fund.  So the commingled

13   fund is Colony, our hundred dollars over here, and now we go

14   out to the sovereign wealth funds, the public and corporate

15   pension funds and college endowments and say we want you to

16   put together another pool of money over here.  What are they

17   concerned with.  They are concerned with who you are, your

18   character, your integrity, your track record, your experience

19   and mostly conflicts.  So they want to know that if the five

20   of them commingled together in this limited partnership and

21   they are investing with you side by side, that nobody has an

22   edge.  They are all equal or at least all have an equal

23   understanding of what your focus is, what your motivation is,

24   what your status is.

25              And so they go through a vetting process that's

BARRACK - DIRECT - MR. SCHACHTER

1   excruciating of caretakers, of gatekeepers, of disclosures, of

2   representations as to side letters as to any of those

3   influences that you could have that would otherwise effect

4   their decision or unbalance that field.

5          So if you had a relationship, especially these kinds

6   of relationship which nobody understood what that meant, by

7   the way I still don't, it would chill every other investor who

8   says if you're a representative of theirs, if you are acting

9   for them, you're not going to act for us.

10  Q    Was one of Colony's large investors the country of

11  Kuwait?

12  A    It was.

13  Q    How did you develop Kuwait as a significant investor?

14  A    Again, along that path of life accidentally.  The

15  wealthiest Kuwaiti family was the Kharafi family, Nasser

16  Kharafi.  I was going back and forth in the early days from

17  Saudi Arabia to Lebanon.  My mom's village was a little

18  village called Broumana, so Beirut sits along the sea and it's

19  mountain -- you can go from the beach in Beirut to skiing in

20  45 minutes.  So my mom's village is where I would go in the

21  summers and spend a couple of weeks to kind of regain my

22  sanity.

23         A next door neighbor to the house I was staying with

24  a friend, the next door neighbor of the house was Nasser

25  Kharafi, who would go there for the same reason.  Again, I

BARRACK – DIRECT – MR. SCHACHTER

1    didn't know who he was.

2            We became good friends.  He criticized me for my

3    terrible Arabic, and, again, we just became friends.  I

4    started doing things for him and with him in the U.S. and

5    around the world.  And then he had sons my age and we became

6    friends.

7    Q    How long did you build that relationship before that

8    ultimately developed into a business relationship?

9    A    Probably eight or nine years.

10   Q    Now was any part of building that relationship with the

11   country of Kuwait you agreeing that you would operate subject

12   to their direction or control?

13   A    No.

14   Q    You mentioned that one of Colony's large investors was

15   the New York State pension fund; is that correct?

16   A    New York State Commons, yes.

17   Q    What is that?

18   A    That's a pension fund that is administered by the state

19   controller of State of New York, which pools together

20   retirement accounts of state employees.

21   Q    And was that a large and important investor of Colony

22   NorthStar?

23   A    It was.  At the beginning in the early '90s they were

24   very important.

25   Q    At any time in order to develop a business relationship

BARRACK - DIRECT - MR. SCHACHTER

1    with the New York Common Fund, did you tell them that you

2    would operate subject to their direction or control?

3    A    No.

4                (Continued on the next page.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4001

Barrack - Direct - Mr. Schachter

1   DIRECT EXAMINATION

2   BY MR. SCHACHTER:   (Continuing)

3   Q    All right.  I want to ask you about some of the -- you

4   talked about some of the investments that Colony NorthStar

5   made.

6        Was it important for Colony NorthStar to develop

7   business partners as well as investors?

8   A    Yes, sir.

9   Q    Can you explain what that term means?

10  A    Yes.

11       So if you think our business, like every other

12  business, is competitive, so part of the expertise or part of

13  what you need to make it work is viable transactions, viable

14  themes, viable ideas.

15       And there's two ways of going about it.  You can

16  either hire the smartest people in the theme that you're in

17  and have them incubate that idea in a box and then say go out

18  in the world and find your idea.  That wasn't something that

19  we thought was such a fruitful method.  It's expensive, it's

20  time consuming, and actually, by the time you create the

21  theme, by the time you invent the idea and go into the world

22  and try and find it, it's changed, it's gone.  With new

23  opportunity business, it's something else.

24       So we built Colony, which the predecessor in

25  interest, I really, as a novice, learned this at the Robert

4002

Barrack – Direct – Mr. Schachter

1   Bass Group, is you rely on smart people who are in the middle

2   of the field, where the activity is, that need money and a

3   good partner, and that's a faster, better way in which you get

4   broader expertise.

5         So finding those partners and those themes and those

6   ideas and places that were too complex for our competitors to

7   go. And complexity was something that we, at Colony, kind of

8   prided ourselves on, the great men and women that we had. I

9   had the easiest part of the job, they had the most difficult

10  part, was -- was that. So you rely on partners that have

11  themes and teams and expertise in places that you don't have

12  and you give them the tools and the resources they need to

13  accomplish their goals.

14  Q   And were those business partners just in the

15  United States or all around the globe?

16  A   All over the world.

17  Q   All right.

18        Now, and would -- well, when Colony would sell

19  assets like hotel companies or sports teams, would it sell

20  those companies to entities outside of the United States?

21  A   Yes, sir.

22  Q   Do you recall Dr. Davidson testified that -- well, I

23  think you mentioned one of the teams that Colony owned was a

24  team called Paris Saint-Germain?

25  A   Yes.

Barrack - Direct - Mr. Schachter

1   Q    That's a major soccer team in France?

2   A    Yes.

3   Q    I think you talked about that being soft power, not

4   intended to make money.

5            When Colony owned Paris Saint-Germain, who did it

6   sell it to?

7   A    We sold it to Qatar, a subsidiary of the Qataris, owned

8   by the Crown Prince.

9   Q    And how did Colony do on that investment?

10  A    Colony did well for what we thought was well at the time.

11  Q    And you sold it to a Qatari entity.

12           How did they do on that investment?

13  A    Do you want me to give you the arithmetic?

14  Q    Sure.

15  A    So as I recall, we bought Paris Saint-Germain, which is,

16  by the way, the only soccer team in Paris.  So going back to

17  tribes and flags, France is even more tribal than the Middle

18  East when it comes to soccer.  So this asset was super

19  important to the president of France at the time, who was

20  Nicolas Sarkozy.  So he asked us to buy it and we thought we

21  were buying it for the real estate.

22           We bought it, I think, for 40 or 50 million euros.

23  We sold it to the Qataris just right around 100 million euros,

24  I think.  The Qataris then invested a substantial amount,

25  invested in players.

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

4004

Barrack – Direct – Mr. Schachter

1        And Mr. Davidson is right.  You know, soft power is

2   always in the back of everybody's mind saying what

3   reputational benefit do you get from it.  I think he's right

4   in looking at that.  But I was definitely wrong in the

5   economics because we thought we had made a 30 or 40 percent

6   return on the money.  The Qataris today I think have invested

7   about $800 million in that team.  So if you say they have a

8   total investment -- and I know these numbers are staggering by

9   the way -- total investment, let's say, 900 million and the

10  team was just valued in Forbes at about 4 billion.

11  Q    In 2016, how many employees did Colony have?

12  A    In 2016, post-merger, we had between 3- and 400 direct

13  employees and a few thousand indirect employees, the employees

14  that worked in our portfolio companies.

15  Q    And how many offices around the globe?

16  A    I think we had seventeen offices around the globe.

17  Q    Why?

18  A    We tried to adopt -- first of all, in order to make

19  extraordinary gains, you have to take extraordinary risk.

20  Right?  And just, the first law of finance is everything is

21  going to regress to the mean.  If everybody has the same

22  amount of information and the same cost of capital and

23  investing in the same things, you're going to make the same

24  amount of money.

25        And we're all competing with each other and

Barrack - Direct - Mr. Schachter

1    shareholders trying to get mom-and-pop pension funds at least

2    to buy us, to buy our shares by making more money.  And we

3    adopted a philosophy;  The best way to do that is to find

4    complex things, but to find complex things in areas that were

5    really difficult for people to work in.  So again, the same

6    things.

7              You know, Europe is not easy.  It's more similar,

8    but you have a difference in language, you have a difference

9    in culture, you have a difference in law, you have a

10   difference in practice.  You have a difference in just mores

11   how people want to work, why they want to work.

12             So we developed a methodology of going to those

13   places and building local teams.  So if we're in France, we

14   have, you know, the best French representative, Sebastien

15   Bazin, who ran France.  And Italy the same, Spain the same,

16   Japan the same, in China the same, in Hong Kong, Singapore.

17   Any place we went, we built local teams that could then

18   harness those opportunities in a local way, that cultural

19   success.

20             And what we tried to control is finance, legal and

21   the brand, all of those ingredients of all of those people

22   adapting to some common set of attributes, you know, those

23   character -- those undefined characteristics of investment

24   status, give you a brand, give you a culture, and that's what

25   we were -- mine was the easiest job, which was writing for the

4006

Barrack - Direct - Mr. Schachter

1    brand.  Theirs was the most difficult because they're actually

2    making things happen.

3    Q    I want to ask you about your role at Colony.

4         In connection with that role -- we talked about

5    offices in different countries -- did you, in your work at

6    Colony, live in other countries?

7    A    Yes.

8    Q    Where?

9    A    As we started offices, I would oftentimes live for six

10   months or two years in various places, starting in England,

11   France, Italy.

12   Q    Let's talk about your role.

13        Were you, for a substantial part of your career at

14   Colony, the chief executive officer?

15   A    Yes.

16   Q    And that's from when to when?

17   A    That was from 1991 to 2014, I believe.

18   Q    And what did you do in that job?

19   A    Everything, including getting my own coffee.

20        But it was, being a CEO -- would you like me to kind

21   of describe generally what a CEO is?

22   Q    Yeah, what I'd like to do, I'd like you to describe the

23   role of CEO and then -- we'll stick a pin in that for just one

24   second.

25        When you stopped becoming CEO, you took on what

Barrack - Direct - Mr. Schachter

1    position and approximately when was that?

2    A    Okay.  So the CEO is the senior-most responsible

3    executive in any company.  And our company was exactly that.

4            So at the time, you would have operating divisions

5    and groups that would include the country managers of each

6    country.  It would include the product managers of each

7    product.  So besides having a country manager, let's say we

8    had a country manager in France, we would also have a debt

9    person, somebody who was in charge of the sophisticated debt

10   products.  We would have an office person.  We would have a

11   hotel person.  And then you have the cadre of all the support

12   teams that make that work:  The general counsel, the chief

13   financial officer, the treasurer, the compliance officer, the

14   ESG officer, the -- on and on and on.

15           So at the time as a CEO, I think I had 14 direct

16   reports and you're basically -- you're running the train.

17   That's what a CEO does, is run the train and define the

18   vision.

19   Q    And did there come a time when you stopped being CEO and

20   became and took on a different role?

21   A    Yes.  I think happily for those 14 people that were

22   reporting to me, we had a new CEO who came in, in 2014.  And

23   then at the merger in 2016, the CEO from NorthStar also came

24   over.  So at that time I became the executive chairman.

25   Q    So in this time period that we're talking about, 2016 and

4008

Barrack - Direct - Mr. Schachter

1   2017, your job is executive chairman is that right?

2   A    Yes.

3   Q    How was your job different when you were executive

4   chairman?  What was that role?

5   A    So I think an easy way to describe it is, if you were

6   looking at something that we all know, if you were looking at

7   football and say, Tom Brady is the best CEO we've ever known,

8   Belichick would be the executive chairman.  So you move from

9   the administrivia aspects of dealing with stuff every day.  A

10  lot of that stuff is human capital, people that are always

11  arguing, complaining, needing advice, warring with each other,

12  compensation, territory, conflicts.

13          When you step to executive chairman, it goes to

14  vision, vision, vision and relationships, relationships,

15  relationships.  So I would get involved as a fireman at

16  various points on the operating issues just because I had

17  longer time in the saddle.  But mostly finding partners,

18  finding investors, explaining to the public markets what we're

19  doing, where we're going and writing for the brand, trying to

20  build that culture around the world and all the constituencies

21  that we had at the time.

22  Q    You use the term:  Writing for the brand.

23          Was that your job as part of executive chairman?

24  A    To me, that was the most important part of my job.  We

25  had great people that could do all the other things much

Barrack - Direct - Mr. Schachter

1    better than I.

2    Q    So can you describe, what part of your job, what did you

3    do in order to build the Colony brand in this time period,

4    2016, 2017?

5    A    Well part of any brand exercise is, is whatever

6    constituency you're dealing with, feeling that there is

7    experience, expertise, the delivering of a reputational bag of

8    attributes, whatever it is you stand for.  And usually, that

9    always comes when you're not pitching it, when you're not

10   selling it.  So especially in the financial world or the

11   investment world, people make decisions based on character and

12   culture.

13        It's too difficult to just discern performance

14   because, just as we've discussed, I've given you three or four

15   metrics of how I would describe what Colony was in assets, but

16   there's a hundred metrics.  So you could take those metrics

17   and say well, were you really number three; you weren't number

18   three in profitability, you were only number three in assets.

19   Well, what is profitability?  We have all these terms for

20   profit; EBITDA, NOI.  It gets very confusing.

21        So what everybody our world wants is somebody who is

22   a good thinker, somebody who has a great team, somebody who

23   has thoughts outside of the world that you live in, whatever

24   that world is.  Somebody whose points of view they may

25   disagree with but they admire; are well-thought, are

Barrack - Direct - Mr. Schachter

1   well-stood, the way somebody conducts themselves, the

2   discipline in their life, how they treat other people, how

3   they are treated themselves.

4            So when you get to a world stage, it gets much more

5   complicated.  And again, this cultural success for any foreign

6   partner to want to do something with you, they want you to

7   understand that you understand them, not that you're forcing

8   yourself on them.  That's with partners, that's with

9   investors, that's with associates, employees.  So that was

10  really the major role, especially as I started to gain tenure,

11  because I had made every mistake that there was.  Right?  This

12  wasn't all roses along this 40-year career.  So I learned more

13  from the mistakes that I've made, which are multiple.

14  Q   So those are some of the goals of what you wanted to

15  achieve.

16           But can you describe in concrete terms what did you

17  do on a day-to-day basis in order to build that brand in

18  2016-2017?

19  A   I had traveled all over the world to most of our

20  partners, most of our investors, most of the prospective

21  investors to the most noteworthy business people in those

22  regions that I had made contact with or was making contact

23  with, and the government officials in most of those places.

24  Q   Can you explain that last part?

25           Why is meeting with government officials in the

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

Barrack - Direct - Mr. Schachter

1  various countries around the world, and the jury has seen your

2  SF-86 form seen the number of leaders you were in contact

3  with, but can you explain why?

4        What importance does it have for you to meet with

5  government officials in doing the things you've talked about?

6  A    I'll give you my own opinion and it's an opinion that's

7  shared in the financial world because if you look at every

8  major private equity firm or every major investment bank or

9  hedge fund, it has some notable government person who is part

10  of their cadre .

11        Why?  Because in all of the places around the world,

12  what's the number one thing that any investor wants to make

13  sure you understand?  The rule of law.  Right?  Why are we

14  here today and thank God for everybody's patience of everybody

15  involved because we're trying to figure out a rule of law.  If

16  you are an investor, you don't want to spend this time and

17  money trying to figure out the rule of law.  You want to know

18  what the rule of law is, especially when you're dealing with

19  widows and orphans, and policemen and firemen's retirement

20  accounts.

21        So to understand what's happening on the hockey

22  rink, you don't want to just see where the hockey puck is, you

23  want to know where is the hockey puck going.  And to do that,

24  you have to know a lot about things other than what you're

25  doing in your own swim lane.

Barrack - Direct - Mr. Schachter

1          And what does the opportunity say?  Are the laws

2     changing?  Is the administration changing?  Is the policy

3     changing?  Is the currency changing?  Are the central banks

4     changing?  You know, in our world, it's so difficult, in

5     addition to the rule of law, understanding when does the

6     government intervene.  We're going through this and I won't

7     wax on this long but I think it's worthwhile, is, nobody

8     really knows what an inflation is, nobody knows what economic

9     problems are.

10          And I can tell you, it's not because of President

11    Biden.  He's doing the best job that he can, has nothing to do

12    with it.  It's the central bank intervention all over the

13    world, which none of us can even explain.  You have

14    governments buying assets themselves, issuing debt that's

15    being bought by other governments, to buy back their own

16    assets.  So if you don't know when the government is going to

17    intervene and when they're not going to intervene, for every

18    banker -- you go to Jamie Dimon, he will tell you, I'm sure --

19    that's the number one thing on his list.

20          So, you have to stay on -- when the are the

21    regulations changing.  What are the rules of the road.  What's

22    happening with trade.  We talked about trade deficits.

23    Q    Who are the government leaders around the world that you

24    developed relationships with, not just in the Middle East, but

25    around the world?

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

Barrack — Direct — Mr. Schachter

1  A    Well, again, going back to your first question.

2        At being 75, I have had the privilege of dealing

3  with so many of them.  Japan, Hong Kong, Taiwan, South

4  America, Mexico, Peru, Colombia, Argentina, France, Spain,

5  England; all of the top people in those places at some point

6  in time, I have had the privilege and the opportunity to deal

7  with.

8        MR. SCHACHTER:  Just a couple more questions about

9  your general work schedule and then, Your Honor, if it's an

10 appropriate time to break for lunch.

11 Q    What time would your work day begin and when would it

12 end?

13 A    I mean, depending on where I was, but for the most part,

14 being based in California, I try and get up at 4:30, work out,

15 be in the office by 5:30 or 6:00, and I was usually home by

16 10:00 or 11:00 at night.

17 Q    And can you describe your travel schedule to the jury?

18 A    Yes.  It was a gift and it was a privilege, but it was

19 hectic.  I -- for most of Colony's life, I probably traveled

20 two or three weeks a month.

21       MR. SHACHTER:  Your Honor, I don't know if this is

22 an appropriate time to break for lunch.

23       THE COURT:   It is a perfectly appropriate time.

24       Ladies and gentlemen, we will take until

25 2:00 o'clock.

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

Barrack – Direct – Mr. Schachter

1          Have a good lunch.  Remember not to talk about the

2    case with anyone.

3          See you soon.

4          (Jury exits.)

5          THE COURT:  Recess until 2:00 o'clock.

6          (Recess taken.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Barrack - Direct - Mr. Schachter

```
 1              THE COURT:  Okay.  Let's have the jury in, please.

 2              (Jury enters.)

 3              THE COURT:  Everybody be seated.

 4              Please continue, Mr. Schachter.

 5              MR. SCHACHTER:  Yes, Your Honor.

 6   DIRECT EXAMINATION

 7   BY MR. SCHACHTER:  (Continuing.)

 8   Q    All right.  Mr. Barrack, there has been a lot said in

 9   this trial about a man named Rashid al Malik.

10              Can you tell the jury when you first met Rashid?

11   A    Yes.  I believe 2012.

12   Q    And how did you meet him?

13   A    He was introduced to me by a mutual friend, Mohamed

14   Alabbar.

15   Q    I'm going to show you what has been marked for

16   identification as Barrack Exhibit 3048.

17              MR. SCHACHTER:  Witness and counsel, Your Honor.

18   Q    Do you recognize the person shown in Barrack 3048?

19   A    Yes, I do.

20   Q    Who is that?

21   A    Mohamed Alabbar.

22              MR. SCHACHTER:  We'll offer Barrack Exhibit 3048,

23   Your Honor.

24              MR. NITZE:  No objection.

25              MR. LOWELL:  No objection.
```

4016

Barrack - Direct - Mr. Schachter

1    THE COURT:  Received.

2        (Barrack Exhibit 3048, was received in evidence.)

3    Q    Is Mohamed Alabbar somebody you know pretty well?

4    A    Yes, sir.

5    Q    I'm going to show you what's been marked for

6    identification as Barrack Exhibit 983.

7        MR. SCHACHTER:  Witness and counsel only, please.

8    Q    Is that a picture of you and Alabbar?

9    A    Yes, it is.

10        MR. SCHACHTER:  We'll offer Barrack Exhibit  983.

11        MR. NITZE:  No objection.

12        MR. LOWELL:  No objection.

13        THE COURT:  Received.

14        (Barrack Exhibit 983, was received in evidence.)

15    Q    Who is shown in this photo?

16    A    Mohamed Alabbar is in the center, I'm on right, and one

17    of his executives is on the left.

18    Q    All right.  Who is Mohamed Alabbar and what does he do

19    for a living?

20    A    Mohamed Alabbar is an Emirati who is the chairman and

21    chief -- at this time, was the chairman and chief executive

22    officer of Emaar.  Emaar, I think as Mr. Jackson may have

23    described previously, the largest real estate development

24    company in United Arab Emirates based in Dubai.

25    Q    And what are the kinds of things that his company, Emaar,

4017

Barrack - Direct - Mr. Schachter

1   has done?

2   A    I mean, I think notably for the jury, the Burj Khalifa,

3   the tallest building in the world and also you may have seen

4   pictures of the -- one of the tallest hotels in the world with

5   the tennis court on top.  The Dubai Mall is the largest

6   shopping center in the world with, of all things in the middle

7   of Arabia, a ski slope.  It's a huge multibillion-dollar

8   company doing business now all over the world.

9           MR. SCHACHTER:  And you mentioned his most prominent

10  project is the Burj Khalifah.

11          I can show you, for the witness and counsel only,

12  Barrack Exhibit 3036.

13  Q    Do you recognize that?

14  A    Yes, sir.

15  Q    What is that?

16  A    The Burj Khalifa is in the center.  And that's actually

17  Emaar City, so everything which we're looking at --

18  Q    Well, hold on.  We're not looking at it yet.

19          MR. NITZE:  No objection to its admission.

20          MR. LOWELL:  No objection.

21          THE COURT:  Received.

22          (Barrack Exhibit 3036, was received in evidence.)

23  Q    Okay.  Can you just describe what's in the center and

24  what is it that Mr. Alabbar's company built?

25  A    Yes, sorry.

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

Barrack - Direct - Mr. Schachter

1          In the center is the Burj Khalifa building.  So at

2     the bottom of the building, that first three or four levels

3     are shopping.  The center of the building is hotel.  The next

4     level, another 15 to 20 floors, is residential.  And on top of

5     that is office.

6     Q     All right.  And so Mr. Alabbar, who introduced you to

7     Rashid al Malik, this is a very prominent, well-known

8     businessman?

9     A     Yes, one of most.

10          MR. SCHACHTER:  All right.  You can take it down.

11    Q     Now, what did you understand Rashid was doing -- when you

12    met him, was he in the United States?

13    A     Yes, sir.

14    Q     What did you understand he was doing here in the

15    United States?

16    A     He was continuing -- as we have heard from Mr. Jackson,

17    he was continuing to pursue the concept of financing, funding,

18    acquiring an NFL football team and to build a football

19    stadium.

20    Q     And was it in connection with that project that you were

21    introduced to him?

22    A     Yes, sir.

23    Q     Can you -- well, I guess, what were your impressions of

24    Rashid when you first started to know him back in 2012 and

25    then the years following?

Barrack - Direct - Mr. Schachter

1    A    I was impressed.  I had never met an Arab businessman who

2    was interested in entrepreneurial ventures like this in

3    America.  It was quite bold.  It would be bold for anyone to

4    want to acquire an NFL team and build a stadium at the time.

5    He was bright.  He spoke very good English.  He was kind,

6    thoughtful, considerate, an entrepreneur.  There are very few

7    entrepreneurs that come out of the Middle East because most

8    young people are employed by the administration, there's -- it

9    was unusual.  I was impressed.

10   Q    Can you -- I mean, why would he be introduced to you in

11   order to work on this football team and stadium project?

12   A    I think Mohammed, Mr. Alabbar, had told him that

13   Mr. Alabbar would be interested in being an investor, but it

14   required a U.S. partner and that the NFL was a very

15   complicated and scrutinizing group.  And I had been friends

16   with Mohammed for 15 years -- he actually lived part-time in

17   West Los Angeles -- and he knew that I was friends with some

18   of the owners and the owners of some of the sites that Mr. Al

19   Malik was interested in developing.

20   Q    Can you just talk for just a moment about that.

21        We did see in that video there were three sites

22   listed in that video that was played during Mr. Jackson's

23   testimony; is that right?

24   A    Yes.

25   Q    And you knew the owners of some of those properties?

Barrack - Direct - Mr. Schachter

1    A    I did.

2         The Dodgers at the time were owned by the McCourts,

3    Jamie and Frank McCourt.

4         Hollywood Park was owned by a firm like Colony

5    called Stockbridge, a man named Terry Fancher.

6         And the Inglewood Hills, Inglewood is another

7    suburban town that is right next to Culver City.  And where

8    the horses were at the MGM Studios is actually where this oil

9    field was, so I thought this would be ironic if I could be

10   involved in a football stadium where I used to scoop horse

11   poop.

12   Q    All right.  Now, we talked a little about some of your

13   experience in sports teams, the Paris Saint-Germain team.

14        Had Colony had experience in other sports team

15   ventures?

16   A    Yes.

17   Q    Can you just talk about that?

18   A    Yes.  So may I give a little background of the sports

19   team and stadium?

20   Q    Sure.

21   A    It might be helpful.

22        So the value in a sports team is that there are few

23   of them, whether it's a soccer team, a baseball team, or an

24   NFL team.  There's a consortium that's controlled and it's

25   scarcity.  So if you have 12 teams or 14 teams, that's the

Barrack - Direct - Mr. Schachter

1   value.  But the economics of the team come from two places.

2   All of us piling into a stadium and the NFL were piling into

3   a -- today, what's a $4 billion stadium to watch 12 games.

4   That's one source of income.  The second source of income is

5   the media, television rights.

6          So we take the first source.  Stadium income is

7   super important, and so we were -- we, as Colony, were looking

8   at the combination of stadiums and the scarcity of teams.  So

9   Paris Saint-Germain was the first such example, the only

10  premier soccer club in Paris, and the redevelopment of that

11  stadium.

12         We did the same thing in Japan.  Daiai, which is a

13  large company like Apple or Google, an industrial company here

14  owned one of the nine baseball teams in Japan.  Baseball in

15  Japan is like football is here or soccer is in Europe.  And

16  the Daiai Hawks were one of the nine teams and they had built

17  a huge stadium with a titanium roof and about 120 acres of

18  available land around it.  And Daiai was going bankrupt, so we

19  acquired the baseball facilities and the surrounding

20  neighborhood.

21         So we had had the Daiai Hawks, Paris Saint-Germain,

22  and we had been involved in various aspects of other sports

23  teams in the U.S.

24  Q   And so what kinds of things did you speak to Rashid about

25  in these years when you started to get to know him?

Barrack - Direct - Mr. Schachter

1    A    We not only spoke, but we picked up the pieces of the

2    idea of building a stadium and bringing a team to Los Angeles,

3    and so I started to help him in that endeavor.  I knew the

4    owners of the teams and I knew the owners of the sites.

5    Q    What -- did you attend meetings in connection with the

6    plans to bring the football team to L.A. with Rashid?

7    A    Yes.

8    Q    What kinds of meetings?

9    A    Oh, we did.  We take three components.

10           First, it's the NFL.  A foreigner buying an NFL team

11   was not something the NFL was very excited about.  So Roger

12   Goodell, who is the NFL commissioner, was the first stop.  So

13   we met with Roger and his staff.

14           Second stop, that you've heard from Mr. Jackson, is

15   to find a willing seller of the team that is not locked into a

16   previous stadium.

17           Again, going back to the two prongs of what's

18   economically viable, you need a team and you need a new

19   stadium which you can sell corporate suites and make money.

20           So I first introduced him to the Spanos family, Dean

21   Spanos, who owned the San Diego Chargers at that time.

22           I then introduced him to the owners of these three

23   sites:

24           The McCourts at Dodger Stadium;

25           Terry Fancher at Hollywood Park;

Barrack - Direct - Mr. Schachter

1          And Freeport-McMoRan, who owned the 250 acres of oil

2     fields, this Inglewood -- the third phase of what you were

3     shown earlier were the oil fields for standard oil and it was

4     filled with rocking horse pumps.  So it was a gigantic eye

5     sore that was owned by a mining company, Freeport-McMoRan.

6          And I introduced him to all three of those.

7     Q    Was the potential purchase of a football team the only

8     investment opportunity that you discussed with Rashid?

9     A    No, sir.

10    Q    What other potential investment deals did you talk about

11    with him?

12    A    Well, as I said, the first football idea was the

13    Chargers.  You saw a bit of the work that went into that,

14    which was massive, and the process and the timing to deal with

15    all those entities was exhaustive.  That did not pan out,

16    primarily because the Spanoses at that time did not want to

17    sell their interest in the Chargers.  San Diego was still

18    negotiating to keep the franchise.  So we moved then to the

19    Oakland Raiders, Mark Davis, which the jury has heard about

20    previously.

21    Q    Now, was Rashid an employee of Colony?

22    A    No, sir.

23    Q    Is it unusual to be discussing potential investment ideas

24    with someone who is not an employee of Colony?

25    A    No, sir.

Barrack - Direct - Mr. Schachter

1    Q    Can you explain why not?

2    A    Yes.  As I tried to explain previously, Colony exists by

3    having an open door to smart people with good ideas who need

4    our help.  Our help, it usually comes in two flavors:  Money

5    and expertise.  So the idea of somebody coming -- this was a

6    little bit bizarre, quite honestly, to have a foreigner come

7    and say I want to buy an NFL team with you.  Right?  Our

8    purpose was for Colony, or we as individuals, to take

9    individual ownership along with them.  We could screen through

10   the NFL requirements, but the amount of money in order to do

11   it, I thought it was massive at the time.  You know, we're

12   talking -- for instance, the Inglewood site alone was

13   $700 million and the team was a billion dollars.  These are

14   huge numbers where you need additional investor money.  That

15   was not unusual to have people pooling money and ideas with

16   different sources.

17   Q    Before the events of this case, starting in April of

18   2016, had Rashid introduced you to government officials in the

19   Middle East?

20   A    No, sir.

21   Q    I'm going to show you what has been marked as Barrack

22   Exhibit 676.

23        MR. SCHACHTER:  Witness and counsel only.

24   Q    Is this a communication with you and Mr. Al Malik dating

25   back before this time period that's charged here?

4025
Barrack – Direct – Mr. Schachter

1          Is that what this is?

2    A    Can I have a moment to look at it?

3    Q    Sure.

4          MR. SCHACHTER:  Your Honor, we'll offer Barrack

5    Exhibit 676.

6    A    Yes, it is.

7          MR. NITZE:  No objection.

8          MR. LOWELL:  No objection.

9          THE COURT:  Received.

10         (Barrack Exhibit 676, was received in evidence.)

11   Q    So Mr. Al Malik says to you:  Enjoy Dubai.  Please say

12   great things to the Crown Prince about me.  Enjoy.

13         So this crown prince, is this the same crown prince

14   that we've been talking about through this case, Mohammed bin

15   Zayed, or a different crown prince?

16   A    This is a different crown prince.

17   Q    So who, back in 2014, is Rashid speaking to you about?

18   A    So this is the Crown Prince of Dubai.

19         And I know it gets confusing, but if you think of

20   the entire UAE, it's probably 100 miles from end to end.  And

21   within that hundred miles, you have seven states, basically.

22   These Emirates are states.  So each one of them has an amir

23   and a crown prince.  This happens to be the Crown Prince of

24   Dubai, not to be confused with what we've been talking about

25   as the Crown Prince of Abu Dhabi.

Barrack - Direct - Mr. Schachter

1  Q   And how did you get to know that -- Mr. Al Malik says:

2  Please say great things to the Crown Prince about me.

3         What's he talking about?

4  A   He's talking about his benefactor I thought at the time,

5  who was sometimes referred to as Sheikh Majid, sometimes

6  referred to as Hamdan, sometimes referred to as Mohammed.  But

7  one of the sons of the then-ruler.

8  Q   Is that somebody that you knew already or that you came

9  to know through Rashid?

10  A   I had met him previously, but I came to know him in this

11  instance through Rashid.

12         (Continued on the next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Barrack - direct - Schachter

1    DIRECT EXAMINATION (CONTINUING)

2    BY MR. SCHACHTER:

3    Q    And we'll talk about another man, Saeed Al Hajeri, I

4    think his name has come up before?

5    A    Yes, Saeed Al Hajeri.

6    Q    And who is that?

7    A    He is a young CEO of a UAE oil company, the largest oil

8    company called Taqa.

9    Q    And how did you get to know him?

10   A    Through Rashid.

11   Q    Okay.  And by the way, you in this text message talk

12   about your friend is amazing, we should find things to do

13   together.

14            What are you talking about?

15   A    That he, again, as was described earlier, this part of

16   the ruling family in this entire area were real estate addicts

17   and they loved trophy hotels.  So, the idea at this point in

18   time was to find a hotel opportunity that he could be an

19   investor with us in that we would do together.

20   Q    And that's what you're talking about with Rashid?

21   A    Yes, sir.

22   Q    And "he" in that sentence, is who?

23   A    The he is the Crown Prince.

24   Q    I see.  Again, Sheikh Hamdan in Dubai, not the Crown

25   Prince of the UAE?

SAM      OCR      RMR      CRR      RPR

4028

Barrack – direct – Schachter

1   A    Correct.

2   Q    All right.  And there's a reference to we need a site --

3   you say:  We need a site in Beverly Hills and Newport Beach

4   soon.

5            And he responds:  They have 300 acres available

6   owned by the city.

7            Can you just explain what you and Rashid are talking

8   about there?

9   A    Yes.  He, again, had been investigating potential

10  development sites and thought there was a site in Orange

11  County of 300 acres that could be negotiated with the city for

12  a commercial development site.

13  Q    Okay.

14           I am going to show you another communication which

15  is marked as Barrack Exhibit 601.

16           MR. SCHACHTER:  For witness and counsel only,

17  please.

18  BY MR. SCHACHTER:

19  Q    And is this another communication that dates before the

20  events of this case in which you and Rashid are discussing

21  business?

22  A    Yes, sir.

23           MR. SCHACHTER:  We'll offer Barrack Exhibit 601.

24           MR. NITZE:  No objection.

25           MR. LOWELL:  None.

*SAM      OCR      RMR      CRR      RPR*

Barrack - direct - Schachter

1          THE COURT:  Received.

2          (Barrack Exhibit 601, was received in evidence.)

3          (Exhibit published.)

4    BY MR. SCHACHTER:

5    Q    Here in November of 2014, again, well before the events

6    of this case, Rashid says:

7          Tom, between you and I, I just heard there will be a

8    big meeting this week in Dubai including Crown Prince, Sheikh

9    Ahmed Emirate, Alabbar, and few others to decide on buying I

10   think Liverpool Club with all the real estate around it.  I

11   will keep you posted if I get to know more and I hope Mohammed

12   involves me and you on this.

13         Can you just explain what this communication from

14   Rashid to you is about back in 2014?

15   A    Yes.  Would you like me to start with the names?

16   Q    Yes, please, that would be helpful.

17   A    So, in this regard, again, we're Dubai-oriented not

18   Abu Dhabi-oriented, and this is the Crown Prince of Dubai whom

19   we just discussed.

20         Sheikh Ahmed is a man that I knew.  He's a sheikh.

21   He's a distant member of the royal family, but he's the CEO of

22   Emirates Airlines at this time.  He also happens to be an

23   owner of -- of many of the hotels that we owned in Kerzner.

24   We discussed before that we had joined with Isthismar in

25   buying the Kerzner company, and the Kerzner company managed

Barrack - direct - Schachter

1    many of Sheikh Ahmed's hotels, so I knew him.  And Alabbar is

2    Mohammed Alabbar, the CEO of Emaar, whom we discussed.  And

3    this is the time where many of the Gulf countries are thinking

4    about buying European soccer teams, Liverpool being one of

5    them.

6    Q    All right.

7          In your experience, I mean was it unusual for people

8    that are members of Middle Eastern royal families to be

9    involved in business deals like buying a soccer team like

10   Liverpool?

11   A    No.

12   Q    And what was your understanding as to why Rashid was

13   mentioning this to you?

14   A    Again, Rashid was very entrepreneurial, looking to

15   establish his business feet, knew that I was close to Alabbar

16   and Sheikh Ahmed, and was trying to, I think, intervene as an

17   honest broker in the middle of something that was already

18   happening.

19   Q    I see.  So this relates to a business deal?

20   A    Yes, sir.

21   Q    Let me ask you, in all of your interactions with Rashid

22   Al Malik, did it ever occur to you that maybe Rashid is some

23   kind of government agent for the UAE?

24   A    No, sir.

25   Q    In any of your interactions with Rashid, did he ask if

Barrack - direct - Schachter

1  you were willing to agree to operate within the United States

2  subject to the direction or control of the United Arab

3  Emirates?

4  A    Absolutely not.

5  Q    Where was Rashid living when you were interacting with

6  him in 2015 and 2016?

7  A    Well, he -- he moved.  Initially, I'm not sure where he

8  was living.  I think he was renting a condominium along the

9  Wilshire corridor, which is center part of West Los Angeles.

10 But as time went on, he moved into the Beverly Wilshire Hotel

11 with, I know it gets so confusing, we have so many sheikhs and

12 so many names, but with Sheikh Khalifa, Sheikh Khalifa was the

13 brother of the Qatari Emir.

14 Q    The Qatari Emir?

15 A    Yes, sir.

16 Q    And but Rashid was from -- Sheikh Khalifa -- let me back

17 up just a little bit.

18       Can you explain who Sheikh Khalifa was and why --

19 and what, if anything, you had to do with his living in

20 California?

21 A    Yes.  So, Sheikh Khalifa is Sheikh Khalifa Bin Hammad Al

22 Thani.  The Al Thani family is the ruling family of Qatar,

23 just like the Al Nahyan family is the ruling company of the

24 UAE.

25       The Emir of Qatar at that time is named Sheikh

1    Tamim, and Sheikh Khalifa is his youngest brother.  So, Sheikh

2    Khalifa being the brother of the current, at this time, Emir

3    of Qatar, wanted to go to school in California and that is who

4    the Sheikh Khalifa is that Rashid was living with during this

5    time.

6    Q    And how did it come about that they came to be living

7    together?

8    A    I was helping the family getting Sheikh Khalifa oriented,

9    kind of an unpaid babysitter, and I was getting exhausted from

10   it.  So, I introduced Rashid and Khalifa together and they

11   became friends, and Rashid continued to babysit him.

12   Q    And to your knowledge, nobody from the Qatari ruling

13   family had a problem with Rashid Al Malik living with this

14   Sheikh Khalifa, the brother of the Emir?

15   A    Not to my knowledge.

16   Q    By the way, what efforts, if any, did Rashid undertake in

17   order to do business with Qatar, just like business with the

18   UAE?

19   A    Oh, the effort and the concept, I -- can I give you what

20   my thoughts were?

21   Q    Sure.

22   A    Is that --

23             MR. NITZE:  Foundation.

24             THE COURT:  No, overruled.

25   A    My -- my belief is that he saw Sheikh Khalifa as a

Barrack - direct - Schachter

1  potential partner and investor for him, as he had had Sheikh

2  Majid, going back to the sheikhs in Dubai, and as a financial

3  sponsor for him as he moved forward.

4  Q    By the way, did you travel to Qatar with Rashid?

5  A    Yes, sir.

6  Q    Can you tell us about that?

7  A    Yes.  Subsequently -- may I accelerate the timeframe?

8  Q    Sure.

9  A    Sheikh Khalifa graduated and returned to Qatar.  And as

10  we talked about, most of these young men and women that are

11  sent out for education, come back and go to work for the

12  Government in some capacity.

13        Being the brother of the Emir, he became head of the

14  Coast Guard.  So, Rashid had proposed to him that a newly

15  defined entity between Colony and Rashid would become the

16  manager of a portion of his assets.  I think he gave him a

17  proposal for a billion dollars in a fund.

18  Q    All right.  I now want to ask about another name that has

19  come up during the course of this trial, and that is Matthew

20  Grimes.

21        When did you first meet Matthew?

22  A    I think I first met Matthew on the school ground at -- at

23  Marymount where he was going to elementary school.  I had a

24  son who was there.  Matthew may have been a year or two older.

25  Q    How old was Matthew when you first came to know him?

Barrack - direct - Schachter

1    A    Probably 12, 13, some unbelievable number.

2    Q    What were your impressions of Matthew as a very young

3    man?

4    A    Remarkable.  May I give you my impressions?

5         I have six kids, am exposed to all of their

6    friends -- the good ones, the bad ones, and all of the, you

7    know, the ones you're scared to death of, right?  You spend

8    all this time trying to keep them in bumper rails.  And from

9    the very beginning I said this is the kid that I want my kids

10   to be with.  There's something extraordinary about him.

11   There's something soft, kind, gentle, compassionate.

12        Very -- very different than kids at that age and his

13   intellectual curiosity that was beyond anything I had seen at

14   that age.  He came from a beautiful, wonderful family, and he

15   was -- at that time I was just thinking what a gift to have

16   him befriend Nick, who was my middle son.

17   Q    Did there come a time when you first hired Matthew

18   Grimes?

19   A    Yes.

20   Q    And can you tell us, in what capacity you first hired

21   Matthew?

22   A    One of his highest and best talents at the time was being

23   a DJ.  And I was having a birthday party for my son and I

24   hired Matthew as a DJ.

25   Q    Now, did there come a time when Matthew started to work

*SAM      OCR      RMR      CRR      RPR*

Barrack - direct - Schachter

1   for Colony?

2   A    Yes, sir.

3   Q    How did that come about?

4   A    He had this unquenchable thirst for some reason.  His --

5   his dad had -- had been in the finance business and had

6   created a great career.  So, he had had some notion of

7   generally the stock market and -- and finance.

8          And when he was in high school, he and another

9   friend of his came to me and wanted a summer internship.  And

10  I told them, I said:  This isn't fun.  My business is not fun.

11  Don't you -- don't you want to go to the beach, be a

12  lifeguard, do something more interesting?

13         And he started talking to me about financial things

14  that -- that blew my mind.

15         So anyway, long story short, he and his friend came

16  to work as interns at Colony in the summer.

17  Q    During high school?

18  A    Yes.

19  Q    And what did he do as a high school intern at Colony?

20  A    The worst things imaginable, the things that nobody else

21  wants to do.  So, we try to expose them to substantive things,

22  but, it's, you know, making copies, getting coffee, taking

23  stuff around and sitting in meetings listening to things they

24  probably had no idea of what was happening.

25  Q    Now, did there come a time when Matthew talked to you

Barrack - direct - Schachter

1    about taking on a full-time role after college at Colony?

2    A    Yes, sir.

3          He continued to work for Colony, in typical Matthew

4    style, for nothing.  He wore all my executives out because

5    nobody could keep up with him.  It was an impossibility.  And

6    in a four-year program, he graduated in three years and was a

7    top candidate to come into our freshman class of what we

8    discussed with you, of analysts.

9    Q    Did he approach you about what particular role he wanted

10   as -- when he first started?

11   A    Yes.  I mean he was being recruited by all of the other

12   major private equity firms.  And I thought it was a lay- up.

13   You know, we had employed him.  I had known him since he was a

14   kid.  I've thought of him as a member of the family.

15         And when we offered him a job, I didn't offer it

16   directly myself, I had one of the other executives who was

17   responsible for that to do it.  And Matthew called and said,

18   You know, before I move on any of this, I want to have a

19   conversation with you.

20         And I said:  Oh, here it comes.  Right?  It's always

21   about money.  I mean we recruit kids everywhere and I deal

22   with it all the time and I thought, well, we're gonna have a

23   conversation about money before he decides where he wants to

24   go.

25         That's not what happened.  He came and said, I'll

Barrack - direct - Schachter

1  come, I'm happy to come, I'll work for nothing, but I have one

2  requirement, that I work for you directly.  I don't want to

3  work for the other executives.  I don't want to be in an

4  associate pool.  I'll work for nothing if I can work for you

5  directly.

6          And I told him, I said:  I don't think you're gonna

7  like that job.  Coming out of college, it's -- it's gonna be

8  exhausting.  It's gonna be 24/7.  You're gonna learn from the

9  ground up, just as I did, but okay.

10         And Matthew took the baton and climbed on.

11  Q    What are the kinds of things that that job entailed

12  beyond studying investments as a normal analyst does?

13  A    I mean I think you've heard.  It was -- it was the gopher

14  job of the century.

15         At the time, again, if you think of this time

16  period, Colony was going through the maturations of running 17

17  offices around the world.  I had an assortment of executives

18  clawing for time, compensation, stuff.  I was traveling three

19  weeks of the month at the time.  And so, he was like an

20  aide-d-camp.  I had assistants who were doing the kind of the

21  calendaring and typing, the contacts, and Matthew was kind of

22  like a body man.  So, he went everywhere with me.  He did all

23  of the horrible stuff, the getting coffee.

24         We used to talk about a travel officer.  So, when

25  the executives were traveling, he had to make sure that they

4038

Barrack - direct - Schachter

1    were checked in, that they got the bags, that they got there

2    on time, that they were gone on time.

3            In addition, to we talked about decks.

4            So I can go on a little longer.  The decks come from

5    all over the world from all of these executives, and I'm

6    trying to sort through them.  So, he'd sort through those,

7    make it simpler for me.  And all the things that you've heard

8    are -- actually, I had such confidence in him and wanted to

9    teach him, but he was a puppy, a baby.  Had no clue of any of

10   these things.

11           When we talked about the Middle East, he couldn't

12   spell Middle East.  But he went with me, he did what I asked

13   him to, he did it enthusiastically.  Everybody loved him.  He

14   was kind, considerate.  He just did whatever I asked him to

15   do.

16   Q    Did you have him watch your kids from time to time?

17   A    I did.  My daughter still loves him.

18   Q    Let me ask you, you've known Matthew Grimes for a very

19   long time.

20           Would you have ever put Matthew in any kind of

21   situation that would have put him in harm's way?

22   A    One of the worst feelings in my life is him sitting in

23   this courtroom today.  It's ridiculous.

24           MR. NITZE:  Objection.

25           THE COURT:  Okay.  The word ridiculous is struck.

Barrack - direct - Schachter

1              MR. NITZE:  Thank you.

2    BY MR. SCHACHTER:

3    Q    Who is paying Matthew's legal fees?

4    A    I am.

5    Q    The jury has seen a lot of text messages back and forth

6    between just Rashid and Matthew.

7              Can you tell us what you understood about their

8    relationship?

9    A    Yes.  I think this -- may I describe it from the

10   beginning?

11   Q    As you observed it.

12   A    So, Matthew is learning on the job.  What -- what is he

13   learning from me that he can't learn from the other executives

14   in the firm who are -- are smarter, better at whatever their

15   field is, is probably one thing.  It's his cultural sixth

16   sense and building relationships.

17             So, this is the first relationship that he actually

18   had any day-to-day input in, right.  Rashid is a young

19   enthusiastic foreigner.  Matthew is an enthusiastic,

20   hospitable generous kind, sidekick of mine, right by my side.

21   And Matthew, again, just picked up the difficult part of the

22   stuff.

23             So, they -- they started a business relationship.

24   That was a fun thing to be involved in.  The thought that we

25   could acquire a football team.  Both Matthew and I shared the

4040

Barrack - direct - Schachter

1  fact that we could never have set foot on a football field if

2  we didn't own it.  And that Rashid was younger than his years

3  and Matthew was a great host to him.  So, they'd be together.

4  Matthew would take care of the little things sometimes that he

5  needed, as I got more frustrated with that relationship.

6         So, I think what you see here is as I got frustrated

7  with the time spent on -- after football, I was no longer much

8  interested in much of it, and Matthew was just attempting to

9  keep the relationship alive.  And -- and they became friends.

10  I think they -- they seriously became friends.

11  Q    All right, there's another person whose name has been

12  mentioned in this trial a few times, and that's Donald Trump.

13         Can you tell the jury how you and -- and Mr. Trump

14  met?

15  A    Yes.  In -- in 1986 I -- I worked for the Bass brothers,

16  for Robert Bass.  And the Bass brothers were four brothers

17  from Fort Worth, Texas who were great family investors at the

18  time.  And I had the honor, with five other individuals, of

19  working for them in the '80s.

20         And the jury may know them, you know, buying Disney

21  was one of the -- the major things that -- that -- that they

22  had done.

23         And in -- at that period, the -- the disconnection

24  of finance and operating companies and the specifics of

25  businesses was -- was -- was taken apart and not so clear.

4041

Barrack - direct - Schachter

1    Q    And how did your work there become -- sorry, for you to

2    be introduced to Donald Trump?

3    A    So, one of the things that we did after Disney and

4    American Savings was to buy a company called the Westin Hotel

5    and Resort Company.

6            And, again, without complicating it, Westin Hotel

7    and Resort Company owned the Plaza Hotel.  And that's the

8    interesting part of this story, not how we bought Westin.

9            And, of course, at that time Donald Trump's office

10   was facing the Plaza Hotel.  So we had had to buy the whole

11   company in order to get the Plaza Hotel, but Donald wanted to

12   buy the Plaza Hotel, which was the jewel of it all.  And we

13   held an auction and I first met Donald.  I had met him

14   previously because we had sold him -- we also -- "we" meaning

15   the Basses, owned Alexander Department Stores, now the site of

16   the Bloomberg building.  And Donald had bought our interest in

17   that building.

18           So, I really first met him in negotiating the sale

19   for my boss, who was Robert Bass, to Donald Trump in 1987.

20   Q    And did you maintain a relationship with Donald Trump

21   from that sale of either Alexander's Department Store, the

22   Plaza Hotel, over the course of years?

23   A    I did.

24   Q    When did Donald Trump tell you that he was running for

25   president?

Barrack - direct - Schachter

1    A    A few times.  The first time, if you remember, he for 13

2    years was -- was on The Apprentice reality talk show, and

3    every time that he would go to renegotiate his Apprentice

4    contract he would, I thought, use as a bargaining tool that he

5    was going to run for president.

6         So, from 2012 on, the notion had been out there.

7    But with regard to this particular instance, 2015.

8    Q    And were you of some assistance to his campaign as he was

9    running?

10   A    I think so.  He -- he, again, if you -- if you go back in

11   time, there were 14 Republican candidates at the very

12   beginning of this point in time, and I don't think anybody

13   took very seriously that a New York real estate developer

14   turned reality show star was a real contender.  So, he needed

15   some Wall Street support.

16        Right, most candidates have a resource base.

17   They've been in government.  They've been politicians.  They

18   have -- they have the backing of whichever political party,

19   the Democratic party, the Republican party.  This candidate

20   had none.

21        So, I thought this is an amazing thing in America

22   that you could take a well-meaning entrepreneurial person like

23   Donald Trump, who has no political experience, and have him

24   enter the fray.  And it's a good thing for the system

25   regardless of what happens.  So I said --

Barrack - direct - Schachter

1    Q    Now -- I'm sorry.

2            Were you active in politics?

3    A    No.  No, sir.

4    Q    What do you mean by that?

5    A    I had been as a -- as a young pup, I had been involved

6    with President Reagan.  And from that time on I had been

7    involved in politics as a -- as a businessman, but my

8    political point of view was always very liberal on social

9    issues and conservative on fiscal issues.  So, I didn't fit

10    into a party.

11            And I had learned from when I was a young boy, you

12    know, politics you play with live ammunition.  I wasn't

13    interested in -- in this.

14    Q    Did you have any official role in Trump's campaign?

15    A    No official role.  I helped him raise money at the very

16    beginning and did various things along the way, but I never

17    took an official role.

18    Q    Those things, did you offer any advice to him or to the

19    campaign during the course of -- course of it?

20    A    I did.

21    Q    Would it have been better for you professionally to help

22    a different candidate?

23    A    In hindsight, unquestionably.

24    Q    What do you mean by that?

25    A    I mean I think the adversariness that we -- that we see

SAM      OCR      RMR      CRR      RPR

Barrack - direct - Schachter

1    today, I never envisioned that Republicans or Democrats,

2    Obama, Trump or Biden, that we could -- that we could have

3    the -- the dilemma that we find that we can't -- we can't talk

4    to each other.  We can't debate.  We can't take points of view

5    without -- without what's happening on all sides.  So, I just

6    never envisioned it.

7              I wouldn't have been involved with any of them had I

8    thought.  The Democrats, Republicans, all of them, they're all

9    trying to do the right thing, it's just turned into ugliness.

10   I didn't envision it.

11   Q    Let me ask you this:

12             When you first started offering advice to the

13   campaign, what kind of candidate or what kind of president did

14   you think Donald Trump would make?

15   A    My personal opinion?

16             It was a far-out thought, first of all, at the time

17   because to think that somebody with no political experience or

18   a political machine could become president of the United

19   States.  But I knew him to be bold, smart, instinctively

20   brilliant, and more resilient than anybody that I ever knew.

21   Q    Let me ask you this, Mr. Barrack, did you ever imagine

22   that his presidency would actually be as divisive as it was?

23   A    No, for two reasons.

24             Number one, I thought he would transition.  I

25   thought this rhetoric, and I think you've seen elements in

4045

Barrack - direct - Schachter

1    these videos where I've -- I've criticized his style.

2            I would never attempt, it's way over my pay grade to

3    criticize the things that any of these presidents were doing,

4    but the style was something that I and others didn't

5    appreciate.

6            So, I thought as soon as he was elected that he

7    would just change, that it would transition and would be more

8    moderate.  You know, it would be more acceptable than the kind

9    of continuum that we had that brought on all of these

10   problems.

11   Q    And what effect did your assistance with the Trump

12   campaign ultimately have on you professionally?

13   A    I'm sitting with all of you today.

14           MR. NITZE:  Objection.

15           MR. SCHACHTER:  Well, let's just talk -- I'm sorry,

16   let me ask a different question.

17   BY MR. SCHACHTER:

18   Q    Just professionally, what effect did your involvement

19   with that campaign have?

20   A    Disastrous.

21   Q    What do you mean?

22   A    So, if we go back to my day job running a public company,

23   the owners of public shares vote with their feet.  So the

24   proxy is how they feel about everything.  And as time went on

25   in 2018, with the continued drama that this president found

Barrack - direct - Schachter

1    himself in, the proxy for the company, and for myself, was a

2    lot of these institutional shareholders were upset, were upset

3    that I was a friend of the president.  That's on the U.S.

4    side.

5         On the Middle East side -- would you like me to

6    explain that?

7    Q    Please.

8    A    I had had in my -- in my own mind one goal, which if all

9    the stars had aligned, I had this amazingly good businessman

10   who had become president of the United States who could not

11   spell Middle East, nor did he have any interest in that part

12   of the Middle East.  He had an interest in Israel.

13        And I had all these families and friends, these

14   tribes that I had known for 40 years that I knew had always

15   been telling me, there could be peace between Israel and

16   Palestine and the Arabs.  So I thought this is -- this is

17   amazing.  This is my last chapter.  I mean I'm 75, I'm not 35.

18   So I'm under no illusion of how many more at-bats I have.  And

19   if I could be some tiny prod in weaving that web of tolerance

20   between these countries and America, I would be done.

21        And none of that happened.  It became disastrous

22   because Qatar and Abu Dhabi, you see what's happening.  As an

23   agent of Abu Dhabi, Qatar with all of these rhetoric thinking

24   that somehow I'd done something deceptive to them.  Abu Dhabi

25   saying he's untrustworthy because he's a friend of Qatar.

Barrack - direct - Schachter

1    Saudi Arabia and Kuwait saying we just don't want headline

2    risk.

3              And everybody in the U.S., headline risk for a

4    public company is -- it's just the death march.

5              So, all of a sudden I've got headline risk because

6    all this is going on and it was a nightmare.

7    Q    All right.  Let's talk about -- well, let's talk about

8    this:

9              You're charged with participating in a conspiracy to

10   act as an agent of the United Arab Emirates that allegedly

11   started in April of 2016.

12             The first meeting identified in the indictment

13   against you is a meeting that you had with Sheikh Tahnoun on

14   May 1st of 2016.

15             I want to ask you about what led to that meeting.

16             Were you in Hawaii in the spring of 2016?

17   A    Yes.

18   Q    Who were you with?

19   A    I was with my wife and kids.

20   Q    Did you invite Matthew Grimes and Rashid Al Malik to join

21   you on that trip?

22   A    I did.

23   Q    I am going to show you what's in evidence as Government

24   Exhibit 733-B.

25             (Exhibit published.)

Barrack - direct - Schachter

1    Q    This is a photo of you and Rashid, is that right?

2    A    Yes, sir.

3    Q    And where was that photo?

4    A    I believe it's -- it's in Hawaii at, I think, the -- the

5    condominium, the house where Rashid was staying.

6    Q    All right.  Why did you invite Matthew and Rashid to join

7    you on this trip?

8    A    Well, I invite Matthew everywhere I go, so that part is

9    easy.

10        Rashid had never been to Hawaii and I think in part

11   of our discussions he said he'd love to see it.  So, we -- we,

12   Colony, had owned several properties going back to -- well, we

13   talked about it, hotels and developments.  So, I said:  We're

14   going to be there.  Why don't you come over and I can arrange

15   for you to see Hawaii the way it should be shown.

16   Q    Who, if anyone, did Rashid bring with him?

17   A    He brought his son, Sultan, who maybe was in his late

18   teens, early twenties, and one of his friends.  Ali, I

19   believe.

20   Q    I am going to show you what's in evidence as Government's

21   Exhibit 733-C.

22        (Exhibit published.)

23        MR. SCHACHTER:  We previously saw this, but I think

24   that the witness was unable to identify who was in this photo.

25   BY MR. SCHACHTER:

Barrack - direct - Schachter

1    Q    Who was in this photo with you?

2    A    That's Sultan, which is Rashid Al Malik's son.

3    Q    And where did that picture -- where was that picture

4    taken?

5    A    Colony offices in Los Angeles.

6    Q    All right.

7         MR. SCHACHTER:  Please take that down, Mr. McLeod .

8    Q    You mentioned that Rashid brought somebody else with him,

9    and who was that person?

10   A    It was, I believe, Ali Al Ghafli, who was a friend of

11   Rashid's, who was attending USC at the time.

12        THE COURT:  Mr. Barrack, can you tap your mic there?

13

14        THE WITNESS:  Yes, sir.

15        Thanks, Your Honor.

16        THE COURT:  Okay.

17        MR. SCHACHTER:  Can you tap it again?

18        THE WITNESS:  Can you hear it now?  No?

19        MR. SCHACHTER:  I don't think it's on.

20        THE COURT:  Hang on, let's make a couple of

21   adjustments.

22        (Pause.)

23   BY MR. SCHACHTER:

24   Q    So you mentioned he brought a friend name Al Ghafli, is

25   that correct?

Barrack - direct - Schachter

1    A    Yes, sir.

2    Q    And that person, what were they doing?

3    A    He was a student at USC, I believe.

4    Q    Okay.  And you recall his name being Ali Al Ghafli.

5         Let me ask you this, could be it Abdullah Al Ghafli?

6    A    Yes.

7    Q    Might it just be you're misremembering his name?

8    A    Perhaps.

9    Q    Anyway, this person Ali, or Abdullah Al Ghafli, he was a

10   student at USC?

11   A    Yes.

12   Q    All right.  During the course of this trip in the spring

13   of 2016, in Hawaii, did the name Donald Trump come up?

14   A    Yes.

15   Q    Can you tell us about the conversation that you had with

16   those folks about Donald Trump and any announcement he had

17   recently made?

18   A    Yes.  So, Donald Trump had made an announcement in 2015

19   about having a Muslim ban.

20        Can I describe the setting of that Muslim ban?

21   Q    I'd like to focus, if you can, on the conversations you

22   had.

23   A    The conversation was about the Muslim ban.  What is the

24   Muslim ban?  A candidate for the president of the United

25   States saying:  If elected to office, I am going to prevent

*SAM      OCR      RMR      CRR      RPR*

4051

Barrack - direct - Schachter

1  Muslims from entering the country.  Quite controversial.

2  Q    Yes.  Did you, just to be clear did you support banning

3  all Muslim people from the United States?

4  A    Absolutely not.

5  Q    What was the conversation that you had, if any, with

6  Rashid and Mr.  Al Ghafli about that?

7  A    It was, you know, like talking to students.  So, I was

8  trying to -- trying to explain it, although I couldn't explain

9  it well, that the biggest threat to America at the moment was

10 terrorism.  That I understood better than anybody that the

11 problem with terrorism wasn't religion, the problem with

12 terrorism was that young people in these countries had no

13 hope.

14        Why did they have no hope?  Because there was no

15 nexus anymore.  We hadn't created a bridge for them to

16 capitalism to America.  And that many of these countries were

17 in poverty.

18        And so, I thought the message that this candidate

19 was trying to give was until we get a handle on having the

20 Arab countries help us, we're just going to shut it down.  And

21 you, the Arabs, solve it.  It wasn't intended to be racial.

22 It -- it came out very racial.

23        And that -- that was the topic and they were upset,

24 of course, and said nobody views it that way.

25 Q    Now, to be clear when you were talking about what the

*SAM     OCR     RMR     CRR     RPR*

4052

Barrack - direct - Schachter

1   potential intention was of this ban, is that something that

2   you had heard from Donald Trump?

3   A    Yes.

4   Q    Now, what, if anything, was discussed about potentially

5   meeting with Sheikh Tahnoun at this -- during this

6   conversation?

7   A    Not much.  This was a -- this was a series of two or

8   three conversations during the time that they were there.

9           And -- and I believe they thought that what I was

10  giving was somewhat of a logical explanation in me saying --

11  the terms that I used to use were benevolent Islam, good

12  Islam, has to take the burden with bad Islam.  We're not going

13  to do it.

14          So, Dullah's brother worked for Sheikh Tahnoun and

15  they said this would be great.  You have to get to somebody

16  who really understands this and talk to them about it because

17  nobody views it this way.

18          And I said, sure, I'd be happy to talk to anybody.

19  And I knew who Sheikh Tahnoun was.  I had no idea who

20  Abdullah's brother was.

21  Q    And what had you heard about Sheikh Tahnoun as of that

22  point time?

23  A    Well, again, it sounds like I should have been in the

24  sports business instead of the finance business, but Sheikh

25  Tahnoun, I'm sure none of the ladies on the jury like ultimate

Barrack - direct - Schachter

1    fighting, but the UFC, which is a phenomenal sports venue, he

2    was one of the major financiers of the UFC, along with the

3    Fertittas.

4              So, I had known about him.  The Fertittas were

5    partners of mine, and I thought that it would be an amazing

6    opportunity.  He's a huge guy, one of the biggest investors

7    there, and himself a martial artist.  He's very experienced in

8    all these things.  So I thought it would be amazing.

9    Q    And by the way, on the subject of Mr. Davidson's

10   testimony about investing for soft power and not for money,

11   based on your familiarity with their co-investors in this

12   ultimate fighting championship, do you have an understanding

13   of how Sheikh Tahnoun did on his investment in the ultimate

14   fighting championship?

15   A    I do.

16   Q    How did that do?

17             MR. NITZE:  Objection, foundation for this.

18   Hearsay.

19             THE COURT:  No, overruled.

20   A    So, without -- and as I said, I don't think Mr. Davidson

21   was wrong.  I think he's saying that these -- these people all

22   invest for the brand, for their reputation.

23             But in this particular instant, would you like the

24   numbers.

25   Q    What's your understanding of the numbers?

4054

Barrack - direct - Schachter

1   A    So, they -- they bought this ultimate financing franchise

2   for $2 million, and they sold it seven years later for

3   1.7 billion .

4   Q    Now, by the way, when you're first talking about Sheikh

5   Tahnoun or when you understood what you understood about him,

6   did you have any understanding of any particular role that he

7   had in government at that time?

8   A    No, I knew he was a senior member of the royal family, so

9   that he would have some senior position in everything.

10  Q    What do you mean by that, why is it that being a senior

11  member of the royal family would mean that you'd have some

12  other senior position?

13  A    So, again, can I give just two minutes of history that I

14  think will help?

15  Q    Well, let me ask you this:

16           What -- is it normal in your experience that a

17  member of the royal family may also have experience in the

18  government?

19  A    It's a necessity, yes.

20  Q    All right.  Now, what would building a relationship with

21  Sheikh Tahnoun have to do with the job that you were doing at

22  that time at Colony?

23  A    It would be tremendously helpful.

24  Q    Can you explain why, why would a meeting with Sheikh

25  Tahnoun have anything to do with your work as executive

Barrack - direct - Schachter

1   chairman at Colony?

2   A    So, if we just review what my own description of my own

3   job description is, it's mostly at that point in time to write

4   for the brand and build relationships.

5        At this -- at this level of these royal families,

6   these individuals at that level, quite honestly, are not very

7   interested in money.  God gave them the curse of this black

8   gold, which was plenty of money, and they're trying to catch

9   up on everything else.

10       So, at that level of the royal family, it's -- it's

11  majlis diplomacy.  Which, again, why was I excited to see

12  Sheikh Tahnoun?  He's one of the biggest businessmen in the

13  world.  One of the wealthiest Middle Easterns of any country.

14  One of the most powerful, which includes whatever his title

15  was in government, whatever stature he had in the governmental

16  entities.

17       And just in discussions in his majlis, he has every

18  major businessman, sovereign wealth fund investor, operating

19  partner, coming through his majlis every night.

20       Again, what is a majlis?

21       They come at 9 o'clock, since that's their culture.

22  They sit around drinking tea and coffee, coffee and tea,

23  talking about everything.  And that's where I found in the

24  Arab world knowing from 1973, from when I was doing Matthew's

25  job just bringing coffee and having no idea what's going on,

Barrack - direct - Schachter

1    that that's where it happens.

2    Q    Now, this -- this meeting that you had with Sheikh

3    Tahnoun in the very beginning of May of 2016, where did that

4    take place?

5    A    I'm sorry, could you repeat it?

6    Q    Sure.  The meeting that you had with Sheikh Tahnoun in

7    the beginning of May of 2016, where did that take place?

8    A    It took place in his palace in Abu Dhabi.

9    Q    Had you ever encountered Sheikh Tahnoun before?

10   A    I -- I had seen him, going back to my relationship with

11   Mohammed Alabbar.  All of these -- the -- the UAE Emirates are

12   crazy about three things:  Horses, falcons and camels.  So, to

13   do business with them you have to get attuned to horse races,

14   falcon hunting, and camel races.

15           So, with Alabbar I had been to many horse races and

16   I had seen Sheikh Tahnoun and maybe been introduced to him,

17   but I never -- I never had a conversation or a relationship

18   with him until the beginning of May of that year.

19   Q    All right, so this was going to be the first time in your

20   life that you'd ever had a substantive conversation with

21   Sheikh Tahnoun, is that right?

22   A    Yes, sir.

23   Q    All right.  Now, in advance of this meeting, what, if

24   anything, did you ask Matthew to prepare for you?

25   A    A couple of things, as I recall.

Barrack - direct - Schachter

1          I asked him to give me whatever background we could

2     put together on the UAE, on Sheikh Tahnoun, on generally what

3     was going on, what was our relationship with them.  The kind

4     of backgrounder that he would do from publicly available

5     information.

6          And I believe, again, the most important part of my

7     job -- as explained by my mother, was you always bring a

8     gift -- was to find a gift which in that part of the world is

9     never about money.  I mean these are the wealthiest men and

10    women in the world, so it's about the time, the thought, the

11    consideration of doing something that others wouldn't think

12    about.

13         So, I asked Matthew to find a certain set of -- of

14    books on bloodlines of Arabian horses.

15    Q    I am going to show you what has been marked as Barrack

16    Exhibit 9.

17         MR. SCHACHTER:  Witness and counsel only, please,

18    Your Honor.

19    BY MR. SCHACHTER:

20    Q    Do you recognize this to be something that Matthew sent

21    to you, an e-mail he sent to you on April 7, 2016?

22    A    Yes, sir, I do.

23    Q    Subject is "Presentation for Rashid," is that right?

24    A    Yes, sir.

25         MR. SCHACHTER:  And if we can just look at the first

Barrack - direct - Schachter

1    page of the attachment.

2    Q    Is this the attachment to the e-mail that Matthew sent to

3    you?

4    A    Yes, sir.

5            MR. SCHACHTER:  We'll offer Barrack Exhibit 9.

6            MR. NITZE:  No objection.

7            MR. LOWELL:  No objection.

8            THE COURT:  Received.

9            (Barrack Exhibit 9, was received in evidence.)

10           (Exhibit published.)

11   BY MR. SCHACHTER:

12   Q    So, this is roughly three weeks before your meeting with

13   Sheikh Tahnoun?

14   A    Correct.

15   Q    Okay.  And it's -- the subject is "Presentation for

16   Rashid."

17           Do you have an understanding as to why it has that

18   subject?

19   A    Yes, because we were giving a backgrounder to Sheikh

20   Tahnoun, our only means of communication at that point in time

21   was through Rashid.

22           MR. SCHACHTER:  All right, and if we can just

23   quickly flip through the attachment.

24   Q    What is this attachment?

25   A    This is a -- a Colony backgrounder deck.  We've discussed

Barrack - direct - Schachter

1    deck before.  It's a promotional summary of who is Colony, who

2    am I, what do we do.

3    Q    And why did you want this to be sent to Rashid three

4    weeks before your meeting with Sheikh Tahnoun?

5    A    So that Rashid could pass it on through his network to

6    Sheikh Tahnoun, so that I wouldn't have to go through any of

7    the non-humble aspects of explaining who is Colony Capital to

8    him at the meeting.

9    Q    What does the fact that you wanted this sent to Sheikh

10   Tahnoun in advance of your meeting explain about what -- how

11   you viewed this meeting with Sheikh Tahnoun?

12   A    I was hoping that through a meeting in which I was going

13   to discuss three sets of things:

14          For sure, Trump.  Why?  Because at that point in

15   time I knew most of the Arabs were super concerned, not so

16   much that Trump would become president, but that any candidate

17   of president could attack the Muslim religion this way.

18          Two, that he was at the top of the food chain of

19   businessmen, of both transactions and investors.

20          And three, that his love of these extreme sports and

21   my love as a fledgling supporter of some of those sports would

22   be a great place to start creating a relationship that then

23   could blossom into a greater business relationship at some

24   point in time.

25          MR. SCHACHTER:  If we can go back to the e-mail that

4060

Barrack - direct - Schachter

1   Matthew sends on the first page.

2           (Exhibit published.)

3   BY MR. SCHACHTER:

4   Q    He doesn't just send this presentation in advance of your

5   meeting with Sheikh Tahnoun to you, does he?

6   A    No, sir.

7   Q    Who else did he e-mail this presentation to?

8   A    Sylvio Sharif Tabet.

9   Q    And can you tell the jury who is that?

10  A    Sylvio at the time was the head of Middle Eastern

11  investor relations.  He's a very bright, young Lebanese man.

12  Q    And what's your understanding as to why this presentation

13  to be sent to Sheikh Tahnoun would also be sent to Sylvio?

14  A    Sylvio 's job is blocking and tackling every day dealing

15  with -- you and the jury's had all of these Arab companies and

16  structures.  The worker bees in all those places are

17  qualified, experienced and mostly ex-patriots.  And Sylvio's

18  job was could constantly be in touch with all of those

19  organizations.

20           And he had trying in the past to make headways into

21  Abu Dhabi Bank, Gulf Bank, The Royal Group, many of the

22  entities which were owned, operated or controlled by Sheikh

23  Tahnoun.

24  Q    All right.

25           MR. SCHACHTER:  Your Honor, I know that we're about

Barrack – direct – Schachter

1    halfway through the afternoon, is this a good time for a

2    break?

3              THE COURT:  Sure.

4              All right, ladies and gentlemen, 15 minutes.  Come

5    back at 3:30.  Remember not to talk about the case.

6              (Jury exits.)

7              THE COURT:  All right, 15 minutes.

8              (Judge BRIAN M. COGAN exited the courtroom.)

9              (Recess taken.)

10             (Continued on the following page.)

BARRACK – DIRECT – MR. SCHACHTER

1     (In open court; Jury not present.)

2     THE COURT:  Let's have the jury back.

3     (Jury enters courtroom.)

4     THE COURT:  All right.  Everyone be seated.

5     Please continue, Mr. Schachter.

6     MR. SCHACHTER:  Yes, your Honor.

7 DIRECT EXAMINATION(Continuing.)

8 BY MR. SCHACHTER:

9 Q Mr. Barrack, I want to start by showing you another email

10 that you sent shortly before your meeting with Sheikh Tahnoun,

11 what's in evidence as Government Exhibit 210.

12    So this is about roughly four or five days before

13 your meeting with Sheikh Tahnoun; is that right?

14 A Yes, sir.

15 Q Is this an email, starting at the bottom, where you ask

16 Matthew to do some research?

17 A Yes.

18 Q You ask about the future of the Arab political scene and

19 you write about the methodology -- you ask him to look up the

20 methodology that the jews in Israel used in order to use the

21 word infiltrate and coalesce communities and thought leaders

22 in the United States.  What are the polls tell us about the

23 view of most Americans about Arabs and Muslims?

24    Why did you ask Matthew to do research on this a few

25 days before your meeting with Sheikh Tahnoun?

BARRACK - DIRECT - MR. SCHACHTER

1  A     Well, if you remember, we're in the midst of the notional

2  Muslim ban issue.  I have a partnership between one of the

3  largest Arab entities and one of the largest Israeli-backed

4  entities, which is Kerzner, Sol Kerzner was one the greatest

5  and most prolific Jewish supporters of Israel.

6         So I had been having this dialogue in our board

7  meetings forever, which is the Arab taint which arises from a

8  lack of understanding as to who they are, affects a global

9  business.  So if you took Kerzner, which is a hotel company,

10  the constant dialogue was we had to do something better to

11  soften the image of, notionally, what is their world and

12  nobody did it better than Israel, and Sol was one of the

13  biggest supporters of Israel who had constantly told me, told

14  Sheikh Mohammed, a different Sheikh Mohammed who was in charge

15  of Kerzner at the time, that we had to learn from our

16  neighbors.

17  Q     Now at this point in time, was Donald Trump actually

18  getting support from Americans by talking about a ban on

19  Muslims?

20  A     Yes.

21  Q     And how did that, if at all, cause you to think about the

22  need for the research that you're talking about in this email?

23  A     Well, I knew it from firstly -- may I describe how I came

24  to this is, I grew up in it.

25         So we were Lebanese.  My dad was the most proud

4064

BARRACK - DIRECT - MR. SCHACHTER

1    American and the product of the American system.  My

2    grandparents loved Lebanon, but we were under strict dialogue

3    that we were Americans, and we did not drag the cloak of

4    Lebanon of the Middle East into the American phenomena.  We

5    were the Americans and that was it.  That's the way the

6    Lebanese dealt with it.

7            The Arabs did a very bad job of integrating for

8    their own purpose.  Nobody in America -- we all grew up, no

9    matter what religion you were with another religion next door,

10   with jews, with different variations of Christians, with --

11   America wasn't exposed to Arabs except for all the tortuous

12   bad things, either these rich princes running around in

13   Ferraris or AK47s and terrorists.  They did a terrible job,

14   but yet they owned most of the New York Stock Exchange.

15   Q    And as you asked Matthew to do this research, are you

16   thinking about things that you may discuss with Sheikh

17   Tahnoun?

18   A    Absolutely.

19           MR. SCHACHTER:  You can take that down.

20   Q    Now did you have an exchange with Rashid in advance of --

21   an email exchange with Rashid in advance of your meeting with

22   Sheikh Tahnoun?

23   A    I did.

24   Q    I'm going to show you what's in evidence as Government

25   Exhibit 207, and we're going to go through this email as the

4065

BARRACK – DIRECT – MR. SCHACHTER

1   government did.  We'll start at the bottom.

2         So this is six days before your meeting with Sheikh

3   Tahnoun; is that right?

4   A    Yes, sir.

5   Q    And you write at the bottom to Rashid, I am very excited

6   to see HH.  Is that a reference to Sheikh Tahnoun?

7   A    Yes, that's a reference to His Highness, which was

8   shorthand for Sheikh Tahnoun.

9   Q    You say, I know he is the chairman of Gulf Bank and

10  active on MMA.

11        Why did you write that?

12  A    Because Gulf Bank at the time was the first largest bank

13  in UAE and it merged with Abu Dhabi Bank, which was the

14  second, became a powerhouse.  And MMA refers to mixed marshal

15  arts which is the discipline they use in the UFC.

16  Q    Now when you're talking about how you're excited to see

17  Sheikh Tahnoun, why is it that you mention his chairmanship of

18  Gulf Bank and his interest in mixed marshal arts, but not his

19  role as National Security Advisor of the UAE?

20  A    I mean, at the time I didn't really know what that meant.

21  So I know what banks are, we owned a bank, I've been on the

22  board of banks.  I know what MMA is because I'm an avid

23  watcher of it.  And I thought that's the place that I'll

24  create a relationship with him, I'll learn what the other

25  things are later if we like each other.

BARRACK - DIRECT - MR. SCHACHTER

1  Q    And you say, can you send me other background.  Why did

2  you ask Rashid to send you other background?

3  A    Well, just as I had wanted to send my background, so that

4  wouldn't be an awkward point in the conversation, especially

5  at that level.  I was honored to be invited by somebody of

6  that ilk and I didn't want the conversation tampered with me

7  explaining who I was and him explaining who he was and just to

8  be more fluid conversation about easy things not complicated

9  things.  Let him take it where he would like to go.

10 Q    You write that you'd like to bring him a gift, we spoke

11 about, and then you also ask him, what other hobbies.  Why are

12 you asking about Sheikh Tahnoun's hobbies?

13 A    My experience had been in business, especially with

14 powerful business people at that level to whom I'm just

15 another deal guy, they line up in the majlis by the hundreds

16 trying to get into see him.  So me with my little basket full

17 of decks and deals saying I've got something great for you, do

18 you want a 6 percent return or a 10 percent return or a

19 14 percent return, I'm ordinary.  If I knew something about

20 the things he was passionate about, I could create a better

21 fabric of creating a relationship with him.

22 Q    Now let's look at Rashid's responses.  So he writes,

23 cycling number one now.  He is very impressed about you

24 playing polo.

25        Why did you think he was telling you those things?

4067

BARRACK - DIRECT - MR. SCHACHTER

1  A    So that I could be prepared to know something about

2  cycling, and he was a horse maniac, so polo utilized horses,

3  we'd have that in common and we had a cycling, I was a

4  different kind of cyclist than he was, but we had that in

5  common also.

6  Q    Now just pause on that for just a moment.  How is it you

7  played polo?

8  A    Yes.  As I told you I grew up in Culver City which MGM

9  was the site of where all the western movies were made,

10  Hopalong Cassidy, Gene Autry -- I know the jury's never heard

11  of these because they are ancient -- Fess Parker.  I used to

12  have the cowboy code on the refrigerator which was what made

13  me fascinated with the horses.  So part of my jobs I would

14  work for the stuntmen and the stable boys at MGM shoveling you

15  know what.  So as time went on later I had a love of horses

16  and polo was a very complicated game in which I could excel

17  once my knees went, my back went, other things went.

18  Q    Now in response to your question about for background,

19  Rashid also says, very much focusing on building the right

20  relationships to help the country and he knows ambassadors

21  can't do much and they are limited even if they are active.

22  He is very active businessman and he also has large military

23  contracts.  They told me that this is the first of many

24  meetings for us with him.  I can fill you in more when we

25  speak.

BARRACK – DIRECT – MR. SCHACHTER

1          Then he goes on to say, we need an investment

2   company between him, Prince Mohammed and us to manage

3   investments in the U.S.

4          So I want to break that down a little bit.  So in

5   response to your question for background, why did you

6   understand Rashid was telling you about his interests in

7   building the right relationships and what did you understand

8   that to mean?

9   A    My thought is he's responding to me in kind.  He knows

10  I'm interested in building relationships, he's being

11  solicitous, saying yes, he's also interested in building

12  relationships.  And the rest of this is, quite honestly, I

13  just thought was his opinion.  There wasn't anything there

14  that was very interesting besides the cycling.

15  Q    Let me ask you this, do your peer investment firms hire

16  people who had senior positions in the U.S. Government?

17  A    Absolutely.

18  Q    Can you give any examples and explain why it is that your

19  peer investment firms hire people from government.

20  A    Yes, from Madeleine Albright, Jack Lew, Hank Paulson,

21  President Bush, both President Bushes, on and on, global

22  financial players rely on those past qualified participants in

23  government to supply that relational bond.  So when you think

24  about it outside of business, the only -- there's only two

25  other places that those relationships exist, sports and

BARRACK - DIRECT - MR. SCHACHTER

1   politics.  So private equity funds, hedge funds all recruit

2   from those pools and U.S. past government or political

3   appointees or cabinet members is fertile ground for them.

4   Q    Is it your understanding that having former government

5   people at large investment firms helps open doors with foreign

6   investors?

7   A    Absolutely.  Carlyle, which is one of the most respected

8   private equity firms run by a three great men, built their

9   base by exactly doing that.

10  Q    He also goes on to say -- well, let me ask you this, what

11  did you understand Rashid to mean when he said we need an

12  investment company between him, Prince Mohammed and us to

13  manage investments in the U.S.?

14  A    Well, again Rashid's interest here and its excitement is

15  he had never met Sheikh Tahnoun.  So he's a businessman and

16  he's hoping that by this accidental intersection of having

17  somebody he is trying to do business with, that happens to

18  know the then unknown candidate Trump for president, and

19  having this Muslim ban, which is a point to discuss with

20  Sheikh Rashid, might lead to a set of business relationships

21  that would be beneficial for him.

22  Q    And then let's look at your response.  Responding to

23  Rashid you write, he should know that I am the senior

24  financial partner to Senator Dianne Feinstein's husband, Dick

25  Blum.  She is vice chairman of U.S. Senate Select Committee on

BARRACK - DIRECT - MR. SCHACHTER

1    Intelligence, exclamation point.  Also that Donald Trump is a

2    30-year partner and I have staffed his campaign, exclamation

3    point.

4           You go on to say, I have won most major polo

5    tournaments around the world over 20 years.  Polo is about

6    commitment, dedication, teamwork and practice, three

7    exclamation points.  I will send some stuff.  Did he go to

8    University of San Diego?

9           First question for you, as part of your mentoring of

10   Matthew Grimes, did you talk about punctuation?

11   A    Unfortunately, he's crucified here for it for me.

12   Q    So who is Senator Dianne Feinstein and why are you

13   mentioning that to Rashid?

14   A    Senator Dianne Feinstein is the longest-standing Senator

15   from California.  Her husband Dick Blum had been a partner of

16   mine for 20 years, unfortunately he passed away this year.

17          So I'm trying to again create a balance that even

18   though Rashid had gone to him, excuse me, I think because of

19   the Muslim ban and Trump, who was of some interest, to provide

20   for him that I'm not -- I'm not oriented to one party or

21   another and that I have connections and interests at all

22   levels including on the democratic side.

23   Q    Senator Feinstein is a democrat?

24   A    Yes.

25   Q    You said this a couple of times, I want to make sure that

4071

BARRACK - DIRECT - MR. SCHACHTER

1   we're clear on it.  You talk about connecting on the Muslim

2   ban.  I mean, as this meeting was set up, did you understand

3   that that's one thing that Sheikh Tahnoun you thought might

4   want to talk about is what this Muslim ban was all about and

5   what it meant?

6   A    For sure.

7   Q    All right.  And then -- I mean, did you think that was

8   part of your entree into this meeting?

9   A    Yes.  I knew it was because otherwise I'm just another

10  American financial hack looking for deals and money.

11  Q    All right.  You mentioned Donald Trump, and then right

12  after talking about Senator Feinstein and Donald Trump, you're

13  talking about polo.  What's the -- why are you talking about

14  both of those things?

15  A    My assumption, from what I knew about him, was he would

16  be not very interested in the first two sentences but very

17  interested in the last two.  That he's at the top of his game,

18  so having another well connected person is not much interest

19  to him.  But just as I found him amazingly interested and that

20  I know the complexity of the sports that he engages in, I

21  thought since he knew about horses and polo, he knew this

22  wasn't some -- I used to think it was this trust fund sport

23  for rich kids running around on horses, he knew that wasn't

24  what it was and I thought he would be more impressed with

25  that.

BARRACK – DIRECT – MR. SCHACHTER

1    Q    Let me show you another piece of this email exchange and

2    that is -- why did you ask if he went to the University of San

3    Diego, before I move off of this?

4    A    I knew he had been educated in California and I had

5    attended the University of San Diego for my first year of law

6    school so I thought that might be a common tie.

7    Q    You're looking for connections and things to talk about?

8    A    Yes.

9         MR. SCHACHTER:  I'm going to show you what's in

10   evidence as Government Exhibit 206.  And just to orient the

11   jury this is a continuation of the same email, if we start

12   down at the bottom.  Mr. McLeod, can we blow up just the

13   bottom.

14   Q    So that's that same email we saw from Rashid we saw a

15   moment ago where he's talking about Sheikh Tahnoun's interest

16   in cycling?

17   A    Yes.

18   Q    Okay.  And you respond to that email and say will send

19   you surfing pictures and article.  Why is it that you're

20   offering, in advance of your meeting with Sheikh Tahnoun, to

21   send surfing pictures?

22   A    Again, to find a common tie.  Aspects of surfing are

23   another extreme sport that takes the same attributes of the

24   sports he's interested commitment, perseverance, dedication,

25   risk adjustment, and I think the article may have been about

BARRACK - DIRECT - MR. SCHACHTER

1    an analogy that I had between surfing and investing.

2    Q    And then in response to that at the very top of the next

3    email on April 25th at 7:51 Rashid writes, I told them all of

4    the surfing, Rugby, et cetera and I told them about Dianne and

5    his team, told me to tell him more about it face to face so we

6    keep things for us.

7              Do you see that?

8    A    Yes.

9    Q    He talks about how he's big into horses as well?

10   A    Yes.

11   Q    And then I want to look at your response to Rashid's

12   email.  Can you just slide up a little bit.

13             You wrote, Rob Lowe is with me if we want to use

14   him.  Do you see that?

15   A    Yes.

16   Q    Rob Lowe is an actor?

17   A    Yes.

18   Q    Mr. Barrack, if you thought that the purpose of this

19   meeting was for Sheikh Tahnoun to recruit you to be a foreign

20   agent, would you have suggested bringing Rob Lowe?

21   A    No.

22   Q    Why is it that Rob Lowe -- why do you mention -- what did

23   you mean by that, rob Lowe is with me if he want to use him.

24   A    Would you like me to describe the background of why Rob

25   Lowe is with me or --

BARRACK - DIRECT - MR. SCHACHTER

1   Q    Let me ask you that question first.  Why is it that

2   you -- why is it that Rob Lowe is with you as you're traveling

3   to see Sheikh Tahnoun?  Are you going to other places as well?

4   A    Yes.  My wife Rachelle and I were going to with the

5   Lowes, Rob and Cheryl, who are family friends of ours to the

6   refugee camps at the border of Syria and Lebanon for a

7   philanthropic venture.  Rob was kind enough, being who he is

8   as a celebrity to kind of lead that effort.  So we were on the

9   way to Lebanon, the Syrian border.  And I know it's hard to

10  believe but Rob is more handsome, more charming, more

11  interesting than I, and in the Arab world he was a big deal,

12  so I thought this might be interesting for Sheikh Tahnoun to

13  meet with him and Rob was definitely not a Trump fan, so it

14  kind of balanced things out.

15          MR. SCHACHTER:  We'll be the judge of who is more

16  handsome.

17          I'm going to show you what we marked as Barrack

18  Exhibit 1025 and we'll offer it.

19          (Exhibit published.)

20  A    Yeah, no contest.

21  Q    Hold on, hold on.  We're waiting to see if the government

22  has an objection.

23          I'm sorry, the third person in this -- is this

24  during the same trip where you went to go see Sheikh Tahnoun?

25  A    Yes, sir.

4075

BARRACK — DIRECT — MR. SCHACHTER

1  Q    Who is the third person in this photograph?

2  A    It's the prime minister, the then prime minister of

3  Lebanon Mikati.

4            MR. SCHACHTER:  We'll offer Barrack Exhibit 1025.

5            MR. NITZE:  No objection.

6            MR. LOWELL:  No objection.

7            THE COURT:  Received.

8            (Barrack Exhibit 1025, was received in evidence.)

9  Q    So the person over to the left is the prime minister of

10  Lebanon who you saw on the same trip where you also then went

11  to go see Sheikh Tahnoun; is that right?

12  A    Yes, sir.

13            MR. SCHACHTER:  Rob Lowe is more handsome than you,

14  Mr. Barrack.

15  Q    Can we go back to Exhibit 206, please.  Okay.  So you say

16  Rob Lowe is with me if he want to use him.  So now you've

17  explained why you were traveling with Rob Lowe.  What does it

18  mean to use him for a meeting with Sheikh Tahnoun?  What did

19  you think you would be talking about or why would it be

20  helpful to have Rob Lowe there?

21  A    So media -- Rob and I had acquired a media company called

22  Miramax from Disney and I knew that Sheikh Tahnoun and the

23  royal group were serious about entering the entertainment

24  business.  As a matter of fact on the aftermath of this

25  Mubadala, other companies that bought IMG and other

4076

BARRACK - DIRECT - MR. SCHACHTER

1   entertainment assets, so again looking for connections and

2   using Rob, unfortunately, as a celebrity, as bait, who doesn't

3   want to doesn't want to meet Rob Lowe.

4          MR. SCHACHTER:  All right.  You can take that down.

5   Q    Now in advance of the meeting I think you said you got

6   Sheikh Tahnoun a gift; is that right?

7   A    Yes.

8          MR. SCHACHTER:  I think we've seen -- if we can show

9   Government Exhibit 536 and 3098.  If we can do those side by

10  side.  I think they are both in evidence.  Barrack 3098.  I

11  believe this is -- both are in evidence.

12  Q    So is this the card that you sent or that maybe Matthew

13  wrote to Sheikh Tahnoun with a gift?

14  A    Yes, it is.

15  Q    Just to move -- why is it the front of it is -- I think

16  Jessica Gibbs called it cowboy card.  Why cowboys?

17  A    As I said, all of my heros have been cowboys and people

18  who like horses understand that.  It's just a simple

19  commitment of honesty, courage, strength, and it's very

20  humble.  It's not overbearing as a businessman to another

21  businessman.  And yes, Matthew did write that card doing only

22  the things that only Matthew can do.

23         MR. SCHACHTER:  All right.  Let's take that down.

24  Q    Let's talk about what happened at this first meeting, the

25  first conversation that you've ever had with Sheikh Tahnoun.

BARRACK - DIRECT - MR. SCHACHTER

1    About how long was this meeting?

2    A    About 35 minutes as I recall.

3    Q    And what did you talk about -- just you and Sheikh

4    Tahnoun?

5    A    Yes.

6    Q    Can you tell us what you talked about?

7    A    First of all, he was very humble.  He was in his shorts

8    and a jersey, but he was in a shoulder cast.  So we talked for

9    15 minutes about shoulder injuries.  I know this isn't very

10   interesting but it's just the way the world goes, and how he

11   was healing his shoulder injury with electromagnetic force and

12   that he had changed his diet, he probably had 2 percent body

13   fat.  He was in amazing shape.  And we talked about the part

14   of Lebanese food that added to the diet and the part of

15   Lebanese food that detracted from that diet, so we were at

16   minute 18 by then.

17         Shall I go on?

18   Q    Please.  I just want you to tell us whatever it is you

19   remember about this back and forth with Sheikh Tahnoun.

20   A    He indicated that he had been madly into horses of all

21   sorts.  Endurance racing is a bigger sport in that part of

22   world than polo, but he had been involved in both, and that he

23   had switched to cycling and said that he had this injury on

24   his track and he said -- I'd never seen what kind of track and

25   he said well, would you like to go to my backyard and we went

4078

BARRACK - DIRECT - MR. SCHACHTER

1    to the backyard and of course his backyard is three miles of

2    stuff and there he had his own bike track.

3           Then we came back and he said, I have to tell you

4    it's a good thing you're a risk taker in supporting Donald

5    Trump.  I said, yes, sir, I think that's correct.  He said,

6    this Muslim ban thing is very confusing.  I said, I know it's

7    confusing.  Let me explain to you what I think candidate

8    Trump's position is, and he is smart -- I'm talking to him now

9    about my view of the candidate president.  He's smart, he's

10   dedicated to stopping terrorism, but he could use some Middle

11   East input as to how best to do this, and you and he have a

12   lot in common.  You're both aggressive, you're both

13   businessmen.  You're a young new leader, he's a young new

14   potential leader, and I think you'd be amazed if you had this

15   dialogue with him directly.  He said that's probably a good

16   point.  I'm going to the United States and maybe I'll do that

17   when I come.

18           I then told him that I had met his father in 1972

19   and what great regard I had for him.  This was the then Sheikh

20   Sayed, who was the father of both of the individuals we're

21   talking about, and he said terrific, let's get together, I'm

22   coming to America.  I said, I would love it if you come to our

23   family ranch.  It's a simple cowboy ranch.  Maybe you might

24   really enjoy it for a change and I'm happy to setup a meeting

25   with the president and his people, the candidate president and

BARRACK − DIRECT − MR. SCHACHTER

1    his people if you'd like, and that was the end of the meeting.

2              MR. SCHACHTER:  I'm going to show you what is in

3    evidence as Government Exhibit 215 and Barrack Exhibit 1750,

4    both in evidence.

5    Q    You wrote -- this is May 1st.  This is the same day as

6    your meeting with Sheikh Tahnoun?

7    A    Yes, sir.

8    Q    You wrote to Matthew, give me the excerpts out of

9    Margaret MacMillan's "Paris 1919" about the UAE and Saudi

10   Arabia and I can send on to Tahnoun.  Meeting was amazing.

11             Do you see that?

12   A    Yes.

13   Q    And do you recognize what's next to it as the cover of

14   that book that you're talking about "Paris 1919"?

15   A    I do.

16   Q    Why did you ask Matthew to send you excerpts out of that

17   book to send to Sheikh Tahnoun?

18   A    We had talked in the times that I was discussing with him

19   the notion of the Muslim ban about the confusion that the west

20   has always had with the east, and it really started from this

21   period.  Just to refresh everybody's history, 1919 when we're

22   at the precipe of World War I and the aftermath, and the

23   Ottoman empire was in vogue, these countries that we're

24   talking about now, and then later we can look at them, but

25   it's 1500 miles of coastline and 300 million people were

BARRACK – DIRECT – MR. SCHACHTER

1   mostly not countries, they were tribes and they became

2   countries by the Brits and the French drawing lines for their

3   own interests around certain of these tribes.  And one of the

4   greatest academic pieces that I've ever read is this "Paris

5   1919" by Margaret MacMillan.

6            So I told him I thought it was reflective on how

7   there needed to be a new bridge between west and the east and

8   that he, as a prominent business leader and one of the most

9   growing aspects of their world and one of the most powerful

10  families, should start bringing that to America to create a

11  new fabric, a new meaning, a new understanding.  So I sent it

12  on.

13            MR. SCHACHTER:  You can take that down, Mr. McLeod.

14  Q    Mr. Barrack, at this meeting with Sheikh Tahnoun, did he

15  ask you if you wanted to be a UAE foreign agent?

16  A    No.

17  Q    At this meeting with Sheikh Tahnoun, did he ask you if

18  you would agree to operate subject to the UAE's direction or

19  control?

20  A    Absolutely not.

21  Q    At this meeting, did you offer -- did you express

22  interest in perhaps operating subject to the UAE's direction

23  or control?

24  A    Absolutely not.

25  Q    Did Sheikh Tahnoun give you any directions in this

4081

BARRACK - DIRECT - MR. SCHACHTER

1  meeting?

2  A    He did not.

3          (Continued on the next page.)

4082

Barrack - Direct - Schachter

1    DIRECT EXAMINATION

2    BY MR. SCHACHTER: (Continuing)

3    Q    Now, and by the way, in your many travels, was

4    Sheikh Tahnoun the only person that you ran into while you

5    were traveling internationally who wanted to talk to you about

6    Donald Trump and what he was talking about with respect to a

7    ban on an entire religion?

8    A    No.

9    Q    What do you mean?

10   A    It was very controversial.  Most of the candidate -- of

11   the campaign issues, as we all recall, were controversial;

12   building a wall across the Mexican border.

13   Q    What did you find when you met with people

14   internationally that they wanted to talk to you about?

15   A    Well, that they were confused and they wanted to -- those

16   who thought I had a more balanced point of view wanted to know

17   what did I see in this that made sense and the things that

18   didn't make sense helped them understand what this candidate's

19   point of view was.

20   Q    All right.  Now, who walked you out of the palace after

21   your meeting with Sheikh Tahnoun?

22   A    Khalifa Al Ghafli, who I thought was his chief of staff.

23        MR. SCHACHTER:  I'm going to show you what is in

24   evidence as Government Exhibit 1006.

25        (Exhibit published.)

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

Barrack - Direct - Schachter

1   Q    Is that the guy that walked you out of the palace?

2   A    I believe so, yes.

3        MR. SCHACHTER:  You can take that down.

4   Q    Do you have any memory of whether you spoke to him when

5   you were walking out -- when he was walking you out of the

6   palace?

7   A    I do.

8   Q    What do you remember?

9   A    He was excited about a possible meeting, saying to me

10  that the UAE had always been the best advocate for America and

11  stomping out terrorism starting with Yemen and had I read an

12  article written by one of our past CIA directors.

13       And I said, no, I hadn't.

14       He said, well, I'll send it to you.

15       MR. SCHACHTER:  I'm going to show you what's in

16  evidence as Government Exhibit 8.

17       (Exhibit published.)

18  Q    This is an e-mail that Khalifah Al Ghafli sent to you

19  May 5th, 2016.

20       That's a few days after your meeting with

21  Sheikh Tahnoun, is that right?

22  A    Yes.

23  Q    He says:  Dear Mr. Barrack, it was a real pleasure for me

24  to meet you personally this week after hearing great stories

25  from Rashid and Abdullah and your support for them.

Barrack - Direct - Schachter

1           By the way, that, you remember you said you went to

2    Hawaii with someone named Al Ghalfi, you couldn't remember if

3    it was someone named Ali.  Could it be Abdullah?

4    A     It was Abdullah, yes.

5    Q     It goes on to say:  HH was satisfied with meeting

6    Sheikh Tahnoun?

7    A     Yes.

8    Q     And said that he would like to meet you when he visits

9    U.S.

10          Is that consistent with what you had talked about

11   with Sheikh Tahnoun?

12   A     Yes, it is.

13   Q     And then he sends you this article that you're referring

14   to?

15   A     Yes.

16   Q     All right.  You write Khalifah:  Many thanks.  I am at

17   your service and many thanks for the gracious afternoon.

18          Why did you write or what did you mean by "at your

19   service"?

20   A     It's one of the salutations I use often to just be

21   polite.

22   Q     Okay.

23          MR. SCHACHTER:  I'm going to show you a couple of

24   examples of that.  I'm going to show you, counsel and witness

25   only, Barrack Exhibit 10.

4085

Barrack - Direct - Schachter

1  Q    Do you recognize this to be a communication that you had

2  in which you're using the term "at your service"?

3  A    I do.

4          MR. SCHACHTER:  Your Honor, we'll offer Barrack

5  Exhibit 10.

6          MR. NITZE:  No objection.

7          MR. LOWELL:  No objection.

8          THE COURT:  Received.

9          (Barrack Exhibit 10, was received in evidence.)

10         THE COURT:  Mr. Schachter, I would like to stop

11  around 4:20 because I need to talk to all of the lawyers about

12  scheduling, and I want the jury to stay while we do that and

13  then have them come back in and tell them where we think we

14  are.

15         MR. SCHACHTER:  Yes, Your Honor.

16         THE WITNESS:  Is that me?

17         THE COURT:  I don't know who it is.  We will find

18  it.

19         MR. SCHACHTER:  I think Your Honor fixed it.  Thank

20  you.

21  Q    Okay.  And by the way, you're communicating at your

22  service with Paul Marciano.

23         Who is that?

24  A    Paul Marciano is the CEO and chairman of Guess?

25  Q    You were -- have you ever agreed to operate subject to

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

4086

Barrack - Direct - Schachter

1   the direction or control of Guess? jeans?

2   A    No, sir.

3           MR. SCHACHTER:  I'll show you one more example that

4   we've marked as Barrack Exhibit 11.

5   Q    Is this another communication that you had where you use

6   the term:  At your service?

7   A    Yes, it is.

8           MR. SCHACHTER:  Your Honor, we'll offer just the top

9   e-mail is fine.

10          THE COURT:  May I ask what exhibit number?

11          MR. SCHACHTER:  Barrack Exhibit 11.  I redacted, I

12  think at the government's request, to just use the top e-mail.

13          MR. NITZE:  No objection with the proposed

14  redaction.

15          MR. LOWELL:  No objection.

16          THE COURT:  On that basis.

17          (Barrack Exhibit 11, was received in evidence.)

18  Q    Is this another e-mail from you where you're using the

19  term, saying:  I'm at the leader's service.

20          Is this a reference to Senator McConnell?

21  A    Yes, it is.

22          MR. SCHACHTER:  You can take that down.

23          Now turning back to Government Exhibit 8.

24  Q    There is a -- he sends you a link to an article.

25          Do you see that?

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

Barrack - Direct - Schachter

1   A    Yes, I do.

2   Q    He writes:  As promised, I am attaching an article which

3   describes our operation against AQAP in Mukalla and hope it

4   contains enough information.

5          Do you see that?

6   A    I do.

7   Q    So he writes:  As promised.

8          Is this consistent with what you recall discussing

9   with him as you left the palace?

10  A    Yes it is.

11  Q    AQAP that's al-Queda in the Arabian peninsula, is that

12  right?

13  A    That's my understanding.

14  Q    And I'd like to just show -- did you read that article?

15  A    I did.

16         MR. SCHACHTER:  I'm going to show you what is in

17  evidence as Barrack Exhibit 1243.

18         (Exhibit published.)

19  Q    Do you recognize this to be an article for the former

20  acting director and deputy director of the CIA under

21  President Obama?

22  A    Yes, I recognize it to be the first page of that article,

23  yes.

24  Q    All right.  And it's talking about a battle that the UAE

25  had fought against al-Qaeda, is that right?

4088

Barrack - Direct - Schachter

1  A    Yes, sir.

2         MR. SCHACHTER:  I'd like to just direct your

3  attention to the second page of that article by the former CIA

4  director.  And specifically, if we turn to actually one more

5  page.  If you can just blow up that top paragraph, Mr. McLeod.

6         The former CIA director talks about the implications

7  of the Emirati operation are significant.  It is the kind of

8  military capability and willingness to act against terrorists

9  that should become a model for other countries in the region.

10 It is the kind of action that the United States should

11 support, both with tangible assistance and public statements.

12 Q    Do you see that?

13 A    I do.

14 Q    Is that something that you took to heart when you read

15 this article?

16 A    I did.  I found the article interesting and I found this

17 aspect of what was happening also interesting.

18 Q    All right.

19        MR. SCHACHTER:  You can take that down Mr. McLeod,

20 thank you.

21 Q    Now, did you, when you got back from this meeting with

22 Sheikh Tahnoun, did you try to keep it a secret from people at

23 Colony that you had met with Sheikh Tahnoun?

24 A    No.

25 Q    Who, if anyone, did you speak to about it?

Barrack - Direct - Schachter

1   A    Most of the senior executives.

2   Q    Was one of the people that you spoke about it with the

3   person who was on that presentation to Rashid, this man Sylvio

4   Tabet?

5   A    Yes, sir.

6   Q    And why would you loop him in on a meeting that you had

7   with Sheikh Tahnoun?

8   A    As I described previously, Sylvio was the head of

9   investor relations in the Middle East.  Sheikh Tahnoun was at

10  the top of the food chain of all of the entities with whom

11  Sylvio deals constantly and I knew he would be elated that we

12  had established a contact at the top of that food chain.

13  Q    Now, in addition to speaking to people at Colony about

14  this meeting you had with Sheikh Tahnoun, did you also loop in

15  people from the Trump campaign?

16  A    I did.

17  Q    Who?

18  A    Paul Manafort and Jared Kushner, who are the two

19  significant, responsible people in the campaign at that time.

20  Q    Now, I want to pause on that for just a moment.

21       You mentioned that one of the things you talked to

22  Sheikh Tahnoun about is him coming to the United States, is

23  that right?

24  A    Yes, sir.

25  Q    You invited him to your ranch, you said?

Andronikh M. Barna, Official Court Reporter, RPR, CRR

Barrack - Direct - Schachter

1    A    I did.

2    Q    By the way, did he ever take you up on that invitation?

3    A    No, sir.

4    Q    You also mentioned that you suggested that he meet

5    directly with Donald Trump when he was running for president;

6    is that right?

7    A    I did.

8    Q    Why?

9    A    Because I knew that Donald Trump, regardless of what

10   anybody thought, was smart, was instinctively attuned to

11   different points of view, and that this Muslim ban thing, in

12   my opinion, was a big problem for him in a campaign to normal

13   people who are saying this is America, how can you ban an

14   entire religion?

15          But what president candidate Trump didn't have, was

16   any of the representatives of the Muslim community or the Arab

17   community to talk to him about what to do and I thought it

18   would be beneficial for all of them to at least create a

19   dialogue, not thinking by the way that candidate Trump was

20   going to be president at that time.

21   Q    And why did you loop in Paul Manafort and Jared Kushner

22   about the fact that you had this meeting and had this

23   discussion with Sheikh Tahnoun?

24   A    Two reasons.  Jared Kushner, bright, brilliant, newly

25   entering politics, one of the greatest backers of Israel and

Barrack - Direct - Schachter

1    as a matter of fact accomplished an amazing feat, that he was

2    always in the mix on all of these issues as it related to

3    Palestine and Israel, how do we end that controversy, how do

4    we support Israel.

5           And Paul Manafort at the time was the convention

6    manager, probably the most experienced if not the only

7    experienced hand in a national election.  Again, this Muslim

8    ban and the Mexican wall, in addition to other things, were

9    gigantic, complicated.  And hard issues to a part of America

10   embraced by a part of America.  So they were both interested

11   in finding softer ground in how we could get there.

12   Q    All right.

13          THE COURT:  Good breaking point?

14          MR. SCHACHTER:  Yes, Your Honor .

15          THE COURT:  Ladies and gentlemen, if you will just

16   go to the jury room for a few minutes so I can talk to the

17   lawyers, I will have you back and then tell you what we are

18   trying to do with the schedule.

19          (Jury exits.)

20          THE COURT:  Thank you, Mr. Barrack, you may sit

21   down.

22          Okay.  Have a seat, please.

23          The jurors are a little antsy.  More than a little.

24          What's the projection?  I am assuming you will

25   finish Mr. Barrack going the full day tomorrow, you think?

4092

PROCEEDINGS

1          MR. LOWELL:  Your Honor, you are going to the event

2   tomorrow morning, right?

3          THE COURT:  I am.

4          MR. SCHACHTER:  We'll certainly take, since we only

5   have a half-day, we'll certainly take the full half-day for

6   sure and into Wednesday.

7          THE COURT:  All right.

8          And then the government has what; a day, maybe more?

9          MR. NITZE:  Of cross, something like that yes.  I

10  mean, we are trying to finish, so we'll try to keep it

11  efficient.

12         THE COURT:  All right.

13         Well, that only gets us then, if everything goes the

14  way we're hoping, that gets us through Thursday.

15         Juror No. Five says he came into this trial on the

16  assumption that we weren't going to sit Fridays, so much for

17  that, and he's got an appointment he can't move Friday

18  morning.

19         MR. NITZE:  Charge conference?

20         THE COURT:  That's an idea.  I was actually thinking

21  of something, but we'll have time Friday morning.

22         MR. LOWELL:  Sorry.

23         THE COURT:  Oh, you don't have time Friday.

24         MR. LOWELL:  I've told the government again,

25  scheduling is always an issue.  We will have potentially no

4093
PROCEEDINGS

1    more than three witnesses who should take, literally,

2    15 minutes each on -- or maybe the last one, which is a

3    summary chart, maybe 20, but that's really a good faith

4    estimate.  Given what they're going to testify to, I can't

5    imagine the cross-examination should be extensive.  So I just

6    wanted Your Honor to know that piece, because there will be a

7    little, not a ton.

8               THE COURT:  Okay.

9               MR. NITZE:  May I just make one point on those

10   witnesses?

11              Could we just ask that they either go at the end of

12   our cross in order -- or go at the end of the direct, but not

13   be inserted in the middle?

14              THE COURT:  Let's worry about that later.  Let's

15   decide first when we're going to be here.

16              MR. NITZE:  Okay.

17              THE COURT:  Okay?

18              And I think what I have to tell the jury is, it

19   looks like we are not going to be able to finish the case this

20   week and it will go into next week, but hopefully, only a

21   little bit of next week.

22              Is that realistic?

23              MR. SCHACHTER:  Yes.

24              MR. LOWELL:  I think that makes sense.

25              MR. JACKSON:  Yes, Your Honor .

                                    PROCEEDINGS

 1             MR. LOWELL:  Of course.

 2             I'm sorry, Judge, just to interrupt.  I apologize.

 3    Given what they've heard, and I don't know if they're prepared

 4    hopefully to tell us, but I don't know what, if any,

 5    additional evidence the government wants to put in after the

 6    defense rests.

 7             THE COURT:  You mean a rebuttal case.

 8             I'm assuming the government doesn't want to do that.

 9             MR. NITZE:  I wouldn't assume that, but it will be

10    light if anything.

11             MR. SCHACHTER:  Your Honor, is it possible to sit

12    Friday afternoon?

13             THE COURT:  Well, let's check with Mr.  Johnson.

14             Here's what I would like to do rather than bringing

15    them all back here.  If I have your consent, I am going to go

16    talk to them, I will take whatever heat there is, I will

17    politely grill Mr. Johnson -- that is his name, right, Quadri?

18             THE COURTROOM DEPUTY:  Yes.

19             THE COURT:  I will politely grill Mr. Johnson any

20    way he can change Friday morning.  I want to make sure there

21    are not others in there who think they have a problem and say

22    let's do Friday afternoon, and we should be able to finish

23    Monday or Tuesday.

24             Sounds right?

25             MR. JACKSON:  Yes, Your Honor.  And you have our

PROCEEDINGS

1    consent.  We appreciate that procedure.

2              MR. NITZE:  And you will -- they won't be

3    misunderstanding that when you say -- you mean finished with

4    the evidence and then they'll go into closing arguments and

5    then they'll begin their work.

6              THE COURT:  That's the question.  I was kind of

7    including closing arguments and charge in there, but you are

8    right, that is probably going to be Wednesday.

9              MR. JACKSON:  Your Honor, I think we're optimistic

10   we could do closing arguments at the beginning of next week.

11   If we are -- we only have -- this is the last witness.  It's

12   going to be some cross and then we have the very short

13   witnesses from Mr. Lowell, so we think we're optimistic about

14   that.

15             MR. NITZE:  We are, too.

16             I mean, that would be -- ideally the case comes in

17   by the end of this week, we have to figure out the charge,

18   we'd come in Monday, if there is any cleanup to be done, fine,

19   but we do closings on Monday and Tuesday and then they get the

20   case.

21             THE COURT:  How do they get the case on Monday or

22   Tuesday?  We are not sitting tomorrow morning and you have got

23   a day on cross and Mr. Schachter has another day on direct and

24   then we have got a couple hours of cleanup.  Will that still

25   work Monday?

PROCEEDINGS

1            MR. NITZE:  I had thought -- and time estimates

2    haven't been perfect as we've gone, but I thought maybe

3    Mr. Schachter goes for the afternoon tomorrow, goes through

4    much of Wednesday, we begin the cross on Wednesday and finish

5    the cross on Thursday.  We have a full day Thursday.

6    Somewhere in there, Mr. Lowell's -- I'm not holding him to the

7    time, but 45 minutes to an hour of testimony or an hour and 15

8    comes in with some cross.  And then actually there is some

9    realistic prospect that we get to the end of the day Thursday,

10    certainly if we have time Friday with all the evidence in.  If

11    it bleeds into Monday, so be it, but that we're in the

12    striking distance to have closings and the charge on Monday

13    and Tuesday.

14            THE COURT:  Okay.  I will tell them that.

15            MR. LOWELL:  The only thing we'll need to work out

16    with the parties, because it is our goal to do what Mr. Nitze

17    just said, I know it's everybody's preference not to be

18    interrupted, but I -- again, trying to do what we just said,

19    those short witnesses, two of the short witnesses are only

20    available on Thursday, we should find a place then to do it

21    then.  I probably, depending on the Court's schedule, could do

22    the last one on Friday, but I just don't know how to

23    accommodate everybody.

24            THE COURT:  Yes, I think we have to do what we can

25    do.

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

PROCEEDINGS

1          MR. NITZE:  They can't be here Wednesday?  They

2     can't be here tomorrow?

3          MR. LOWELL:  Well, hold on a second.

4          Everybody's coming in on Wednesday, sometime in the

5     afternoon.  One's coming from the West Coast, one is on

6     business.  I will get them here, but I just can't imagine it's

7     going to be before Thursday.  And I was also trying to

8     accommodate Mr. Barrack and his counsel with their schedule.

9          THE COURT:  Right.

10          Okay.  It looks like I am going to tell them we are

11     hopeful of going into closing arguments Monday and giving them

12     the case on Tuesday.

13          Sound right?

14          MR. JACKSON:  Yes, Your Honor.

15          THE COURT:  You know, we are going to bolt and then

16     I will come back to you.  Let's recess for just a few minutes.

17     Let me talk to them and then I will come in and tell you where

18     we are.

19          MR. JACKSON:  Thank you, Judge.

20          (Recess taken.)

21          THE COURT:  Okay.  Everyone be seated.

22          The good news is they are not rebelling as to next

23     week.

24          Mr. Johnson's commitment, and I think all of their

25     desire, is to take Friday off.  Because if you recall from

4098

PROCEEDINGS

1    jury selection, Mr. Johnson is leaving for North Carolina,

2    driving 600 miles on Friday morning for a wedding he has on

3    Saturday.  So we are not going to sit Friday.  So I told him

4    we expect to get the case to them Tuesday afternoon.

5          Now they are gone, I have sent them home.

6          Let's talk about if I can find a court reporter that

7    likes me, whether we should have our charging conference on

8    Sunday afternoon.

9          Do we have any football fans without a DVR?

10          MR. JACKSON:  Judge, we're happy to do it whenever

11    the Court is available.

12          MR. HARRIS:  Same here, Your Honor.

13          MR. LOWELL:  We would do that as well.

14          THE COURT:  Okay.  Let's plan on 2:00 on Sunday

15    afternoon, assuming I can get a court reporter.

16          Now, let me also say this.  I am trying to shorten

17    the length of the charging conference.  The way I am doing

18    that is, I have given a lot of consideration to all of your

19    submissions on the charge.  Obviously, there are some very big

20    issues to be decided, and they are close issues.  I plan to

21    make decisions on those issues.  Before Friday, I will issue a

22    short order explaining to you why I have come out the way I

23    have come out.  If I go the way I am thinking I am going, no

24    one is going to be happy.

25          And then, you know, maybe the charging conference,

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

PROCEEDINGS

1   if you really insist on rearguing something, I will not stop

2   you, but as far as I am concerned, having filed your

3   objections to each other's charge, anything that you have put

4   in that I do not adopt, your objection is preserved and I have

5   overruled it and it is preserved.  So do not feel you need to

6   make a record, at least as far as I am concerned.  Okay?

7           So I will give you the charge on Friday and then we

8   will have our charging conference on Tuesday afternoon.  And I

9   will probably issue the order when I give you the charge on

10  Friday.  I think that is the right time to do it.  I will have

11  it decided.

12          Hang on a second.

13          Okay.  The government's long letter today objecting

14  to a lot of evidence, first of all, I do not think

15  Mr. Barrack's lawyers are going to use all of that evidence.

16          Right?

17          MR. SCHACHTER:  No.  And we -- you know, if we all

18  had the opportunity to confer, we would have told them that.

19          THE COURT:  Okay.  You know, everyone is reacting

20  very quickly because things are happening, in some respects,

21  quickly.

22          By all means, I always encourage talking to each

23  other to see what your real issues are before you come to me

24  because I really do not want to start going through lists of

25  the government's exhibits and marking all of them, the

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

PROCEEDINGS

1   exhibits the government designated, when, in fact, a lot of

2   those are not going to be in controversy.

3           Okay.  And if necessary -- well, let me ask you

4   this.  Since we are off all day on Friday, why not have our

5   charging conference Friday?  No, that is not long enough for

6   me.  Well, I can get you the charge on Thursday.  I can.

7           MR. JACKSON:  That would be great for us, Judge.

8           MR. HARRIS:  That would be great for us as well,

9   Your Honor.

10          Not to overburden the Court with paper, but I'll

11  just note --

12          THE COURT:  Well, that has not happened yet.

13          MR. HARRIS:  Well, if it hasn't happened yet, then I

14  don't when it will.

15          The government is going to file something tonight

16  that addresses two issues in the charge and so -- that relate

17  to the FARA instruction and the 1001 instruction that will be

18  filed tonight.

19          THE COURT:  Okay.  And when are you going to get me

20  your response to the defendant's Rule 29 briefs that I got

21  this morning?

22          MS. HARRIS:  So, Your Honor, I was going to raise

23  that as well.

24          As you saw, I think the collective page count for

25  those was almost 100 pages.  And so we request, Your Honor,

4101

PROCEEDINGS

1    given the length, that we be permitted until end of day

2    Friday.

3                MR. JACKSON:  Your Honor, that respectfully --

4                THE COURT:  How can I not give them that?  You took

5    the same or longer amount of time and they are massive

6    motions, right?

7                MR. JACKSON:  Your Honor, I'm not quibbling with

8    anything about that, Judge, except I do think in terms of

9    understanding the charge conference, we will at least want to

10   know what it is they're saying in terms of our ability to

11   address their argument at the charge conference.

12               MS. HARRIS:   I mean, I think that our position with

13   respect to the charge conference will already be set forth in

14   our charge submissions.

15               THE COURT:  I do not think there is going to be

16   anything new.  You know, we will assess it if we have to make

17   more adjustments.  Maybe we will come in on Sunday if we

18   cannot get it done.  But hopefully, I do not think the

19   government is going to say anything that surprises you.

20               MR. JACKSON:  Fair enough, Judge.

21               Your Honor, may I ask a question?

22               THE COURT:  Yes.

23               MR. JACKSON:  So is it dispositive, what's happening

24   with Mr. Johnson, that we're not sitting on Friday or are we

25   sort of wait and see how far we get?

PROCEEDINGS

1          THE COURT:  The only way we could sit on Friday is

2   if we order Mr. Johnson to cancel his wedding plans.  I mean,

3   it is not his wedding, but it is a family wedding, his whole

4   family is going.  I am not inclined to do that.  Or we replace

5   him with an alternate.

6          MR. JACKSON:  Oh, I'm not saying that we should

7   replace him with an alternate.

8          All I'm saying is, if we're trying to finish at the

9   beginning of next week, we might want to just wait and see

10  where we are on Thursday.  Because if we need the additional

11  day, I mean, we're not going to be able to take alternates

12  with us into the next trial.

13         THE COURT:  Like I said to you in a different

14  continent, all you do is you draw an order of battle and then

15  you have to change it depending on what is going on.  So yes,

16  everything I have just said depends what is going to happen.

17  If Mr. Schachter spends three days with Mr. Barrack during

18  direct, we are going to have to think of something else.

19         MR. JACKSON:  Fair enough.  Thank you, Judge.

20         THE COURT:  Okay.

21         MR. SCHACHTER:  Your Honor, may I ask just one

22  question?

23         THE COURT:  Sure.

24         MR. SCHACHTER:  On the government's letter with

25  respect to our exhibits, we will certainly confer with them.

4103

PROCEEDINGS

1          Is this the kind of thing that the Court wants

2    another submission on or does the Court want to take the

3    exhibits as they come once the Court hears the foundation that

4    is laid for them.  I just don't want to overburden.  I know

5    Your Honor has a lot to read.

6          THE COURT:  Okay, can I tell you something.  I mean,

7    I appreciate how deferential everyone has been and very

8    considerate of my time considering the pressures that are on

9    you all.  But I have always maintained, and I will maintain it

10   in this case, you have got to do what you have got to do.

11   Okay?  Please do not hold anything back because you are

12   worried about burdening me.

13         So, you know, if you have got -- hopefully you will

14   not have more than five or six exhibits out of that long list

15   you want to use.  And if you want to brief that in response to

16   the government's objection, go ahead.  If I can possibly

17   consider it, I will.

18         MR. SCHACHTER:  Thank you, Your Honor.

19         THE COURT:  Thank you, all.

20         MR. JACKSON:  Thank you, Your Honor.

21         MR. NITZE:  Thank you, Your Honor.

22         (Whereupon, the trial adjourned at 4:35 p.m.)

23

24

25

*Andronikh M. Barna, Official Court Reporter, RPR, CRR*

4104

1                          I N D E X

2    WITNESS                                    PAGE

3    **BRADY CASSIS**

4    CROSS-EXAMINATION      BY MR. NITZE      3889

5    REDIRECT EXAMINATION  BY MR. JACKSON    3924

6

7    **DAVID JACKSON**

8    DIRECT EXAMINATION     BY MR. BOWMAN     3929

9    CROSS-EXAMINATION      BY MR. MEHTA      3952

10   CROSS-EXAMINATION      BY MR. LOWELL     3963

11

12   **THOMAS BARRACK**

13   DIRECT EXAMINATION     BY MR. SCHACHTER  3965

14

15

16

17

18

19

20

21

22

23

24

25

| BARRACK | PAGE |
|---------|------|
| 3048 | 4016 |
| 983 | 4016 |
| 9 | 4058 |
| 3036 | 4017 |
| 676 | 4025 |
| 1025 | 4075 |
| 10 | 4085 |
| 11 | 4086 |
| 601 | 4029 |

MR. BOWMAN: [10]  3928/2 3928/24
3929/8 3947/6 3948/17 3952/13 3961/9
3962/2 3963/12 3963/14
MR. HARRIS: [2]  4098/12 4100/8
MR. JACKSON: [30]  3890/15 3890/20
3891/24 3892/5 3893/21 3894/22
3895/22 3895/24 3912/23 3921/7
3924/4 3924/6 3926/24 3927/8 3927/16
3927/18 4093/25 4094/25 4095/9
4097/14 4097/19 4098/10 4100/7
4101/3 4101/7 4101/20 4101/23 4102/6
4102/19 4103/20
MR. LOWELL: [21]  3927/21 3948/22
3952/16 3963/1 3963/10 4015/25
4016/12 4017/20 4025/8 4028/25
4058/7 4075/6 4085/7 4086/15 4092/1
4092/22 4092/24 4093/24 4094/1
4096/15 4097/3
MR. MEHTA: [10]  3947/10 3948/20
3951/16 3951/23 3952/3 3952/18
3952/23 3952/25 3961/21 3962/24
MR. NITZE: [33]  3889/20 3896/22
3899/18 3905/13 3910/1 3912/7
3923/23 3927/5 3937/3 4015/24
4016/11 4017/19 4025/7 4028/24
4032/23 4038/24 4039/1 4045/14
4053/17 4058/6 4075/5 4085/6 4086/13
4092/9 4092/19 4093/9 4093/16 4094/9
4095/2 4095/15 4096/1 4097/1 4103/21
MR. SCHACHTER: [54]  3964/7
3964/24 4013/8 4015/5 4015/22
4016/10 4018/10 4025/4 4028/16
4028/23 4045/15 4048/23 4049/7
4049/17 4049/19 4057/17 4057/25
4058/5 4058/22 4059/25 4060/25
4062/6 4064/19 4072/9 4074/15 4075/4
4075/13 4076/4 4076/8 4076/23 4079/2
4080/13 4082/23 4083/3 4083/15
4084/23 4085/4 4085/15 4085/19
4086/3 4086/8 4086/11 4086/22
4087/16 4088/2 4088/19 4091/14
4092/4 4093/23 4094/11 4099/17
4102/21 4102/24 4103/18
MR. SCHACHTER: [1]  4013/21
MS. HARRIS: [2]  4100/22 4101/12
THE CLERK: [4]  3928/6 3928/12
3928/18 3928/23
THE COURT: [100]  3889/4 3889/7
3890/16 3890/21 3891/25 3892/6
3893/22 3894/23 3895/23 3895/25
3912/24 3921/8 3923/25 3924/3 3924/5
3924/9 3925/16 3927/6 3927/20
3927/22 3928/1 3928/9 3928/25 3937/4
3947/11 3948/21 3951/17 3951/24
3952/4 3952/15 3952/17 3961/10
3961/19 3961/22 3962/3 3962/25
3963/11 3963/15 3963/19 3963/23
3964/3 3964/5 3964/20 3964/23
4013/23 4014/5 4015/3 4016/1 4016/13
4017/21 4025/9 4029/1 4032/24
4038/25 4049/12 4049/16 4049/20
4053/19 4058/8 4061/3 4061/7 4062/2
4062/4 4075/7 4085/8 4085/10 4085/17

4086/10 4086/16 4091/13 4091/15
4091/20 4092/3 4092/7 4092/12
4092/20 4092/23 4093/8 4093/14
4093/17 4094/7 4094/13 4094/19
4095/6 4095/21 4096/14 4096/24
4097/9 4097/15 4097/21 4098/14
4099/19 4100/19 4101/4 4101/15
4101/22 4102/1 4102/13 4103/6
4103/19
THE COURTROOM DEPUTY: [4]
3889/2 3964/10 3964/15 4094/18
THE JURY: [3]  3929/10 3952/24
3953/1
THE WITNESS: [11]  3925/17 3927/24
3928/8 3928/16 3928/21 3963/17
3964/14 3964/18 4049/14 4049/18
4085/16

**$**

**$1400 [1]**  3981/6
**$150 [1]**  3960/3
**$150 million [1]**  3960/3
**$2 [2]**  3977/16 4054/2
**$22 [1]**  3977/16
**$25 [1]**  3956/12
**$4 [1]**  4021/3
**$4 billion [1]**  4021/3
**$700 [1]**  4024/13
**$700 million [1]**  4024/13
**$800 [1]**  4004/7
**$800 million [1]**  4004/7

**'**

**'1 [1]**  3956/3
**'15 [1]**  3987/20
**'16 [1]**  3987/20
**'30s [1]**  3973/18
**'80s [3]**  3983/5 3984/4 4040/19
**'90s [2]**  3995/19 3999/23
**'95 [1]**  3985/1
**'s [1]**  4060/14

**-**

**------------------------------x [2]**  3887/2
3887/8
**-versus [1]**  3887/5

**1**

**1.7 billion [1]**  4054/3
**10 [9]**  3890/2 3899/13 3994/2 3994/6
3995/3 4084/25 4085/5 4085/9 4105/8
**10 percent [1]**  4066/18
**100 [1]**  4003/23
**100 miles [1]**  4025/20
**100 pages [1]**  4100/25
**100 percent [1]**  3961/6
**1001 [1]**  4100/17
**10019 [1]**  3887/19
**10036 [1]**  3888/4
**1006 [1]**  4082/24
**1025 [4]**  4074/18 4075/4 4075/8
4105/7
**103 [1]**  3975/8
**1067 [1]**  3896/22
**10:00 [1]**  4013/16

**10th [1]**  3992/13
**11 [5]**  3910/2 4086/4 4086/11 4086/17
4105/9
**11201 [1]**  3887/14
**11:00 at [1]**  4013/16
**11:35 [2]**  3963/20 3963/23
**12 [3]**  4020/25 4021/3 4034/1
**120 [2]**  3974/17 4021/17
**1200 [1]**  3966/6
**1243 [1]**  4087/17
**13 [3]**  3967/10 4034/1 4042/1
**14 [8]**  3910/19 3912/8 3913/22
3913/22 4007/15 4007/21 4020/25
4042/11
**14 percent [1]**  4066/19
**15 [5]**  4018/4 4061/4 4061/7 4077/9
4096/7
**15 minutes [1]**  4093/2
**15 years [1]**  4019/16
**1500 miles [1]**  4079/25
**16 [1]**  3926/4
**160 billion [1]**  3989/15
**165 [1]**  3965/23
**17 [3]**  3914/20 3926/6 4037/16
**170 [1]**  3993/14
**1700 [3]**  3899/9 3899/19 3926/4
**1750 [1]**  4079/3
**18 [2]**  3977/16 4077/16
**18 months [1]**  3933/11
**18th [1]**  3899/10
**19 [1]**  3976/25
**1901 [1]**  3888/7
**1919 [4]**  4079/9 4079/14 4079/21
4080/5
**1971 [1]**  3972/10
**1972 [3]**  3972/9 3977/1 4078/18
**1973 [1]**  4055/24
**1974 [2]**  3977/14 3982/5
**1986 [1]**  4040/15
**1987 [1]**  4041/19
**1990 [1]**  3983/22
**1991 [4]**  3982/11 3984/25 3985/1
4006/17
**1995 [1]**  3984/25
**1997 [1]**  3995/25
**1st [2]**  4047/14 4079/5

**2**

**2 million [1]**  3977/16
**2 percent [1]**  4077/12
**20 [6]**  3959/15 3977/8 4018/4 4070/5
4070/16 4093/3
**20 percent [3]**  3994/3 3994/7 3995/3
**2000 [3]**  3931/23 3966/15 3995/19
**2001 [3]**  3931/23 3931/23 3956/3
**20036 [1]**  3888/7
**2005 [6]**  3929/15 3929/17 3938/25
3941/9 3956/2 3956/3
**2006 [4]**  3933/13 3937/17 3956/4
3994/23
**2007 [2]**  3937/17 3994/23
**2008 [2]**  3938/17 3941/14
**2010 [6]**  3933/18 3941/9 3942/7
3956/2 3956/3 3959/10
**2011 [1]**  3943/23

**2**

**2012 [4]** 3958/12 4015/11 4018/24
  4042/6
**2014 [7]** 3987/20 3987/25 4006/17
  4007/22 4025/17 4029/5 4029/14
**2015 [3]** 4031/6 4042/7 4050/18
**2016 [19]** 3985/5 3987/1 3992/6
  3992/12 4004/11 4004/12 4007/23
  4007/25 4009/4 4024/18 4031/6
  4047/11 4047/14 4047/16 4050/13
  4056/3 4056/7 4057/21 4083/19
**2016-2017 [1]** 4010/18
**2017 [11]** 3910/21 3985/5 3987/1
  3989/12 3992/6 3992/12 3992/14
  3993/5 4008/1 4009/4 4010/18
**2018 [2]** 3929/17 4045/25
**2022 [1]** 3887/5
**206 [2]** 4072/10 4075/15
**207 [1]** 4064/25
**21-CR-371 [1]** 3887/2
**210 [1]** 4062/11
**215 [1]** 4079/3
**24 [2]** 3887/5 3973/1
**24-hour [1]** 3966/19
**24/7 [1]** 4037/8
**25 [2]** 3956/11 3973/1
**250 acres [1]** 4023/1
**25th [1]** 4073/3
**271 [1]** 3887/14
**2777 [2]** 3887/22 3888/20
**2795 [1]** 3888/21
**29 [1]** 4100/20
**2:00 o'clock [2]** 4013/25 4014/5
**2:00 on [1]** 4098/14

**3**

**30 [1]** 4004/5
**30-year [1]** 4070/2
**300 [2]** 4028/5 4028/11
**300 million [1]** 4079/25
**302 [2]** 3890/23 3892/20
**3036 [3]** 4017/12 4017/22 4105/5
**3048 [5]** 4015/16 4015/18 4015/22
  4016/2 4105/2
**3098 [2]** 4076/9 4076/10
**35 [2]** 4046/17 4077/2
**36 [1]** 3973/20
**371 [1]** 3887/2
**3:30 [2]** 3979/16 4061/5

**4**

**4/28/47 [1]** 3965/15
**40 [2]** 4003/22 4046/14
**40 percent [1]** 4004/5
**40-year [1]** 4010/12
**400 [2]** 3888/4 4004/12
**401 [1]** 3992/18
**45 [1]** 3998/20
**45 minutes [1]** 4096/7
**47 [1]** 3965/15
**4:20 [1]** 4085/11
**4:30 [1]** 4013/14
**4:35 [1]** 4103/22

**5**

**50 [1]** 4003/22
**536 [1]** 4076/9
**550 [1]** 3993/17
**5:30 [1]** 4013/15
**5th [3]** 3922/6 3923/15 4083/19

**6**

**6 percent [2]** 3991/24 4066/18
**60 billion [1]** 3989/14
**600 miles [1]** 4098/2
**601 [4]** 4028/15 4028/23 4029/2
  4105/10
**610 [1]** 3984/22
**676 [2]** 4024/22 4025/5 4025/10
  4105/6
**6:00 [1]** 4013/15

**7**

**7 percent [1]** 3991/24
**718 [3]** 3887/22 3888/20 3888/21
**733-B [1]** 4047/24
**733-C [1]** 4048/21
**75 [3]** 3965/16 4013/2 4046/17
**787 [1]** 3887/19
**7:51 [1]** 4073/3

**8**

**8 percent [1]** 3991/25
**8,000 [1]** 3985/2
**804-2777 [2]** 3887/22 3888/20
**804-2795 [1]** 3888/21
**86 [2]** 3921/25 4011/2

**9**

**9 o'clock [1]** 4055/21
**900 [1]** 4004/9
**983 [4]** 4016/6 4016/10 4016/14
  4105/3
**9:30 [1]** 3887/5

**A**

**a.m [1]** 3887/5
**ABBE [1]** 3888/8
**abbreviation [1]** 3919/7
**abbreviations [1]** 3903/6
**Abdullah [6]** 3923/1 4050/5 4050/9
  4083/25 4084/3 4084/4
**Abdullah's [1]** 4052/20
**abiding [1]** 3971/10
**ability [2]** 3927/13 4101/10
**able [5]** 3959/7 3992/6 4093/19
  4094/22 4102/11
**absolutely [9]** 3924/20 3957/4 4031/4
  4051/4 4064/18 4068/17 4069/7
  4080/20 4080/24
**Abu [19]** 3932/3 3932/12 3932/13
  3936/16 3939/20 3941/11 3941/23
  3945/15 3951/15 3952/1 3981/24
  4025/25 4029/18 4046/22 4046/23
  4046/24 4056/8 4060/21 4065/13
**Abu Dhabi [7]** 3951/15 3952/1
  4046/22 4046/23 4046/24 4056/8
  4060/21
**Abu Dhabi-oriented [1]** 4029/18

**academic [2]** 3977/9 4080/4
**accelerate [1]** 4033/7
**accept [1]** 3896/5
**acceptable [1]** 4045/8
**accepted [1]** 3980/21
**access [1]** 3994/1
**accidental [1]** 4069/16
**accidentally [2]** 3995/16 3998/14
**accommodate [2]** 4096/23 4097/8
**accomplish [1]** 4002/13
**accomplished [1]** 4091/1
**Accor [1]** 3985/12
**accountant [2]** 3901/11 3901/12
**accounts [6]** 3984/8 3984/8 3992/18
  3992/19 3999/20 4011/20
**accurate [2]** 3904/14 3904/15
**accurately [2]** 3896/25 3927/13
**achieve [1]** 4010/15
**acknowledged [1]** 3899/3
**acquire [5]** 3944/7 3945/13 3946/19
  4019/4 4039/25
**acquired [5]** 3930/22 3986/16 3986/20
  4021/19 4075/21
**acquires [1]** 3988/13
**acquiring [4]** 3945/11 3945/15
  3945/16 4018/18
**acres [5]** 3965/23 4021/17 4023/1
  4028/5 4028/11
**acronym [1]** 3995/21
**across [2]** 3906/25 4082/12
**act [4]** 3919/8 3998/9 4047/10 4088/8
**acting [2]** 3998/8 4087/20
**action [1]** 4088/10
**active [4]** 4043/2 4065/10 4067/21
  4067/22
**activities [1]** 3942/19
**activity [2]** 3904/6 4002/2
**actor [1]** 4073/16
**actual [1]** 3960/17
**adapted [1]** 3980/19
**adapting [2]** 3968/21 4005/22
**added [1]** 4077/14
**addicts [1]** 4027/16
**adding [1]** 3990/11
**addition [7]** 3919/19 3984/12 3989/10
  4012/5 4038/3 4089/13 4091/8
**additional [3]** 4024/14 4094/5 4102/10
**address [1]** 4101/11
**addressed [2]** 3892/7 3892/8
**addresses [1]** 4100/16
**addressing [1]** 3990/15
**ADIA [2]** 3932/1 3932/2
**adjourned [1]** 4103/22
**adjustment [1]** 4072/25
**adjustments [2]** 4049/21 4101/17
**admin [1]** 3909/18
**administered [1]** 3999/18
**administration [6]** 3909/7 3909/13
  3909/22 3909/25 4012/2 4019/8
**administrivia [1]** 4008/9
**admire [1]** 4009/25
**admission [1]** 4017/19
**adopt [2]** 4004/18 4099/4
**adopted [1]** 4005/3
**advance [9]** 3926/2 3945/23 4056/23

**A**

**advance... [6]** 4059/10 4060/4 4064/20 4064/21 4072/20 4076/5
**advantage [4]** 3979/7 3979/9 3982/14 3988/12
**advantageous [1]** 3908/10
**adversariness [1]** 4043/25
**advice [4]** 3979/14 4008/11 4043/18 4044/12
**advise [2]** 3931/7 3931/19
**advisement [1]** 3989/15
**advisor [3]** 3936/15 3936/23 4065/19
**advisors [1]** 3946/9
**advisory [4]** 3958/10 3989/10 3993/8 3993/15
**advocate [1]** 4083/10
**Aerospace [5]** 3939/4 3939/8 3939/12 3940/12 3941/8
**affect [1]** 3971/2
**affected [3]** 3971/4 3971/6 3973/6
**affects [1]** 4063/8
**affiliated [4]** 3907/17 3907/19 3907/20 3907/23
**affiliation [1]** 3945/12
**affirmative [1]** 3969/3
**affirmed [2]** 3889/12 3965/3
**Africa [1]** 3931/17
**after [39]** 3890/10 3891/13 3900/21 3901/16 3914/8 3914/12 3914/19 3922/17 3922/22 3926/16 3930/12 3931/4 3933/10 3940/11 3942/7 3942/23 3943/9 3950/11 3951/7 3959/6 3966/12 3969/22 3970/18 3970/19 3970/20 3975/4 3977/22 3982/20 3987/16 3989/5 3993/10 4036/1 4040/7 4041/3 4071/12 4082/20 4083/20 4083/24 4094/5
**aftermath [2]** 4075/24 4079/22
**afternoon [11]** 3974/23 4061/1 4084/17 4094/12 4094/22 4096/3 4097/5 4098/4 4098/8 4098/15 4099/8
**afterward [2]** 3914/15 3914/19
**afterwards [2]** 3903/18 3922/14
**against [5]** 3988/25 4047/13 4087/3 4087/25 4088/8
**age [3]** 3999/5 4034/12 4034/14
**agent [17]** 3890/19 3892/13 3892/14 3892/19 3893/6 3894/5 3899/22 3900/6 3900/12 3901/7 3951/14 3997/7 4030/23 4046/23 4047/10 4073/20 4080/15
**agents [2]** 3900/4 3919/7
**aggressive [1]** 4078/12
**ago [8]** 3890/2 3893/11 3893/13 3932/18 3938/21 3961/2 3961/3 4072/15
**agree [5]** 3890/13 3893/19 3997/7 4031/1 4080/18
**agreed [1]** 4085/25
**agreeing [2]** 3997/3 3999/11
**ahead [4]** 3927/7 3928/11 3988/2 4103/16
**Ahmed [3]** 4029/9 4029/20 4030/16
**Ahmed's [1]** 4030/1

**aid [1]** 3922/22
**aide [1]** 4037/20
**aide-d-camp [1]** 4037/20
**aided [2]** 3887/25 3888/24
**aircraft [1]** 3939/16
**airlines [10]** 3939/13 3939/14 3939/20 3939/20 3939/23 3945/7 3945/25 3981/4 3981/4 4029/22
**AK47s [1]** 4064/13
**al [53]** 3911/11 3922/6 3922/25 3923/15 3929/12 3929/20 3934/16 3938/23 3939/9 3949/25 3950/7 3952/11 3955/17 3959/18 3959/21 3961/1 3961/7 3961/25 3962/6 3962/10 3962/13 3962/16 3981/15 3981/16 3981/18 3981/18 3981/22 4015/9 4018/7 4019/18 4024/24 4025/11 4026/1 4027/3 4027/5 4030/22 4031/21 4031/22 4031/23 4032/13 4047/20 4049/2 4049/10 4049/24 4050/4 4050/5 4050/9 4051/6 4082/22 4083/18 4084/2 4087/11 4087/25
**Al Fujairah [1]** 3981/18
**Al Ghafli [9]** 3962/6 3962/10 3962/13 4049/10 4049/24 4050/4 4050/5 4050/9 4051/6
**Al Malik [10]** 3949/25 3950/7 3952/11 3959/18 3959/21 3961/1 3961/7 4030/22 4032/13 4047/20
**Al Malik's [1]** 4049/2
**Al Nahyan [1]** 4031/23
**al-Qaeda [1]** 4087/25
**al-Queda [1]** 4087/11
**Alabbar [21]** 3908/7 3908/8 3949/10 3949/23 3950/2 4015/14 4015/21 4016/3 4016/8 4016/16 4016/18 4016/20 4018/6 4019/12 4019/13 4029/9 4030/1 4030/2 4030/15 4056/11 4056/15
**Alabbar's [1]** 4017/24
**Albright [1]** 4068/20
**Alex [7]** 3920/13 3920/14 3920/15 3920/15 3920/19 3920/24 3921/9
**Alex's [1]** 3921/2
**Alexander [1]** 4041/15
**Alexander's [1]** 4041/21
**Alexandria [2]** 3930/5 3930/9
**Ali [7]** 3961/24 3962/16 4048/18 4049/10 4050/4 4050/9 4084/3
**aligned [1]** 4046/9
**Alison [1]** 3896/6
**alive [1]** 4040/9
**all-boys [1]** 3969/7
**allegedly [1]** 4047/10
**allowed [1]** 3984/1
**almost [6]** 3893/12 3931/2 3937/12 3957/15 3961/21 4100/25
**alone [1]** 4024/12
**alongside [1]** 3941/15
**alternate [2]** 4102/5 4102/7
**alternates [1]** 4102/11
**always [15]** 3979/13 3980/11 4004/2 4008/10 4009/9 4036/20 4043/8 4046/14 4057/7 4079/20 4083/10 4091/2 4092/25 4099/22 4103/9

**am [29]** 3894/15 3952/7 3953/25 3954/7 3955/1 3958/8 4028/14 4034/5 4039/4 4047/23 4048/20 4050/25 4057/15 4059/2 4065/5 4069/23 4084/16 4082/4 4091/24 4092/3 4094/15 4097/10 4098/16 4098/17 4098/23 4098/23 4099/2 4099/6 4102/4
**amazed [1]** 4078/14
**amazing [8]** 4027/12 4042/21 4046/17 4053/5 4053/8 4077/13 4079/10 4091/1
**amazingly [2]** 4046/9 4071/19
**ambassador [2]** 3981/25 3982/2
**ambassadors [1]** 4067/20
**ambitious [1]** 3944/15
**AMERICA [22]** 3887/3 3945/19 3953/6 3961/8 3968/19 3973/10 3986/17 3986/22 4013/4 4019/3 4042/21 4046/20 4051/9 4051/16 4064/8 4064/11 4078/22 4080/10 4083/10 4090/13 4091/9 4091/10
**American [16]** 3930/15 3933/19 3967/4 3967/22 3967/23 3972/19 3979/14 3979/23 3981/4 3981/4 3981/8 4041/4 4064/1 4064/1 4064/4 4071/10
**Americans [5]** 3974/12 4062/23 4063/18 4064/3 4064/5
**amir [1]** 4025/22
**ammunition [1]** 4043/12
**amount [5]** 3990/22 3991/13 4003/24 4004/22 4004/24 4024/10 4101/5
**amplifying [1]** 3908/22
**analogy [3]** 3932/22 3933/1 4073/1
**analyst [1]** 4037/12
**analysts [1]** 4036/8
**ancient [3]** 3972/14 4067/11
**Angeles [14]** 3888/4 3896/18 3897/4 3944/3 3946/20 3948/25 3951/6 3965/13 3970/21 3981/3 4019/17 4022/2 4031/9 4049/5
**announcement [2]** 4050/16 4050/18
**another [33]** 3891/22 3915/13 3920/17 3934/11 3941/13 3974/23 3977/17 3983/16 3983/18 3986/21 3991/19 3997/16 4018/4 4020/6 4027/3 4028/14 4028/19 4033/18 4035/8 4040/11 4062/9 4064/9 4066/15 4070/21 4071/9 4071/18 4072/1 4072/23 4076/20 4086/5 4086/18 4095/23 4103/2
**answer [12]** 3908/4 3917/8 3917/15 3919/9 3919/11 3919/24 3919/25 3920/7 3923/8 3926/17 3926/19 3937/5
**answers [10]** 3898/25 3908/14 3916/5 3918/9 3922/3 3928/12 3935/5 3953/21 3953/22 3964/11
**antsy [1]** 4091/23
**anymore [2]** 3968/19 4051/15
**anyway [3]** 3915/23 4035/15 4050/9
**Aozora [1]** 3985/17
**apart [3]** 3925/17 3973/13 4040/25
**apartment [2]** 3981/8 3983/17
**apologies [1]** 3912/9
**apologize [1]** 4094/2
**apparently [1]** 3931/18
**APPEARANCES [2]** 3887/12 3888/2
**Apple [1]** 4021/13

## A

**applicable [1]** 3925/11
**application [3]** 3918/13 3921/25 3962/10
**applications [1]** 3918/16
**apply [1]** 3942/16
**appointees [1]** 4069/3
**appointment [1]** 4092/17
**appreciate [3]** 4045/5 4095/1 4103/7
**Apprentice [2]** 4042/2 4042/3
**approach [5]** 3894/2 3894/3 3913/15 3950/2 4036/9
**appropriate [3]** 4013/10 4013/22 4013/23
**approval [1]** 3937/10
**approved [1]** 3937/12
**approximately [11]** 3890/2 3929/23 3933/17 3936/20 3951/11 3953/10 3953/12 3956/9 3957/21 3960/9 4007/1
**April [4]** 4024/17 4047/11 4057/21 4073/3
**April 25th [1]** 4073/3
**AQAP [2]** 4087/3 4087/11
**Arab [17]** 3954/24 3975/1 3980/24 3995/11 3996/4 4016/24 4019/1 4031/2 4047/10 4051/20 4055/24 4060/15 4062/18 4063/3 4063/7 4074/11 4090/16
**Arabia [25]** 3972/1 3972/5 3972/8 3972/10 3972/11 3972/17 3972/24 3972/25 3973/2 3973/15 3973/19 3973/20 3974/15 3976/7 3976/23 3977/4 3980/23 3980/25 3981/1 3981/3 3981/11 3998/17 4017/7 4047/1 4079/10
**Arabian [4]** 3908/7 3977/6 4057/14 4087/11
**Arabic [2]** 3933/7 3999/3
**Arabs [11]** 3909/18 3909/22 3910/7 3977/1 3979/17 4046/16 4051/21 4059/15 4062/23 4064/7 4064/11
**Aramco [3]** 3945/18 3972/12 3974/7
**arcade [1]** 3945/1
**architecture [2]** 3948/12 3949/5
**area [3]** 3930/6 3987/20 4027/16
**areas [1]** 4005/4
**arena [1]** 3974/18
**Argentina [1]** 4013/4
**ARGUELLO [1]** 3888/8
**arguing [1]** 4008/11
**argument [1]** 4101/11
**arguments [4]** 4095/4 4095/7 4095/10 4097/11
**arises [1]** 4063/7
**arithmetic [1]** 4003/13
**arms [1]** 3934/11
**army [1]** 3930/7
**around [33]** 3909/17 3909/23 3956/15 3957/16 3966/19 3967/24 3980/8 3981/5 3981/6 3986/8 3987/14 3989/6 3999/5 4002/15 4003/23 4004/15 4004/16 4008/20 4011/1 4011/11 4012/3 4012/25 4021/18 4029/10 4035/23 4037/17 4055/22

4064/12 4070/5 4071/23 4080/3 4085/11
**arrange [1]** 4048/14
**arrow [1]** 3908/21
**arrows [1]** 3969/4
**art [1]** 3991/19
**article [16]** 3923/9 3923/13 3923/16 3923/17 4072/19 4072/25 4083/12 4084/13 4086/24 4087/2 4087/14 4087/19 4087/22 4088/3 4088/15 4088/16
**articulated [1]** 3912/2
**artist [1]** 4053/7
**arts [2]** 4065/15 4065/18
**Ashley [2]** 3896/6 3900/6
**Asia [4]** 3931/14 3931/16 3935/3 3978/21
**aside [2]** 3895/10 3938/4
**aspect [3]** 3896/16 3902/13 4088/17
**aspects [6]** 3903/10 4008/9 4021/22 4059/7 4072/22 4080/9
**assembled [1]** 3920/4
**assess [1]** 4101/16
**assessing [1]** 3898/5
**asset [6]** 3958/9 3983/16 3983/16 3983/19 3988/5 4003/18
**assets [18]** 3983/14 3983/21 3984/7 3984/11 3984/24 3985/2 3986/8 3989/9 3989/10 3989/14 3989/15 4002/19 4009/15 4009/18 4012/14 4012/16 4033/16 4076/1
**assist [1]** 3922/20
**assistance [3]** 4042/8 4045/11 4088/11
**assistants [1]** 4037/20
**associate [3]** 3897/13 3920/17 4037/4
**associates [2]** 3897/20 4010/9
**assortment [1]** 4037/17
**assume [3]** 3921/11 3990/4 4094/9
**assuming [3]** 4091/24 4094/8 4098/15
**assumption [2]** 4071/15 4092/16
**at-bats [1]** 4046/18
**Atlantic [1]** 3986/21
**Atlantis [3]** 3938/13 3985/24 3985/25
**ATP [1]** 3945/21
**attached [1]** 3923/17
**attaching [1]** 4087/2
**attachment [4]** 4058/1 4058/2 4058/23 4058/24
**attack [1]** 4059/17
**attempt [2]** 3925/1 4045/2
**attempting [1]** 4040/8
**attend [2]** 3969/6 4022/5
**attended [4]** 3901/14 3902/2 3902/10 4072/5
**attending [1]** 4049/11
**attention [1]** 4088/3
**attorney [3]** 3894/10 3897/23 3924/22
**ATTORNEY'S [1]** 3887/13
**attorneys [3]** 3902/2 3902/7 3902/10
**attract [1]** 3990/8
**attractive [1]** 3991/12
**attributes [4]** 3968/8 4005/22 4009/8 4072/23
**attributing [1]** 3980/2

**attuned [2]** 4056/13 4090/10
**auction [1]** 4041/13
**audience [1]** 3948/5
**audiences [1]** 3948/6
**AUSA [5]** 3887/15 3887/15 3887/16 3887/16 3887/17
**authenticate [1]** 3947/9
**authorized [2]** 3896/5 3978/2
**Autry [1]** 4067/10
**available [6]** 3925/25 4021/18 4028/5 4057/4 4096/20 4098/11
**Avenue [2]** 3887/19 3930/13
**avid [2]** 3908/7 4065/22
**aware [8]** 3892/13 3892/16 3921/12 3921/16 3921/17 3921/20 3922/2 3923/19
**awash [1]** 3977/18
**away [6]** 3950/16 3967/13 3974/24 3978/6 3978/11 4070/16
**awkward [1]** 4066/4

## B

**B-A-R-R-A-C-K [1]** 3964/19
**baby [1]** 4038/9
**babysit [1]** 4032/11
**babysitter [1]** 4032/9
**BAC [2]** 3903/14 3903/15
**back [58]** 3889/5 3909/3 3913/4 3913/17 3917/18 3917/19 3917/25 3918/18 3920/19 3920/21 3922/21 3930/2 3930/23 3931/16 3944/2 3960/9 3963/20 3969/25 3975/2 3981/9 3983/9 3983/22 3991/16 3991/19 3991/24 3997/11 3998/16 4003/16 4004/2 4012/15 4013/1 4018/24 4022/17 4024/25 4025/17 4029/14 4031/16 4033/2 4033/11 4039/5 4042/10 4045/22 4048/12 4056/10 4059/25 4061/5 4062/2 4067/17 4075/15 4077/19 4078/3 4085/13 4086/23 4088/21 4091/17 4094/15 4097/25 4103/11
**backed [1]** 4063/3
**backers [1]** 4090/25
**background [18]** 3905/4 3905/5 3905/6 3905/11 3930/2 3941/1 3941/2 3944/25 3946/12 3967/2 4020/18 4057/1 4066/1 4066/2 4066/3 4067/18 4068/5 4073/24
**backgrounder [3]** 4057/4 4058/19 4058/25
**backing [3]** 3982/17 4042/18
**backyard [3]** 4077/25 4078/1 4078/1
**bad [5]** 3959/12 4034/6 4052/12 4064/7 4064/12
**bag [1]** 4009/7
**bags [1]** 4038/1
**Bahrain [1]** 3913/2
**bail [2]** 3983/25 3984/16
**bait [1]** 4076/2
**balance [7]** 3987/23 3993/11 3993/15 3993/16 3993/18 3993/20 4070/17
**balanced [2]** 4074/14 4082/16
**BALLEW [1]** 3887/21
**ballpark [1]** 3929/24

# B

**ban [17]** 4050/19 4050/20 4050/23 4050/24 4052/1 4063/2 4063/18 4069/19 4070/19 4071/2 4071/4 4078/6 4079/19 4082/7 4090/11 4090/13 4091/8

**bank [24]** 3946/6 3972/1 3972/21 3977/11 3983/14 3985/17 3985/19 3986/2 3986/12 3986/15 3986/15 3986/17 3986/21 3986/22 4011/8 4012/12 4060/21 4060/21 4065/9 4065/12 4065/12 4065/13 4065/18 4065/21

**banker [1]** 4012/18

**banking [1]** 3984/1

**bankrupt [2]** 3984/5 4021/18

**banks [12]** 3935/16 3945/25 3977/11 3977/12 3984/2 3984/2 3984/11 3984/11 3984/17 4012/3 4065/21 4065/22

**banning [1]** 4051/2

**Bannon [3]** 3913/24 3913/24 3914/12

**barely [1]** 3899/10

**bargaining [1]** 4042/4

**bark [1]** 3958/21

**Barneys [1]** 3934/24

**BARRACK [87]** 3887/6 3887/18 3888/3 3890/14 3892/21 3893/1 3897/10 3898/13 3899/19 3905/2 3905/5 3905/10 3906/3 3906/21 3906/25 3907/3 3908/19 3908/23 3909/6 3909/19 3909/22 3911/11 3911/13 3911/23 3912/13 3913/5 3913/17 3914/3 3914/11 3914/25 3915/3 3918/25 3919/10 3921/13 3922/3 3928/1 3937/14 3962/19 3964/6 3964/8 3964/18 3965/2 3965/2 3965/7 4015/8 4015/16 4015/18 4015/22 4016/2 4016/6 4016/10 4016/14 4017/12 4017/22 4024/21 4025/4 4025/10 4028/15 4028/23 4029/2 4044/21 4049/12 4057/15 4058/5 4058/9 4062/9 4073/18 4074/17 4075/4 4075/8 4075/14 4076/10 4079/3 4080/14 4083/23 4084/25 4085/4 4085/9 4086/4 4086/11 4086/17 4087/17 4091/20 4091/25 4097/8 4102/17 4104/14

**Barrack's [7]** 3898/25 3908/3 3908/4 3913/12 3915/2 3921/24 4099/15

**barrels [1]** 3977/17

**base [3]** 3990/7 4042/16 4069/9

**baseball [5]** 3985/15 4020/23 4021/14 4021/14 4021/19

**based [7]** 3891/23 3921/4 3978/19 4009/11 4013/14 4016/24 4053/11

**basically [7]** 3932/15 3933/22 3972/23 3991/8 3992/4 4007/16 4025/21

**basis [3]** 3988/12 4010/17 4086/16

**basket [1]** 4066/16

**Bass [8]** 3982/13 3983/15 3984/15 4002/1 4040/15 4040/16 4040/16 4041/19

**Basses [1]** 4041/15

**baton [1]** 4037/10

**bats [1]** 4046/18

**battle [3]** 3915/4 4087/24 4102/14

**Bazin [1]** 4005/15

**beach [5]** 3982/22 3982/22 3998/19 4028/3 4035/11

**beautiful [1]** 4034/14

**became [24]** 3911/8 3911/17 3929/16 3931/14 3940/19 3940/22 3967/23 3975/9 3975/10 3984/3 3996/12 3996/18 3999/2 3999/3 3999/5 4007/20 4007/24 4032/11 4033/13 4040/9 4040/10 4046/21 4065/14 4080/1

**become [9]** 3933/14 3988/5 3994/24 4033/15 4041/1 4044/18 4046/10 4059/16 4088/9

**becoming [3]** 3921/14 3984/12 4006/25

**Bedouin [2]** 3976/14 3977/5

**Bedouins [3]** 3973/15 3977/3 3979/10

**bedroom [1]** 3966/3

**beer [1]** 3981/10

**bees [1]** 4060/16

**beforehand [3]** 3914/16 3922/16 3926/23

**befriend [1]** 4034/16

**begin [3]** 4013/11 4095/5 4096/4

**beginning [14]** 3904/2 3916/15 3984/17 3984/18 3999/23 4034/9 4039/10 4042/12 4043/16 4056/3 4056/7 4056/18 4095/10 4102/9

**begins [1]** 3905/17

**behalf [3]** 3896/5 3915/1 3961/14

**Beirut [2]** 3998/18 3998/19

**Belichick [1]** 4008/8

**belief [1]** 4032/25

**believer [1]** 3970/8

**bell [1]** 3901/5

**below [1]** 3911/5

**benefactor [1]** 4026/4

**beneficial [4]** 3936/7 3988/19 4069/21 4090/18

**benefit [1]** 4004/3

**benevolent [1]** 4052/11

**Berkeley [1]** 3986/5

**besides [2]** 4007/7 4068/14

**best [16]** 3903/9 3907/9 3938/21 3942/9 3949/15 3951/5 3980/11 3980/12 3992/22 4005/3 4005/14 4008/7 4012/11 4034/22 4078/11 4083/10

**better [16]** 3893/23 3927/12 3969/17 3976/4 3979/13 3980/14 3980/21 3987/21 4002/3 4009/1 4039/14 4043/21 4051/10 4063/10 4063/12 4066/20

**Betts [2]** 3887/22 3888/20

**between [27]** 3913/23 3914/12 3915/4 3930/18 3932/12 3932/24 3933/2 3955/7 3962/13 3962/16 3968/18 3962/21 3963/7 3985/1 3987/10 3989/21 4004/12 4007/9 4033/15 4039/6 4046/15 4046/20 4063/2 4068/2 4069/12 4073/1 4080/7

**Beverly [2]** 4028/3 4031/10

**Biden [2]** 4012/11 4044/2

**big [10]** 3934/9 3946/10 3974/9 3982/20 3997/7 4029/8 4073/9 4074/11 4090/12 4098/19

**bigger [6]** 3987/20 3989/1 3989/3 3990/7 3990/13 4077/21

**biggest [8]** 3956/19 3970/22 3984/23 3985/11 4051/9 4053/6 4055/12 4063/13

**bike [1]** 4078/2

**billion [9]** 3956/11 3956/12 3989/14 3989/15 4004/10 4021/3 4024/13 4033/17 4054/3

**bin [12]** 3914/1 3914/2 3934/8 3939/2 3955/17 3961/24 3962/16 3995/22 3995/22 3996/22 4025/14 4031/21

**birthday [1]** 4034/23

**bit [18]** 3899/20 3909/3 3922/18 3930/2 3932/10 3939/24 3942/10 3958/22 3959/8 3965/10 3980/22 3986/24 4023/13 4024/6 4031/17 4068/4 4073/12 4093/21

**bizarre [1]** 4024/6

**black [2]** 3978/11 4055/7

**Blackstone [1]** 3986/5

**bleeds [1]** 4096/11

**blessed [3]** 3978/11 3979/23 3980/6

**blew [1]** 4035/14

**blindness [1]** 3925/13

**blockade [4]** 3910/13 3911/2 3911/8 3911/18

**blocking [3]** 3986/7 4060/14

**blonde [2]** 3971/4 3971/22

**bloodlines [1]** 4057/14

**Bloomberg [1]** 4041/16

**blossom [1]** 4059/23

**blow [3]** 3899/20 4072/12 4088/5

**blue [3]** 3965/21 3971/5 3971/22

**Blum [2]** 4069/25 4070/15

**BMC [1]** 3887/2

**board [8]** 3912/12 3912/13 3939/21 3940/13 3940/15 3997/11 4063/6 4065/22

**body [2]** 4037/22 4077/12

**bold [3]** 4019/3 4019/3 4044/19

**bolt [1]** 4097/15

**bond [1]** 4068/23

**book [2]** 4079/14 4079/17

**books [2]** 3974/1 4057/14

**booming [2]** 3972/17 3978/15

**boop [2]** 3920/4 3920/4

**boop-boop [1]** 3920/4

**boosting [1]** 3987/22

**border [3]** 4074/6 4074/9 4082/12

**bore [1]** 3995/25

**boring [1]** 3988/8

**born [1]** 3965/12

**borrow [1]** 3988/25

**boss [6]** 3934/2 3939/2 3972/22 3974/19 3975/2 4041/19

**bottom [8]** 3909/5 3926/8 4018/2 4062/15 4065/1 4065/5 4072/12 4072/13

**bought [10]** 3983/14 3986/19 3986/22 4003/15 4003/22 4012/15 4041/8

**B**

**bought... [3]** 4041/16 4054/1 4075/25
**BOWMAN [5]** 3888/5 3929/5 3948/3 3951/18 4104/8
**box [1]** 4001/17
**boy [1]** 4043/11
**boys [4]** 3967/8 3969/7 3969/8 4067/14
**BRADY [2]** 3889/11 4008/7
**brand [10]** 4005/21 4005/24 4006/1 4008/19 4008/22 4009/3 4009/5 4010/17 4053/22 4055/4
**brat [1]** 3930/7
**Brazil [1]** 3967/19
**break [13]** 3919/17 3919/18 3920/10 3920/19 3921/19 3922/2 3944/6 3961/20 3963/20 4013/10 4013/22 4061/2 4068/4
**breaking [1]** 4091/13
**breaks [1]** 3919/13
**BRIAN [5]** 3887/9 3889/3 3963/24 3964/2 4061/8
**bridge [3]** 3930/17 4051/15 4080/7
**brief [2]** 3923/23 4103/15
**briefcase [1]** 3979/16
**briefly [3]** 3924/4 3932/11 3934/5
**briefs [1]** 4100/20
**bright [4]** 3940/24 4019/5 4060/11 4090/24
**brilliance [1]** 3986/20
**brilliant [3]** 3912/17 4044/20 4090/24
**bring [8]** 3934/3 3944/2 3946/19 3996/7 4022/6 4048/16 4057/7 4066/10
**bringing [5]** 4022/2 4055/25 4073/20 4080/10 4094/14
**British [3]** 3930/15 3942/21 3946/6
**Brits [1]** 4080/2
**broader [1]** 4002/4
**broker [1]** 4030/17
**Brooklyn [3]** 3887/4 3887/14 3966/17
**brother [9]** 3908/8 3923/1 4031/13 4032/1 4032/2 4032/14 4033/13 4052/14 4052/20
**brothers [6]** 3931/2 3931/13 3931/14 4040/15 4040/16 4040/16
**brought [9]** 3944/22 3945/24 3946/3 3946/4 3946/6 4045/9 4048/17 4049/8 4049/24
**Broumana [1]** 3998/18
**build [12]** 3908/19 3956/22 3957/1 3972/18 3974/10 3999/7 4008/20 4009/3 4010/17 4018/18 4019/4 4055/4
**building [23]** 3946/12 3949/6 3956/15 3988/21 3988/21 3988/24 3993/8 3999/10 4005/13 4017/3 4018/1 4018/2 4018/3 4022/2 4039/16 4041/16 4041/17 4054/20 4067/19 4068/7 4068/10 4068/11 4082/12
**buildings [7]** 3983/17 3983/18 3984/21 3984/24 3988/13 3988/13 3993/17
**built [7]** 3974/9 3977/18 4001/24 4005/17 4017/24 4021/16 4069/8
**Bukra [1]** 3979/18

**bullet [17]** 3905/4 3905/15 3906/8 3907/9 3908/3 3908/12 3908/15 3909/16 3910/3 3910/6 3910/7 3910/19 3910/20 3911/19 3912/11 3913/3 3918/20
**bullets [3]** 3906/9 3911/5 3922/25
**bumper [1]** 4034/8
**bunch [1]** 3926/25
**burden [1]** 4052/12
**burdening [1]** 4103/12
**Burj [5]** 3949/20 4017/2 4017/10 4017/16 4018/1
**bus [3]** 3905/18 3905/22 3906/4
**Bush [1]** 4068/21
**Bushes [1]** 4068/21
**business [68]** 3929/15 3929/18 3929/20 3930/25 3931/1 3932/20 3935/17 3937/1 3937/13 3940/4 3943/4 3976/15 3976/24 3977/7 3977/23 3979/1 3980/17 3982/6 3982/25 3983/1 3984/17 3990/12 3992/5 3992/10 3992/16 3992/17 3992/20 3992/21 3993/1 3993/6 3994/2 3994/7 3995/14 3996/18 3996/23 3996/24 3997/6 3999/8 3999/25 4001/7 4001/11 4001/12 4001/23 4002/14 4010/21 4017/8 4028/21 4030/9 4030/15 4030/19 4032/17 4032/17 4035/5 4035/10 4039/23 4052/24 4052/24 4056/13 4059/23 4063/9 4066/13 4066/14 4068/24 4069/17 4069/20 4075/24 4080/8 4097/6
**businesses [10]** 3978/2 3978/3 3978/8 3978/9 3978/15 3978/16 3978/19 3983/6 3983/10 4040/25
**businessman [14]** 3936/23 3936/24 3937/23 3949/13 3977/19 4018/8 4019/1 4043/7 4046/9 4055/18 4067/22 4069/15 4076/20 4076/21
**businessmen [3]** 4055/12 4059/19 4078/13
**businessperson [1]** 3936/25
**butcher [1]** 3966/18
**buy [10]** 3988/25 3989/18 4003/20 4005/2 4005/2 4012/15 4024/7 4041/4 4041/10 4041/12
**buyer [2]** 3930/14 3974/14
**buyers [2]** 3930/17 3935/20
**buying [9]** 3990/10 4003/21 4012/14 4022/10 4029/9 4029/25 4030/4 4030/9 4040/20
**BX [1]** 3926/4

**C**

**cabinet [1]** 4069/3
**Cadman [1]** 3887/14
**cadre [2]** 4007/11 4011/10
**cafeterias [1]** 3974/11
**calendaring [1]** 4037/21
**calibration [1]** 3992/2
**California [14]** 3888/4 3943/24 3965/13 3965/18 3965/20 3970/1 3972/13 3974/13 3985/1 4013/14 4031/20 4032/3 4070/15 4072/4
**call [10]** 3926/4 3928/1 3954/7

**called [32]** 3889/11 3892/25 3894/13 3931/5 3933/5 3934/11 3935/4 3938/12 3939/3 3962/10 3965/2 3979/18 3981/13 3981/15 3982/7 3982/12 3982/18 3983/23 3985/18 3985/20 3986/3 3988/4 3996/4 3996/20 3998/18 4002/24 4020/5 4027/8 4036/17 4041/4 4075/21 4076/16
**calls [2]** 3928/2 3964/7
**CalSTRS [1]** 3994/19
**camel [1]** 4056/14
**camels [1]** 4056/12
**camera [1]** 3992/21
**camp [4]** 3910/16 3911/3 3974/10 4037/20
**campaign [14]** 3908/19 3910/4 3915/3 4042/8 4043/14 4043/19 4044/13 4045/12 4045/19 4070/2 4082/11 4089/15 4089/19 4090/12
**camps [2]** 3974/9 4074/6
**cancel [1]** 4102/2
**candidate [14]** 4036/7 4042/19 4043/22 4044/13 4050/24 4051/18 4059/16 4069/18 4078/7 4078/9 4078/25 4082/10 4090/15 4090/19
**candidate's [1]** 4082/18
**candidates [2]** 4042/11 4042/16
**canned [1]** 3966/18
**cannot [1]** 4101/18
**capability [2]** 3939/19 4088/8
**capable [1]** 3957/24
**capacity [3]** 3936/22 4033/12 4034/20
**capital [31]** 3908/6 3932/13 3938/8 3950/25 3951/3 3958/1 3982/7 3982/7 3982/8 3987/11 3987/15 3987/17 3987/23 3988/4 3989/2 3989/5 3990/7 3990/14 3990/17 3990/21 3990/22 3990/23 3991/3 3991/6 3991/10 3991/13 3991/19 3991/21 4004/22 4008/10 4059/7
**capitalism [2]** 3979/24 4051/16
**capture [4]** 3900/17 3903/9 3906/25 3907/2
**captured [2]** 3892/23 3907/2
**caravans [1]** 3977/5
**card [3]** 4076/12 4076/16 4076/21
**care [1]** 4040/4
**career [6]** 3971/3 3973/6 3995/10 4006/13 4010/12 4035/6
**caretakers [1]** 3998/1
**cargo [2]** 3967/14 3967/16
**Carlyle [1]** 4069/7
**Carolina [1]** 4098/1
**Carrefour [2]** 3985/10 3985/11
**carrier [1]** 3939/15
**carrying [1]** 3898/1
**case [20]** 3892/15 3925/1 3928/13 3963/21 3964/12 3966/20 4014/2 4024/17 4025/14 4028/20 4029/6 4061/5 4093/19 4094/7 4095/16 4095/20 4095/21 4097/12 4098/4 4103/10
**CASEY [1]** 3887/21

**B**

**3960/15** 3964/6 3976/16 3982/23 3991/19 3993/15 3996/15

# C

cash [1] 3994/3
Cassidy [1] 4067/10
CASSIS [10] 3889/14 3889/16 3889/19 3889/20 3889/23 3917/7 3923/19 3924/2 3924/6 3924/13
cast [1] 4077/8
catch [1] 4055/8
categories [1] 3989/8
category [1] 3993/23
Catholic [2] 3967/12 3969/8
cause [2] 3887/9 4063/21
caused [1] 3908/24
CCR [2] 3887/22 3888/20
celebrity [2] 4074/8 4076/2
center [8] 3926/23 4016/16 4017/6 4017/16 4017/23 4018/1 4018/3 4031/9
central [2] 4012/3 4012/12
century [2] 3967/7 4037/14
CEO [21] 3933/15 3953/25 3958/7 3958/17 3958/20 3959/9 4006/20 4006/21 4006/23 4006/25 4007/2 4007/15 4007/17 4007/19 4007/22 4007/23 4008/7 4027/7 4029/21 4030/2 4085/24
certain [2] 4057/13 4080/3
certainly [7] 3895/13 3897/8 3902/7 4092/4 4092/5 4096/10 4102/25
certainty [1] 3961/6
cetera [3] 3918/12 3919/5 3926/10 4073/4
chain [3] 3943/12 4059/18 4089/10 4089/12
chairman [12] 4007/24 4008/1 4008/4 4008/8 4008/13 4008/23 4016/20 4016/21 4055/1 4065/9 4069/25 4085/24
chairmanship [1] 4065/17
challenging [1] 3933/21
championship [2] 4053/12 4053/14
change [5] 3891/18 4045/7 4078/24 4094/20 4102/15
changed [4] 3984/1 3996/2 4001/22 4077/12
changing [6] 4012/2 4012/2 4012/3 4012/3 4012/4 4012/21
chaos [1] 3972/16
chapter [1] 4046/17
character [3] 3997/18 4005/23 4009/11
characteristics [1] 4005/23
charge [18] 3956/6 3958/15 4007/9 4063/14 4092/19 4095/7 4095/17 4096/12 4098/19 4099/3 4099/7 4099/9 4100/6 4100/16 4101/9 4101/11 4101/13 4101/14
charged [4] 3992/8 3994/6 4024/25 4047/9
Chargers [3] 4022/21 4023/13 4023/17
Chargers' [1] 3948/25
charging [6] 3994/11 4098/7 4098/17 4098/25 4099/8 4100/5
charming [1] 4074/10

chart [2] 3997/12 4093/3
charts [3] 3904/5 3904/18 3904/19
chase [4] 3929/11 3972/1 3972/21 3977/11
chasing [1] 3966/12
check [2] 3901/20 4094/13
checked [1] 4038/1
checks [1] 3925/24
chemistry [1] 3970/13
Cheryl [1] 4074/5
Chicken [1] 3978/4
chief [10] 3923/1 3933/11 3933/14 3956/3 3956/4 4006/14 4007/12 4016/21 4016/21 4082/22
chill [1] 3998/7
China [4] 3985/23 3985/25 3986/1 4005/16
Chiu [4] 3890/19 3894/6 3899/22 3900/7
Chiu's [3] 3892/19 3893/6 3893/6
chocolate [2] 3992/25 3993/1
choice [1] 3959/8
Christian [1] 3967/11
Christians [1] 4064/10
CIA [4] 4083/12 4087/20 4088/3 4088/6
cigarettes [1] 3978/5
circle [3] 3946/4 3946/17 3960/15
circles [1] 3905/16
cities [5] 3933/2 3977/4 3977/5 3977/5 3982/21
city [21] 3934/23 3934/24 3945/15 3954/20 3954/23 3955/4 3955/7 3955/9 3965/18 3965/20 3965/21 3970/22 3973/16 3984/22 3984/24 3988/14 4017/17 4020/7 4028/6 4028/11 4067/8
CityCenter [1] 3934/24
Claridge's [1] 3986/5
clarify [1] 3917/11
class [5] 3939/14 3983/16 3983/16 3983/19 4036/7
clawing [1] 4037/18
clean [1] 3891/18
cleanup [2] 4095/18 4095/24
clear [6] 3932/10 3954/13 4040/25 4051/2 4051/25 4071/1
client [3] 3897/10 3897/12 3924/14 3974/25
climbed [1] 4037/10
clip [2] 3947/7 3948/18
cloak [1] 4064/3
clock [1] 3966/19
close [6] 3912/21 3927/6 3952/1 3954/2 4030/15 4098/20
closed [1] 3968/9
closer [2] 3912/21 3928/23
closing [4] 4095/4 4095/7 4095/10 4097/11
closings [2] 4095/19 4096/12
club [2] 4021/10 4029/10
clue [1] 4038/9
co [2] 3993/24 4053/11
co-investment [1] 3993/24
co-investors [1] 4053/11
coalesce [1] 4062/21

Coast [2] 4033/14 4097/5
coastline [1] 4079/25
code [1] 4067/12
coffee [17] 3919/13 3919/17 3919/18 3920/4 3920/10 3920/22 3920/23 3921/19 3922/2 3976/15 3976/15 4006/19 4035/22 4037/23 4055/22 4055/22 4055/25
coffee/tea [1] 3976/15
COGAN [5] 3887/9 3889/3 3963/24 3964/2 4061/8
collaborated [2] 3892/2 3892/3
collar [1] 3965/22
colleagues [1] 3953/5
collect [1] 3896/19
collected [1] 3898/10
collective [1] 4100/24
collectively [1] 3901/15
college [11] 3930/10 3969/24 3970/2 3970/5 3970/16 3970/18 3970/19 3995/1 3997/15 4036/1 4037/7
Colombia [1] 4013/4
colon [2] 3899/23 3905/2
colonialized [1] 3977/4
Colony [81] 3896/6 3897/6 3903/15 3913/9 3913/13 3938/8 3938/14 3950/25 3951/3 3958/1 3982/7 3982/7 3982/8 3982/10 3982/12 3982/19 3982/23 3983/13 3983/20 3984/18 3984/19 3985/4 3985/6 3987/8 3987/25 3988/3 3989/1 3989/5 3989/13 3989/17 3989/17 3989/24 3991/18 3992/5 3992/7 3992/10 3993/14 3994/5 3994/5 3994/7 3994/17 3997/13 3999/21 4001/4 4001/6 4001/24 4002/7 4002/18 4002/23 4003/5 4003/9 4003/10 4004/11 4006/3 4006/6 4006/14 4009/3 4009/15 4020/4 4020/14 4021/7 4023/21 4023/24 4024/2 4024/8 4033/15 4035/1 4035/16 4035/19 4036/1 4036/3 4037/16 4048/12 4049/5 4054/22 4055/1 4058/25 4059/1 4059/7 4088/23 4089/13
Colony's [9] 3896/19 3896/24 3982/25 3983/1 3986/14 3995/10 3998/10 3999/14 4013/19
color [4] 3902/24 3925/4 3925/10 3925/12
colors [4] 3925/12 3925/14 3925/16 3925/17
combination [2] 3931/3 4021/8
combine [3] 3988/5 3990/19 3990/20
combined [1] 3989/13
coming [19] 3901/19 3933/6 3937/24 3939/16 3941/15 3957/24 3978/21 3979/5 3979/9 3993/12 3995/24 3996/4 4024/5 4037/7 4055/19 4078/22 4089/22 4097/4 4097/5
commentary [1] 3996/24
commercial [7] 3908/18 3908/19 3935/6 3944/11 3972/11 3983/17 4028/12
commingled [5] 3990/18 3990/18 3997/12 3997/12 3997/20
commissioner [1] 4022/12

# C

**commitment [5]** 3979/21 4070/6 4072/24 4076/19 4097/24
**commitments [2]** 3960/19 3989/22
**Committee [1]** 4069/25
**committing [2]** 3990/21 3990/22
**common [9]** 3935/7 3941/25 4000/1 4005/22 4067/3 4067/5 4072/6 4072/22 4078/12
**commonality [1]** 3980/9
**Commons [2]** 3994/18 3999/16
**communicate [5]** 3909/8 3909/12 3909/18 3909/22 3909/25
**communicating [3]** 3908/21 3962/9 4085/21
**communication [14]** 3962/12 3962/15 3962/16 3962/18 3962/21 3963/6 3976/6 4024/24 4028/14 4028/19 4029/13 4058/20 4085/1 4086/5
**communications [1]** 3963/9
**community [6]** 3938/6 3965/19 3965/22 3974/13 4090/16 4090/17
**companies [18]** 3945/10 3972/19 3974/9 3983/11 3985/5 3987/2 3987/4 3987/20 3988/3 3993/10 3993/19 4002/19 4002/20 4004/14 4040/24 4060/15 4075/25
**company [55]** 3913/4 3913/17 3930/20 3930/22 3935/4 3938/12 3938/13 3938/14 3938/15 3939/3 3942/12 3942/17 3942/19 3949/16 3949/19 3954/9 3955/18 3960/2 3981/12 3985/9 3985/13 3987/8 3987/10 3987/11 3987/11 3988/4 3989/17 3990/3 3990/4 3990/5 4007/3 4007/3 4016/24 4016/25 4017/8 4017/24 4021/13 4021/13 4023/5 4027/7 4027/8 4029/25 4029/25 4031/23 4041/4 4041/5 4041/7 4041/11 4045/22 4046/1 4047/4 4063/9 4068/2 4069/12 4075/21
**compared [1]** 3916/3
**compassionate [2]** 3980/13 4034/11
**compensation [2]** 4008/12 4037/18
**competing [1]** 4004/25
**competitive [2]** 3942/19 4001/12
**competitors [1]** 4002/6
**complaining [1]** 4008/11
**complete [2]** 3933/1 3976/19
**completed [1]** 3891/13
**complex [4]** 3983/13 4002/6 4005/4 4005/4
**complexity [2]** 4002/7 4071/20
**compliance [5]** 3919/4 3926/9 3926/20 3926/22 4007/13
**complicated [6]** 3991/6 4010/5 4019/15 4066/8 4067/16 4091/9
**complicating [1]** 4041/6
**compliment [1]** 3970/11
**component [1]** 3926/22
**components [5]** 3939/18 3944/10 3944/23 3950/18 4022/9
**compound [1]** 3974/8

**computer [3]** 3887/25 3888/24 3894/1
**computer-aided [2]** 3887/25 3888/24
**conceivably [2]** 3895/16 3895/17
**concept [2]** 4018/17 4032/19
**concerned [5]** 3997/17 3997/17 4059/15 4099/2 4099/6
**concession [2]** 3981/14 3981/23
**concierges [1]** 3996/3
**conciliator [4]** 3906/12 3906/17 3906/24 3907/5
**concrete [1]** 4010/16
**condominium [2]** 4031/8 4048/5
**conducts [1]** 4010/1
**confer [2]** 4099/18 4102/25
**conference [11]** 3937/17 3937/19 4092/19 4098/7 4098/17 4098/25 4099/8 4100/5 4101/9 4101/11 4101/13
**confidence [1]** 4038/8
**conflict [3]** 3897/6 3897/8 3910/17
**conflicts [2]** 3997/19 4008/12
**confused [4]** 3907/24 3993/3 4025/24 4082/15
**confusing [8]** 3973/9 3983/7 3993/10 4009/20 4025/19 4031/11 4078/6 4078/7
**confusion [1]** 4079/19
**Connaught [1]** 3986/5
**connected [1]** 4071/18
**connecting [1]** 4071/1
**connection [6]** 3910/17 3941/7 3957/12 4006/4 4018/20 4022/5
**connections [4]** 3908/10 4070/21 4072/7 4076/1
**conscription [1]** 3967/9
**consent [2]** 4094/15 4095/1
**conservative [1]** 4043/9
**consider [2]** 3950/12 4103/17
**considerate [3]** 4019/6 4038/14 4103/8
**consideration [3]** 3980/15 4057/11 4098/18
**considered [1]** 3983/4
**considering [1]** 4103/8
**consistent [3]** 3926/3 4084/10 4087/8
**consolidate [2]** 3912/25 3913/16
**consortium [1]** 4020/24
**conspiracy [1]** 4047/9
**constant [1]** 4063/10
**constantly [3]** 4060/18 4063/13 4089/11
**constituencies [1]** 4008/20
**constituency [1]** 4009/6
**construction [1]** 3978/8
**consultancy [1]** 3933/10
**consultants [1]** 3945/24
**consuming [1]** 4001/20
**contact [7]** 3941/12 3942/14 3974/5 4010/22 4010/22 4011/2 4089/12
**contacts [5]** 3941/11 3941/16 3941/20 3952/1 4037/21
**contains [1]** 4087/4
**contender [1]** 4042/14
**content [1]** 3891/7
**contest [1]** 4074/20
**context [2]** 3899/2 3922/18

**continent [1]** 4102/14
**continuation [1]** 4072/11
**continue [8]** 3889/9 3940/12 3942/7 3950/16 3950/24 3951/8 4015/4 4062/5
**continued [12]** 3889/14 3916/18 3947/13 3950/20 3975/12 4000/4 4026/12 4032/11 4036/3 4045/25 4061/10 4081/3
**CONTINUES [2]** 3948/2 3976/1
**continuing [8]** 3917/2 4001/2 4015/7 4018/16 4018/17 4027/1 4062/7 4082/2
**continuum [1]** 4045/9
**contract [1]** 4042/4
**contracted [1]** 3988/2
**contracts [1]** 4067/23
**contrarian [1]** 3983/2
**contributing [3]** 3892/10 3914/15 3921/10
**control [9]** 3913/3 3997/4 3999/12 4000/2 4005/20 4031/2 4080/19 4080/23 4086/1
**controlled [3]** 3967/7 4020/24 4060/22
**controller [1]** 3999/19
**controversial [3]** 4051/1 4082/10 4082/11
**controversy [2]** 4091/3 4100/2
**convention [1]** 4091/5
**conversation [12]** 4036/19 4036/23 4050/15 4050/23 4051/5 4052/6 4056/17 4056/20 4066/4 4066/6 4066/8 4076/25
**conversations [2]** 4050/21 4052/8
**copies [1]** 4035/22
**corporate [4]** 3994/20 3995/1 3997/14 4022/19
**corporation [3]** 3935/2 3971/25 3983/24
**correct [63]** 3890/3 3890/7 3890/12 3890/14 3890/22 3890/24 3893/1 3893/2 3893/20 3894/1 3894/11 3894/12 3894/21 3895/9 3897/15 3897/25 3898/4 3898/7 3898/8 3898/10 3898/11 3898/16 3902/14 3902/15 3903/3 3904/7 3904/8 3905/8 3907/12 3912/15 3912/16 3914/1 3915/25 3916/10 3932/6 3943/1 3954/12 3954/16 3954/18 3955/15 3955/20 3956/16 3956/17 3956/21 3956/23 3957/9 3958/6 3958/14 3960/22 3960/24 3960/25 3962/13 3962/14 3962/19 3962/20 3962/22 3962/23 3994/7 3999/15 4028/1 4049/25 4058/14 4078/5
**correction [1]** 3904/20
**correctly [2]** 3889/18 3954/3
**corridor [1]** 4031/9
**cost [2]** 3991/8 4004/22
**Costa [1]** 3986/3
**Council [1]** 3962/6
**counsel [10]** 3890/14 4007/12 4015/17 4016/7 4017/11 4024/23 4028/16 4057/17 4084/24 4097/8
**count [1]** 4100/24
**counterparts [2]** 3978/20 3979/14
**countries [13]** 3909/12 4006/5 4006/6

**C**

**countries... [10]** 4011/1 4030/3 4046/20 4051/12 4051/16 4051/20 4079/23 4080/1 4080/2 4088/9
**country [14]** 3934/10 3954/25 3957/16 3973/15 3997/4 3998/10 3999/11 4007/5 4007/6 4007/7 4007/8 4051/1 4055/13 4067/20
**County [1]** 4028/11
**couple [9]** 3911/9 3967/19 3998/21 4013/8 4049/20 4056/25 4070/25 4084/23 4095/24
**courage [1]** 4076/19
**course [19]** 3894/7 3919/12 3966/2 3966/4 3971/16 3971/17 3971/21 3975/1 3979/17 3981/16 4033/19 4041/9 4041/22 4043/19 4043/19 4050/12 4051/24 4078/1 4094/1
**court [22]** 3887/1 3887/22 3888/20 3889/1 3915/9 3928/13 3964/1 3964/11 3976/8 4015/1 4017/5 4062/1 4098/6 4098/11 4098/15 4100/10 4100/12 4102/20 4102/23 4103/1 4103/2 4103/3
**Court's [1]** 4096/21
**Courthouse [1]** 3887/3
**courtroom [7]** 3889/6 3963/24 3964/2 3965/3 4038/23 4061/8 4062/3
**cover [2]** 3920/19 4079/13
**coverage [1]** 3931/3
**covered [1]** 3892/9
**covering [1]** 3920/13
**cowboy [3]** 4067/12 4076/16 4078/23
**cowboys [2]** 4076/16 4076/17
**CR [1]** 3887/2
**CRAIG [1]** 3887/16
**crazy [1]** 4056/12
**create [11]** 3891/16 3891/22 3939/18 3939/22 3949/15 4001/20 4065/24 4066/20 4070/17 4080/10 4090/18
**created [4]** 3891/14 3949/16 4035/6 4051/15
**creating [4]** 3939/3 3978/18 4059/22 4066/21
**credible [1]** 3957/24
**crime [1]** 3902/23
**criminal [2]** 3887/9 3898/2
**crippling [1]** 3959/16
**crisis [1]** 3984/4
**criticize [1]** 4045/3
**criticized [2]** 3999/2 4045/1
**cross [14]** 3889/9 3889/14 3916/19 3952/17 3952/19 3963/2 4092/9 4093/5 4093/12 4095/12 4095/23 4096/4 4096/5 4096/8
**cross-examination [7]** 3889/9 3889/14 3916/19 3952/17 3952/19 3963/2 4093/5
**crown [15]** 4003/8 4025/12 4025/13 4025/13 4025/15 4025/16 4025/18 4025/23 4025/23 4025/25 4026/2 4027/23 4027/24 4029/8 4029/18
**crucified [1]** 4070/11
**cultural [7]** 3973/10 3979/22 3980/1 3980/3 4005/18 4010/5 4039/15

**culture [12]** 3968/3 3968/14 3976/11 3976/14 3976/20 3978/13 3980/19 4005/9 4005/24 4008/20 4009/12 4055/21
**cultures [1]** 3973/11
**Culver [5]** 3965/18 3965/19 3965/21 4020/7 4067/8
**Cupcakes [1]** 3993/2
**curiosity [1]** 4034/13
**currencies [1]** 3977/10
**currency [1]** 4012/3
**current [1]** 4032/2
**curse [1]** 4055/7
**cut [1]** 3929/11
**cycle [1]** 3966/19
**cycling [6]** 4066/23 4067/2 4067/3 4068/14 4072/16 4077/23
**cyclist [1]** 4067/4

**D**

**D-a-v-i-d [1]** 3928/21
**D.C [1]** 3930/6
**dad [7]** 3966/9 3967/25 3968/21 3969/14 3969/18 4035/5 4063/25
**dad's [3]** 3967/25 3968/24 3971/11
**Daiai [4]** 4021/12 4021/16 4021/18 4021/21
**Daiei [1]** 3985/16
**dark [3]** 3906/8 3910/20 3971/23
**date [1]** 3992/14
**dates [2]** 3956/2 4028/19
**dating [1]** 4024/24
**daughter [1]** 4038/17
**DAVID [7]** 3888/9 3910/16 3911/3 3928/2 3928/21 3929/2 3931/18
**Davidson [3]** 4002/22 4004/1 4053/20
**Davidson's [1]** 4053/9
**Davis [4]** 3946/24 3946/25 3950/11 4023/19
**day [32]** 3913/4 3913/12 3913/18 3958/16 3968/22 3974/17 3974/19 3975/3 3976/16 3988/24 3988/25 3990/16 4008/9 4010/17 4010/17 4013/11 4039/18 4039/18 4045/22 4060/14 4079/5 4091/25 4092/5 4092/5 4092/8 4095/23 4095/23 4096/5 4096/9 4100/4 4101/1 4102/11
**days [14]** 3890/2 3890/9 3974/16 3975/5 3976/10 3977/21 3979/1 3981/2 3998/16 4062/12 4062/25 4065/2 4083/20 4102/17
**DC [1]** 3888/7
**deal [10]** 3926/19 3960/7 3972/23 3991/9 4013/6 4023/14 4030/19 4036/21 4066/15 4074/11
**dealing [6]** 3984/24 4008/9 4009/6 4011/18 4013/2 4060/14
**deals [6]** 3979/15 4023/10 4030/9 4066/17 4071/10 4089/11
**dealt [3]** 3977/10 3977/10 4064/6
**Dean [1]** 4022/20
**Dear [1]** 4083/23
**death [2]** 4034/7 4047/4
**debate [1]** 4044/4
**debt [4]** 3959/16 4007/8 4007/9

4012/14
**decade [4]** 3931/3 3982/9 3996/17 3996/25
**decent [1]** 3956/8 3975/11
**deceptive [1]** 4046/24
**decide [3]** 3940/6 4029/9 4093/15
**decided [6]** 3932/18 3940/7 3940/11 3950/12 4098/20 4099/11
**decides [1]** 4036/23
**decision [1]** 3998/4
**decisions [2]** 4009/11 4098/21
**deck [2]** 4058/25 4059/1
**decks [3]** 4038/3 4038/4 4066/17
**declined [1]** 3890/10
**dedicated [1]** 4078/10
**dedication [2]** 4070/6 4072/24
**deemed [1]** 3942/19
**deeply [1]** 3925/8
**Defendant [3]** 3887/18 3888/3 3888/6
**defendant's [1]** 4100/20
**Defendants [1]** 3887/7
**defense [8]** 3896/22 3928/2 3953/8 3955/20 3955/21 3955/23 3964/7 4094/6
**deferential [1]** 4103/7
**deficits [1]** 4012/22
**define [2]** 3988/7 4007/17
**defined [1]** 4033/15
**definitely [2]** 4004/4 4074/13
**degree [2]** 3941/4 3941/6
**degrees [1]** 3974/17
**delivering [1]** 4009/7
**democrat [1]** 4070/23
**democratic [2]** 4042/19 4070/22
**Democrats [2]** 4044/1 4044/8
**demonstrate [2]** 3936/2 3937/9
**department [6]** 3930/16 3930/19 3930/23 3930/24 4041/15 4041/21
**depending [3]** 4013/13 4096/21 4102/15
**depends [1]** 4102/16
**deploy [1]** 3956/10
**depositors [1]** 3984/13
**deposits [1]** 3984/14
**deputy [2]** 3965/3 4087/20
**describe [23]** 3906/21 3938/11 3940/23 3966/14 3977/21 3982/25 3987/5 3987/5 3994/13 3994/16 3995/17 4006/21 4006/22 4008/5 4009/2 4009/15 4010/16 4013/17 4017/23 4039/4 4050/20 4063/23 4073/24
**described [4]** 4016/23 4027/15 4089/8
**describes [1]** 4087/3
**describing [1]** 3992/5
**description [2]** 4055/2 4055/3
**desert [1]** 3977/6
**design [3]** 3946/8 3946/11 3948/14
**designated [1]** 4100/1
**designation [1]** 3995/23
**designing [1]** 3931/22
**desirable [1]** 3935/7
**desire [1]** 4097/25
**desk [1]** 3912/13
**determination [1]** 3978/23

**D**

**detracted [1]** 4077/15
**develop [4]** 3944/3 3998/13 3999/25
  4001/6
**developed [7]** 3949/19 3984/19
  3995/7 3996/23 3999/8 4005/12
  4012/24
**developer [1]** 4042/13
**developing [5]** 3935/15 3995/13
  3996/21 3997/1 4019/19
**development [9]** 3944/3 3944/4
  3944/10 3944/24 3949/16 3973/16
  4016/23 4028/10 4028/12
**developments [1]** 4048/13
**Dhabi [19]** 3932/3 3932/12 3932/13
  3936/16 3939/20 3941/11 3941/23
  3945/15 3951/15 3952/1 3981/24
  4025/25 4029/18 4046/22 4046/23
  4046/24 4056/8 4060/21 4065/13
**dialogue [5]** 4063/6 4063/10 4064/2
  4078/15 4090/19
**Dianne [4]** 4069/24 4070/12 4070/14
  4073/4
**Dick [2]** 4069/24 4070/15
**died [2]** 3912/13 3972/16
**Diego [5]** 4022/21 4023/17 4070/8
  4072/3 4072/5
**diet [3]** 4077/12 4077/14 4077/15
**difference [11]** 3932/10 3932/11
  3932/23 3987/10 3989/21 3989/25
  4005/8 4005/8 4005/9 4005/10 4005/10
**different [25]** 3933/3 3968/16 3973/11
  3973/11 3973/12 3976/5 3976/11
  3978/21 3983/6 3992/16 3994/21
  4006/5 4007/20 4008/3 4024/16
  4025/15 4025/16 4034/12 4043/22
  4045/16 4063/14 4064/10 4067/4
  4090/11 4102/13
**differently [1]** 3900/6
**difficult [8]** 3906/10 3980/5 4002/9
  4005/5 4006/1 4009/13 4012/4 4039/21
**difficulty [2]** 3893/20 3904/16
**dilemma [1]** 4044/3
**Dimon [1]** 4012/18
**diplomacy [1]** 4055/11
**direct [20]** 3889/23 3899/3 3929/4
  3948/2 3953/24 3956/25 3959/18
  3965/5 3975/13 4000/5 4004/12
  4007/15 4015/6 4026/13 4062/7 4081/4
  4088/2 4093/12 4095/23 4102/18
**direction [7]** 3997/4 3999/12 4000/2
  4031/2 4080/18 4080/22 4086/1
**directions [1]** 4080/25
**directly [7]** 3928/20 3934/12 4036/16
  4037/2 4037/5 4078/15 4090/5
**director [5]** 3936/14 4087/20 4087/20
  4088/4 4088/6
**directors [1]** 4083/12
**disagree [1]** 4009/25
**disappointed [1]** 3963/8
**disastrous [2]** 4045/20 4046/21
**discern [1]** 4009/13
**disciplinary [1]** 3968/2
**discipline [3]** 3969/4 4010/2 4065/15

**disclosures [1]** 3998/1
**disconnection [1]** 4040/23
**discovered [2]** 3973/17 3996/1
**discuss [8]** 3942/8 3946/15 3976/14
  3976/15 3976/15 4059/13 4064/16
  4069/19
**discussed [14]** 3911/2 3916/3 3921/18
  3923/16 3929/24 3946/18 4009/14
  4023/8 4029/19 4029/24 4030/2 4036/8
  4052/4 4058/25
**discussing [7]** 3910/22 3986/16
  3992/3 4023/23 4028/20 4079/18
  4087/8
**discussion [9]** 3900/25 3907/10
  3918/6 3921/21 3926/14 3946/22
  3976/8 3976/17 4090/23
**discussions [4]** 3943/23 3946/25
  4048/11 4055/17
**Disney [4]** 3978/7 4040/20 4041/3
  4075/22
**dispositive [1]** 4101/23
**distance [1]** 4096/12
**distant [1]** 4029/21
**distinction [2]** 3954/22 3955/7
**distinguishes [1]** 3908/9
**distressed [3]** 3983/14 3983/19
  3983/21
**distribution [1]** 3993/7
**distributor [1]** 3974/14
**DISTRICT [6]** 3887/1 3887/1 3887/10
  3887/13 3895/21 3896/2
**diverse [1]** 3966/10
**diversify [1]** 3932/19
**diving [1]** 3996/1
**divisions [1]** 4007/4
**divisive [1]** 4044/22
**DJ [2]** 4034/23 4034/24
**doctor [2]** 3925/13 3970/10
**document [8]** 3891/19 3891/23
  3896/17 3900/21 3901/14 3922/9
  3922/18 3922/19
**documents [6]** 3896/14 3896/19
  3904/3 3922/15 3922/15 3953/14
**Dodger [1]** 4022/24
**Dodgers [1]** 4020/2
**dollar [1]** 4017/7
**dollars [8]** 3973/20 3973/21 3990/5
  3990/14 3990/23 3997/13 4024/13
  4033/17
**domestic [1]** 3939/19
**Dominant [1]** 3908/6
**Donald [23]** 4040/12 4041/2 4041/9
  4041/11 4041/13 4041/16 4041/19
  4041/20 4041/24 4042/23 4044/14
  4050/13 4050/16 4050/18 4052/2
  4063/17 4070/1 4071/11 4071/12
  4078/4 4082/4 4086/9 4090/9
**done [11]** 3943/9 3961/21 3971/5
  3979/24 3991/9 4017/1 4040/22
  4046/20 4046/24 4095/18 4101/18
**DONNELLY [1]** 3887/21
**door [6]** 3957/10 3968/9 3998/23
  3998/24 4024/3 4064/9
**doors [1]** 4069/5
**doubled [1]** 3991/13

**dovetails [1]** 3926/20
**down [46]** 3893/17 3894/16 3899/4
  3899/7 3901/25 3902/5 3902/12
  3902/16 3902/18 3905/1 3905/14
  3906/8 3906/9 3906/9 3907/9 3908/11
  3908/15 3910/3 3910/20 3912/11
  3926/24 3927/10 3927/11 3927/11
  3927/22 3927/25 3944/6 3963/15
  3963/18 3974/20 3974/25 3990/23
  3993/22 4018/10 4049/7 4051/20
  4064/19 4068/4 4072/12 4076/4
  4076/23 4080/13 4083/3 4086/22
  4088/19 4091/21
**downtown [1]** 3897/3
**dozen [1]** 3936/21
**Dr. [1]** 4002/22
**Dr. Davidson [1]** 4002/22
**drafted [1]** 3967/13
**drafting [1]** 3904/17
**drag [1]** 4064/3
**drama [1]** 4045/25
**draw [2]** 3990/23 4102/14
**drawing [2]** 3939/12 4080/2
**dream [1]** 3967/23
**dreamer [1]** 3940/25
**drinking [1]** 4055/22
**driven [1]** 3932/15
**driver [1]** 3994/5
**driving [1]** 4098/2
**Druz [1]** 3967/12
**Dubai [43]** 3931/9 3931/12 3931/17
  3932/5 3932/7 3932/12 3932/17
  3932/19 3932/20 3934/6 3934/10
  3934/12 3937/18 3937/20 3939/3
  3939/7 3939/12 3940/11 3941/4
  3941/17 3941/25 3949/14 3949/17
  3949/19 3954/11 3954/20 3955/4
  3955/8 3955/9 3955/11 3955/14
  3955/16 3981/24 4016/24 4017/5
  4025/11 4025/18 4025/24 4027/24
  4029/8 4029/17 4029/18 4033/2
**Dubai's [2]** 3933/19 3956/7
**Dubai-oriented [1]** 4029/17
**due [1]** 3986/20
**Dullah's [1]** 4052/14
**duly [3]** 3889/12 3929/2 3965/3
**during [27]** 3906/10 3910/4 3919/13
  3920/19 3920/24 3921/12 3921/19
  3922/2 3929/18 3929/20 3935/10
  3951/13 3952/11 3969/13 3970/16
  3974/17 3987/1 4019/22 4032/4
  4033/19 4035/17 4043/19 4050/12
  4052/5 4052/8 4074/24 4102/17
**duty [3]** 3924/14 3924/18 3924/22
**DVR [1]** 4098/9
**dying [1]** 3996/5

**E**

**e-mail [10]** 3923/15 3923/18 4057/21
  4058/2 4059/25 4060/7 4083/18 4086/9
  4086/12 4086/18
**earliest [1]** 3942/12
**early [7]** 3908/13 3977/21 3979/1
  3995/19 3998/16 3999/23 4048/18
**earning [1]** 3995/3

# E

**easier** [1] 3969/24
**easiest** [2] 4002/9 4005/25
**east** [49] 3887/14 3903/22 3903/22 3903/24 3909/8 3909/12 3915/8 3921/15 3930/22 3931/17 3935/8 3935/19 3936/3 3938/2 3943/12 3948/8 3956/19 3957/25 3966/22 3966/23 3966/24 3968/14 3970/25 3971/5 3971/9 3972/16 3972/17 3973/9 3973/12 3973/15 3977/6 3979/1 3979/8 3979/19 3994/9 4003/18 4012/24 4019/7 4024/19 4038/11 4038/12 4046/5 4046/11 4046/12 4064/4 4078/11 4079/20 4080/7 4089/9
**East's** [1] 3944/17
**eastern** [12] 3887/1 3887/13 3895/21 3896/2 3937/24 3938/7 3945/7 3968/3 3968/14 3995/5 4030/8 4060/10
**Easterns** [1] 4055/13
**easy** [9] 3895/11 3937/19 3976/9 3979/15 3992/11 4005/7 4008/5 4048/9 4066/8
**eat** [1] 3968/11
**eating** [1] 3968/12
**EBITDA** [2] 3994/3 4009/20
**economic** [2] 3926/21 4012/8
**economically** [1] 4022/18
**economics** [2] 4004/5 4021/1
**economy** [2] 3932/19 3981/6
**edge** [1] 3997/22
**educated** [2] 3941/5 4022/4
**education** [3] 3968/25 3970/9 4033/11
**educational** [2] 3941/1 3973/16
**effect** [4] 3994/22 3998/3 4045/11 4045/18
**effective** [3] 3893/25 3894/6 3894/7
**efficacy** [1] 3980/7
**efficiency** [1] 3903/8
**efficient** [1] 4022/11
**effort** [2] 4032/19 4074/8
**efforts** [1] 4032/16
**Egypt** [2] 3967/10 3972/15
**eight** [2] 3969/11 3999/9
**either** [9] 3923/17 3945/11 3950/2 3950/21 3990/17 4001/16 4041/21 4064/12 4093/11
**elaborate** [1] 3911/13
**elated** [1] 4089/11
**elected** [2] 4045/6 4050/25
**election** [1] 4091/7
**electricity** [1] 3973/23
**electromagnetic** [1] 4077/11
**element** [1] 3933/25
**elementary** [1] 4033/23
**elements** [2] 3940/14 4044/25
**Emaar** [6] 3949/15 4016/22 4016/22 4016/25 4017/17 4030/2
**email** [15] 3887/23 3888/21 3896/7 3896/9 4062/9 4062/15 4063/22 4064/21 4064/25 4072/1 4072/11 4072/14 4072/18 4073/3 4073/12
**emails** [9] 3902/6 3903/15 3904/1 3904/2 3904/4 3904/11 3904/12

3904/13 3904/17
**embargo** [1] 3977/14
**embassador** [1] 3921/14
**embraced** [1] 4091/10
**Emir** [6] 4031/13 4031/14 4031/25 4032/2 4032/14 4033/13
**Emirate** [6] 3954/20 3954/23 3955/4 3955/7 3955/8 4029/9
**emirates** [17] 3939/13 3939/14 3939/19 3941/3 3945/7 3945/20 3954/24 3955/2 3980/24 3981/19 3995/11 4016/24 4025/22 4029/22 4031/3 4047/10 4056/11
**Emirati** [5] 3911/8 3911/14 3911/18 4016/20 4088/7
**Emiratis** [3] 3911/9 3911/20
**empire** [1] 4079/23
**employed** [3] 3982/14 4019/8 4036/13
**employee** [2] 4023/21 4023/24
**employees** [9] 3896/6 3933/23 3961/17 3999/20 4004/11 4004/13 4004/13 4004/13 4010/9
**empty** [1] 3905/16
**enable** [1] 3944/5
**encountered** [1] 4056/9
**encourage** [1] 4099/22
**end** [20] 3891/6 3891/8 3891/12 3911/20 3926/14 3926/16 3931/23 3943/19 3956/11 3956/13 4013/12 4025/20 4025/20 4079/1 4091/3 4093/11 4093/12 4095/17 4096/9 4101/1
**endeavor** [1] 4022/3
**endowments** [2] 3995/1 3997/15
**endurance** [2] 3908/7 4077/21
**enemies** [1] 3912/21
**energetic** [1] 3940/24
**enforcement** [1] 3897/24
**engage** [1] 3942/18
**engages** [1] 4071/20
**engine** [1] 3934/10
**engineering** [1] 3974/9
**England** [2] 4006/10 4013/5
**English** [3] 3967/20 3974/2 4019/5
**enjoy** [3] 4025/11 4025/12 4078/24
**enough** [5] 3927/6 3993/10 4074/7 4087/4 4100/5 4101/20 4102/19
**entailed** [1] 4037/11
**enter** [3] 3977/12 3977/19 4042/24
**entered** [1] 3964/2
**entering** [3] 4051/1 4075/23 4090/25
**Enterprises** [1] 3939/4
**enters** [4] 3889/6 3964/4 4015/2 4062/3
**entertainment** [3] 3974/1 4075/23 4076/1
**enthusiastic** [2] 4039/19 4039/19
**enthusiastically** [1] 4038/13
**entire** [5] 3932/15 4025/20 4027/16 4082/7 4090/14
**entirely** [2] 3901/8 3944/16
**entities** [10] 3946/2 3989/3 3989/14 4002/20 4023/15 4055/16 4060/22 4063/3 4063/4 4089/10
**entity** [8] 3983/23 3984/3 3985/20

3988/11 3989/10 3993/7 4003/11 4033/15
**entree** [1] 4071/8
**entrepreneur** [1] 4019/6
**entrepreneurial** [3] 4019/2 4030/14 4042/22
**entrepreneurs** [1] 4019/7
**envision** [1] 4044/10
**envisioned** [2] 4044/1 4044/6
**envoy** [1] 3921/15
**equal** [2] 3997/22 3997/22
**equity** [14] 3930/21 3931/5 3935/13 3935/17 3956/14 3957/1 3957/21 3986/22 3987/13 3987/16 4011/8 4036/12 4069/1 4069/8
**era** [2] 3978/5 3994/24
**ESG** [1] 4007/14
**especially** [6] 3998/5 4009/10 4010/10 4011/18 4066/4 4066/13
**ESQ** [9] 3887/20 3887/20 3887/21 3887/21 3888/5 3888/8 3888/8 3888/9 3888/9
**essentially** [2] 3907/4 3954/17
**establish** [1] 4030/15
**established** [1] 4089/12
**estate** [27] 3934/11 3935/2 3935/6 3943/13 3944/3 3944/4 3944/10 3944/11 3944/18 3951/5 3983/2 3983/2 3983/3 3983/4 3983/8 3983/17 3988/9 3988/11 3988/15 3988/17 3988/20 3991/17 4003/21 4016/23 4027/16 4029/10 4042/13
**estates** [1] 3982/21
**estimate** [3] 3897/16 3929/23 4093/4
**estimates** [1] 4096/1
**et** [4] 3918/12 3919/5 3926/10 4073/4
**et cetera** [3] 3918/12 3919/5 3926/10
**Etihad** [1] 3939/20
**Europe** [4] 3931/16 3996/14 4005/7 4021/15
**European** [1] 4030/4
**euros** [2] 4003/22 4003/23
**evaluate** [2] 3939/4 3940/15
**evaluated** [1] 3939/6
**evaluating** [1] 3940/4
**event** [1] 4092/1
**events** [5] 3908/9 3945/12 4024/17 4028/20 4029/5
**eventually** [5] 3940/22 3945/24 3946/8 3969/2 3996/18
**everything** [16] 3927/10 3963/9 3966/16 3971/4 3971/6 3972/16 3978/10 4004/20 4006/19 4017/17 4045/24 4054/9 4055/9 4055/23 4092/13 4102/16
**everywhere** [4] 3978/15 4036/21 4037/22 4048/8
**evidence** [33] 3891/5 3891/9 3896/23 3897/5 3898/6 3898/9 3966/20 4016/2 4016/14 4017/22 4025/10 4029/2 4047/23 4048/20 4058/9 4062/11 4064/24 4072/10 4075/8 4076/10 4076/11 4079/3 4079/4 4082/24 4083/16 4085/9 4086/17 4087/17 4094/5 4095/4 4096/10 4099/14

**E**

evidence... [1] 4099/15
ex [3] 3974/8 3974/13 4060/17
ex-patriot [1] 3974/13
ex-patriots [2] 3974/8 4060/17
exact [1] 3941/2
exactly [5] 3898/23 3926/21 3940/19 4007/3 4069/9
examination [21] 3889/9 3889/14 3889/24 3899/3 3916/19 3924/11 3929/4 3948/2 3952/17 3952/19 3956/25 3959/19 3963/2 3965/5 3976/1 4001/1 4015/6 4027/1 4062/7 4082/1 4093/5
examined [3] 3889/12 3929/2 3965/4
example [5] 3932/22 3955/13 3977/15 4021/9 4086/3
examples [4] 3945/14 3985/3 4068/18 4084/24
excel [1] 4067/16
except [4] 3910/11 3941/2 4064/11 4101/8
excerpts [2] 4079/8 4079/16
exchange [8] 3988/3 3988/6 3988/18 3992/15 4064/14 4064/20 4064/21 4072/1
excited [6] 3977/13 4022/11 4055/11 4065/5 4065/16 4083/9
excitement [1] 4069/14
exclamation [3] 4070/1 4070/2 4070/7
excruciating [1] 3998/1
excuse [3] 3920/12 3923/2 4070/18
executive [12] 3933/14 3956/4 4006/14 4007/3 4007/24 4008/1 4008/3 4008/8 4008/13 4008/23 4016/21 4054/25
executives [10] 3943/10 4016/17 4036/4 4036/16 4037/3 4037/17 4037/25 4038/5 4039/13 4089/1
exercise [1] 4009/5
exhausted [1] 4032/9
exhausting [1] 4037/8
exhaustive [1] 4023/15
exhibit [51] 3896/22 3899/9 4015/16 4015/22 4016/2 4016/6 4016/10 4016/14 4017/12 4017/22 4024/22 4025/5 4025/10 4028/15 4028/23 4029/2 4029/3 4047/24 4047/25 4048/21 4048/22 4057/16 4058/5 4058/9 4058/10 4060/2 4062/11 4064/25 4072/10 4074/18 4074/19 4075/4 4075/8 4075/15 4076/9 4079/3 4079/3 4082/24 4082/25 4083/16 4083/17 4084/25 4085/5 4085/9 4086/4 4086/10 4086/11 4086/17 4086/23 4087/17 4087/18
Exhibit 10 [2] 4084/25 4085/5
Exhibit 1006 [1] 4082/24
Exhibit 1025 [1] 4074/18
Exhibit 1067 [1] 3896/22
Exhibit 11 [2] 4086/4 4086/11
Exhibit 1243 [1] 4087/17
Exhibit 1700 [1] 3899/9
Exhibit 1750 [1] 4079/3

Exhibit 206 [2] 4072/10 4075/15
Exhibit 207 [1] 4064/25
Exhibit 210 [1] 4062/11
Exhibit 215 [1] 4079/3
Exhibit 3048 [2] 4015/16 4015/22
Exhibit 536 [1] 4076/9
Exhibit 676 [2] 4024/22 4025/5
Exhibit 8 [2] 4083/16 4086/23
Exhibit 983 [1] 4016/6
exhibits [5] 4099/25 4100/1 4102/25 4103/3 4103/14
exist [1] 4068/25
exists [1] 4024/2
exited [2] 3963/24 4061/8
exits [4] 3963/22 4014/4 4061/6 4091/19
expect [2] 3953/23 4098/4
expecting [2] 3991/9 3991/14
expensive [1] 4001/19
experience [18] 3906/12 3906/16 3906/24 3930/21 3941/25 3945/10 3971/2 3971/8 3997/18 4009/7 4020/13 4020/14 4030/7 4042/23 4044/17 4054/16 4054/17 4066/13
experienced [5] 3907/5 4053/7 4060/17 4091/6 4091/7
expertise [9] 3936/3 3944/25 3945/25 3977/9 4001/12 4002/4 4002/11 4009/7 4024/5
explain [31] 3925/10 3925/23 3930/3 3932/11 3934/5 3971/7 3973/5 3973/6 3978/20 3983/20 3989/21 3989/25 3992/6 3992/20 3997/10 4001/9 4010/24 4011/3 4012/13 4024/1 4024/2 4028/7 4029/13 4031/18 4046/6 4051/8 4051/8 4054/24 4059/10 4068/18 4078/7
explained [2] 4057/7 4075/17
explaining [8] 3932/23 3992/18 3992/19 4008/18 4059/7 4066/7 4066/7 4098/22
Explains [1] 3922/25
explanation [1] 4052/10
exploitation [1] 3972/11
explorer [1] 3974/14
expose [1] 4035/21
exposed [2] 4034/5 4064/11
express [1] 4080/21
expressing [1] 3966/21
extensive [1] 4093/5
extent [1] 3921/9
extraordinary [3] 4004/19 4004/19 4034/10
extreme [2] 4059/20 4072/23
extremely [1] 3936/17
eye [4] 3925/13 3977/8 3978/22 4023/4
eyes [2] 3971/5 3971/22

**F**

fabric [2] 4066/21 4080/11
fabricating [1] 3924/19
face [2] 4073/5 4073/5
facilities [3] 3939/17 3974/11 4021/19
facing [2] 3910/4 4041/10

fact [10] 3898/9 3899/6 3904/23 3914/8 4040/1 4059/24 4075/24 4090/22 4091/1 4100/1
fail [1] 3925/12
fair [9] 3897/10 3905/9 3913/18 3915/23 3935/5 3935/9 3962/18 4101/20 4102/19
fairly [2] 3935/6 3941/25
Fairmont [1] 3985/10
faith [1] 4093/3
falcon [1] 4056/14
falcons [1] 4056/12
familiar [4] 3894/13 3954/24 3984/20 3985/7
familiarity [1] 4053/11
families [5] 3933/3 4030/8 4046/13 4055/5 4080/10
family [47] 3907/18 3907/21 3934/6 3934/14 3934/16 3936/16 3936/17 3937/10 3941/16 3941/21 3942/1 3946/25 3951/19 3959/3 3966/23 3967/1 3970/4 3974/6 3978/1 3978/2 3978/7 3983/18 3985/23 3986/1 3990/20 3995/24 3998/15 3998/15 4022/20 4027/16 4029/21 4031/22 4031/22 4031/23 4032/8 4032/13 4036/14 4040/17 4054/8 4054/11 4054/17 4055/10 4074/5 4078/23 4102/3 4102/4
famous [1] 3986/4
fan [2] 3944/20 4074/13
Fancher [2] 4020/5 4022/25
fans [1] 4098/9
fantastic [1] 3972/3
far [4] 4044/16 4099/2 4099/6 4101/25
far-out [1] 4044/16
FARA [7] 3919/5 3919/6 3919/7 3926/10 3926/18 3926/22 4100/17
fare [1] 3981/5
FARR [1] 3887/18
fascinated [1] 4067/13
fascinating [1] 3908/5
fashion [2] 3902/23 3966/16
fast [1] 3979/8
faster [3] 3893/18 3903/24 4002/3
fat [1] 4077/13
father [7] 3980/11 3981/12 3981/25 3982/4 3982/5 4078/18 4078/20
Fax [1] 3888/21
FBI [9] 3890/23 3892/14 3899/23 3900/3 3900/4 3900/9 3901/4 3901/8 3901/10
FCPA [1] 3926/20
FCRR [2] 3887/22 3888/20
feat [1] 4091/1
fee [5] 3991/8 3991/22 3992/1 3992/10 3994/2
feel [5] 3914/25 3935/20 3977/8 4045/24 4099/5
feeling [1] 4009/6
feelings [1] 4038/22
fees [8] 3992/8 3993/16 3993/16 3993/22 3994/6 3994/11 3995/3 4039/3
feet [3] 3966/7 4030/15 4045/23
Feinstein [4] 4070/12 4070/14

**F**

**Feinstein... [2]** 4070/23 4071/12
**Feinstein's [1]** 4069/24
**fell [1]** 3950/16
**felt [1]** 3951/21
**female [1]** 3976/10
**Ferraris [1]** 4064/13
**fertile [1]** 4069/3
**Fertittas [2]** 4053/3 4053/4
**Fess [1]** 4067/11
**few [13]** 3963/21 3967/18 3983/25
4004/13 4019/6 4020/22 4029/9
4040/12 4042/1 4062/24 4083/20
4091/16 4097/16
**field [6]** 3944/16 3998/4 4002/2 4020/9
4039/15 4040/1
**fields [2]** 4023/2 4023/3
**fifth [3]** 3907/8 3930/13 3984/22
**fifty [1]** 3947/7
**fifty-second [1]** 3947/7
**fighting [3]** 4053/1 4053/12 4053/14
**figure [1]** 4011/15 4011/17 4095/17
**figured [1]** 3901/15
**file [1]** 4100/15
**filed [2]** 4099/2 4100/18
**fill [1]** 4067/24
**filled [1]** 4023/4
**filling [1]** 3900/23
**final [1]** 3921/5
**finance [13]** 3930/16 3930/18 3930/22
3970/22 3988/5 3988/8 3995/20
4004/20 4005/20 4035/5 4035/7
4040/24 4052/24
**finance-oriented [1]** 3970/22
**financial [12]** 3931/3 3942/16 3992/12
3992/13 4007/13 4009/10 4011/7
4033/2 4035/13 4068/22 4069/24
4071/10
**financially [1]** 3936/7
**financiers [1]** 4053/2
**financing [5]** 3945/3 3946/7 3972/21
4018/17 4054/1
**find [19]** 3893/24 3893/24 3970/14
3992/24 4001/18 4001/22 4005/3
4005/4 4022/15 4027/12 4027/18
4044/3 4057/8 4057/13 4072/22
4082/13 4085/17 4096/20 4098/6
**finding [4]** 4002/5 4008/17 4008/18
4091/11
**fine [2]** 4086/9 4095/18
**finish [7]** 3912/3 4091/25 4092/10
4093/19 4094/22 4096/4 4102/8
**finished [1]** 4095/3
**fireman [1]** 4008/15
**firemen's [1]** 4011/19
**firm [28]** 3892/1 3895/8 3896/3 3896/8
3896/12 3897/14 3902/2 3920/17
3925/24 3926/1 3946/4 3946/5 3946/11
3948/12 3949/5 3949/5 3958/9 3958/10
3958/20 3958/23 3959/7 3968/2
3970/21 3972/20 3986/22 4011/8
4020/4 4039/14
**firms [16]** 3897/21 3946/13 3956/14
3957/1 3957/1 3957/21 3958/18

3970/22 3982/20 3987/17 3993/8
4036/12 4068/15 4068/19 4069/5
4069/8
**first [82]** 3889/12 3899/19 3899/20
3899/22 3900/7 3900/13 3911/10
3912/25 3919/17 3924/13 3929/2
3930/21 3933/11 3933/21 3935/22
3937/16 3938/24 3939/24 3942/24
3943/8 3949/16 3957/12 3965/3
3969/11 3970/4 3971/8 3975/5 3977/1
3977/12 3977/22 3979/6 3980/23
3981/23 3982/10 3982/16 3985/19
3986/11 3986/15 3986/20 3991/24
3994/23 4004/18 4004/20 4013/1
4015/10 4018/2 4018/24 4021/6 4021/9
4022/10 4022/12 4022/20 4023/12
4033/21 4033/22 4033/25 4034/17
4034/20 4036/10 4039/17 4041/13
4041/18 4042/1 4044/12 4044/16
4047/12 4054/4 4056/19 4057/25
4060/1 4065/12 4067/23 4070/9
4071/16 4072/5 4074/1 4076/24
4076/25 4077/7 4087/22 4093/15
4099/14
**firstly [1]** 4063/23
**fiscal [1]** 4043/9
**fit [1]** 4043/9
**five [10]** 3899/15 3905/16 3976/16
3984/23 3984/23 3997/19 4040/18
4062/12 4092/15 4103/14
**fixed [1]** 4085/19
**fixing [1]** 3990/11
**flags [1]** 4003/11
**flavors [1]** 4024/4
**fledgling [2]** 3980/18 4059/21
**flight [1]** 3981/5
**flip [1]** 4058/23
**floor [1]** 3976/18
**floors [1]** 4018/4
**Florida [1]** 3994/19
**flow [2]** 3977/14 3994/3
**fluid [1]** 4066/8
**Fluor [4]** 3971/25 3972/9 3972/19
3972/20
**flushed [1]** 3979/25
**fly [1]** 3979/14
**flying [3]** 3925/13 3925/16 3925/17
**focus [2]** 3997/23 4050/21
**focused [3]** 3932/20 3944/24 3944/25
**focusing [1]** 4067/19
**folks [3]** 3916/12 3966/8 4050/16
**followed [1]** 3922/14
**following [4]** 3975/12 3989/1 4018/25
4061/10
**follows [5]** 3889/13 3908/14 3912/19
3929/3 3965/4
**food [10]** 3973/24 3978/12 3996/5
3996/8 3996/8 4059/18 4077/14
4077/15 4089/10 4089/12
**foot [3]** 3957/10 3966/16 4040/1
**football [20]** 3969/15 3969/16 3969/17
3969/17 3969/23 3969/23 3988/9
4008/7 4018/18 4018/18 4019/11
4020/10 4021/15 4022/6 4023/7
4023/12 4039/25 4040/1 4040/7 4098/9

**Forbes [1]** 4004/10
**force [1]** 4077/11
**forcing [1]** 4010/7
**foreign [8]** 3898/2 3915/13 3919/7
3976/21 4010/5 4069/5 4073/19
4080/15
**foreigner [3]** 4022/10 4024/6 4039/19
**forensic [2]** 3901/11 3901/12
**forever [1]** 4063/7
**form [4]** 3926/2 3927/5 3976/6 4011/2
**formal [1]** 3973/17
**format [1]** 3906/6
**former [6]** 3906/14 3949/13 4069/4
4087/19 4088/3 4088/6
**Formula [1]** 3945/18
**Fort [1]** 4040/17
**forth [5]** 3909/3 3998/16 4039/5
4077/19 4101/13
**forward [2]** 3943/22 4033/3
**Fosun [1]** 3985/25
**fought [1]** 4087/25
**found [5]** 4045/25 4055/23 4071/19
4088/16 4088/16
**foundation [4]** 3894/22 4032/23
4053/17 4103/3
**four [15]** 3890/9 3897/19 3905/16
3933/16 3943/11 3943/17 3957/20
3957/21 3975/5 3984/23 4009/14
4018/2 4036/6 4040/16 4062/12
**four-year [1]** 4036/6
**fourth [5]** 3907/8 3908/15 3909/4
3988/6 3992/11
**fragment [1]** 3909/17
**fragments [1]** 3903/5
**frame [3]** 3910/21 3972/10 3973/18
**framework [1]** 3973/17
**France [9]** 3985/15 4003/1 4003/17
4003/19 4005/13 4005/15 4006/11
4007/8 4013/4
**franchise [3]** 3944/2 4023/18 4054/1
**franchises [3]** 3945/25 3946/5
3978/19
**Frank [1]** 4020/3
**fray [1]** 4042/24
**free [1]** 3923/20
**freedom [1]** 3979/23
**Freeport [2]** 4023/1 4023/5
**Freeport-McMoRan [2]** 4023/1 4023/5
**French [3]** 3985/11 4005/14 4080/2
**frequently [1]** 3935/10
**freshman [1]** 4036/7
**Friday [26]** 3892/20 3896/4 3907/8
3907/22 3915/16 3920/16 3924/14
4092/17 4092/21 4092/23 4094/12
4094/20 4094/22 4096/10 4096/22
4097/25 4098/2 4098/3 4098/21 4099/7
4099/10 4100/4 4100/5 4101/2 4101/24
4102/1
**Fridays [1]** 4092/16
**Fried [1]** 3978/4
**friend [10]** 3981/11 3998/24 4015/13
4027/12 4035/9 4035/15 4046/3
4046/25 4049/10 4049/24
**friends [23]** 3908/7 3911/8 3911/19
3912/21 3929/16 3931/15 3940/20

**F**

**friends... [16]** 3940/22 3943/3 3975/9 3996/12 3999/2 3999/3 3999/6 4019/15 4019/17 4032/11 4034/6 4040/9 4040/10 4046/13 4048/18 4074/5
**frisbees [1]** 3978/7
**front [4]** 3917/19 3926/22 3967/9 4076/15
**fruitful [1]** 4001/19
**frustrated [2]** 4040/5 4040/6
**Fujairah [5]** 3981/15 3981/16 3981/18 3981/18 3981/22
**full [8]** 3895/19 3900/5 3931/20 4036/1 4066/16 4091/25 4092/5 4096/5
**full-time [1]** 4036/1
**fun [3]** 4035/10 4035/10 4039/24
**fund [28]** 3931/8 3931/12 3932/4 3933/5 3934/4 3934/7 3940/8 3941/13 3954/11 3954/14 3954/14 3957/17 3987/18 3987/18 3990/16 3990/18 3991/4 3993/7 3994/20 3997/12 3997/13 3999/15 3999/18 4000/1 4011/9 4033/17 4055/18 4071/22
**funding [6]** 3903/20 3903/21 3903/23 3944/5 3945/3 4018/17
**funds [29]** 3931/25 3932/7 3935/7 3935/16 3956/16 3956/18 3957/14 3957/18 3958/25 3983/11 3987/13 3987/13 3989/23 3990/19 3990/20 3993/23 3994/9 3994/19 3994/20 3994/22 3994/25 3995/1 3995/6 3996/20 3997/14 3997/15 4005/1 4069/1 4069/1
**funny [1]** 3925/3
**furniture [2]** 3966/4 3966/5
**further [9]** 3889/12 3905/1 3905/13 3908/11 3924/1 3927/18 3945/23 3952/14 3962/24
**fuss [1]** 3983/10
**future [3]** 3908/5 3957/8 4062/18

**G**

**gain [1]** 4010/10
**gains [1]** 4004/19
**GALLAGHER [1]** 3887/18
**Gamal [1]** 3972/15
**game [4]** 3980/14 3980/14 4067/16 4071/17
**games [1]** 4021/3
**gap [2]** 3900/23 3930/18
**garden [1]** 3942/21
**gardening [4]** 3942/10 3942/15 3942/15 3942/23
**gas [5]** 3932/16 3971/14 3971/17 3981/16 3996/1
**gatekeepers [1]** 3998/1
**gathered [2]** 3898/6 3922/18
**gave [4]** 3935/5 3983/15 4033/16 4055/7
**Gene [1]** 4067/10
**general [5]** 3910/12 3986/21 3992/6 4007/12 4013/9
**generally [5]** 3902/17 3902/19 4006/21 4035/7 4057/2

**generation [2]** 3977/1 3979/6
**generosity [1]** 3980/15
**generous [1]** 4039/20
**gentle [1]** 4034/11
**gentleman [3]** 3934/8 3939/3 3939/7
**gentlemen [12]** 3889/8 3889/21 3924/6 3924/24 3925/9 3925/23 3929/8 3963/19 3964/25 4013/24 4061/4 4091/15
**geographies [1]** 3984/25
**George [2]** 3915/11 3915/12
**Georgette [2]** 3887/22 3888/20
**Georgetteb25 [2]** 3887/23 3888/21
**Germain [7]** 3945/16 4002/24 4003/5 4003/15 4020/13 4021/9 4021/21
**German [1]** 3985/14
**Ghafli [14]** 3922/6 3922/25 3923/15 3962/6 3962/10 3962/13 4049/10 4049/24 4050/4 4050/5 4050/9 4051/6 4082/22 4083/18
**Ghalfi [1]** 4084/2
**Gibbs [2]** 3896/13 4076/16
**gift [8]** 3973/10 4013/18 4034/15 4057/8 4057/8 4066/10 4076/6 4076/13
**gigantic [4]** 3984/4 3984/9 4023/4 4091/9
**given [10]** 3905/23 3913/15 3919/24 3920/8 3944/16 4009/14 4093/4 4094/3 4098/18 4101/1
**Gladly [1]** 3974/24
**global [3]** 3954/9 4063/8 4068/21
**globe [3]** 4002/15 4004/15 4004/16
**gmail.com [2]** 3887/23 3888/21
**goal [5]** 3908/18 3908/19 3912/11 4046/8 4096/16
**goals [2]** 4002/13 4010/14
**God [5]** 3976/11 3978/11 3979/19 4011/14 4055/7
**goes [11]** 3899/10 3978/24 3996/18 4008/13 4068/1 4069/10 4077/10 4084/5 4092/13 4096/3 4096/3
**gold [2]** 3978/11 4055/8
**golf [1]** 3945/17
**gonna [5]** 4036/22 4037/6 4037/7 4037/8 4037/8
**good [44]** 3889/4 3889/8 3889/16 3889/17 3889/20 3889/21 3889/22 3908/6 3925/16 3929/6 3929/7 3929/8 3929/10 3931/15 3935/21 3937/1 3937/9 3952/21 3952/22 3952/23 3952/24 3958/16 3963/4 3963/5 3964/25 3965/7 3965/8 3965/15 3999/2 4002/3 4009/22 4014/1 4019/5 4024/3 4034/6 4042/24 4046/9 4052/11 4061/1 4078/4 4078/15 4091/13 4093/3 4097/22
**Goodell [1]** 4022/12
**goods [1]** 3966/18
**Google [1]** 4021/13
**gopher [1]** 4037/13
**governing [1]** 3941/23
**government [67]** 3887/13 3889/24 3890/11 3894/10 3898/6 3898/17 3898/20 3916/5 3916/11 3921/14 3931/8 3931/18 3932/16 3941/11

3945/17 3947/8 3949/13 3949/17 3949/18 3951/15 3952/2 3952/10 3955/11 3955/18 3983/25 3984/9 3984/16 3985/18 3985/19 3985/20 4010/23 4010/25 4011/5 4011/9 4012/6 4012/16 4012/23 4024/18 4030/23 4033/12 4042/17 4047/23 4054/7 4054/18 4055/15 4062/11 4064/24 4065/1 4068/16 4068/19 4068/23 4069/2 4069/4 4072/10 4074/21 4076/9 4079/3 4082/24 4083/16 4086/23 4092/8 4092/24 4094/5 4094/8 4100/1 4100/15 4101/19
**government's [8]** 3899/1 3954/15 4048/20 4086/12 4099/13 4099/25 4102/24 4103/16
**governmental [3]** 3944/5 3983/23 4055/15
**governments [2]** 4012/14 4012/15
**gracious [1]** 4084/17
**grade [2]** 3930/8 4045/2
**graduated [3]** 3970/20 4033/9 4036/6
**grammar [2]** 3969/9 3971/22
**grand [6]** 3895/20 3896/1 3896/4 3896/13 3898/6 3923/20
**grandfathers [2]** 3967/5 3967/14
**grandparents [6]** 3966/25 3967/24 3968/2 3968/15 3968/17 4064/2
**Grant [2]** 3901/4 3901/6
**great [28]** 3904/16 3906/12 3907/4 3968/12 3970/10 3972/5 3975/1 3975/2 3981/13 3986/6 3986/7 3986/18 4002/8 4008/25 4009/22 4025/12 4026/2 4035/6 4040/3 4040/17 4052/15 4059/22 4066/17 4069/8 4078/19 4083/24 4100/7 4100/8
**greater [1]** 4059/23
**greatest [3]** 4063/4 4080/4 4090/25
**grew [8]** 3930/7 3944/22 3956/11 3965/21 3966/1 4063/24 4064/8 4067/8
**grill [2]** 4094/17 4094/19
**GRIMES [11]** 3887/6 3888/6 3918/11 3918/12 3962/22 3963/7 4033/20 4034/18 4038/18 4047/20 4070/10
**grocer [1]** 3966/9
**grocery [4]** 3966/11 3966/14 3966/16 3967/25
**ground [5]** 3959/22 4033/22 4037/9 4069/3 4091/11
**group [12]** 3892/1 3892/3 3920/4 3943/10 3955/2 3982/13 3983/15 3984/15 4002/1 4019/15 4060/21 4075/23
**groups [3]** 3938/13 3984/14 4007/5
**grow [3]** 3930/6 3957/8 3965/17
**growing [3]** 3968/4 3968/14 4080/9
**growth [1]** 3995/10
**guaranteed [2]** 3984/9 3984/14
**Guard [1]** 4033/14
**guess [9]** 3903/17 3913/22 3934/5 3938/5 3941/10 3955/6 4018/23 4085/24 4086/1
**guests [1]** 3926/1
**guidepost [1]** 3914/23
**Gulf [5]** 4030/3 4060/21 4065/9

**G**

Gulf... [2] 4065/12 4065/18
guy [4] 3901/3 4053/6 4066/15 4083/1
guys [2] 3943/16 3960/14

**H**

hack [1] 4071/10
hadn't [3] 3926/22 4051/15 4083/13
hair [2] 3971/5 3971/22
hairs [1] 3961/12
Hajeri [2] 4027/3 4027/5
half [7] 3893/12 3899/15 3969/19 3977/17 3991/16 4092/5 4092/5
half-day [2] 4092/5 4092/5
halfway [2] 3975/11 4061/1
Hall [1] 3896/6
Hamad [3] 3995/22 3995/22 3996/22
Hamad bin Jassim [3] 3995/22 3995/22 3996/22
Hamdan [2] 4026/6 4027/24
Hammad [3] 3961/25 3962/16 4031/21
hand [6] 3893/25 3904/2 3927/11 3928/7 3968/2 4091/7
handed [1] 3904/18
handing [1] 3904/1
handle [1] 4051/19
hands [2] 3903/14 3984/10
handsome [3] 4074/10 4074/16 4075/13
handwriting [2] 3893/20 3893/23
handwritten [1] 3893/16
hang [4] 3928/9 3964/20 4049/20 4099/12
Hank [1] 4068/20
happen [4] 3967/11 3968/19 4006/2 4102/16
happened [9] 3927/14 3940/20 3950/10 3971/6 4036/25 4046/21 4076/24 4100/12 4100/13
happening [10] 3972/4 4011/21 4012/22 4030/18 4035/24 4044/5 4046/22 4088/17 4099/20 4101/23
happens [8] 3915/8 3971/17 3988/20 4025/23 4029/22 4042/25 4056/1 4069/17
happily [1] 4007/21
happy [6] 3943/17 4037/1 4052/18 4078/24 4098/10 4098/24
hard [5] 3893/15 3897/20 3984/24 4074/9 4091/9
hardly [1] 3986/18
harm's [1] 4038/21
harness [1] 4005/18
Harrington [2] 3895/2 3918/24
HARRIS [2] 3887/15 4100/13
having [21] 3889/11 3920/21 3929/2 3933/10 3935/24 3945/11 3965/2 3965/9 3976/17 4007/7 4024/3 4034/23 4050/19 4051/19 4055/25 4063/6 4069/4 4069/16 4069/19 4071/18 4099/2
Hawaii [7] 3985/25 4047/16 4048/4 4048/10 4048/15 4050/13 4084/2
Hawks [3] 3985/16 4021/16 4021/21

Hayah [3] 3961/11 3961/15 3961/17
HBJ [2] 3995/21 3995/21
head [6] 3913/12 3943/5 3996/19 4033/13 4060/10 4089/8
headed [1] 3931/16
header [1] 3915/16
heading [7] 3908/12 3910/4 3912/10 3914/20 3915/15 3922/6 3922/7
headline [3] 4047/1 4047/3 4047/5
headquartered [1] 3951/6
headways [1] 4060/20
healing [1] 4077/11
health [2] 3996/8 3996/8
healthcare [1] 3993/6
hear [5] 3895/2 3928/5 3952/25 3957/3 4049/18
heard [17] 3971/16 3976/7 3980/1 3982/6 3987/12 3989/22 3995/21 4018/16 4022/14 4023/19 4029/7 4037/13 4038/7 4052/2 4052/21 4067/10 4094/3
hearing [1] 4083/24
hears [1] 4103/3
Hearsay [1] 4053/18
heart [1] 4088/14
heat [2] 3974/17 4094/16
hectic [1] 4013/19
hedge [3] 3982/20 4011/9 4069/1
held [2] 3915/7 4041/13
help [14] 3895/13 3914/15 3930/17 3932/23 3940/15 3945/25 3981/22 4022/3 4024/4 4024/4 4043/21 4051/20 4054/14 4067/20
helped [6] 3940/8 3949/15 3996/15 3996/16 4043/15 4082/18
helpful [8] 3892/21 3910/25 3936/25 3937/6 4020/21 4029/16 4054/23 4075/20
helping [1] 4032/8
helps [2] 3930/3 4069/5
HEREEN [1] 3887/16
heritage [2] 3937/24 3938/7
heros [1] 4076/17
hey [3] 3901/3 3940/20 3943/16
HH [2] 4065/6 4084/5
high [14] 3897/3 3930/8 3930/9 3968/25 3969/6 3969/7 3969/13 3969/14 3969/21 3969/22 3988/15 4035/8 4035/17 4035/19
highest [1] 4034/22
highlight [1] 3968/5
Highness [4] 3934/3 3934/13 3934/14 4065/7
Hills [2] 4020/6 4028/3
Hilton [1] 3985/12
himself [3] 3913/6 4046/1 4053/7
hindsight [1] 4043/23
HIRAL [2] 3887/16 3953/5
hire [4] 3942/1 4001/16 4068/15 4068/19
hired [5] 4034/17 4034/20 4034/24
history [5] 3972/14 3977/3 3983/22 4054/13 4079/21
hit [1] 3984/4
hobbies [3] 3971/18 4066/11 4066/12

hockey [3] 4011/21 4011/22 4011/23
hold [5] 4017/18 4074/21 4074/21 4097/3 4103/11
holding [2] 3955/18 4096/6
Holdings [3] 3961/11 3961/15 3961/17
Holiday [1] 3984/23
Hollywood [2] 4020/4 4022/25
home [10] 3966/1 3968/4 3968/5 3968/6 3968/10 3968/18 3993/9 3996/7 4013/15 4098/5
homes [1] 3993/18
honest [2] 3897/2 4030/17
honestly [3] 4024/6 4055/6 4068/12
honesty [1] 4076/19
Hong [2] 4005/16 4013/3
Hong Kong [2] 4005/16 4013/3
honor [60] 3895/24 3912/23 3923/24 3924/7 3927/19 3927/21 3927/24 3928/2 3928/24 3947/6 3948/17 3948/20 3952/13 3952/14 3952/18 3961/9 3961/21 3962/2 3962/24 3963/1 3963/12 3963/14 3963/17 3964/7 3964/24 4013/9 4013/21 4015/5 4015/17 4015/23 4025/4 4040/18 4049/15 4057/18 4060/25 4062/6 4085/4 4085/15 4085/19 4086/8 4091/14 4092/1 4093/6 4093/25 4094/11 4094/25 4095/9 4097/14 4098/12 4100/9 4100/22 4100/25 4101/3 4101/7 4101/21 4102/21 4103/5 4103/18 4103/20 4103/21
HONORABLE [2] 3887/9 3889/2
honored [2] 3934/1 4066/5
hoops [1] 3978/7
Hopalong [1] 4067/10
hope [6] 3888/4 3889/8 4029/11 4051/13 4051/14 4087/3
hopeful [1] 4097/11
hopefully [4] 4093/20 4094/4 4101/18 4103/13
hoping [4] 3946/19 4059/12 4069/16 4092/14
horrible [1] 4037/23
horse [6] 3908/7 4020/10 4023/4 4056/13 4056/15 4067/2
horses [11] 4020/8 4056/12 4057/14 4067/2 4067/13 4067/15 4071/21 4071/23 4073/9 4076/18 4077/20
hospitable [1] 4039/20
hospitality [1] 3968/8
host [1] 4040/3
hosted [1] 3937/18
Hostess [1] 3993/2
hotel [23] 3938/13 3943/11 3944/25 3984/22 3984/22 3985/9 3985/10 3985/23 3993/10 3996/4 4002/19 4007/11 4018/3 4027/18 4031/10 4041/4 4041/6 4041/7 4041/10 4041/11 4041/12 4041/22 4063/9
hotels [15] 3943/11 3943/13 3943/15 3983/4 3983/5 3983/13 3985/10 3986/4 3989/18 3993/14 4017/4 4027/17 4029/23 4030/1 4048/13
hour [4] 3899/13 3966/14 4096/7 4096/7

**H**

**hours [4]** 3899/15 3953/12 3968/22 4095/24

**house [7]** 3966/7 3976/13 3982/22 3996/6 3998/23 3998/24 4048/5

**housekeeping [2]** 3915/18 3937/9

**housing [1]** 3993/17

**HTK [2]** 3946/8 3946/14

**hub [2]** 3932/20 3932/21

**HUDGENS [1]** 3888/9

**huge [5]** 3944/20 4017/7 4021/17 4024/14 4053/6

**hula [1]** 3978/7

**hum [1]** 3961/4

**human [1]** 4008/10

**humble [3]** 4059/7 4076/20 4077/7

**hummus [2]** 3981/10 3996/7

**hundred [7]** 3973/21 3990/5 3990/14 3990/22 3997/13 4009/16 4025/21

**hundreds [1]** 4066/15

**hunting [1]** 4056/14

**husband [2]** 4069/24 4070/15

**I**

**I World [1]** 3954/7

**I.D [1]** 3926/2

**IBM [1]** 3979/18

**ice [1]** 3992/21

**idea [25]** 3906/25 3907/2 3909/15 3909/16 3936/6 3939/12 3939/18 3939/21 3940/2 3944/13 3945/22 3972/4 3979/23 3980/16 4001/17 4001/18 4001/21 4022/2 4023/12 4024/5 4027/17 4035/24 4052/19 4055/25 4092/20

**ideally [1]** 4095/16

**ideas [8]** 3935/22 3936/7 3943/6 4001/14 4002/6 4023/23 4024/3 4024/15

**identification [2]** 4015/16 4016/6

**identified [1]** 4047/12

**identify [1]** 4048/24

**ilk [1]** 4066/6

**illusion [1]** 4046/18

**image [1]** 4063/11

**imaginable [1]** 4035/20

**imagine [4]** 3966/15 4044/21 4093/5 4097/6

**IMG [1]** 4075/25

**immediate [1]** 3934/2

**immediately [2]** 3900/18 3969/25

**immigrant [1]** 3967/4

**immigration [1]** 3973/14

**implement [1]** 3978/17

**implications [1]** 4088/6

**importance [2]** 3916/4 4011/4

**important [20]** 3901/14 3903/10 3935/16 3935/18 3935/25 3936/2 3936/4 3936/8 3950/13 3956/22 3957/1 3957/10 3979/5 3999/21 3999/24 4001/6 4003/19 4008/24 4021/7 4057/6

**importation [1]** 3973/24

**imported [1]** 3978/10

**impose [1]** 3980/10

**impossibility [1]** 4036/5

**Impossible [1]** 3997/9

**impressed [4]** 4019/1 4019/9 4066/23 4071/24

**Impression [1]** 3915/4

**impressions [3]** 4018/23 4034/2 4034/4

**incentive [1]** 3992/1

**inclined [1]** 4102/4

**include [4]** 3921/24 3935/13 4007/5 4007/6

**included [1]** 3945/7

**includes [1]** 4055/14

**including [6]** 3935/3 3939/16 4006/19 4029/8 4070/22 4095/7

**income [5]** 3993/14 3994/5 4021/4 4021/4 4021/6

**incredibly [2]** 3933/21 3934/1

**incubate [1]** 4001/17

**Indian [1]** 3981/21

**indicate [1]** 3914/23

**indicated [2]** 3979/4 4077/20

**indicates [1]** 3914/11

**indicating [1]** 3913/15

**indication [1]** 3983/15

**indicator [1]** 3905/9

**indictment [1]** 4047/12

**indirect [1]** 4004/13

**indirectly [1]** 3934/3

**individual [6]** 3907/16 3907/17 3915/13 3936/17 3993/14 4024/9

**individuals [7]** 3892/23 3946/2 3987/22 4024/8 4040/18 4055/6 4078/20

**indulge [1]** 3990/1

**industrial [2]** 3993/19 4021/13

**industries [2]** 3936/9 3942/17

**industry [2]** 3939/18 3939/22

**infiltrate [1]** 4062/21

**inflation [1]** 4012/8

**influence [2]** 3898/2 3976/21

**influences [1]** 3998/3

**information [11]** 3893/4 3893/18 3915/3 3921/4 3921/24 3923/20 3925/24 3976/21 4004/22 4057/5 4087/4

**infrastructure [3]** 3933/24 3972/18 3977/18

**Inglewood [4]** 4020/6 4020/6 4023/2 4024/12

**ingredients [1]** 4005/21

**initial [2]** 3931/22 3957/5

**initially [4]** 3933/10 3940/10 3950/11 4031/7

**initials [2]** 3903/5 3903/16

**injuries [1]** 4077/9

**injury [2]** 4077/11 4077/23

**Inner [2]** 3946/4 3946/17

**Inner Circle [1]** 3946/17

**Inns [1]** 3984/23

**input [2]** 4039/18 4078/11

**inquire [1]** 3964/23

**inserted [1]** 4093/13

**Inshallah [1]** 3979/18

**insist [1]** 4099/1

**instance [5]** 3988/14 3993/12 4024/12 4026/11 4042/7

**instant [1]** 4053/23

**instead [3]** 3896/14 3904/18 3927/10 4052/24

**instinctively [3]** 3979/11 4044/19 4090/10

**institutional [2]** 3956/19 4046/2

**instruction [2]** 4100/17 4100/17

**insurance [1]** 3935/1 3983/11

**integrating [1]** 4064/7

**integrity [1]** 3997/18

**intellectual [2]** 3906/11 4034/13

**intellectually [1]** 3997/18

**intelligence [2]** 3961/25 4070/1

**intended [4]** 3948/5 3969/8 4003/4 4051/21

**intention [1]** 4052/1

**interacting [1]** 4031/5

**interactions [4]** 3923/6 3951/25 4030/21 4030/25

**interest [18]** 3944/17 3944/19 3944/20 3945/13 3950/13 3950/15 3985/10 4001/25 4023/17 4041/16 4046/11 4046/12 4065/18 4069/14 4070/19 4071/18 4072/15 4080/22

**interested [18]** 3943/6 3943/15 3943/18 3945/11 3956/15 4019/2 4019/13 4019/19 4040/8 4043/13 4055/7 4068/10 4068/11 4071/16 4071/17 4071/19 4072/24 4091/10

**interesting [12]** 3919/3 3926/8 3988/9 3990/6 4035/12 4041/8 4068/14 4074/11 4074/12 4077/10 4088/16 4088/17

**interests [3]** 4068/6 4070/21 4080/3

**interlinked [1]** 3950/18

**intern [1]** 4035/19

**international [1]** 3946/6

**internationally [2]** 4082/5 4082/14

**interns [1]** 4035/16

**internship [1]** 4035/9

**interpret [1]** 3909/1

**interrupt [1]** 4094/2

**interrupted [1]** 4096/16

**intersection [1]** 4069/16

**intervene [4]** 4012/6 4012/17 4012/17 4030/16

**intervention [2]** 3923/10 4012/12

**interview [40]** 3891/6 3891/8 3891/13 3892/4 3892/8 3892/9 3892/14 3892/23 3893/4 3893/10 3893/12 3894/19 3894/21 3895/7 3895/12 3895/18 3895/19 3897/9 3897/10 3898/7 3899/4 3900/4 3900/17 3900/20 3900/21 3901/15 3901/16 3902/13 3904/2 3905/10 3907/1 3907/13 3915/24 3919/14 3920/25 3921/13 3921/18 3922/17 3922/23 3952/10

**interviews [2]** 3894/9 3902/18

**introduced [11]** 4015/13 4018/6 4018/21 4019/10 4022/20 4022/22 4023/6 4024/18 4032/10 4041/2 4056/16

**inundation [1]** 3977/2

## I

**invent [1]** 4001/21
**invest [20]** 3936/10 3938/8 3940/11
3959/7 3960/1 3983/1 3983/21 3985/4
3987/18 3987/19 3988/11 3989/6
3989/24 3990/9 3990/17 3990/23
3991/1 3991/20 3992/24 4053/22
**Investcorp [1]** 3930/20
**invested [11]** 3934/23 3959/1 3959/3
3984/19 3985/6 3987/23 3989/19
3991/14 4003/24 4003/25 4004/6
**investigated [1]** 3902/24
**investigating [1]** 4028/9
**investigation [4]** 3895/20 3898/2
3899/1 3952/11
**investing [16]** 3943/13 3943/13
3943/15 3945/17 3956/7 3989/17
3991/3 3991/4 3991/6 3991/7 3992/8
3995/4 3997/21 4004/23 4053/10
4073/1
**investment [46]** 3904/5 3933/7
3933/12 3935/1 3935/7 3935/11
3935/16 3936/10 3938/11 3940/7
3941/15 3942/2 3946/1 3951/8 3954/9
3956/4 3957/1 3957/6 3960/9 3960/10
3960/16 3984/2 3988/10 3988/16
3988/17 3989/22 3991/12 3993/16
3993/22 3993/24 4003/9 4003/12
4004/8 4004/9 4005/23 4009/11 4011/8
4023/8 4023/10 4023/23 4053/13
4068/1 4068/15 4068/19 4069/5
4069/12
**investments [12]** 3908/6 3934/21
3940/15 3942/5 3957/8 3959/13
3960/19 3994/10 4001/4 4037/12
4068/3 4069/13
**investor [25]** 3908/6 3908/20 3919/19
3938/1 3938/3 3938/4 3945/9 3985/17
3988/10 3994/25 3995/6 3995/10
3997/7 3998/7 3998/13 3999/21
4011/12 4011/16 4019/13 4024/14
4027/19 4033/1 4055/18 4060/11
4089/9
**investors [42]** 3938/12 3938/15
3940/9 3940/10 3943/18 3944/17
3945/7 3947/4 3948/8 3951/5 3956/20
3956/23 3958/23 3959/7 3960/16
3960/17 3960/20 3982/16 3983/6
3983/7 3984/16 3990/8 3991/15 3992/8
3994/6 3994/10 3994/13 3994/17
3995/4 3997/2 3998/10 3999/14 4001/7
4008/18 4010/9 4010/20 4010/21
4040/17 4053/6 4053/11 4059/19
4069/6
**invitation [1]** 4090/2
**invite [3]** 4047/20 4048/6 4048/8
**invited [3]** 3931/19 4066/5 4089/25
**involved [17]** 3915/14 3931/19
3944/21 3948/9 3949/6 3960/2 3960/12
4008/15 4011/15 4020/10 4021/22
4030/9 4039/24 4043/5 4043/7 4044/7
4077/22
**involvement [1]** 4045/18
**involves [2]** 3995/5 4029/12

**involving [1]** 3987/2
**iPhone [1]** 3895/15
**Irish [2]** 3971/21 3971/23
**ironic [1]** 4020/9
**irrelevant [3]** 3902/20 3902/21
3902/22
**IS-ta-mar [1]** 3954/5
**IS-tis-mar [2]** 3954/4 3954/6
**Islam [3]** 4052/11 4052/12 4052/12
**Islamic [1]** 3973/25
**Island [1]** 3982/21
**isn't [3]** 3892/21 4035/10 4077/9
**Israel [9]** 4046/12 4046/15 4062/20
4063/5 4063/12 4063/13 4090/25
4091/3 4091/4
**Israeli [1]** 4063/3
**Israeli-backed [1]** 4063/3
**ISS [1]** 3935/4
**issue [8]** 3910/22 3911/1 3911/2
3911/18 4063/2 4092/25 4098/21
4099/9
**issues [12]** 3990/15 4008/16 4043/9
4043/9 4082/11 4091/2 4091/9 4098/20
4098/20 4098/21 4099/23 4100/16
**issuing [1]** 4012/14
**Isthismar [8]** 3953/25 3954/8 3955/13
3956/9 3959/9 3959/15 3960/6 4029/24
**Istithmar [10]** 3933/7 3933/9 3934/19
3934/21 3935/10 3938/9 3940/8
3940/11 3941/8 3942/7
**Italy [5]** 3986/3 3996/15 3996/15
4005/15 4006/11
**itself [2]** 3945/9 3978/14

## J

**J-a-c-k-s-o-n [1]** 3928/22
**Jack [1]** 4068/20
**JACKSON [26]** 3887/20 3924/10
3924/12 3926/4 3926/13 3928/3
3928/21 3929/2 3929/6 3929/11
3937/14 3938/18 3946/15 3948/4
3948/24 3949/9 3950/7 3951/13 3952/6
3952/21 3953/3 3994/23 4016/22
4018/16 4022/14 4104/5
**Jackson's [1]** 4019/22
**JAMES [1]** 3888/5
**Jamie [2]** 4012/18 4020/3
**January [2]** 3989/12 3992/13
**January 10th [1]** 3992/13
**Japan [7]** 3985/15 3985/17 4005/16
4013/3 4021/12 4021/14 4021/15
**Jared [4]** 3912/14 4089/18 4090/21
4090/24
**Jared's [1]** 3912/13
**Jassim [3]** 3995/22 3995/22 3996/22
**jeans [1]** 4086/1
**jersey [1]** 4077/8
**Jessica [2]** 3896/13 4076/16
**Jesuit [2]** 3969/7 3969/9
**jewel [1]** 4041/12
**Jewish [3]** 3968/6 3968/7 4063/5
**jews [2]** 4062/20 4064/10
**JK [2]** 3912/14 3912/17
**job [28]** 3913/4 3913/12 3913/12
3913/18 3986/7 4002/9 4005/25

4006/18 4008/1 4008/3 4008/23
4008/24 4009/2 4012/11 4036/15
4037/7 4037/11 4037/14 4039/12
4045/22 4054/21 4055/3 4055/25
4057/7 4060/14 4060/18 4064/7
4064/13
**jobs [1]** 4067/13
**jog [1]** 3893/10
**JOHANNA [1]** 3888/9
**Johnson [6]** 4094/13 4094/17 4094/19
4098/1 4101/24 4102/2
**Johnson's [1]** 4097/24
**join [2]** 4047/20 4048/6
**joined [1]** 4029/24
**joint [1]** 3984/16
**jointly [1]** 3941/14
**judge [14]** 3887/10 3952/16 3963/10
3963/24 3964/2 4061/8 4074/15 4094/2
4097/19 4098/10 4100/7 4101/8
4101/20 4102/19
**junior [1]** 3969/24
**Juror [1]** 4092/15
**jurors [1]** 4091/23
**jury [63]** 3887/10 3889/1 3889/4
3889/6 3889/21 3889/22 3895/20
3896/1 3896/4 3896/13 3898/6 3923/20
3924/24 3925/9 3925/24 3927/13
3929/8 3932/11 3932/23 3938/11
3940/23 3963/22 3964/1 3964/3 3964/4
3965/9 3965/11 3965/19 3965/23
3966/1 3967/1 3971/8 3981/18 3982/6
3982/25 3984/20 3985/3 3985/6
3989/22 3995/13 4011/1 4013/17
4014/4 4015/1 4015/2 4015/10 4017/2
4023/19 4039/5 4040/13 4040/20
4052/25 4060/9 4061/6 4062/1 4062/2
4062/3 4072/11 4085/12 4091/16
4091/19 4093/18 4098/1
**jury's [2]** 4060/15 4067/10

## K

**Kamco [1]** 3985/20
**keep [13]** 3897/20 3912/21 3917/18
3972/19 3981/19 4023/18 4029/11
4034/8 4036/5 4040/9 4073/6 4088/22
4092/10
**Kentucky [1]** 3978/4
**Kerry [1]** 3985/22
**Kerzner [8]** 3938/12 4029/23 4029/25
4029/25 4063/4 4063/4 4063/9 4063/15
**key [1]** 3939/17
**Khalifa [22]** 3949/21 3962/6 3962/10
3962/13 4017/2 4017/16 4018/1
4031/12 4031/12 4031/16 4031/18
4031/21 4031/21 4032/1 4032/2 4032/4
4032/8 4032/10 4032/14 4032/25
4033/9 4082/22
**Khalifah [3]** 4017/10 4083/18 4084/16
**Kharafi [3]** 3998/15 3998/16 3998/25
**kibbe [1]** 3996/7
**kid [5]** 3967/24 3974/23 3979/23
4034/9 4036/14
**kids [11]** 3967/13 3996/16 3996/17
3996/17 4034/5 4034/9 4034/12
4036/21 4038/16 4047/19 4071/23

**K**

**kind [61]** 3917/12 3930/17 3931/22 3932/25 3933/1 3933/10 3933/25 3934/12 3935/22 3936/2 3937/9 3937/12 3939/21 3942/9 3942/13 3943/21 3948/13 3958/15 3965/19 3966/18 3968/7 3968/11 3971/10 3971/23 3977/15 3978/3 3978/23 3980/13 3981/7 3982/15 3987/7 3990/15 3991/5 3994/16 3996/10 3998/21 4002/7 4006/20 4019/5 4030/23 4032/9 4034/11 4037/20 4037/21 4038/14 4038/20 4039/20 4044/15 4044/13 4045/8 4057/3 4067/4 4068/9 4074/7 4074/8 4074/14 4077/24 4088/7 4088/10 4095/6 4103/1
**kindness [1]** 3980/15
**kinds [8]** 3953/23 3983/7 3985/4 3998/5 4016/25 4021/24 4022/8 4037/11
**King [2]** 3975/6 3975/7
**kingdom [2]** 3977/12 3977/20
**kitchen [1]** 3966/9
**knees [1]** 4067/17
**knew [34]** 3896/1 3968/9 3968/22 3971/16 3974/25 3977/7 3977/7 3981/17 3981/17 4019/17 4019/25 4022/3 4022/4 4026/8 4029/20 4030/1 4030/15 4044/19 4044/20 4046/14 4052/19 4054/8 4059/15 4063/23 4066/19 4071/9 4071/15 4071/21 4071/21 4071/23 4072/4 4075/22 4089/11 4090/9
**know [133]** 3891/11 3891/11 3891/14 3894/4 3894/7 3897/3 3898/17 3898/19 3899/14 3900/6 3901/8 3901/9 3901/24 3907/24 3911/16 3914/17 3914/19 3915/6 3915/16 3916/4 3916/8 3916/8 3918/14 3918/15 3920/24 3921/1 3921/11 3921/17 3926/1 3927/14 3929/12 3933/1 3936/21 3937/14 3940/18 3940/20 3941/1 3941/2 3941/2 3941/4 3941/12 3941/20 3943/5 3943/18 3949/6 3949/7 3949/9 3949/23 3949/25 3950/20 3951/19 3957/23 3961/5 3961/13 3961/24 3962/5 3962/9 3968/17 3968/24 3969/18 3971/14 3975/4 3979/6 3981/15 3981/21 3992/23 3993/25 3996/10 3996/12 3997/19 3999/1 4004/1 4004/8 4005/7 4005/14 4005/22 4008/6 4011/17 4011/23 4011/24 4012/4 4012/16 4013/21 4016/3 4018/24 4021/25 4024/11 4025/19 4026/1 4026/9 4026/10 4027/9 4029/11 4031/11 4033/25 4034/7 4035/22 4036/13 4036/18 4040/20 4040/20 4043/12 4045/8 4051/7 4060/25 4065/9 4065/20 4065/21 4065/22 4067/1 4067/10 4067/15 4069/18 4069/23 4071/20 4074/9 4077/9 4078/6 4082/16 4085/17 4093/6 4094/3 4094/4 4096/17 4096/22 4097/15 4098/25 4099/17 4099/19 4101/10 4101/16 4103/4 4103/13

**knowing [2]** 3960/23 4055/24
**knowledge [7]** 3930/18 3936/3 3941/10 3941/22 3962/8 4032/12 4032/15
**known [11]** 3898/24 3929/14 3929/15 3949/15 3951/14 4008/7 4018/7 4036/13 4038/18 4046/14 4053/4
**knows [8]** 3895/25 3895/25 3941/21 3949/25 4012/8 4012/8 4067/20 4068/9
**KOLANSKY [1]** 3888/9
**Kong [2]** 4005/16 4013/3
**Koo [1]** 3986/1
**Korea [2]** 3985/18 3985/19
**Korean [2]** 3985/18 3985/19
**Kuok [1]** 3985/23
**Kushner [4]** 3912/14 4089/18 4090/21 4090/24
**Kushner's [1]** 3913/15
**Kuwait [4]** 3998/11 3998/13 3999/11 4047/1
**Kuwaiti [1]** 3998/15

**L**

**L.A [3]** 3944/7 3944/20 4022/6
**LA [1]** 3897/6
**lack [1]** 4063/8
**ladies [13]** 3889/8 3889/21 3924/6 3924/24 3925/9 3925/23 3929/8 3963/19 3964/25 4013/24 4052/25 4061/4 4091/15
**laid [1]** 4103/4
**land [1]** 4021/18
**landlord [1]** 3983/9
**lane [2]** 3992/17 4011/25
**lanes [2]** 3992/16 3993/6
**language [1]** 4005/8
**laptop [3]** 3893/15 3893/18 3921/1
**large [11]** 3908/20 3949/16 3970/21 3986/15 3995/4 3998/10 3999/14 3999/21 4021/13 4067/22 4069/5
**larger [1]** 3988/1
**largest [16]** 3949/20 3974/12 3985/13 3985/22 3988/6 3988/14 3993/7 3993/19 3996/19 3997/2 4016/23 4017/5 4027/7 4063/3 4063/3 4065/12
**Las [1]** 3934/25
**last [14]** 3910/3 3910/6 3918/20 3935/20 3935/23 3948/18 3961/1 3961/7 4010/24 4046/17 4071/17 4093/2 4095/11 4096/22
**late [2]** 3910/21 4048/17
**later [7]** 3904/24 3981/20 4054/2 4065/25 4067/15 4079/24 4093/14
**law [22]** 3895/8 3897/21 3897/24 3925/24 3970/15 3970/16 3970/19 3970/20 3970/21 3970/22 3972/20 3974/18 3980/7 3984/1 4004/20 4005/9 4011/13 4011/15 4011/17 4011/18 4012/5 4072/5
**laws [1]** 4012/1
**lawyer [9]** 3890/11 3918/25 3970/10 3970/25 3971/9 3971/12 3974/4 3977/23 3980/18
**lawyers [6]** 3892/1 3892/3 3894/16 4085/11 4091/17 4099/15

**lay [1]** 4036/12
**laying [1]** 3976/18
**lead [7]** 3898/12 3918/25 3924/18 3976/3 3976/4 4069/20 4074/8
**leader [4]** 3914/1 4078/13 4078/14 4080/8
**leader's [1]** 4086/19
**leaders [4]** 3935/17 4011/2 4012/23 4062/21
**leadership [1]** 3915/8
**leading [1]** 3902/6
**leads [1]** 3976/23
**learn [8]** 3914/14 3914/18 3914/18 3978/25 4037/8 4039/13 4063/15 4065/24
**learned [12]** 3901/23 3914/8 3914/11 3968/13 3968/25 3978/20 3979/2 3979/22 3995/22 4001/25 4010/12 4043/11
**learning [2]** 4039/12 4039/13
**leasing [1]** 3939/17
**least [9]** 3915/17 3915/18 3926/1 3941/12 3997/22 4005/1 4090/18 4099/6 4101/9
**leather [1]** 3917/16
**leave [6]** 3942/11 3942/15 3942/15 3942/17 3942/23 3943/9
**leaving [1]** 3942/20 4098/1
**Lebanese [11]** 3938/7 3968/5 3968/10 3971/19 3981/9 3996/5 4060/11 4063/25 4064/6 4077/14 4077/15
**Lebanon [15]** 3966/25 3967/5 3967/6 3967/3 3967/7 3981/2 3981/9 3981/10 3998/17 4064/2 4064/4 4074/6 4074/9 4075/3 4075/10
**led [4]** 3977/24 3995/14 3997/2 4047/15
**left [10]** 3933/17 3942/7 3943/11 3944/16 3959/15 3967/5 3982/13 4016/17 4075/9 4087/9
**legal [4]** 3894/13 3975/10 4005/20 4039/3
**Lehman [4]** 3931/2 3931/4 3931/13 3931/14
**lend [1]** 3978/14
**length [2]** 4098/17 4101/1
**less [3]** 3915/23 3919/3 3926/8
**lesson [2]** 3912/25 3988/8
**lessons [3]** 3912/20 3968/13 3978/25
**letter [2]** 4099/13 4102/24
**letters [2]** 3903/11 3998/2
**Levant [1]** 3968/8
**level [7]** 3976/5 4018/4 4055/5 4055/6 4055/10 4066/5 4066/14
**levels [2]** 4018/2 4070/22
**Lew [1]** 4068/20
**liabilities [2]** 3984/7 3984/8
**liberal [1]** 4043/8
**lie [1]** 3916/15
**life [10]** 3969/16 3976/15 3981/1 3995/16 3996/18 3998/14 4010/2 4013/19 4038/22 4056/20
**lifeguard [1]** 4035/12
**light [1]** 4094/10
**lighters [1]** 3978/6

**L**

**likely [1]** 3923/1
**limited [4]** 3957/13 3957/15 3997/20 4067/21
**line [3]** 3899/22 3900/13 4066/15
**lines [4]** 4080/2
**link [1]** 4086/24
**liquidity [1]** 3988/22
**list [7]** 3898/20 3898/21 3902/1 3946/14 3948/7 4012/19 4103/14
**listed [1]** 4019/22
**listening [1]** 4035/23
**lists [2]** 3898/22 4099/24
**literally [1]** 4093/1
**little [42]** 3899/20 3905/1 3905/13 3908/11 3920/12 3927/1 3928/23 3930/2 3932/10 3939/24 3942/10 3949/4 3958/22 3959/8 3965/10 3966/3 3966/9 3966/11 3969/4 3973/23 3974/2 3980/18 3980/22 3981/14 3982/17 3982/22 3986/24 3996/6 3998/17 4020/12 4020/18 4026/4 4031/17 4038/4 4040/4 4066/16 4068/4 4073/12 4091/23 4091/23 4093/7 4093/21
**live [6]** 3930/4 3965/24 4006/6 4006/9 4009/23 4043/12
**lived [5]** 3966/9 3968/6 3974/7 3982/21 4019/16
**Liverpool [3]** 4029/10 4030/4 4030/10
**living [13]** 3966/3 3966/5 3966/8 3974/10 3976/9 3982/18 4016/19 4031/5 4031/8 4031/19 4032/4 4032/6 4032/13
**LLP [3]** 3887/18 3888/3 3888/6
**loan [1]** 3984/6
**loans [4]** 3983/25 3984/1 3984/3 3984/4
**lobby [1]** 3901/18
**lobbying [2]** 3919/5 3926/10
**local [3]** 4005/13 4005/17 4005/18
**located [1]** 3932/2
**locked [1]** 4022/15
**logical [2]** 3943/4 4052/10
**logistics [2]** 3935/4 3993/19
**logs [1]** 3901/20
**London [1]** 3986/4
**long [27]** 3890/8 3899/14 3929/14 3933/15 3935/24 3935/24 3940/2 3941/7 3956/15 3956/22 3957/2 3970/10 3972/24 3973/2 3976/14 3982/20 3983/5 3994/1 3996/21 3999/7 4012/7 4035/15 4038/19 4077/1 4099/13 4100/5 4103/14
**long-standing [1]** 3935/24
**long-term [4]** 3935/24 3956/15 3956/22 3957/2
**longer [4]** 4008/17 4038/4 4040/7 4101/5
**longest [1]** 4070/14
**longest-standing [1]** 4070/14
**look [23]** 3890/18 3891/2 3896/24 3897/1 3897/3 3940/2 3940/5 3942/1 3942/5 3946/14 3949/2 3974/20 3977/8 3978/22 3981/20 4011/7 4025/2

4057/25 4062/19 4066/22 4069/22 4073/11 4079/24
**looked [1]** 3971/13
**looking [14]** 3922/11 3939/3 3939/7 3940/16 4004/4 4008/6 4008/6 4017/17 4017/18 4021/7 4030/14 4071/10 4072/7 4076/1
**looks [5]** 3918/22 3949/3 3949/4 4093/19 4097/10
**loop [3]** 4089/6 4089/14 4090/21
**Los [14]** 3888/4 3896/18 3897/4 3944/3 3946/20 3948/25 3951/6 3965/13 3970/21 3981/3 4019/17 4022/2 4031/9 4049/5
**Los Angeles [4]** 3944/3 3946/20 4019/17 4022/2
**lose [1]** 3991/21
**lost [2]** 3942/9 3964/20
**lot [18]** 3893/18 3903/11 3939/15 3966/20 3983/10 3985/2 3987/14 3989/22 4008/10 4011/24 4015/8 4039/5 4046/2 4078/12 4098/18 4099/14 4100/1 4103/5
**lots [2]** 3899/6 3899/6
**love [6]** 3993/2 4048/11 4059/20 4059/21 4067/15 4078/22
**loved [5]** 3968/22 3980/16 4027/17 4038/13 4064/2
**loves [1]** 4038/17
**Lowe [12]** 4073/13 4073/16 4073/20 4073/22 4073/23 4073/25 4074/2 4075/13 4075/16 4075/17 4075/20 4076/3
**LOWELL [8]** 3888/8 3927/20 3948/21 3952/15 3963/3 4095/13 4098/13 4104/10
**Lowell's [1]** 4096/6
**Lowes [1]** 4074/5
**loyalty [2]** 3924/14 3924/18
**Loyola [3]** 3969/7 3969/14 3969/17 3969/18
**lunch [4]** 3940/21 4013/10 4013/22 4014/1
**lying [1]** 3916/14
**Lynch [2]** 3986/16 3986/17

**M**

**M-A-J-L-I-S [1]** 3915/6
**Machiavelli's [1]** 3912/19
**Machiavellian [2]** 3912/17 3912/18
**machine [1]** 4044/18
**MacMillan [1]** 4080/5
**MacMillan's [1]** 4079/9
**Madeleine [1]** 4068/20
**madly [1]** 4077/20
**magazines [1]** 3974/1
**mail [10]** 3923/15 3923/18 4057/21 4058/2 4059/25 4060/7 4083/18 4086/9 4086/12 4086/18
**main [1]** 3968/11
**maintain [2]** 4041/20 4103/9
**maintained [1]** 4103/9
**Majid [5]** 3941/20 3941/22 3942/5 4026/5 4033/2
**majlis [9]** 3915/4 3976/8 3976/8

3976/9 4055/11 4055/17 4055/19 4055/20 4066/15
**majlises [1]** 3976/22
**major [3]** 3934/10 3939/14 3985/17 3986/3 3994/16 4003/1 4010/10 4011/8 4011/8 4036/12 4040/21 4053/2 4055/18 4070/4
**majority [2]** 3932/14 3985/9
**makeshift [1]** 3930/16
**Maktoum [4]** 3934/16 3934/16 3955/17 3955/19
**male [1]** 3976/10
**Malesh [1]** 3979/18
**Malibu [1]** 3982/19
**Malik [32]** 3911/11 3929/12 3929/20 3938/23 3939/9 3949/25 3950/7 3952/11 3959/18 3959/21 3960/12 3960/23 3961/1 3961/5 3961/7 3961/11 3961/24 3962/5 3962/9 3962/13 3962/16 3962/19 3962/21 4015/9 4018/7 4019/19 4024/24 4025/11 4026/1 4030/22 4032/13 4047/20
**Malik's [1]** 4049/2
**mall [3]** 3949/20 3949/20 4017/5
**man [14]** 3908/20 3934/17 3936/12 3955/16 3955/19 3995/20 4015/9 4020/5 4027/3 4029/20 4034/3 4037/22 4060/11 4089/3
**Manafort [3]** 4089/18 4090/21 4091/5
**manage [4]** 3987/3 3992/18 4068/2 4069/13
**managed [2]** 3993/24 4029/25
**management [10]** 3930/17 3939/17 3958/9 3986/19 3988/5 3989/9 3989/14 3991/8 3993/16 3993/22
**management's [1]** 3986/20
**manager [4]** 4007/7 4007/8 4033/16 4091/6
**managers [2]** 4007/5 4007/6
**manages [1]** 3954/14
**managing [3]** 3987/1 3989/11 3993/21
**Manchester [1]** 3945/15
**Mandarin [1]** 3934/23
**maniac [1]** 4067/2
**Mansour [1]** 3908/8
**many [31]** 3897/16 3929/23 3936/20 3951/11 3953/10 3953/12 3957/18 3957/21 3959/21 3968/19 3973/11 3973/11 3973/12 3984/4 3984/21 4004/11 4004/15 4013/3 4029/23 4030/1 4030/3 4031/11 4031/12 4046/18 4051/16 4056/15 4060/21 4067/23 4082/3 4084/16 4084/17
**map [1]** 3981/21
**mar [3]** 3954/4 3954/5 3954/6
**march [1]** 4047/4
**Marciano [2]** 4085/22 4085/24
**Marckstadt [1]** 3896/6
**Marco [1]** 3931/5
**Margaret [2]** 4079/9 4080/5
**mark [4]** 3912/12 3946/24 3950/11 4023/19
**marked [7]** 4015/15 4016/5 4024/21 4028/15 4057/15 4074/17 4086/4
**market [2]** 3988/24 4035/7

# M

**markets [2]** 3988/2 4008/18
**marking [1]** 4099/25
**Marlboro [1]** 3978/5
**marshal [2]** 4065/14 4065/18
**Marshall [1]** 3912/10
**martial [1]** 4053/7
**Marymount [1]** 4033/23
**massive [4]** 3973/14 4023/14 4024/11 4101/5
**math [1]** 3965/15
**matter [8]** 3895/11 3897/13 3910/12 3915/25 3968/23 4064/9 4075/24 4091/1
**matters [3]** 3897/15 3897/17 3897/19
**MATTHEW [45]** 3887/6 3887/17 3918/24 4033/19 4033/21 4033/22 4033/24 4033/25 4034/2 4034/17 4034/21 4034/24 4034/25 4035/25 4036/3 4036/17 4037/10 4037/21 4038/18 4038/20 4039/6 4039/12 4039/19 4039/24 4039/25 4040/3 4040/4 4040/8 4047/20 4048/6 4048/8 4056/24 4057/13 4057/20 4058/2 4060/1 4062/16 4062/24 4064/15 4070/10 4076/12 4076/21 4076/22 4079/8 4079/16
**Matthew's [2]** 4039/3 4055/24
**maturations [1]** 4037/16
**May 1st [2]** 4047/14 4079/5
**May 5th [3]** 3922/6 3923/15 4083/19
**maybe [22]** 3900/21 3901/19 3932/12 3932/23 3936/21 3946/13 3953/13 3957/25 3961/20 3979/19 4030/22 4048/17 4056/16 4076/12 4078/16 4078/23 4092/8 4093/2 4093/3 4096/2 4098/25 4101/17
**Mayfair [1]** 3984/22
**MBZ [4]** 3913/23 3914/1 3914/12 3934/18
**McConnell [1]** 4086/20
**McCourt [1]** 4020/3
**McCourts [2]** 4020/2 4022/24
**McKENZIE [1]** 3887/17
**McLeod [5]** 4049/7 4072/12 4080/13 4088/5 4088/19
**McMaster [1]** 3912/12
**McMoRan [2]** 4023/1 4023/5
**mean [50]** 3895/15 3899/9 3903/20 3907/20 3909/19 3909/21 3921/1 3958/19 3966/15 3967/3 3971/10 3973/8 3980/3 3983/21 3984/21 3985/4 3985/8 4004/21 4013/13 4017/2 4019/10 4030/7 4036/11 4036/21 4037/13 4043/4 4043/24 4043/25 4045/21 4046/17 4054/10 4054/11 4057/9 4065/20 4068/8 4069/11 4071/2 4071/7 4073/23 4075/18 4082/9 4084/18 4092/10 4094/7 4095/3 4095/16 4101/12 4102/2 4102/11 4103/6
**meaning [5]** 3989/9 3990/18 4041/14 4042/22 4080/11
**means [10]** 3911/16 3915/6 3942/21

3979/19 3980/5 3988/10 3991/13 4001/9 4058/20 4099/22
**meant [6]** 3906/18 3907/24 3911/14 3998/6 4065/20 4071/5
**measure [1]** 3989/8
**mechanical [2]** 3887/24 3888/24
**mechanics [1]** 3894/19
**med [2]** 3970/8 3970/12
**media [3]** 4021/5 4075/21 4075/21
**medical [1]** 3993/17
**medium [1]** 3968/23
**meet [20]** 3890/11 3907/10 3936/22 3937/16 3938/24 3939/1 3940/21 3953/7 3953/10 3961/17 3976/12 3982/4 4011/4 4015/12 4033/21 4074/13 4076/3 4083/24 4084/8 4090/4
**meeting [67]** 3892/2 3892/3 3900/9 3902/2 3902/8 3902/10 3910/11 3910/16 3911/3 3913/23 3914/3 3914/4 3914/8 3914/12 3914/12 3914/14 3914/17 3915/7 3925/19 3925/20 3927/14 4010/25 4029/8 4047/12 4047/13 4047/15 4052/5 4054/24 4056/2 4056/6 4056/23 4058/12 4059/4 4059/8 4059/9 4059/11 4059/12 4060/5 4062/10 4062/13 4062/25 4064/21 4065/2 4071/2 4071/8 4072/20 4073/19 4075/18 4076/5 4076/24 4077/1 4078/24 4079/1 4079/6 4079/10 4080/14 4080/17 4080/21 4081/1 4082/21 4083/9 4083/20 4084/5 4088/21 4089/6 4089/14 4090/22
**meetings [6]** 3910/20 4022/5 4022/8 4035/23 4063/7 4067/24
**MEHTA [7]** 3887/16 3952/20 3953/2 3953/5 3961/19 3961/23 4104/9
**melange [1]** 3973/10
**member [14]** 3897/24 3898/12 3907/21 3936/16 3940/13 3962/6 3970/4 3974/5 3995/23 4029/21 4036/14 4054/8 4054/11 4054/17
**members [7]** 3901/25 3941/21 3942/1 3959/3 3978/1 4030/8 4069/3
**memorandum [9]** 3891/22 3892/2 3892/7 3892/11 3900/22 3904/17 3921/5 3921/6 3921/10
**memory [6]** 3893/10 3897/7 3906/5 3911/1 3925/10 4083/4
**men [6]** 3969/8 3976/12 4002/8 4033/10 4057/9 4069/8
**mention [2]** 4065/17 4073/22
**mentioned [16]** 3936/12 3942/15 3943/14 3948/12 3950/5 3959/18 3960/11 3999/14 4002/23 4017/9 4040/12 4049/8 4049/24 4071/11 4089/21 4090/4
**mentioning [2]** 4030/13 4070/13
**mentor [1]** 3930/24
**mentoring [1]** 4070/9
**merchant [2]** 3930/18 3930/24
**merge [1]** 3988/2
**merged [3]** 3986/17 3988/4 4065/13
**Mergen [2]** 3892/14 3900/6
**merger [20]** 3913/3 3913/8 3913/9 3913/10 3913/18 3987/2 3987/3 3987/4

3987/5 3987/6 3987/7 3989/1 3989/4 3989/5 3989/7 3989/12 3992/14 3993/11 4004/12 4007/23
**mergers [2]** 3986/18 3986/24
**Merrill [2]** 3986/16 3986/17
**mess [1]** 3983/12
**message [4]** 3908/22 3943/16 4027/11 4051/18
**messages [2]** 3909/8 4039/5
**messaging [6]** 3917/4 3918/1 3918/6 3918/13 3918/16 3962/10
**met [23]** 3908/8 3930/3 3936/18 3938/25 3939/10 3953/3 3953/14 3982/5 3995/19 4015/10 4018/12 4019/1 4022/13 4026/10 4033/22 4040/14 4041/13 4041/13 4041/18 4069/15 4078/18 4082/13 4088/23
**method [2]** 3894/5 4001/19
**methodology [3]** 4005/12 4062/19 4062/20
**metrics [3]** 4009/15 4009/16 4009/16
**Mexican [2]** 4082/12 4091/8
**Mexico [1]** 4013/4
**MGM [5]** 3965/22 4020/8 4067/8 4067/14
**MI [1]** 3903/11
**mic [2]** 3928/20 4049/12
**MICHAEL [1]** 3887/20
**microphone [2]** 3964/17 3964/21
**mid [1]** 3989/12
**middle [62]** 3895/20 3903/22 3903/22 3903/24 3909/8 3909/12 3915/8 3921/15 3930/21 3931/16 3935/8 3935/19 3936/3 3937/24 3938/1 3938/7 3943/12 3944/17 3945/6 3948/8 3956/19 3957/24 3966/13 3966/22 3966/23 3966/24 3968/3 3968/14 3968/14 3970/25 3971/5 3971/9 3972/16 3972/17 3973/9 3973/12 3973/15 3976/16 3979/1 3979/18 3994/9 3995/5 4002/1 4003/17 4012/24 4017/6 4019/7 4024/19 4030/8 4030/17 4034/16 4038/11 4038/12 4046/5 4046/11 4046/12 4055/13 4060/10 4064/4 4078/10 4089/9 4093/13
**midst [1]** 4063/1
**might [21]** 3893/9 3893/19 3893/24 3893/24 3903/11 3904/5 3904/8 3925/10 3943/6 3943/14 3950/11 3950/11 3985/6 4020/21 4050/7 4069/20 4071/3 4072/6 4074/12 4078/23 4102/9
**Mikati [1]** 4075/3
**miles [5]** 4025/20 4025/21 4078/1 4079/25 4098/2
**milieu [1]** 3926/20
**military [2]** 4067/22 4088/8
**million [13]** 3959/16 3960/3 3973/19 3973/20 3977/16 3977/17 4003/22 4003/23 4004/7 4004/9 4024/13 4054/2 4079/25
**mind [5]** 3965/14 3965/15 4004/2 4035/14 4046/8
**mine [5]** 3981/12 4005/25 4039/20 4053/5 4070/16

**M**

**mining [1]** 4023/5
**minister [10]** 3955/20 3955/21
3955/23 3955/23 3981/25 3995/20
3996/19 4075/2 4075/2 4075/9
**ministerial [2]** 3915/15 3916/12
**ministries [1]** 3932/14
**minute [1]** 4077/16
**minutes [12]** 3899/13 3963/21
3998/20 4054/13 4061/4 4061/7 4077/2
4077/9 4091/16 4093/2 4096/7 4097/16
**Miramax [2]** 3985/8 4075/22
**mishaps [1]** 3967/18
**misremembering [1]** 4050/7
**missed [1]** 3909/4
**Mississippi [1]** 3903/11
**Misstates [1]** 3892/5
**mistake [1]** 4010/11
**mistakes [1]** 4010/13
**misunderstanding [1]** 4095/3
**mix [2]** 3980/20 4091/2
**mixed [4]** 3944/4 3944/24 4065/14
4065/18
**mixed-use [2]** 3944/4 3944/24
**MJH [3]** 3918/22 3918/23 3918/24
**MMA [3]** 4065/10 4065/14 4065/22
**mobbed [1]** 3937/24
**mobile [1]** 3993/9
**mode [1]** 3968/21
**model [1]** 4088/9
**moderate [1]** 4045/8
**Mohamed [6]** 4015/13 4015/21 4016/3
4016/16 4016/18 4016/20
**Mohammed [16]** 3914/1 3914/2
3934/16 3949/10 3955/17 4019/12
4019/16 4025/14 4026/6 4029/11
4030/2 4056/11 4063/14 4063/14
4068/2 4069/12
**Mohammed bin Zayed [1]** 3914/2
**mom [3]** 3966/11 3970/8 4005/1
**mom's [2]** 3998/17 3998/20
**moment [12]** 3910/3 3923/23 3927/16
3952/13 3963/12 3983/22 4019/20
4025/2 4051/9 4067/6 4072/15 4089/20
**Monday [8]** 4094/23 4095/18 4095/19
4095/21 4095/25 4096/11 4096/12
4097/1
**money [47]** 3954/15 3956/7 3956/9
3960/1 3960/14 3960/20 3977/13
3977/18 3979/7 3982/17 3983/8
3984/13 3989/5 3989/18 3989/20
3989/23 3989/24 3990/4 3990/21
3991/1 3991/23 3991/24 3992/7 3992/9
3992/9 3993/21 3995/4 3997/16 4002/2
4003/4 4004/6 4004/24 4005/2 4011/17
4022/19 4024/4 4024/10 4024/14
4024/15 4036/21 4036/23 4043/15
4053/10 4055/7 4055/8 4057/9 4071/10
**Montessori [1]** 3970/9
**month [3]** 3981/9 4013/20 4037/19
**months [4]** 3933/11 3940/3 3977/16
4006/10
**more [53]** 3891/10 3891/15 3891/16
3893/25 3908/10 3911/17 3915/15

3915/18 3917/21 3933/1 3936/10
3942/10 3943/17 3953/22 3957/8
3958/22 3961/19 3968/25 3969/3
3972/18 3980/20 3988/9 3995/9
4003/17 4005/2 4005/7 4010/4 4010/12
4013/8 4029/11 4035/12 4040/5
4044/20 4045/7 4045/8 4046/18 4066/8
4067/24 4071/24 4073/5 4074/10
4074/10 4074/10 4074/15 4075/13
4082/16 4086/3 4088/4 4091/23 4092/8
4093/1 4101/17 4103/14
**mores [1]** 4005/10
**Morgan [1]** 3899/23
**morning [30]** 3889/4 3889/8 3889/16
3889/17 3889/20 3889/21 3889/22
3929/6 3929/7 3929/9 3929/10 3952/21
3952/22 3952/23 3952/24 3963/4
3963/5 3963/20 3964/25 3965/7 3965/8
3971/12 3971/14 4092/2 4092/18
4092/21 4094/20 4095/22 4098/2
4100/21
**mortgages [1]** 3983/14
**most [35]** 3894/6 3894/7 3966/6
3984/25 3988/13 4002/9 4006/1 4007/2
4008/24 4010/19 4010/20 4010/20
4010/21 4010/23 4013/13 4013/19
4017/9 4018/9 4019/7 4033/10 4042/16
4055/14 4057/6 4059/15 4062/23
4063/5 4063/25 4064/14 4069/7 4070/4
4080/8 4080/9 4082/10 4089/1 4091/6
**mostly [7]** 3968/7 3979/22 3997/19
4008/17 4055/3 4060/17 4080/1
**mother [3]** 3966/4 3969/3 4057/7
**mothers [2]** 3967/11 3967/12
**motions [1]** 4101/6
**motivation [2]** 3907/10 3997/23
**motto [1]** 3968/24
**mottos [1]** 3971/11
**mountain [1]** 3998/19
**move [8]** 3905/13 3943/22 3944/7
4008/8 4036/18 4072/3 4076/15
4092/17
**moved [6]** 3930/8 3931/23 4023/18
4031/7 4031/10 4033/3
**movie [2]** 3965/23 3985/8
**movies [2]** 3969/15 4067/9
**moving [1]** 3909/3
**MP [1]** 3913/1
**Mr. AI [5]** 3929/20 4019/18 4024/24
4025/11 4026/1
**Mr. Alabbar [4]** 3949/23 3950/2
4018/6 4019/13
**Mr. Barrack [45]** 3890/14 3892/21
3893/1 3897/10 3898/13 3905/5
3905/10 3906/3 3906/21 3906/25
3907/3 3908/19 3908/23 3909/6
3909/11 3909/22 3911/11 3911/13
3911/23 3912/13 3913/5 3913/17
3914/3 3914/11 3914/25 3915/3
3919/10 3921/13 3922/3 3928/1
3962/19 3964/6 3965/7 4015/8 4044/21
4049/12 4062/9 4073/18 4075/14
4080/14 4083/23 4091/20 4091/25
4097/8 4102/17
**Mr. Barrack's [7]** 3898/25 3908/3

3908/4 3913/12 3915/2 3921/24
4099/15
**Mr. Cassis [8]** 3889/16 3889/20
3889/23 3917/7 3923/19 3924/2 3924/6
3924/13
**Mr. Davidson [2]** 4004/1 4053/20
**Mr. Davidson's [1]** 4053/9
**Mr. Grimes [3]** 3918/11 3962/22
3963/7
**Mr. Harrington [1]** 3895/2
**Mr. Jackson [17]** 3929/6 3929/11
3937/14 3938/18 3946/15 3948/4
3948/24 3949/9 3950/7 3951/13 3952/6
3952/21 3953/3 3994/23 4016/22
4018/16 4022/14
**Mr. Jackson's [1]** 4019/22
**Mr. Johnson [5]** 4094/17 4094/19
4098/1 4101/24 4102/2
**Mr. Johnson's [1]** 4097/24
**Mr. Lowell [2]** 3948/21 3952/15
**Mr. Malik [11]** 3960/12 3960/23 3961/5
3961/11 3961/24 3962/5 3962/9
3962/13 3962/16 3962/19 3962/21
**Mr. McLeod [5]** 4049/7 4072/12
4080/13 4088/5 4088/19
**Mr. Mehta [1]** 3961/19
**Mr. Nitze [6]** 3889/17 3925/4 3926/7
3926/15 3926/25 4096/16
**Mr. Reilly [5]** 3902/25 3915/2 3918/1
3919/19 3920/2
**Mr. Riley's [1]** 3925/5
**Mr. Schachter [6]** 4015/4 4062/5
4085/10 4095/23 4096/3 4102/17
**Mr. Smith [2]** 3900/12 3901/9
**Mr. Tillerson [1]** 3906/22
**Mr. Trump [1]** 4040/13
**Ms. Pershad [1]** 3908/11
**Mubadala [2]** 3941/13 4075/25
**much [33]** 3893/23 3919/3 3926/8
3927/15 3927/23 3940/24 3956/9
3960/1 3960/6 3960/14 3961/19
3963/11 3963/16 3969/17 3976/4
3979/13 3980/20 3980/20 3989/5
3989/10 3990/6 3996/12 4008/25
4010/4 4040/7 4048/8 4052/7 4059/16
4067/19 4067/21 4071/18 4092/16
4096/4
**Mukalla [1]** 4087/3
**multibillion [1]** 4017/7
**multibillion-dollar [1]** 4017/7
**multifamily [2]** 3983/17 3993/9
**multiple [2]** 3948/6 4010/13
**mushroomed [1]** 3939/14
**Muslim [16]** 4050/19 4050/20 4050/23
4050/24 4051/3 4059/17 4063/2
4069/19 4070/19 4071/1 4071/4 4078/6
4079/19 4090/11 4090/16 4091/7
**Muslims [4]** 3976/16 4051/1 4062/23
4063/19
**mutual [1]** 4015/13
**MYERS [1]** 3888/3
**myself [6]** 3896/1 3922/20 3974/8
3976/20 4036/16 4046/1

**N**

**Nahyan [1]** 4031/23
**name [27]** 3889/18 3900/3 3900/7
3900/11 3900/14 3900/15 3901/3
3901/4 3901/6 3901/24 3925/19 3926/3
3928/19 3934/8 3953/5 3964/16
3982/18 3982/20 3989/13 4027/4
4033/18 4040/11 4049/24 4050/4
4050/7 4050/13 4094/17
**named [9]** 3934/18 3936/12 3949/10
3955/16 4015/9 4020/5 4031/25 4084/2
4084/3
**names [5]** 3900/5 3900/18 3900/19
4029/15 4031/12
**naming [1]** 3945/8
**Nasser [3]** 3972/15 3998/15 3998/24
**national [7]** 3936/14 3936/15 3936/22
3961/25 3962/6 4065/19 4091/7
**nations [1]** 3973/12
**natural [2]** 3932/14 3932/17
**near [1]** 3932/17
**necessarily [1]** 3950/19 3953/22
**necessary [2]** 3902/12 4100/3
**necessity [1]** 4054/19
**need [23]** 3900/21 3901/22 3908/22
3910/2 3944/5 3979/2 3982/16 4001/13
4002/2 4002/12 4022/18 4022/18
4024/3 4024/14 4028/2 4028/3 4063/22
4068/1 4069/11 4085/11 4096/15
4099/5 4102/10
**needed [9]** 3895/13 3901/20 3972/17
3978/17 3990/13 3996/14 4040/5
4042/14 4080/7
**needing [1]** 4008/11
**negotiate [1]** 3981/14
**negotiated [1]** 4028/11
**negotiating [3]** 3896/13 4023/18
4041/18
**neighbor [2]** 3998/23 3998/24
**neighborhood [5]** 3966/10 3966/17
3966/17 3968/6 4021/20
**neighbors [1]** 4063/16
**neither [1]** 3930/25
**network [1]** 4059/5
**never [31]** 3909/18 3909/21 3910/8
3910/10 3926/19 3960/16 3960/17
3966/4 3968/9 3968/22 3971/16 3977/4
3977/10 3977/10 3981/1 3988/20
3996/11 3996/18 4019/1 4040/1
4043/16 4044/1 4044/6 4045/2 4048/10
4056/17 4056/17 4057/9 4067/10
4069/15 4077/24
**new [46]** 3887/1 3887/4 3887/13
3887/14 3887/19 3887/19 3895/21
3896/2 3914/24 3916/1 3932/25
3934/23 3934/24 3934/24 3942/12
3943/11 3966/17 3970/14 3981/4
3982/20 3984/21 3985/1 3988/3 3988/6
3988/15 3988/18 3989/13 3992/15
3994/18 3994/18 3999/15 3999/16
3999/19 4000/1 4001/22 4007/22
4022/18 4042/13 4064/14 4078/13
4078/13 4080/7 4080/11 4080/11
4080/11 4101/16

**New York [4]** 3932/25 3934/24
3966/17 4042/13
**New York City [2]** 3934/23 3934/24
**newly [2]** 4000/24 4000/24
**Newport [1]** 4028/3
**news [2]** 3923/17 4097/22
**next [31]** 3908/2 3909/17 3911/19
3914/21 3914/21 3915/15 3916/18
3919/9 3926/13 3928/1 3942/12
3947/13 3964/6 3982/15 3989/16
3998/23 3998/24 4000/4 4018/3 4020/7
4026/12 4064/9 4073/2 4079/13 4081/3
4093/20 4093/21 4095/10 4097/22
4102/9 4102/12
**nexus [2]** 3926/21 4051/15
**NFL [14]** 3944/2 3946/16 3946/18
4018/18 4019/4 4019/14 4020/24
4021/2 4022/10 4022/10 4022/11
4022/12 4024/7 4024/10
**nice [2]** 3889/9 3980/13
**Nick [1]** 4034/16
**Nicolas [1]** 4003/20
**night [5]** 3974/17 3976/10 3976/14
4013/16 4055/19
**nightmare [1]** 4047/6
**nine [5]** 3992/15 3993/5 3999/9
4021/14 4021/16
**NITZE [11]** 3887/15 3889/17 3917/2
3919/16 3920/10 3925/4 3926/7
3926/15 3926/25 4096/16 4104/4
**No. [1]** 4092/15
**No. Five [1]** 4092/15
**nobody [14]** 3894/20 3916/15 3916/17
3997/21 3998/6 4012/7 4012/8 4032/12
4035/20 4036/5 4051/24 4052/17
4063/12 4064/8
**NOI [2]** 3994/3 4009/20
**Nokia [1]** 3934/11
**nomenclature [1]** 3989/7
**non [1]** 4059/7
**non-humble [1]** 4059/7
**none [7]** 3914/6 3976/5 4012/13
4028/25 4042/20 4046/21 4052/25
**nor [1]** 4046/11
**normal [4]** 3980/8 4037/12 4054/16
4090/12
**North [1]** 4098/1
**North Carolina [1]** 4098/1
**Northstar [18]** 3913/9 3988/4 3988/5
3989/2 3989/3 3989/6 3989/13 3989/17
3989/24 3992/5 3992/7 3992/10 3994/5
3994/17 3999/22 4001/4 4001/6
4007/23
**NorthStar's [1]** 3994/7
**notable [1]** 4011/9
**notably [1]** 4017/2
**note [7]** 3894/5 3903/3 3908/24 3909/1
3914/3 3915/16 4100/11
**note-taking [1]** 3894/5 3903/3
**notes [55]** 3890/18 3891/2 3891/4
3891/4 3891/7 3891/11 3891/13
3891/15 3891/16 3891/23 3892/10
3892/20 3893/3 3893/5 3893/6 3893/6
3893/9 3893/15 3893/16 3893/25
3894/10 3894/16 3898/15 3899/19

3899/21 3899/22 3900/13 3900/15
3902/3 3902/4 3902/13 3903/6 3904/13
3905/23 3908/3 3912/5 3912/6 3913/21
3914/5 3918/8 3918/10 3919/25
3920/24 3921/1 3921/2 3921/5 3921/11
3921/20 3921/21 3921/23 3921/23
3921/24 3922/11 3922/18 3927/1
**noteworthy [1]** 4010/21
**nothing [10]** 3928/14 3964/12 3978/11
3978/12 3981/10 3981/17 4012/11
4036/4 4037/1 4037/4
**notice [1]** 3902/16
**noticed [1]** 3907/19
**notion [4]** 3996/2 4035/6 4042/6
4079/19
**notional [1]** 4063/1
**notionally [1]** 4063/11
**November [1]** 4029/5
**novice [1]** 4001/25
**NR [3]** 3908/13 3908/15 3908/15
**number [20]** 3935/3 3939/17 3940/13
3945/6 3957/13 3957/23 3959/12
3960/23 3980/2 3980/14 4009/17
4009/17 4009/18 4011/2 4011/12
4012/19 4034/1 4044/24 4066/23
4086/10
**numbers [5]** 3994/1 4004/8 4024/14
4053/24 4053/25
**nuns [2]** 3969/9 3969/10
**nursing [1]** 3993/18
**NW [1]** 3888/7

**O**

**o'clock [3]** 4013/25 4014/5 4055/21
**O'MELVENY [1]** 3888/3
**Oakland [2]** 3946/21 4023/19
**oath [1]** 3928/10
**Obama [2]** 4044/2 4087/21
**objecting [1]** 4099/13
**objection [42]** 3890/15 3890/20
3891/24 3892/5 3893/21 3894/22
3895/22 3912/23 3921/7 3927/5 3937/3
3947/10 3948/20 3948/22 3951/16
3951/23 3952/3 3961/9 3962/2 4015/24
4015/25 4016/11 4016/12 4017/19
4017/20 4025/7 4025/8 4028/24
4038/24 4045/14 4053/17 4058/6
4058/7 4074/22 4075/5 4075/6 4085/6
4085/7 4086/13 4086/15 4099/4
4103/16
**objections [1]** 4099/3
**observed [1]** 4039/11
**Obviously [1]** 4098/19
**Occasionally [1]** 3893/17
**occur [1]** 4030/22
**occurred [1]** 3914/17
**Ocean [1]** 3981/21
**Oceanwide [1]** 3985/24
**October [2]** 3887/5 3910/21
**odd [1]** 3905/7
**offer [12]** 4015/22 4016/10 4025/4
4028/23 4036/15 4043/18 4058/5
4074/18 4075/4 4080/21 4085/4 4086/8
**offered [1]** 4036/15
**offering [3]** 3987/21 4044/12 4072/20

## O

**office [14]** 3887/13 3930/18 3933/24 3936/17 3983/18 3984/23 3988/15 3993/8 3993/17 4007/10 4013/15 4018/5 4041/9 4050/25
**officer [11]** 3926/22 3933/12 3933/14 3956/4 3956/5 4006/14 4007/13 4007/13 4007/14 4016/22 4037/24
**offices [14]** 3895/7 3895/8 3896/19 3896/24 3897/1 3897/6 3961/15 3990/20 4004/15 4004/16 4006/5 4006/9 4037/17 4049/5
**official [5]** 3949/14 3955/24 4043/14 4043/15 4043/17
**officials [4]** 4010/23 4010/25 4011/5 4024/18
**often [1]** 4084/20
**oftentimes [1]** 4006/9
**Oh [8]** 3898/14 3927/15 3957/3 4022/9 4032/19 4036/20 4092/23 4102/6
**oil [21]** 3932/16 3972/11 3972/12 3973/17 3973/19 3973/21 3974/13 3974/14 3977/16 3977/16 3981/12 3981/14 3981/16 3981/22 3981/24 4020/8 4023/1 4023/3 4023/3 4027/7 4027/7
**old [3]** 3965/16 3972/24 4033/25
**older [1]** 4033/24
**Oman [1]** 3951/20
**once [7]** 3910/10 3910/11 3911/7 3942/12 3950/15 4067/17 4103/3
**One's [1]** 4097/5
**ones [7]** 3946/10 3957/24 3978/4 3978/16 4034/6 4034/6 4034/7
**ongoing [1]** 3895/20
**onset [1]** 3983/23
**onward [1]** 3956/4
**OPEC [1]** 3977/14
**open [5]** 3889/1 3964/1 4024/3 4062/1 4069/5
**operate [7]** 3997/3 3997/7 3999/11 4000/2 4031/1 4080/18 4085/25
**operated [2]** 3966/18 4060/22
**operating [7]** 3983/5 3983/10 4007/4 4008/16 4040/24 4055/18 4080/22
**operation [3]** 3898/4 4087/3 4088/7
**operations [1]** 3983/12
**opinion [5]** 4011/6 4011/6 4044/15 4068/13 4090/12
**opportunities [5]** 3942/2 3976/24 3977/23 3982/15 4005/18
**opportunity [8]** 3991/2 4001/23 4012/1 4013/6 4023/8 4027/18 4053/6 4099/18
**opposed [1]** 3915/19
**optimistic [2]** 4095/9 4095/13
**Orange [1]** 4028/10
**Orbit [1]** 3981/13
**order [16]** 3906/4 3978/17 3999/25 4004/18 4009/3 4010/17 4019/11 4024/10 4032/17 4041/11 4062/20 4093/12 4098/22 4099/9 4102/2 4102/14
**orders [1]** 3958/21

**ordinary [1]** 4066/19
**organization [1]** 3982/9
**organizations [1]** 4060/19
**orient [1]** 4072/10
**orientation [1]** 3976/19
**oriented [6]** 3915/13 3970/22 4029/17 4029/18 4032/8 4070/20
**originally [1]** 3929/15
**orphans [1]** 4011/19
**Otaiba [1]** 3982/2
**otherwise [3]** 3991/2 3998/3 4071/9
**Ottoman [2]** 3967/14 4079/23
**Ottomans [1]** 3967/7
**ourselves [2]** 3990/7 4002/8
**ousted [1]** 3959/9
**outer [2]** 3906/8 3908/12
**outgrowth [1]** 3982/8
**outreaches [1]** 3942/13
**outside [12]** 3939/16 3976/21 3987/12 3987/15 3990/8 3990/14 3992/8 3994/6 3994/10 4002/20 4009/23 4068/24
**outsider [1]** 3951/22
**outsiders [1]** 3989/24
**overall [1]** 3992/9
**overbearing [1]** 4076/20
**overburden [2]** 4100/10 4103/4
**overhead [1]** 3991/22
**overruled [15]** 3890/16 3890/21 3891/25 3892/6 3893/22 3894/23 3895/23 3912/24 3921/8 3937/4 3952/4 3962/3 4032/24 4053/19 4099/5
**overseas [3]** 3890/5 3890/8 3890/9
**owed [1]** 3984/13
**own [36]** 3893/16 3893/20 3894/2 3894/3 3901/25 3912/25 3913/16 3936/17 3950/7 3955/5 3978/2 3978/3 3982/15 3983/7 3987/17 3987/22 3987/23 3988/20 3988/21 3989/10 3989/11 3989/24 3990/4 3991/21 3993/17 4006/19 4011/6 4011/25 4012/15 4040/2 4046/8 4055/2 4055/2 4064/8 4078/2 4080/3
**owned [36]** 3946/22 3949/17 3949/18 3954/17 3955/13 3955/16 3978/16 3981/12 3985/8 3985/8 3985/9 3985/9 3985/14 3985/15 3986/3 3986/4 3993/13 3993/18 3996/3 4002/23 4003/5 4003/7 4020/2 4020/4 4021/14 4022/21 4023/1 4023/5 4028/6 4029/23 4041/7 4041/15 4048/12 4060/22 4064/14 4065/21
**owner [3]** 3983/9 3988/14 4029/23
**owners [7]** 4019/18 4019/18 4019/25 4022/4 4022/4 4022/22 4045/23
**ownership [3]** 3987/22 3988/23 4024/9

## P

**p.m [1]** 4103/22
**pad [2]** 3894/11 3894/13
**page [40]** 3899/10 3899/19 3905/1 3905/14 3905/14 3906/7 3907/7 3909/4 3910/2 3910/19 3910/25 3912/7 3912/8 3912/8 3912/9 3913/22 3913/22 3914/20 3916/18 3918/20 3918/21

3919/9 3919/16 3920/11 3922/5 3926/13 3947/13 3975/12 4000/4 4026/12 4058/1 4060/1 4061/10 4081/3 4087/22 4088/3 4088/5 4100/24 4104/2 4105/1
**page 11 [1]** 3910/2
**page 14 [4]** 3910/19 3912/8 3913/12 3913/22
**page 17 [1]** 3914/20
**page 2 [3]** 3905/14 3905/14 3909/4
**page 6 [3]** 3907/7 3912/7 3919/16
**page 8 [1]** 3922/5
**pages [1]** 4100/25
**paid [1]** 3983/9
**palace [6]** 3966/2 4056/8 4082/20 4083/1 4083/6 4087/9
**Palestine [3]** 3913/2 4046/16 4091/3
**Palestine/Bahrain [1]** 3913/2
**pampering [1]** 3969/10
**pan [3]** 3981/4 3981/4 4023/15
**pantry [1]** 3920/22
**paper [2]** 3894/17 4100/10
**paragraph [1]** 4088/5
**parent [1]** 3938/13
**parenthesis [1]** 3920/13
**parents [2]** 3930/8 3968/1
**Paris [13]** 3945/16 3985/14 4002/24 4003/5 4003/15 4003/16 4020/13 4021/9 4021/10 4021/21 4079/9 4079/14 4080/4
**Park [2]** 4020/4 4022/25
**Parker [1]** 4067/11
**parks [1]** 3993/9
**part [43]** 3893/8 3893/10 3903/8 3924/25 3926/8 3926/15 3934/11 3944/7 3955/8 3966/11 3967/8 3997/1 3999/10 4001/12 4001/12 4002/9 4002/10 4006/13 4008/23 4008/24 4009/2 4009/5 4010/24 4011/9 4013/13 4019/16 4027/15 4031/9 4039/21 4041/8 4046/11 4048/8 4048/10 4057/6 4057/8 4067/13 4070/9 4071/8 4077/13 4077/14 4077/21 4091/9 4091/10
**part-time [2]** 3966/11 4019/16
**partially [2]** 3949/17 3949/18
**participant [1]** 3924/23
**participants [3]** 3925/18 4068/22
**participate [2]** 3906/11 3950/16
**participated [2]** 3900/19 3921/9
**participating [1]** 4047/9
**particular [5]** 3968/13 4036/9 4042/7 4053/23 4054/6
**particularly [2]** 3913/18 3952/1
**parties [2]** 3993/24 4096/16
**partisan [1]** 3911/17
**partner [10]** 3978/17 3985/18 4002/3 4010/6 4019/14 4033/1 4055/19 4069/24 4070/2 4070/15
**partners [23]** 3929/16 3931/6 3935/11 3935/13 3958/4 3958/7 3958/9 3958/11 3959/1 3959/4 3971/13 3985/19 3985/24 3985/25 3986/1 4001/7 4002/5 4002/10 4002/14 4008/17 4010/8 4010/20 4053/5
**partnership [3]** 3986/21 3997/20

**P**

partnership... [1] 4063/2
parts [1] 3978/21
party [7] 3993/21 4034/23 4042/18
 4042/19 4042/19 4043/10 4070/20
pass [1] 4059/5
passed [2] 3951/7 4070/16
passionate [1] 4066/20
past [5] 3943/4 4060/20 4068/22
 4069/2 4083/12
pasted [1] 3923/17
pastime [1] 3968/12
path [4] 3971/3 3973/6 3980/17
 3998/14
patience [2] 3976/4 4011/14
patriot [1] 3974/13
patriotic [1] 3911/17
patriots [2] 3974/8 4060/17
Paul [5] 4085/22 4085/24 4089/18
 4090/21 4091/5
Paulson [1] 4068/20
pause [6] 3827/17 3963/13 3964/22
 4049/22 4067/6 4089/20
pay [5] 3942/20 3969/18 3969/19
 3991/22 4045/2
paying [3] 3942/22 3991/7 4039/3
peace [1] 4046/15
pearl [1] 3996/1
peer [2] 4068/15 4068/19
peninsula [1] 4087/11
pension [14] 3983/11 3987/13
 3987/18 3990/19 3993/7 3994/19
 3994/20 3994/20 3994/25 3995/1
 3997/15 3999/15 3999/18 4005/1
people [70] 3893/19 3893/23 3893/24
 3900/25 3901/19 3902/18 3935/15
 3935/19 3935/21 3936/9 3936/11
 3937/9 3939/6 3942/1 3942/24 3943/6
 3943/12 3943/14 3950/5 3958/18
 3973/19 3973/20 3974/2 3976/20
 3977/7 3977/16 3978/22 3979/4
 3979/12 3980/9 3980/17 3989/8 3991/8
 3991/23 3992/18 3992/25 4001/16
 4002/1 4005/5 4005/11 4005/21
 4007/21 4008/10 4008/25 4009/11
 4010/2 4010/21 4013/5 4019/8 4024/3
 4024/15 4030/7 4051/3 4051/12
 4053/21 4066/14 4068/16 4068/19
 4069/5 4076/17 4078/25 4079/1
 4079/25 4082/13 4088/22 4089/2
 4089/13 4089/15 4089/19 4090/13
perceive [1] 3916/2
percent [12] 3961/6 3991/24 3991/24
 3991/25 3994/3 3994/7 3995/3 4004/5
 4066/18 4066/18 4066/19 4077/12
perfect [2] 3982/19 4096/2
perfectly [1] 4013/23
performance [1] 4009/13
perhaps [2] 4050/8 4080/22
period [20] 3911/20 3929/17 3929/18
 3929/21 3929/24 3931/21 3931/24
 3933/17 3938/16 3940/17 3942/18
 3943/23 3951/7 3986/25 4007/25
 4009/3 4024/25 4037/16 4040/23

4079/21
permitted [1] 4101/1
perseverance [1] 4072/24
Pershad [1] 3908/11
person [22] 3925/19 3931/15 3937/11
 3943/20 3947/15 3978/23 4007/9
 4007/10 4007/11 4011/9 4015/18
 4040/11 4042/22 4049/9 4050/2 4050/9
 4071/18 4074/23 4075/1 4075/9 4082/4
 4089/3
personal [1] 4044/15
personally [3] 3946/17 3949/23
 4083/24
perspective [2] 3915/25 3975/7
Peru [1] 4013/4
Petroleum [1] 3981/13
phase [2] 3946/3 4023/2
phenomena [1] 4064/4
phenomenal [1] 4053/1
philanthropic [1] 4074/7
philosophy [2] 3969/9 4005/3
Phone [2] 3827/22 3888/20
photo [5] 4016/15 4048/1 4048/3
 4048/24 4049/1
photograph [1] 4075/1
phrase [4] 3905/21 3905/21 3905/25
 3920/13
phrasing [1] 3905/7
pick [2] 3921/20 3996/6
picked [2] 4022/1 4039/21
picture [5] 3985/3 3992/9 4016/8
 4049/3 4049/3
pictures [3] 4017/4 4072/19 4072/21
piece [4] 3950/15 3983/8 4072/1
 4093/6
pieces [3] 3950/19 4022/1 4080/4
piling [2] 4021/2 4021/2
pilot [2] 3939/13 3941/3
pilot's [1] 3941/6
pin [1] 4006/23
pitch [3] 3929/18 3929/20 3941/15
pitched [1] 3935/11
pitching [5] 3935/21 3935/21 3935/22
 3936/7 4009/9
place [15] 3893/11 3895/7 3895/20
 3902/4 3973/9 3981/7 3981/15 3982/18
 4005/17 4056/4 4056/7 4056/8 4059/22
 4065/23 4096/20
placed [2] 3915/23 3916/5
places [15] 3933/2 3968/19 3980/9
 3982/20 4002/6 4002/11 4005/13
 4006/10 4010/23 4011/11 4013/5
 4021/1 4060/16 4068/25 4074/3
Plaintiff [1] 3887/4
plan [7] 3912/10 3945/5 3945/6 3947/1
 3948/10 4098/14 4098/20
planning [1] 3946/3
plans [2] 4022/6 4102/2
plant [2] 3971/17 3981/17
plants [1] 3971/15
platform [2] 3917/4 3918/1
platforms [1] 3918/6
play [6] 3968/3 3969/16 3969/23
 3974/23 3975/3 4043/12
played [4] 3947/12 3948/23 4019/22

4067/7
player [2] 3974/20 3975/11
players [2] 4003/25 4068/22
playing [3] 3974/25 3977/25 4066/24
Plaza [6] 3887/14 4041/7 4041/10
 4041/11 4041/12 4041/22
pleasure [1] 4083/23
plenty [1] 4055/8
plus [2] 3991/24 3994/20
pocket [1] 3917/18
point [27] 3896/12 3911/9 3911/20
 3911/23 3940/19 3951/13 3974/5
 3976/23 4013/5 4027/17 4042/12
 4043/8 4052/22 4055/3 4058/20
 4059/14 4059/24 4063/17 4066/4
 4069/19 4070/1 4070/3 4078/16
 4082/16 4082/19 4091/13 4093/9
points [6] 3905/15 4008/16 4009/24
 4044/4 4070/7 4090/11
policemen [1] 4011/19
policies [1] 3926/18
policy [2] 3915/13 4012/2
polite [1] 4084/21
politely [2] 4094/17 4094/19
political [8] 3906/9 4042/18 4042/23
 4043/8 4044/17 4044/18 4062/18
 4069/2
politicians [1] 4042/17
politics [6] 3976/14 4043/2 4043/7
 4043/12 4069/1 4090/25
polls [1] 4062/22
polo [10] 3931/5 4066/24 4067/2
 4067/7 4067/16 4070/4 4070/5 4071/13
 4071/21 4077/22
pool [2] 3997/16 4037/4
pooling [1] 4024/15
pools [2] 3999/19 4069/2
poop [1] 4020/11
poor [1] 3968/23
pop [1] 4005/1
portfolio [1] 4004/14
portion [10] 3899/20 3899/21 3920/25
 3921/12 3956/8 3992/7 3992/9 3993/20
 3994/2 4033/16
ports [1] 3934/10
Portuguese [1] 3967/20
posed [1] 3904/16
position [6] 3937/11 4007/1 4054/9
 4054/12 4078/8 4101/12
positions [1] 4068/16
possibility [1] 3910/16
possible [3] 3911/3 4083/9 4094/11
possibly [3] 3898/24 3945/9 4103/16
post [4] 3923/7 3989/7 3989/12
 4004/12
post-merger [2] 3989/12 4004/12
posted [1] 4029/11
potential [13] 3898/2 3930/17 3945/2
 3947/4 3948/7 3948/14 4023/7 4023/10
 4023/23 4028/9 4033/1 4052/1 4078/14
potentially [3] 3950/20 4052/4
 4092/25
poverty [1] 4051/17
power [5] 3912/25 3913/16 4003/3
 4004/1 4053/10

**P**

**powerful [3]** 4055/14 4066/14 4080/9
**powerhouse [1]** 4065/14
**practical [1]** 3895/11
**practice [7]** 3902/17 3902/19 3921/4 3931/14 3931/15 4005/10 4070/6
**pray [1]** 3976/16
**prayer [1]** 3976/18
**pre [5]** 3937/12 3970/8 3970/12 3970/15 3970/16
**pre-approved [1]** 3937/12
**pre-law [2]** 3970/15 3970/16
**pre-med [3]** 3970/8 3970/12
**preceded [1]** 3918/17
**precipe [1]** 4079/22
**precise [2]** 3898/19 3957/23
**precisely [5]** 3891/9 3897/2 3897/18 3901/23 3911/15
**predecessor [1]** 4001/24
**predictable [1]** 3980/7
**preference [1]** 4096/11
**preferred [2]** 3936/9 3991/20
**premier [1]** 4021/10
**premiere [1]** 3945/20
**prepare [2]** 3890/14 4056/24
**prepared [4]** 3890/18 3892/7 4067/1 4094/3
**preparing [2]** 3914/4 3914/15
**present [3]** 3889/1 3964/1 4062/1
**presentation [6]** 4057/23 4058/15 4060/4 4060/7 4060/12 4089/3
**presentations [1]** 3986/11
**preserved [3]** 3902/13 4099/4 4099/5
**presidency [1]** 4044/22
**president [27]** 3906/14 3955/19 3955/22 3961/25 4003/19 4012/10 4041/25 4042/5 4043/6 4044/13 4044/18 4045/25 4046/3 4046/10 4050/24 4059/16 4059/17 4068/21 4068/21 4069/18 4078/9 4078/25 4078/25 4087/21 4090/5 4090/15 4090/20
**President Obama [1]** 4087/21
**presidents [1]** 4045/3
**presiding [1]** 3889/3
**pressed [1]** 3895/16
**pressures [1]** 4103/8
**pretty [4]** 3897/20 3944/15 3949/2 4016/3
**prevent [1]** 4050/25
**previous [3]** 3910/25 3979/4 4022/16
**previously [9]** 3889/11 3943/14 4016/23 4023/20 4024/2 4026/10 4041/14 4048/23 4089/8
**price [3]** 3973/19 3973/21 3990/11
**prided [1]** 4002/8
**primarily [1]** 4023/16
**prime [5]** 3955/23 3996/19 4075/2 4075/2 4075/9
**primitive [1]** 3973/22
**prince [17]** 4003/8 4025/12 4025/13 4025/13 4025/15 4025/16 4025/18 4025/23 4025/23 4025/25 4026/2 4027/23 4027/25 4029/8 4029/18

4068/2 4069/12
**princes [4]** 3977/13 3977/25 3978/16 4064/12
**Princeton [3]** 3930/11 3930/12 3930/13
**prior [3]** 3918/8 3946/12 3953/7
**private [20]** 3897/23 3930/21 3931/5 3935/13 3935/17 3938/14 3938/15 3956/14 3957/1 3957/21 3986/22 3987/10 3987/10 3987/11 3987/13 3987/16 4011/8 4036/12 4069/1 4069/8
**privilege [5]** 3891/24 3949/1 4013/2 4013/6 4013/18
**problem [8]** 3903/17 3916/15 3984/10 4032/13 4051/11 4051/11 4090/12 4094/21
**problems [2]** 4012/9 4045/10
**procedure [1]** 4095/1
**proceed [3]** 3924/8 3928/24 3940/7
**proceedings [2]** 3887/24 3888/24 3927/17
**process [6]** 3924/23 3987/2 3987/3 3992/3 3997/25 4023/14
**prod [1]** 4046/19
**produce [1]** 3966/18
**produced [2]** 3887/25 3888/24
**product [3]** 4007/6 4007/7 4064/1
**products [2]** 3939/15 4007/10
**profession [2]** 3970/14 3975/10
**professional [3]** 3958/18 3958/20
**professionally [3]** 4043/21 4045/12 4045/18
**professor [1]** 3970/13
**profit [3]** 3960/6 3991/18 4009/20
**profitability [3]** 3994/4 4009/18 4009/19
**profitable [2]** 3990/9 3990/10
**program [3]** 3930/14 3978/17 4036/6
**progression [1]** 3914/24
**project [32]** 3931/22 3935/2 3940/8 3943/8 3943/16 3943/21 3943/24 3944/1 3944/2 3944/5 3944/15 3944/19 3945/3 3945/6 3947/4 3950/3 3950/6 3950/14 3950/15 3950/17 3950/21 3951/3 3951/8 3960/1 3960/4 3960/11 3960/14 3960/18 3960/21 4017/10 4018/20 4019/11
**projection [1]** 4091/24
**projects [9]** 3929/18 3929/20 3929/23 3935/3 3942/8 3951/9 3959/21 3985/6 3989/6
**prolific [1]** 4063/5
**prominence [1]** 3995/25
**prominent [5]** 3937/11 3994/24 4017/9 4018/7 4080/8
**promised [4]** 4087/2 4087/7
**promoted [1]** 3970/13
**promotional [1]** 4059/1
**prongs [1]** 4022/17
**pronounce [2]** 3889/18 3954/3
**pronouncing [1]** 3953/25
**properties [3]** 3985/23 4019/25 4048/12
**property [1]** 3949/16
**proposal [5]** 3940/4 3946/15 3946/18

3947/1 4033/17
**propose [1]** 3945/6
**proposed [3]** 3948/19 4033/14 4086/13
**prosecution [1]** 3970/11
**prosecutor [1]** 3908/16
**prospect [1]** 4096/9
**prospective [1]** 4010/20
**proud [1]** 4063/25
**provide [2]** 3896/14 4070/19
**provided [4]** 3918/9 3922/3 3922/15 3947/7
**providing [1]** 3905/10
**prowess [1]** 3975/10
**proxy [3]** 3988/24 4045/24 4046/1
**pry [1]** 3925/8
**public [19]** 3910/4 3986/23 3987/8 3987/11 3987/21 3987/25 3988/1 3988/11 3989/17 3990/3 3990/5 3994/25 3997/14 4008/18 4045/22 4045/23 4047/4 4088/11
**public-facing [1]** 3910/4
**publicly [2]** 3949/18 4057/4
**publish [1]** 3899/18
**published [9]** 4029/3 4047/25 4048/22 4058/10 4060/2 4074/19 4082/25 4083/17 4087/18
**puck [2]** 4011/22 4011/23
**pulled [1]** 3960/16
**pumped [1]** 3915/2
**pumping [1]** 3977/17
**pumps [1]** 4023/4
**punctuation [1]** 4070/10
**pup [1]** 4043/5
**puppy [1]** 4038/9
**purchase [1]** 4023/7
**purchased [1]** 3984/19
**purpose [8]** 3892/19 3892/22 3893/3 3893/8 3948/4 4024/8 4064/8 4073/18
**pursue [1]** 4018/17
**put [19]** 3891/4 3891/9 3894/16 3915/5 3902/12 3903/11 3914/25 3925/19 3947/3 3948/13 3969/4 3975/7 3983/24 3997/16 4038/20 4038/21 4057/2 4094/5 4099/3
**puts [1]** 3981/7
**putting [6]** 3895/10 3913/1 3913/16 3948/4 3948/9 3972/23

**Q**

**Qaeda [1]** 4087/25
**Qatar [29]** 3905/17 3905/21 3906/4 3910/11 3945/16 3995/6 3995/10 3995/12 3995/15 3995/20 3995/24 3995/25 3996/5 3996/11 3996/12 3996/12 3996/19 3997/4 3997/8 4003/7 4031/22 4031/25 4032/3 4032/17 4033/4 4033/9 4046/22 4046/23 4046/25
**Qatari [5]** 3910/13 4003/11 4031/13 4031/14 4032/12
**Qataris [4]** 4003/7 4003/23 4003/24 4004/6
**QIA [1]** 3996/20
**Quadri [1]** 4094/17

## Q

**qualified [2]** 4060/17 4068/22
**quantitative [1]** 3970/13
**quarter [1]** 3992/12
**quarters [1]** 3974/10
**Queda [1]** 4087/11
**question [47]** 3907/23 3907/24 3908/4
3908/12 3910/23 3912/11 3912/12
3913/23 3914/25 3915/15 3915/18
3917/3 3917/5 3917/7 3917/11 3917/12
3917/21 3917/25 3918/3 3918/12
3918/17 3918/19 3918/22 3919/3
3919/10 3919/18 3920/2 3920/8 3923/6
3924/17 3925/3 3925/6 3926/9 3926/17
3927/9 3937/5 3989/16 3993/23 4013/1
4045/16 4067/18 4068/5 4070/9 4074/1
4095/6 4101/21 4102/22
**questions [34]** 3889/23 3898/17
3898/19 3898/21 3898/22 3907/22
3908/14 3908/16 3909/7 3910/13
3911/10 3915/19 3916/6 3916/12
3918/9 3918/16 3921/13 3922/3 3924/1
3924/13 3924/15 3925/18 3926/7
3926/25 3927/3 3927/18 3930/1
3952/14 3952/16 3953/18 3953/23
3962/24 3992/11 4013/8
**queue [2]** 3935/22 3935/23
**quibbling [1]** 4101/7
**quickly [3]** 4058/23 4099/20 4099/21
**quite [10]** 3904/14 3904/15 3950/4
3957/3 3958/19 4019/3 4024/6 4051/1
4055/6 4068/12
**quiver [1]** 3969/5
**quote [1]** 3993/25

## R

**race [1]** 3945/18
**races [3]** 4056/13 4056/14 4056/15
**Rachelle [1]** 4074/4
**racial [2]** 4051/21 4051/22
**racing [1]** 4077/21
**Raffles [1]** 3985/10
**Raiders [6]** 3946/21 3946/22 3950/8
3950/12 3950/22 4023/19
**rails [1]** 4034/8
**raise [4]** 3928/6 3960/14 4043/15
4100/22
**Rams' [1]** 3948/25
**ran [4]** 3981/11 3982/6 4005/15 4082/4
**ranch [3]** 4078/23 4078/23 4089/25
**RANDALL [1]** 3887/20
**ranked [1]** 3949/13
**Rashid [113]** 3910/21 3911/7 3911/8
3911/11 3911/19 3915/1 3915/3 3915/5
3929/12 3938/23 3938/24 3938/25
3939/9 3939/13 3940/4 3940/12
3940/14 3940/23 3940/24 3941/7
3941/10 3942/4 3942/8 3942/13
3942/25 3943/5 3943/14 3943/24
3944/22 3945/2 3945/22 3948/9
3949/25 3950/2 3950/7 3950/20 3951/4
3951/8 3951/14 3951/21 3951/25
3952/10 3955/17 3959/18 3959/21
3961/1 3961/7 4015/9 4015/10 4018/7

4018/11 4018/24 4021/24 4022/6
4023/8 4023/21 4024/18 4025/17
4026/9 4026/11 4027/10 4027/20
4028/7 4028/20 4029/6 4029/14
4030/12 4030/14 4030/21 4030/22
4030/25 4031/5 4031/16 4032/4
4032/10 4032/11 4032/13 4032/16
4033/4 4033/14 4033/15 4039/6
4039/18 4040/2 4047/20 4048/1 4048/5
4048/6 4048/10 4048/16 4049/2 4049/8
4051/6 4057/23 4058/16 4058/21
4059/3 4059/5 4064/20 4064/21 4065/5
4066/2 4067/19 4068/6 4069/11
4069/20 4069/23 4070/13 4070/18
4072/14 4073/3 4083/25 4089/3
**Rashid Al Malik [1]** 3911/11
**Rashid's [7]** 3939/12 3944/14 3951/19
4049/11 4066/22 4069/14 4073/11
**rather [1]** 4094/14
**RBS [1]** 3946/6
**reached [3]** 3942/24 3942/24 3943/8
**react [1]** 3979/3
**reacting [1]** 4099/19
**read [17]** 3892/13 3892/17 3899/11
3899/12 3908/2 3909/15 3909/17
3910/6 3911/5 3926/14 3926/15
3926/16 4080/4 4083/11 4087/14
4088/14 4103/5
**reading [2]** 3893/15 3893/20
**ready [2]** 3969/11 3982/14
**Reagan [1]** 4043/6
**real [30]** 3934/11 3935/2 3935/6
3943/13 3944/3 3944/4 3944/10
3944/11 3944/18 3951/5 3983/1 3983/2
3983/3 3983/4 3983/8 3983/16 3988/9
3988/11 3988/15 3988/17 3988/20
3991/17 4003/21 4016/23 4027/16
4029/10 4042/13 4042/14 4083/23
4099/23
**realistic [2]** 4093/22 4096/9
**reality [2]** 4042/2 4042/14
**realized [6]** 3967/21 3969/15 3973/8
3975/5 3982/15 3988/1
**really [38]** 3897/2 3903/17 3905/9
3925/10 3926/20 3931/15 3933/23
3934/2 3935/20 3944/22 3957/10
3968/20 3971/2 3972/19 3973/13
3975/4 3976/5 3977/1 3977/4 3978/3
3978/22 3979/5 3983/5 3986/20
3994/22 4001/25 4005/5 4009/17
4010/10 4012/8 4041/18 4052/16
4065/20 4078/24 4079/20 4093/3
4099/1 4099/24
**realm [1]** 3991/15
**rearguing [1]** 4099/1
**reason [4]** 3963/6 3969/14 3998/25
4035/4
**reasons [3]** 3893/14 4044/23 4090/24
**rebelling [1]** 4097/22
**rebuttal [1]** 4094/7
**recall [35]** 3895/4 3896/12 3896/15
3896/16 3897/2 3897/18 3900/7 3900/8
3904/3 3904/8 3905/21 3909/6 3910/12
3910/18 3910/20 3911/1 3911/3 3911/4
3911/6 3911/7 3911/15 3913/23

3916/13 3920/21 3923/8 3943/8 3994/8
4002/22 4003/15 4050/4 4056/25
4077/2 4082/11 4087/8 4097/25
**receipt [1]** 3896/5
**receive [1]** 3896/13
**received [21]** 3890/2 3890/10 3896/4
3991/12 4016/1 4016/2 4016/13
4016/14 4017/21 4017/22 4025/9
4025/10 4029/1 4029/2 4058/8 4058/9
4075/7 4075/8 4085/8 4085/9 4086/17
**receiving [2]** 3889/24 3989/22
**recently [3]** 3938/19 3938/20 4050/17
**reception [3]** 3926/3
**receptive [1]** 3936/11
**recess [7]** 3963/23 3963/25 4014/5
4014/6 4061/9 4097/16 4097/20
**recipient [1]** 3923/19
**recognize [4]** 4015/18 4017/13
4057/20 4079/13 4085/1 4087/19
4087/22
**recollection [13]** 3893/4 3893/9
3896/9 3900/1 3905/25 3906/3 3907/9
3909/9 3911/13 3920/6 3926/18
3938/22 3942/9
**recommended [1]** 3931/20
**record [10]** 3892/24 3895/11 3895/16
3899/12 3908/2 3926/3 3928/19
3964/16 3997/18 4099/6
**recorded [5]** 3887/24 3888/24 3894/21
3894/25 3895/3
**recruit [3]** 4036/21 4069/1 4073/19
**recruited [1]** 4036/11
**redacted [1]** 4086/11
**redaction [1]** 4086/14
**redevelopment [1]** 4021/10
**redirect [3]** 3924/3 3924/11 3963/14
**reestablish [1]** 3942/13
**refer [2]** 3919/6 3923/3
**reference [14]** 3900/1 3900/3 3908/15
3912/14 3913/24 3915/10 3915/11
3918/8 3918/10 3922/20 4028/2 4065/4
4065/7 4086/20
**referred [4]** 3903/22 4026/5 4026/6
4026/6
**referring [6]** 3893/5 3913/10 3918/18
3923/13 3923/14 4084/13
**refers [5]** 3907/11 3918/24 3922/9
3923/15 4065/14
**reflect [1]** 3913/21
**reflected [2]** 3906/21 3916/1
**reflecting [3]** 3904/5 3908/3 3915/17
**reflective [1]** 4080/6
**refresh [4]** 3893/3 3893/8 3911/1
4079/21
**refreshed [2]** 3896/9 3896/17
**refrigerator [1]** 4067/12
**refugee [1]** 4074/6
**regain [1]** 3998/21
**regard [3]** 4029/17 4042/7 4078/19
**regarding [1]** 3950/21
**regardless [2]** 4042/25 4090/9
**Regent [1]** 3943/11
**region [6]** 3908/24 3932/20 3936/9
3936/11 3937/13 4088/9
**regional [1]** 3986/15

**R**

regions [1] 4010/22
register [1] 3926/1
Registration [1] 3919/8
regress [1] 4004/21
regulations [1] 4012/21
Reilly [5] 3902/25 3915/2 3918/1
3919/19 3920/2
REIT [8] 3988/6 3988/7 3988/9
3988/13 3988/19 3988/23 3992/15
3993/8
relate [1] 4100/16
related [5] 3910/2 3910/10 3922/19
3923/9 4091/2
relates [1] 4030/19
relational [1] 4068/23
relations [2] 4060/11 4089/9
relationship [31] 3908/20 3935/15
3935/24 3937/1 3956/23 3995/14
3995/14 3996/22 3996/22 3996/23
3997/1 3998/5 3998/6 3999/7 3999/8
3999/10 3999/25 4039/8 4039/17
4039/23 4040/5 4040/9 4041/20
4054/20 4056/10 4056/17 4057/3
4059/22 4059/23 4065/24 4066/21
relationships [18] 3908/18 3937/12
3956/16 3957/2 3979/21 3996/25
4008/14 4008/14 4008/15 4012/24
4039/16 4055/4 4067/20 4068/7
4068/10 4068/12 4068/25 4069/20
relied [1] 3921/10
relies [1] 3987/11
religion [6] 4051/11 4059/17 4064/9
4064/9 4082/7 4090/14
religions [1] 3973/12
rely [4] 3892/10 4002/1 4002/10
4068/22
relying [1] 3939/15
remain [1] 3928/6
Remarkable [1] 4034/4
remember [43] 3889/25 3893/16
3896/10 3900/5 3901/22 3901/23
3902/7 3902/9 3902/24 3903/17
3904/23 3907/22 3907/25 3908/1
3908/23 3908/25 3909/13 3912/2
3912/4 3915/21 3920/7 3924/13
3924/15 3924/25 3925/6 3925/21
3926/7 3927/3 3927/13 3950/4 3963/20
3972/14 3974/18 3976/25 3994/22
4014/1 4042/1 4061/5 4063/1 4077/19
4083/8 4084/1 4084/2
remembered [3] 3902/14 3904/21
3925/4
rendering [3] 3896/25 3897/6 3948/13
renegotiate [1] 4042/3
renting [1] 4031/8
rents [3] 3983/8 3983/9 3988/22
repeat [1] 4056/5
replace [2] 4102/4 4102/7
report [2] 3890/23 3892/4
reported [3] 3934/6 3934/8 3934/12
reporter [4] 3887/22 3888/20 4098/6
4098/15
reporting [1] 4007/22

reports [1] 4007/16
represent [2] 3953/6 3971/25
representations [1] 3998/2
representative [3] 3900/8 3998/8
4005/14
representatives [4] 3894/10 3909/11
3916/5 4090/16
represented [2] 3972/20 3972/21
representing [3] 3898/12 3977/11
3978/18
Republic [3] 3986/12 3986/15 3986/21
Republican [2] 4042/11 4042/19
Republicans [2] 4044/1 4044/8
reputation [2] 3938/1 4053/22
reputational [2] 4004/3 4009/7
request [3] 3920/22 4086/12 4100/25
requested [1] 3895/10
required [1] 4019/14
requirement [1] 4037/2
requirements [1] 4024/10
research [4] 4062/16 4062/24 4063/22
4064/15
residential [4] 3944/11 3945/1
3983/18 4018/4
resilient [1] 4044/20
Resolution [1] 3983/23
resort [6] 3935/20 3986/3 3996/3
3996/15 4041/5 4041/7
resource [3] 3932/14 3932/18 4042/16
resources [1] 4002/12
respect [6] 3891/19 3894/19 3918/11
4082/6 4101/13 4102/25
respected [1] 4069/7
respectfully [1] 4101/3
respects [1] 3910/1 4099/20
respond [1] 4072/18
responding [2] 4068/9 4069/22
responds [1] 4028/5
response [7] 4067/18 4068/5 4069/22
4073/2 4073/11 4100/20 4103/15
responses [1] 4066/22
responsibility [1] 3934/9
responsible [5] 3898/1 3898/5 4007/2
4036/17 4089/19
rest [1] 4068/12
rests [1] 4094/6
results [2] 3992/12 3992/13
retail [1] 3993/6
retailer [1] 3985/11
retirement [3] 3992/19 3999/20
4011/19
return [6] 3991/9 3991/20 4004/6
4066/18 4066/18 4066/19
returned [2] 3890/5 4033/9
revenue [1] 3993/12
review [2] 3953/16 4055/2
reviewed [2] 3921/2 3947/8
reviewing [3] 3892/19 3892/22 3893/3
Rex [3] 3906/11 3906/13 3907/4
rhetoric [3] 3996/2 4044/25 4046/23
rich [2] 4064/12 4071/23
rider [1] 3908/7
ridiculous [2] 4038/23 4038/25
right [217] 3889/7 3890/4 3890/6
3890/11 3890/19 3891/5 3892/4

3892/15 3892/21 3893/11 3894/6
3894/14 3894/17 3895/3 3895/8
3895/12 3895/16 3895/21 3896/10
3896/20 3897/24 3898/3 3898/13
3898/18 3898/21 3898/23 3899/4
3899/5 3899/7 3899/18 3900/14
3900/23 3901/1 3901/4 3901/16
3901/19 3902/1 3902/2 3902/10
3902/20 3903/6 3903/8 3903/12
3903/14 3903/18 3903/24 3904/21
3904/22 3904/23 3904/24 3905/5
3905/7 3905/11 3906/14 3907/11
3908/16 3908/17 3911/24 3912/5
3913/5 3913/9 3913/13 3913/14
3913/24 3914/4 3914/6 3914/9 3914/12
3914/16 3916/9 3916/11 3916/12
3916/16 3917/7 3917/12 3918/6 3919/1
3919/2 3919/14 3919/18 3919/22
3920/17 3920/18 3920/20 3920/21
3921/25 3922/9 3922/19 3922/23
3923/21 3924/3 3927/22 3928/7 3928/9
3929/11 3930/4 3931/10 3945/8
3947/11 3952/25 3953/3 3954/1 3954/9
3954/15 3954/21 3955/5 3955/11
3955/14 3956/1 3956/7 3956/20 3957/5
3957/6 3957/8 3957/11 3957/14 3958/1
3958/5 3958/15 3958/17 3959/13
3959/18 3960/12 3961/5 3961/11
3962/1 3962/10 3962/25 3963/15
3963/19 3964/5 3969/1 3973/13
3979/25 3982/6 3988/18 3988/20
3989/16 3990/11 3990/12 3992/19
3993/3 4001/3 4002/17 4003/23 4004/1
4004/3 4004/20 4008/1 4010/11
4011/13 4015/8 4016/16 4016/18
4018/6 4018/10 4019/23 4020/7
4020/12 4024/7 4028/2 4030/6 4033/18
4034/7 4036/20 4039/18 4039/20
4040/11 4042/16 4044/9 4047/7 4048/1
4048/6 4049/6 4050/12 4054/20
4056/19 4056/21 4056/23 4057/23
4058/22 4060/24 4061/4 4061/7 4062/4
4062/13 4065/3 4067/19 4068/7 4071/7
4071/11 4071/11 4075/11 4076/4
4076/6 4076/23 4082/20 4083/21
4084/16 4087/12 4087/24 4087/25
4088/18 4089/23 4090/6 4091/12
4092/2 4092/7 4092/12 4094/17
4094/24 4095/8 4097/9 4097/13
4099/10 4099/16 4101/6
rights [4] 4021/5
Riley's [1] 3925/5
ring [1] 3901/5
rink [1] 4011/22
rise [3] 3889/2 3897/3 3988/15
risk [6] 4004/19 4047/2 4047/3 4047/5
4025/5 4078/4
road [3] 3992/25 3993/2 4012/21
rob [18] 4073/13 4073/16 4073/20
4073/22 4073/23 4073/24 4074/2
4074/5 4074/7 4074/10 4074/13
4075/13 4075/16 4075/17 4075/20
4075/21 4076/2 4076/3
Robert [5] 3982/13 3984/15 4001/25
4040/16 4041/19

**R**

**rocking [1]** 4023/4
**rocky [2]** 3992/25 3993/1
**Roger [2]** 4022/11 4022/13
**role [28]** 3901/9 3907/15 3914/4
3919/19 3919/20 3920/3 3933/11
3934/6 3934/18 3941/22 3945/8 3968/3
3969/3 3986/14 4006/3 4006/4 4006/12
4006/23 4007/20 4008/4 4010/10
4036/1 4036/9 4043/14 4043/15
4043/17 4054/6 4065/19
**roles [2]** 3933/8 3934/2
**Roll [1]** 3947/11
**rolled [2]** 3972/11 3992/13
**roof [1]** 4021/17
**room [8]** 3895/19 3895/24 3920/23
3925/20 3966/3 3966/5 3976/9 4091/16
**roses [1]** 4010/12
**roughly [2]** 4058/12 4062/12
**route [1]** 3969/24
**royal [20]** 3907/17 3934/6 3934/14
3941/16 3942/1 3959/3 3974/5 3978/1
3978/2 3978/7 3995/24 4029/21 4030/8
4054/8 4054/11 4054/17 4055/5
4055/10 4060/21 4075/23
**RPR [2]** 3887/22 3888/20
**RTC [1]** 3985/21
**Rugby [1]** 4073/4
**rugged [1]** 3981/1
**rugs [1]** 3976/18
**rule [8]** 3974/18 3980/7 4011/13
4011/15 4011/17 4011/18 4012/5
4100/20
**ruler [2]** 3932/18 4026/7
**rulers [1]** 3932/18
**rules [1]** 4012/21
**ruling [8]** 3933/3 3936/16 3937/10
3941/21 4027/16 4031/22 4031/23
4032/12
**run [5]** 3920/21 3958/18 4007/17
4042/5 4069/8
**running [12]** 3931/14 3931/15 3933/19
3990/2 4007/16 4037/16 4041/24
4042/9 4045/22 4064/12 4071/23
4090/5
**runs [1]** 3987/17
**RYAN [1]** 3887/15

**S**

**sad [1]** 3996/24
**saddle [1]** 4008/17
**Saeed [2]** 4027/3 4027/5
**Saint [8]** 3945/16 3985/14 4002/24
4003/5 4003/15 4020/13 4021/9
4021/21
**Saint-Germain [7]** 3945/16 4002/24
4003/5 4003/15 4020/13 4021/9
4021/21
**Saint-German [1]** 3985/14
**Saks [2]** 3930/13 3930/14
**salah [1]** 3976/17
**sale [2]** 4041/18 4041/21
**salon [1]** 3976/10
**salons [1]** 3976/12

**salutations [1]** 4084/20
**SAMUEL [1]** 3887/15
**San [5]** 4022/21 4023/17 4070/8
4072/2 4072/5
**San Diego [1]** 4023/17
**sanity [1]** 3998/22
**Sarkozy [1]** 4003/20
**sat [1]** 3907/13
**satisfied [1]** 4084/5
**Saturday [2]** 3971/12 4098/3
**Saudi [27]** 3945/17 3972/1 3972/5
3972/7 3972/10 3972/11 3972/17
3972/24 3972/25 3973/2 3973/15
3973/18 3973/20 3974/5 3974/15
3976/7 3976/22 3977/3 3977/6 3980/22
3980/25 3981/1 3981/3 3981/11
3998/17 4047/1 4079/9
**saved [5]** 3891/5 3891/8 3891/12
3891/17 3891/19
**savings [8]** 3983/25 3984/1 3984/3
3984/4 3984/6 3984/8 3984/8 4041/4
**Savoy [1]** 3986/5
**Sayed [1]** 4078/20
**saying [23]** 3907/23 3913/5 3940/20
3943/16 3950/11 3979/17 3991/20
3994/23 3997/12 4004/2 4046/25
4047/1 4050/25 4052/10 4053/21
4066/17 4068/11 4083/9 4086/19
4090/13 4101/10 4102/6 4102/8
**says [23]** 3899/22 3905/4 3906/24
3908/18 3908/19 3909/16 3911/19
3912/11 3912/13 3914/20 3915/2
3915/3 3919/3 3926/8 3926/16 3937/11
3998/8 4025/11 4026/1 4029/6 4067/19
4083/23 4092/15
**scale [2]** 3949/16 3988/1
**scarcity [2]** 4020/25 4021/8
**scared [1]** 4034/7
**scene [1]** 4062/18
**SCHACHTER [26]** 3887/20 3965/6
4001/2 4015/4 4015/7 4015/17 4016/7
4017/9 4024/23 4027/2 4028/18 4029/4
4039/2 4045/17 4048/25 4049/23
4057/19 4058/11 4060/3 4062/5 4082/2
4085/10 4095/23 4096/3 4102/17
4104/12
**schedule [5]** 4013/9 4013/17 4091/18
4096/21 4097/8
**scheduling [2]** 4085/12 4092/25
**school [25]** 3930/8 3930/9 3930/25
3931/1 3941/3 3968/25 3969/6 3969/7
3969/7 3969/9 3969/13 3969/14
3969/21 3969/22 3970/9 3970/10
3970/20 3971/22 4032/3 4033/22
4033/23 4035/8 4035/17 4035/19
4072/6
**schools [1]** 3977/2
**Schulman [1]** 3920/15
**scoop [1]** 4020/10
**scratch [1]** 3933/22
**screen [3]** 3903/14 3910/20 4024/9
**scribble [1]** 3927/11
**scrutinizing [1]** 4019/15
**sea [1]** 3998/18
**Seagram's [3]** 3988/21 3988/21

**3988/23**
**seal [1]** 3937/10
**seamstress [1]** 3966/12
**Seasons [2]** 3943/11 3943/17
**seat [1]** 4091/22
**seated [7]** 3889/7 3928/18 3964/5
3964/15 4015/3 4062/4 4097/21
**Sebastien [1]** 4005/14
**second [3]** 3906/8 3910/19 3920/10
3947/7 3964/20 3985/13 4006/24
4021/4 4022/14 4065/14 4088/3 4097/3
4099/12
**seconded [1]** 3930/15
**seconds [2]** 3948/18 3977/8
**secret [1]** 4088/22
**secretary [2]** 3906/14 3966/12
**secretary/seamstress [1]** 3966/12
**sect [1]** 3973/25
**section [4]** 3905/10 3915/24 3917/3
3919/21
**sector [4]** 3897/23 3932/16 3932/16
3991/17
**security [5]** 3936/14 3936/15 3936/23
3962/7 4065/19
**see [54]** 3892/22 3892/22 3899/24
3905/1 3905/15 3905/17 3905/19
3905/20 3906/8 3908/17 3908/13
3909/15 3910/23 3912/10 3917/5
3918/3 3922/7 3923/6 3923/11 3943/6
3949/9 3963/21 3971/6 3982/19
3988/14 3995/2 4011/22 4014/3
4014/21 4027/24 4030/19 4040/6
4043/25 4046/22 4048/11 4048/15
4055/11 4065/6 4065/16 4066/16
4073/7 4073/14 4074/3 4074/21
4074/24 4075/11 4079/11 4082/17
4086/25 4087/5 4088/12 4099/23
4101/25 4102/9
**seem [2]** 3942/4 3983/3
**Select [1]** 4069/25
**selection [1]** 4098/1
**selflessness [1]** 3980/16
**sell [8]** 3950/12 3986/19 3988/25
4002/18 4002/19 4003/6 4022/19
4023/17
**seller [1]** 4022/15
**selling [4]** 3950/12 3990/12 3992/21
4009/10
**Senate [1]** 4069/25
**Senator [7]** 4069/24 4070/12 4070/14
4070/14 4070/23 4071/12 4086/20
**Senator Feinstein [1]** 4070/23
**send [13]** 3967/13 3972/1 4060/4
4066/1 4066/2 4066/3 4070/7 4072/18
4072/21 4079/10 4079/16 4079/17
4083/14
**sends [3]** 4060/1 4084/13 4086/24
**senior [12]** 3887/10 3955/24 3971/13
3993/17 4007/2 4054/8 4054/9 4054/10
4054/12 4068/16 4069/23 4089/1
**senior-most [1]** 4007/2
**sensational [1]** 3967/3
**sense [12]** 3896/25 3914/14 3917/21
3951/3 3966/5 3979/22 3980/1 3980/4
4039/16 4082/17 4082/18 4093/24

**S**

**sensitive [1]** 3980/19

**sent [19]** 3920/23 3943/15 3971/9
3972/7 3972/22 3972/25 4033/11
4057/20 4057/21 4058/2 4059/3 4059/9
4060/13 4060/13 4062/10 4076/12
4080/11 4083/18 4098/5

**sentence [7]** 3905/17 3906/6 3910/6
3911/21 3911/22 3912/3 4027/22

**sentences [1]** 4071/16

**separate [1]** 3993/5

**separated [1]** 3976/11

**separation [3]** 3971/14 3971/17
3981/17

**September [1]** 3910/21

**sequence [1]** 3950/4

**series [2]** 3908/14 4052/7

**serious [1]** 4075/23

**seriously [2]** 4040/10 4042/13

**service [10]** 3939/19 3939/22 3962/1
3968/21 4084/17 4084/19 4085/2
4085/22 4086/6 4086/19

**services [4]** 3939/16 3942/16 3958/18
3958/20

**set [12]** 3920/22 3931/11 3942/12
3972/9 3978/7 3982/15 4005/22 4040/1
4057/19 4069/20 4071/2 4101/13

**sets [1]** 4059/13

**setting [2]** 3931/8 4050/20

**setup [2]** 3931/22 4078/24

**seven [5]** 3981/19 3981/20 3992/15
4025/21 4054/2

**seventeen [1]** 4004/16

**Seventh [1]** 3887/19

**several [3]** 3955/2 3990/19 4048/12

**SF [2]** 3921/25 4011/2

**SF-86 [2]** 3921/25 4011/2

**shack [1]** 3982/22

**shall [3]** 3928/14 3964/12 4077/17

**Shamsi [2]** 3961/25 3962/16

**shape [1]** 4077/13

**share [5]** 3923/20 3925/9 3980/9
3988/24 3988/25

**shared [3]** 3968/7 4011/7 4039/25

**shareholders [3]** 3985/22 4005/1
4046/2

**shareholders' [1]** 3989/20

**shares [5]** 3987/21 3988/19 3988/23
4005/2 4045/23

**Sharif [1]** 4060/8

**sheet [6]** 3987/24 3993/11 3993/15
3993/17 3993/18 3993/20

**sheikh [116]** 3907/11 3907/14 3919/21
3920/3 3923/1 3923/2 3923/3 3934/16
3934/18 3936/12 3936/13 3936/14
3936/18 3937/1 3941/20 3941/22
3942/5 3955/16 3955/19 3995/22
3995/23 4026/5 4027/24 4029/8
4029/20 4029/20 4030/1 4030/16
4031/12 4031/12 4031/16 4031/18
4031/21 4031/21 4031/25 4032/1
4032/1 4032/4 4032/8 4032/14 4032/25
4033/1 4033/9 4047/13 4052/5 4052/14
4052/19 4052/21 4052/24 4053/13

4054/4 4054/21 4054/24 4055/12
4056/2 4056/6 4056/9 4056/16 4056/21
4057/2 4058/13 4058/19 4059/4 4059/6
4059/9 4059/11 4060/5 4060/13
4060/22 4062/10 4062/13 4062/25
4063/14 4063/14 4064/16 4064/22
4065/2 4065/6 4065/8 4065/17 4066/12
4069/15 4069/20 4071/3 4072/15
4072/20 4073/19 4074/3 4074/12
4074/24 4075/11 4075/18 4075/22
4076/6 4076/13 4076/25 4077/3
4077/19 4078/19 4079/6 4079/17
4080/14 4080/17 4080/25 4082/4
4082/21 4083/21 4084/6 4084/11
4088/22 4088/23 4089/7 4089/9
4089/14 4089/22 4090/23

**Sheikh Tahnoun [9]** 4082/4 4082/21
4083/21 4084/6 4088/23 4089/9
4089/14 4089/22 4090/23

**sheikhs [2]** 4031/11 4033/2

**Shias [1]** 3967/12

**shipping [1]** 3935/4

**ships [2]** 3967/14 3967/16

**shop [2]** 3931/5 3966/18

**shopping [3]** 3945/1 4017/6 4018/3

**short [6]** 3948/18 4035/15 4095/12
4096/19 4096/19 4098/22

**shortcuts [1]** 3903/2

**shorten [1]** 4098/16

**shorthand [2]** 3903/2 4065/8

**shortly [1]** 4062/10

**shorts [1]** 4077/7

**shoulder [3]** 4077/8 4077/9 4077/11

**shoveling [1]** 4067/14

**show [34]** 3896/22 3910/25 3926/2
3947/3 3947/6 3948/7 3948/17 3953/14
3968/24 3969/1 3979/20 4015/15
4016/5 4017/11 4024/21 4028/14
4042/2 4042/14 4047/23 4048/20
4057/15 4064/24 4072/1 4072/9
4074/17 4076/8 4079/2 4082/23
4083/15 4084/23 4084/24 4086/3
4087/14 4087/16

**showed [4]** 3896/7 3896/7 3896/9
3896/17

**showing [2]** 3971/11 4062/9

**shown [4]** 4015/18 4016/15 4023/3
4048/15

**shows [2]** 3908/9 3948/18

**SHT [3]** 3907/10 3907/11 3923/3

**shut [1]** 4051/20

**side [23]** 3911/18 3916/11 3934/12
3946/7 3981/21 3983/19 3984/6 3984/7
3987/19 3987/19 3991/6 3991/6
3991/21 3991/21 3997/21 3997/21
3998/2 4039/20 4046/4 4046/5 4070/22
4076/9 4076/10

**sidekick [1]** 4039/20

**sides [3]** 3966/25 3967/5 4044/5

**sign [1]** 3901/18

**sign-in [1]** 3901/18

**significance [2]** 3898/25 3915/24

**significant [6]** 3987/9 3995/6 3995/9
3998/13 4088/7 4089/19

**signpost [2]** 3922/20 3922/22

**silly [1]** 3983/3

**similar [6]** 3949/3 3949/4 3966/17
3968/6 3985/20 4005/7

**simple [4]** 3990/1 3990/10 4076/18
4078/23

**simpler [1]** 4038/7

**Singapore [1]** 4005/16

**single [5]** 3891/17 3891/19 3891/19
3925/19 3983/18

**sit [16]** 3891/14 3894/4 3901/9 3902/9
3905/24 3906/2 3911/16 3918/15
3920/7 3966/4 4055/22 4091/20
4092/16 4094/11 4098/3 4102/1

**site [8]** 3965/22 4024/12 4028/2
4028/3 4028/10 4028/12 4041/15
4067/9

**sites [5]** 4019/18 4019/21 4022/4
4022/23 4028/10

**sits [1]** 3998/18

**sitting [7]** 3896/2 3976/17 4035/23
4038/22 4045/13 4095/22 4101/24

**situation [1]** 4038/21

**six [6]** 3940/10 3979/15 4006/9 4034/5
4065/2 4103/14

**sixth [6]** 3907/9 3912/10 3979/22
3980/1 3980/3 4039/15

**sixty [1]** 3948/18

**size [1]** 3990/5

**skeptical [1]** 3939/24

**skepticism [1]** 3935/19

**ski [1]** 4017/7

**skiing [1]** 3998/19

**slide [1]** 4073/12

**slope [1]** 4017/7

**slowly [1]** 3978/24

**small [2]** 3931/5 3966/15

**smart [10]** 3979/11 3990/9 3990/10
3996/10 4002/1 4024/3 4044/19 4078/8
4078/9 4090/10

**smarter [1]** 4039/14

**smartest [1]** 4001/16

**Smeralda [1]** 3986/4

**Smith [4]** 3900/12 3901/4 3901/6
3901/9

**smoked [1]** 3978/5

**soccer [10]** 3985/14 3989/18 4003/1
4003/16 4003/18 4020/23 4021/10
4021/15 4030/4 4030/9

**social [2]** 3980/7 4043/8

**socialize [1]** 3972/15

**socially [1]** 3940/18

**SoFi [3]** 3948/24 3949/3 3949/6

**soft [5]** 3960/15 4003/3 4004/1
4034/11 4053/10

**soften [1]** 4063/11

**softer [1]** 4091/11

**Sol [2]** 4063/4 4063/12

**sold [5]** 4003/7 4003/11 4003/23
4041/14 4054/2

**solemnly [2]** 3928/12 3964/10

**solicitous [1]** 4068/11

**Solitaire [6]** 3958/4 3958/7 3958/9
3958/11 3959/1 3959/4

**solve [1]** 4051/21

**someplace [1]** 3967/15

**S**

sometime [2] 3922/17 4097/4
sometimes [7] 3900/17 3935/13
 3983/3 4026/5 4026/5 4026/6 4040/4
somewhat [1] 4052/10
Somewhere [1] 4096/6
son [6] 3975/5 4033/24 4034/16
 4034/23 4048/17 4049/2
sons [3] 3975/3 3999/5 4026/7
soon [3] 4014/3 4028/4 4045/6
SOPHIA [1] 3888/8
sophisticated [3] 3978/4 3982/23
 4007/9
sore [1] 4023/5
sorry [14] 3905/14 3910/2 3912/7
 3950/17 3957/3 3988/8 4017/25 4041/1
 4043/1 4045/15 4056/5 4074/23
 4092/22 4094/2
sort [8] 3896/25 3905/15 3915/7
 3925/3 3954/17 4038/6 4038/6 4101/25
sorts [1] 4077/21
sound [2] 3961/12 4097/13
sounding [1] 3940/15
sounds [3] 3983/3 4052/23 4094/24
source [4] 3908/5 4021/4 4021/4
 4021/6
sources [2] 3945/2 4024/16
South [2] 3888/4 4013/3
Southern [1] 3970/1
sovereign [33] 3931/8 3931/11
 3931/24 3932/4 3932/7 3933/5 3933/20
 3934/3 3934/7 3935/7 3935/16 3941/13
 3954/11 3954/14 3956/16 3956/18
 3957/13 3957/16 3957/18 3958/25
 3987/12 3987/18 3989/23 3990/15
 3990/16 3990/19 3994/9 3994/21
 3994/22 3995/5 3996/20 3997/14
 4055/18
space [1] 3933/24
spaces [1] 3988/15
Spain [2] 4005/15 4013/4
Spanish [1] 3981/12
Spanos [2] 4022/20 4022/21
Spanoses [1] 4023/16
speak [7] 3891/7 3896/1 3928/20
 3964/16 4021/24 4067/25 4088/25
speaking [4] 3937/25 3986/24 4025/17
 4089/13
special [8] 3890/19 3892/13 3892/19
 3893/6 3894/5 3921/15 3975/8 3975/9
specialization [1] 3933/2
specialized [1] 3946/5
specialty [1] 3946/11
specific [5] 3905/24 3906/2 3906/5
 3926/18 3945/24
specifically [3] 3908/23 3908/25
 4088/4
specifics [1] 4040/24
Speculative [1] 3893/21
spell [4] 3928/19 3964/16 4038/12
 4046/11
spelled [1] 3900/6
spend [6] 3899/9 3979/12 3990/22
 3998/21 4011/16 4034/7

spending [4] 3940/4 3968/15 3976/22
 3980/23
spends [1] 4102/17
spent [6] 3931/13 3940/3 3966/6
 3967/19 3996/17 4040/7
splitting [1] 4067/14
spoke [8] 3921/14 3961/1 3974/2
 4019/5 4022/1 4066/10 4083/4 4089/2
spokesperson [1] 3910/7
sponsor [4] 3931/3 3945/8 3945/20
 4033/3
sponsoring [1] 3945/18
sport [3] 4071/22 4072/23 4077/21
sporting [1] 3945/12
sports [21] 3944/17 3944/20 3945/11
 3945/13 3945/25 3946/4 3946/5
 3974/11 4002/19 4020/13 4020/14
 4020/18 4020/22 4021/22 4052/24
 4053/1 4059/20 4059/21 4068/25
 4071/20 4072/24
spring [2] 4047/16 4050/12
spun [1] 3930/15
square [4] 3934/24 3935/2 3966/6
 3966/15
squash [6] 3974/20 3974/23 3974/25
 3975/3 3975/11 3977/25
stable [1] 4067/14
stadium [29] 3944/4 3944/12 3944/24
 3945/8 3946/8 3946/11 3948/14
 3948/19 3948/24 3948/25 3949/3
 3949/6 3950/21 3960/11 3985/15
 4018/19 4019/4 4019/11 4020/10
 4020/19 4021/2 4021/3 4021/6 4021/11
 4021/17 4022/2 4022/16 4022/19
 4022/24
stadiums [3] 3946/12 3946/13 4021/8
staff [3] 3923/1 4022/13 4082/22
staffed [1] 4070/2
stage [2] 3937/24 4010/4
staggering [1] 4004/8
stand [9] 3889/10 3892/25 3924/19
 3928/3 3929/1 3938/5 3964/9 3965/1
 4009/8
standard [3] 3972/12 3974/13 4023/3
standing [3] 3928/6 3935/24 4070/14
stands [2] 3905/2 3995/21
Stanhope [1] 3984/22
star [1] 4042/14
stars [1] 4046/9
start [17] 3933/6 3943/11 3957/5
 3958/11 3965/9 3965/11 3980/23
 3982/10 3987/7 3990/2 4029/15
 4059/22 4062/9 4065/1 4072/11
 4080/10 4099/24
started [28] 3900/14 3933/22 3933/23
 3941/14 3970/8 3970/12 3971/10
 3977/13 3978/18 3981/2 3982/7 3982/8
 3983/2 3983/13 3994/24 3999/4 4006/9
 4010/10 4018/24 4021/25 4022/3
 4034/25 4035/13 4036/10 4039/23
 4044/12 4047/11 4079/20
starting [7] 3910/8 3911/6 3977/22
 4006/10 4024/17 4062/15 4083/11
starts [2] 3900/17 3910/7
startup [1] 3933/25

state [13] 3906/14 3928/19 3954/17
 3964/15 3994/18 3994/19 3994/19
 3994/19 3999/15 3999/16 3999/18
 3999/19 3999/20
statements [2] 3966/21 4088/11
states [28] 3887/1 3887/3 3887/3
 3887/10 3887/13 3934/25 3953/6
 3961/8 3967/17 3967/19 3985/12
 3986/9 3997/3 4002/15 4002/20
 4018/12 4018/15 4025/21 4025/22
 4031/1 4044/19 4046/10 4050/25
 4051/3 4062/22 4078/16 4088/10
 4089/22
stations [1] 3965/24
stature [1] 4055/15
status [2] 3997/24 4005/24
stay [4] 3906/7 3930/22 4012/20
 4085/12
stayed [1] 3920/19
staying [2] 3998/23 4048/5
stenography [2] 3887/24 3888/24
step [3] 3927/22 3963/15 4008/13
steps [2] 3927/25 3963/18
Steve [1] 3913/24
STEVEN [1] 3887/21
stick [1] 4006/23
still [9] 3939/15 3949/21 3968/17
 3976/13 3976/14 3998/7 4023/17
 4038/17 4095/24
stock [7] 3965/24 3988/3 3988/6
 3988/18 3992/15 4035/7 4064/14
Stockbridge [1] 4020/5
stomping [1] 4083/11
stood [1] 4010/1
stop [8] 3911/24 3931/10 3942/22
 3990/2 4022/12 4022/14 4085/10
 4099/1
stopped [4] 3948/1 3948/23 4006/25
 4007/19
stopping [1] 4078/10
store [7] 3966/11 3966/14 3966/16
 3968/1 3968/21 3969/20 4041/21
Stores [1] 4041/15
stories [1] 4083/24
story [5] 3967/4 3967/22 3996/1
 4035/15 4041/8
strategically [1] 3912/19
strategies [1] 3936/10
strawberry [1] 3992/25
STRAWN [1] 3888/6
Street [3] 3888/4 3888/7 4042/15
streetlights [1] 3968/18
streets [2] 3966/13 3982/21
strength [1] 4076/19
strict [1] 4064/2
striking [1] 4096/12
stroke [1] 3943/21
struck [1] 4038/25
structure [1] 3946/1
structures [1] 4060/16
student [2] 4050/3 4050/10
students [1] 4051/7
studio [4] 3965/22 3965/23 3966/10
 3985/8
studios [4] 3965/22 3965/24 3966/19

**S**

**studios... [1]** 4020/8
**study [2]** 3890/25 3970/7
**studying [1]** 4037/12
**stuff [10]** 3910/4 3991/9 4008/9
4008/10 4035/23 4037/18 4037/23
4039/22 4070/7 4078/2
**stuntmen [1]** 4067/14
**style [3]** 4036/4 4045/1 4045/4
**subject [17]** 3892/8 3910/12 3910/13
3918/9 3921/20 3922/3 3997/4 3999/11
4000/2 4031/2 4053/9 4057/23 4058/15
4058/18 4080/18 4080/22 4085/25
**submission [2]** 3921/25 4103/2
**submissions [2]** 4098/19 4101/14
**subpoena [6]** 3889/24 3890/2 3890/10
3896/14 3923/20 3952/8
**subpoenas [1]** 3896/4
**subsequently [2]** 3981/24 4033/7
**subset [1]** 3995/5
**subsidiary [1]** 4003/7
**substance [3]** 3891/11 3891/12
3915/25
**substantial [2]** 4003/24 4006/13
**substantive [4]** 3915/19 3916/2
4035/21 4056/20
**suburban [2]** 3965/24 4020/7
**success [3]** 3938/4 4005/19 4010/5
**successful [4]** 3937/23 3938/3 3960/4
3980/20
**sudden [3]** 3906/24 3976/18 4047/5
**sue [1]** 3949/7
**suggested [2]** 4073/20 4090/4
**suggests [1]** 3918/5
**suites [1]** 4022/19
**Sulayem [2]** 3934/9 3939/2
**Sultan [4]** 3934/8 3939/2 4048/17
4049/2
**summary [2]** 4059/1 4093/3
**summer [2]** 4035/9 4035/16
**summers [1]** 3998/21
**Sunday [3]** 4098/8 4098/14 4101/17
**Sunnis [1]** 3967/12
**super [3]** 4003/18 4021/7 4059/15
**supply [1]** 4068/23
**support [7]** 4007/11 4042/15 4051/2
4063/18 4083/25 4088/11 4091/4
**supporter [1]** 4059/21
**supporters [2]** 4063/5 4063/13
**supporting [1]** 4078/4
**suppose [2]** 3893/7 3895/13
**supposed [1]** 3942/18
**Supreme [1]** 3962/6
**surfing [5]** 4072/19 4072/21 4072/22
4073/1 4073/4
**surprise [1]** 3897/5
**surprises [1]** 4101/19
**surprising [1]** 3951/1
**surrounding [1]** 4021/19
**survive [1]** 3974/9
**survived [1]** 3987/15
**Sustained [3]** 3951/17 3951/24
3961/10
**swear [2]** 3928/12 3964/10

**swim [4]** 3992/16 3992/17 3993/5
4011/25
**switched [2]** 3970/15 4077/23
**sworn [2]** 3889/12 3928/17 3929/2
3965/3
**sworn/affirmed [2]** 3889/12 3965/3
**Sylvio [7]** 4060/8 4060/10 4060/13
4060/14 4089/3 4089/8 4089/11
**Sylvio's [1]** 4060/17
**Syria [3]** 3967/8 4074/6
**Syrian [1]** 4074/9
**system [4]** 3925/25 3980/6 4042/24
4064/1

**T**

**T-H [1]** 3964/18
**ta [1]** 3954/5
**Tabet [2]** 4060/8 4089/4
**table [1]** 3895/15
**tabouli [2]** 3981/10 3996/7
**tackling [2]** 3986/7 4060/14
**Tahnoun [79]** 3907/11 3907/14 3908/8
3919/21 3923/4 3934/18 3936/12
3936/13 3936/14 3936/18 3937/2
4047/13 4052/5 4052/14 4052/19
4052/21 4052/25 4053/13 4054/5
4054/21 4054/25 4055/12 4056/3
4056/6 4056/9 4056/16 4056/21 4057/2
4058/13 4058/20 4059/4 4059/6
4059/10 4059/11 4060/5 4060/13
4060/23 4062/10 4062/13 4062/25
4064/17 4064/22 4065/3 4065/6 4065/8
4065/17 4069/15 4071/3 4072/20
4073/19 4074/3 4074/12 4074/24
4075/1 4075/18 4075/22 4076/6
4076/13 4076/25 4077/4 4077/19
4079/6 4079/10 4079/17 4080/14
4080/17 4080/25 4082/4 4082/21
4083/21 4084/6 4084/11 4088/22
4088/23 4089/7 4089/9 4089/14
4089/22 4090/23
**Tahnoun's [3]** 3920/3 4066/12
4072/15
**taint [1]** 4063/7
**Taiwan [2]** 3986/1 4013/3
**taker [1]** 4078/4
**talent [1]** 3906/11
**talents [1]** 4034/22
**talkers [1]** 3979/8
**talks [2]** 4073/9 4088/6
**tallest [3]** 3949/21 4017/3 4017/4
**Tamim [1]** 4032/1
**tampered [1]** 4066/6
**tangible [1]** 4088/11
**tap [2]** 4049/12 4049/17
**tapestry [1]** 3909/16
**Taqa [1]** 4027/8
**tax [1]** 3988/11
**taxing [1]** 3974/19
**TB [2]** 3905/2 3905/2
**tea [4]** 3976/15 3976/15 4055/22
4055/22
**tea/coffee [1]** 3976/15
**teach [1]** 4038/9
**team [45]** 3895/3 3895/14 3898/12

3902/1 3940/2 3940/5 3940/14 3944/7
3945/9 3946/17 3946/19 3947/3
3950/18 3969/17 3970/11 3985/14
3985/15 4002/24 4003/1 4003/16
4004/7 4004/10 4009/22 4018/18
4019/4 4019/11 4020/13 4020/14
4020/19 4020/22 4020/23 4020/23
4020/24 4021/1 4022/2 4022/6 4022/10
4022/15 4022/18 4023/7 4024/7
4024/13 4030/9 4039/25 4073/5
**teams [22]** 3944/17 3944/23 3945/11
3945/13 3986/6 3987/16 3989/18
4002/11 4002/19 4002/23 4005/13
4005/17 4007/12 4013/21 4020/25
4020/25 4021/8 4021/14 4021/16
4021/23 4022/4 4030/4
**teamwork [1]** 4070/6
**teens [1]** 4048/18
**telephones [1]** 3973/23
**television [1]** 4021/5
**ten [2]** 3936/21 3958/13
**tending [1]** 3913/17
**tennis [2]** 3945/21 4017/5
**tent [1]** 3977/5
**tenth [1]** 3930/8
**tents [1]** 3976/13
**tenure [1]** 4010/10
**term [17]** 3935/24 3942/21 3956/15
3956/22 3957/2 3980/1 3980/3 3983/20
3987/13 3988/7 3991/19 3994/4 4001/9
4008/22 4085/2 4086/6 4086/19
**terms [13]** 3927/12 3944/23 3950/13
3950/15 3990/15 3991/5 3992/3 3992/6
4009/19 4010/16 4052/11 4101/8
4101/10
**terrible [2]** 3999/3 4064/13
**terrific [2]** 3996/6 4078/21
**territory [1]** 4008/12
**terrorism [5]** 4051/10 4051/11
4051/12 4078/10 4083/11
**terrorists [2]** 4064/13 4088/8
**Terry [2]** 4020/5 4022/25
**test [1]** 3925/13
**testified [14]** 3889/12 3892/15
3893/14 3894/20 3896/3 3901/18
3907/7 3915/16 3920/16 3929/3
3953/24 3956/25 3965/4 4002/22
**testify [1]** 4093/4
**testifying [2]** 3953/7 3991/11
**testimony [13]** 3890/13 3891/20
3892/5 3892/17 3892/20 3896/20
3915/21 3928/13 3934/17 3964/11
4019/23 4053/10 4096/7
**Texas [2]** 3994/20 4040/17
**text [2]** 4027/11 4039/5
**Thani [2]** 4031/22 4031/22
**theirs [3]** 3991/7 3998/8 4006/1
**theme [2]** 4001/16 4001/21
**themes [3]** 4001/14 4002/5 4002/11
**themselves [4]** 4010/1 4010/3 4012/14
**then-Oakland [1]** 3946/21
**then-ruler [1]** 4026/7
**thereby [1]** 3987/22
**they'd [1]** 4040/3
**they've [3]** 4042/17 4042/17 4094/3

**T**

**thinker [1]** 4009/22

**thinking [11]** 3945/5 3967/20 3969/24 3991/15 4030/3 4034/15 4046/23 4064/16 4090/19 4092/20 4098/23

**Thinks [1]** 3912/19

**third [14]** 3900/8 3901/3 3901/4 3910/3 3970/12 3988/6 3989/4 3989/4 3989/4 3993/21 3993/24 4023/2 4074/23 4075/1

**third-party [1]** 3993/21

**thirst [1]** 4035/4

**Thirteen [1]** 3920/11

**THOMAS [4]** 3887/6 3964/18 3965/2 3965/2

**though [4]** 3899/15 3911/21 3932/4 4070/18

**thought [51]** 3906/11 3908/5 3912/2 3950/17 3966/2 3967/18 3971/23 3972/5 4001/19 4003/10 4003/20 4004/5 4009/25 4020/9 4024/11 4026/4 4028/10 4036/14 4036/16 4036/22 4039/24 4042/4 4042/21 4044/8 4044/16 4044/24 4044/25 4045/6 4046/16 4051/18 4052/9 4053/5 4053/8 4057/10 4062/21 4065/23 4068/9 4068/13 4071/3 4071/21 4071/24 4072/6 4073/18 4074/12 4080/6 4082/16 4082/22 4090/10 4090/17 4096/1 4096/2

**thoughtful [1]** 4019/6

**thoughtfulness [1]** 3980/15

**thoughts [3]** 3945/2 4009/23 4032/20

**thousand [4]** 3957/25 3958/1 3958/2 4004/13

**threat [1]** 4051/9

**three [38]** 3893/12 3897/18 3905/16 3907/8 3929/25 3931/13 3932/18 3940/3 3946/13 3950/17 3951/12 3953/11 3975/5 3981/8 3987/4 4009/14 4009/17 4009/18 4009/18 4013/20 4018/2 4019/21 4022/9 4022/22 4023/6 4036/6 4037/18 4052/8 4056/12 4058/12 4059/3 4059/13 4059/20 4069/8 4070/6 4078/1 4093/1 4102/17

**three miles [1]** 4078/1

**three weeks [1]** 4013/20

**through [30]** 3890/11 3929/17 3941/3 3955/18 3955/18 3969/21 3977/6 3985/5 3988/11 3997/25 4012/6 4024/9 4025/14 4026/9 4026/11 4027/10 4037/16 4038/6 4038/6 4055/19 4058/21 4058/23 4059/5 4059/6 4059/24 4061/1 4064/25 4092/14 4096/3 4099/24

**throw [1]** 3978/6

**throwing [1]** 3987/14

**Thursday [8]** 4092/14 4096/5 4096/5 4096/9 4096/20 4097/7 4100/6 4102/10

**ticket [1]** 3981/6

**tie [4]** 3902/24 3925/5 4072/6 4072/22

**Tillerson [5]** 3906/11 3906/13 3906/22 3907/4 3912/12

**time [205]** 3890/5 3891/19 3892/24

3893/11 3893/15 3895/18 3896/3 3896/16 3897/9 3897/12 3897/17 3897/19 3897/23 3898/7 3898/10 3899/10 3908/20 3910/21 3911/7 3913/3 3915/4 3918/25 3925/12 3929/17 3929/18 3929/21 3929/24 3931/4 3931/20 3931/21 3931/24 3932/1 3932/8 3933/17 3934/25 3935/10 3938/16 3939/21 3940/4 3940/17 3942/18 3943/23 3945/5 3946/23 3951/7 3951/9 3951/9 3951/13 3952/14 3953/12 3953/13 3956/11 3961/1 3961/7 3965/21 3965/23 3966/6 3966/11 3967/6 3968/11 3968/15 3968/16 3968/17 3970/23 3970/24 3971/4 3971/21 3972/10 3972/25 3973/3 3974/4 3974/12 3974/19 3975/8 3976/5 3976/7 3976/12 3976/22 3976/23 3977/11 3978/23 3979/12 3979/15 3979/21 3980/22 3980/23 3981/6 3982/17 3982/18 3983/1 3983/5 3983/11 3984/3 3984/15 3984/21 3984/25 3986/16 3986/25 3987/8 3987/17 3988/2 3988/4 3990/13 3993/13 3993/25 3994/1 3994/8 3995/20 3995/24 3996/9 3996/12 3996/16 3996/17 3999/25 4001/20 4001/20 4001/21 4003/10 4003/19 4007/4 4007/15 4007/19 4007/24 4007/25 4008/17 4008/21 4009/3 4011/16 4013/6 4013/10 4013/11 4013/22 4013/23 4016/21 4019/4 4019/16 4020/2 4022/21 4023/16 4024/11 4024/25 4026/4 4027/18 4029/22 4030/3 4031/10 4031/25 4032/2 4032/5 4034/8 4034/15 4034/17 4034/22 4034/25 4035/25 4036/1 4036/22 4037/15 4037/15 4037/18 4037/19 4038/2 4038/2 4038/16 4038/16 4038/19 4040/7 4040/18 4041/9 4042/1 4042/3 4042/11 4042/12 4043/6 4044/16 4045/24 4049/11 4052/8 4052/22 4054/7 4054/22 4055/3 4056/19 4057/10 4058/20 4059/15 4059/24 4060/10 4061/1 4063/15 4063/17 4065/12 4065/20 4067/15 4089/19 4090/20 4091/5 4092/21 4092/23 4096/1 4096/7 4096/10 4099/10 4101/5 4103/8

**Time-Warner [1]** 3934/25

**timeframe [1]** 4033/7

**times [13]** 3936/20 3936/21 3951/11 3951/12 3953/10 3960/9 3976/16 3991/12 3991/16 4040/12 4042/1 4070/25 4079/12

**timing [1]** 4023/14

**tiny [4]** 3968/21 3969/4 3982/21 4046/19

**tis [2]** 3954/4 3954/6

**titanium [1]** 4021/17

**title [1]** 4055/14

**TJB [3]** 3906/8 3908/5 3926/16

**Tobacco [1]** 3930/15

**today [17]** 3892/20 3894/4 3918/15 3927/12 3952/6 3953/7 3953/19

3973/20 3976/11 3983/25 4004/6 4011/14 4021/3 4038/23 4044/1 4045/13 4099/13

**together [26]** 3913/1 3913/16 3940/17 3943/4 3947/3 3948/4 3948/9 3948/13 3950/19 3953/16 3959/22 3972/23 3983/24 3984/2 3989/3 3990/24 3997/16 3997/20 3999/19 4027/13 4027/19 4032/7 4032/10 4040/3 4057/2 4078/21

**told [20]** 3924/24 3931/18 3939/2 3961/13 3971/23 4019/12 4035/10 4037/6 4063/13 4063/13 4067/8 4067/23 4073/3 4073/4 4073/5 4078/18 4080/6 4092/24 4098/3 4099/18

**tolerance [2]** 3909/16 4046/19

**Tom [8]** 3905/2 3937/14 3937/19 3938/8 3938/18 3964/7 4008/7 4029/7

**Tom Barrack [1]** 3905/2

**tomorrow [8]** 3974/22 3979/16 3979/19 4091/25 4092/2 4095/22 4096/3 4097/2

**ton [1]** 4093/7

**tonight [2]** 4100/15 4100/18

**took [17]** 3893/11 3894/10 3895/7 3920/24 3968/2 3970/25 3978/11 3986/23 4006/25 4007/20 4037/10 4042/13 4043/17 4056/8 4063/9 4088/14 4101/4

**tool [1]** 4042/4

**tools [1]** 4002/12

**top [19]** 3899/20 3905/15 3913/23 3946/14 3948/7 3949/13 3992/1 4013/5 4017/5 4018/4 4036/7 4059/18 4071/17 4073/2 4086/8 4086/12 4088/5 4089/10 4089/12

**topic [7]** 3914/23 3914/24 3916/1 3916/2 3921/17 3990/16 4051/23

**topics [3]** 3892/8 3898/21 3916/3

**tortuous [1]** 4064/11

**total [3]** 3957/19 4004/8 4004/9

**touch [2]** 3942/9 4060/18

**tough [1]** 3925/12

**tour [1]** 3945/21

**tourism [2]** 3932/21 3934/12

**tournaments [1]** 4070/5

**tower [1]** 3949/21

**town [4]** 3965/25 3966/10 3996/1 4020/7

**Toyota [1]** 3978/4

**track [5]** 3966/7 3997/18 4077/24 4077/24 4078/2

**trade [2]** 4012/22 4012/22

**tradeable [1]** 3988/19

**traded [2]** 3949/18 3988/18

**traders [1]** 3979/10

**traditionally [1]** 3987/14

**Trafalgar [1]** 3935/2

**train [2]** 4007/16 4007/17

**training [4]** 3919/4 3926/9 3926/18 3930/14

**transaction [1]** 3991/4

**transactions [4]** 3990/6 3991/1 4001/13 4059/19

**TRANSCRIPT [3]** 3887/9 3887/24

**T**

**TRANSCRIPT... [1]** 3888/24
**transcription [2]** 3887/25 3888/24
**transferred [1]** 3969/25
**transition [3]** 3906/10 4044/24 4045/7
**transpired [1]** 3992/14
**transportation [1]** 3935/4
**travel [3]** 4013/17 4033/4 4037/24
**traveled [2]** 4010/19 4013/19
**traveling [5]** 4037/18 4037/25 4074/2 4075/17 4082/5
**travels [1]** 4082/3
**treasurer [1]** 4007/13
**treat [1]** 4010/2
**treated [1]** 4010/3
**tremendously [1]** 4054/23
**trial [10]** 3887/9 3934/17 3982/1 3987/1 4015/9 4033/19 4040/12 4092/15 4102/12 4103/22
**tribal [1]** 4003/17
**tribes [4]** 4003/17 4046/14 4080/1 4080/3
**tried [4]** 3978/20 4004/18 4005/20 4024/2
**trigger [1]** 3960/16
**trilateral [1]** 3989/4
**trip [8]** 3973/5 3981/2 3981/23 4047/21 4048/7 4050/12 4074/24 4075/10
**trophy [1]** 4027/17
**true [2]** 3959/9 3959/15
**Trump [35]** 3906/14 3909/7 3909/12 3909/21 3910/10 4040/12 4040/13 4041/2 4041/19 4041/20 4041/24 4042/23 4044/2 4044/14 4045/11 4050/13 4050/16 4050/18 4052/2 4059/14 4059/16 4063/17 4069/18 4070/1 4070/19 4071/11 4071/12 4074/13 4078/5 4082/6 4089/15 4090/5 4090/9 4090/15 4090/19
**Trump's [3]** 4041/9 4043/14 4078/8
**trust [6]** 3983/24 3986/1 3988/10 3988/16 3988/17 4071/22
**truth [8]** 3924/23 3925/1 3928/14 3928/14 3928/15 3964/12 3964/12 3964/13
**try [10]** 3931/18 3954/7 3969/11 3979/9 3980/10 4001/22 4013/14 4035/21 4088/22 4092/10
**trying [32]** 3903/9 3910/11 3942/11 3943/7 3955/6 3967/13 3972/15 3977/19 3981/14 3987/3 4005/1 4008/19 4011/15 4011/17 4030/16 4034/8 4038/6 4044/9 4051/8 4051/8 4051/19 4055/8 4060/20 4066/16 4069/17 4070/17 4091/18 4092/10 4096/18 4097/7 4098/16 4102/8
**Tuesday [7]** 4094/23 4095/19 4095/22 4096/13 4097/12 4098/4 4099/8
**tuition [1]** 3969/20
**Turkish [1]** 3967/9
**turn [3]** 3967/6 3969/8 4088/4
**turned [2]** 4042/14 4044/9
**turning [3]** 3932/20 3995/19 4086/23

**TVs [1]** 3973/25
**twelve [2]** 3967/6 3967/15
**twenties [1]** 4048/18
**twenty [1]** 3968/22
**Twinkies [1]** 3993/2
**two years [1]** 4006/10
**two-bedroom [1]** 3966/3
**two-dollars [1]** 3973/20
**twofold [1]** 3960/10
**type [1]** 3927/11
**typical [7]** 3965/21 3965/24 3966/16 3967/4 3967/22 3968/10 4036/3
**typing [3]** 3905/25 3927/10 4037/21

**U**

**U.K [1]** 3993/8
**U.S [20]** 3932/22 3935/6 3941/4 3983/24 3984/9 3994/13 3994/16 3994/25 3996/14 3999/4 4019/14 4021/23 4046/3 4047/3 4068/3 4068/16 4069/2 4069/13 4069/25 4084/9
**U.S.C [1]** 3981/12
**UAE [45]** 3907/16 3908/13 3914/1 3915/1 3915/9 3915/14 3921/14 3931/25 3932/15 3934/15 3936/15 3937/1 3938/5 3939/16 3939/19 3939/22 3941/5 3941/15 3945/10 3949/9 3951/22 3955/20 3955/22 3955/24 3956/16 3956/18 3957/18 3958/25 3959/3 3959/6 3981/23 4025/20 4027/7 4027/25 4030/23 4031/24 4032/18 4056/11 4057/2 4065/13 4065/19 4079/9 4080/15 4080/23 4087/24
**UAE's [2]** 4080/18 4080/22
**UFC [3]** 4053/1 4053/2 4065/15
**ugliness [1]** 4044/9
**Uh [1]** 3961/4
**Uh-hum [1]** 3961/4
**UK [1]** 3935/1
**ultimate [4]** 4052/25 4053/12 4053/13 4054/1
**ultimately [9]** 3891/22 3940/6 3940/7 3967/16 3971/2 3984/19 3996/23 3999/8 4045/12
**unable [1]** 4048/24
**unbalance [1]** 3998/4
**unbelievable [1]** 4034/1
**undefined [1]** 4005/23
**under [12]** 3905/18 3905/22 3906/4 3906/14 3908/12 3989/9 3989/10 3989/14 3989/15 4046/18 4064/2 4087/20
**understandable [1]** 3980/6
**understood [8]** 3895/19 3907/16 3955/10 3998/6 4039/7 4051/10 4054/5 4054/5
**undertake [1]** 4032/16
**unfilled [1]** 3905/16
**unfortunately [5]** 3965/15 3968/19 4070/11 4070/16 4076/2
**Union [1]** 3934/24
**UNITED [33]** 3887/1 3887/3 3887/3 3887/10 3887/13 3934/25 3949/14 3953/6 3954/24 3961/8 3967/17

3967/19 3980/24 3985/12 3986/9 3995/10 3997/3 4002/15 4002/20 4016/24 4018/12 4018/15 4031/1 4031/2 4044/18 4046/10 4047/10 4050/24 4051/3 4062/22 4078/16 4088/10 4089/22
**United States [7]** 3934/25 4002/15 4002/20 4018/12 4018/15 4088/10 4089/22
**University [5]** 3930/11 3970/1 4070/8 4072/2 4072/5
**unknown [1]** 4069/18
**unless [3]** 3902/21 3902/23 3991/24
**unpaid [1]** 4032/9
**unquenchable [1]** 4035/4
**unquestionably [2]** 3995/12 4043/23
**untrustworthy [1]** 4046/25
**unusual [6]** 3942/4 3951/1 4019/9 4023/23 4024/15 4030/7
**unwind [1]** 3969/10
**up [53]** 3891/18 3899/20 3902/6 3908/9 3911/8 3915/19 3920/22 3921/20 3922/14 3926/4 3928/4 3930/6 3930/7 3931/8 3931/11 3931/16 3933/6 3942/12 3943/19 3965/17 3965/21 3966/1 3968/4 3968/14 3968/24 3969/1 3971/11 3972/19 3978/8 3979/20 3985/5 3996/7 4013/14 4022/1 4027/4 4031/17 4033/19 4036/5 4036/12 4037/9 4039/21 4050/13 4055/9 4062/19 4063/24 4064/8 4066/15 4067/8 4071/2 4072/12 4073/12 4088/5 4090/2
**updates [1]** 3891/18
**upset [4]** 4046/2 4046/2 4051/23
**us [41]** 3909/1 3909/3 3936/7 3966/4 3980/5 3983/15 3984/16 3987/19 3987/21 3987/21 3990/9 3990/17 3990/21 3991/3 3991/7 3991/21 3992/25 3998/9 4003/20 4005/2 4012/13 4021/2 4027/19 4033/6 4034/20 4039/7 4050/15 4051/20 4062/22 4067/24 4068/2 4069/12 4073/6 4077/6 4077/18 4092/13 4092/14 4094/4 4100/7 4100/8 4102/12
**USC [4]** 3969/25 4049/11 4050/3 4050/10
**utilized [3]** 3980/18 3980/20 4067/2
**utmost [1]** 3924/22

**V**

**value [2]** 4020/22 4021/1
**valued [1]** 4004/10
**values [1]** 3937/11
**vanilla [6]** 3992/21 3992/22 3992/22 3992/23 3992/24 3993/1
**variations [1]** 4064/10
**various [5]** 4006/10 4008/16 4011/1 4021/22 4043/16
**vary [2]** 3992/3 3992/4
**Vegas [1]** 3934/25
**venture [2]** 3984/16 4074/7
**ventured [1]** 3935/1
**ventures [2]** 4019/2 4020/15
**venue [1]** 4053/1

**V**

**versa [1]** 3909/18
**version [8]** 3891/5 3891/7 3891/9 3891/10 3891/15 3891/16 3891/17 3957/16
**versus [2]** 3887/5 3932/25
**vetting [1]** 3997/25
**viable [4]** 4001/13 4001/13 4001/14 4022/18
**vice [4]** 3909/18 3955/19 3955/22 4069/25
**video [12]** 3947/3 3947/7 3947/11 3947/12 3948/1 3948/5 3948/9 3948/23 3948/23 3949/2 4019/21 4019/22
**videos [1]** 4045/1
**view [8]** 4009/24 4043/8 4044/4 4062/23 4078/9 4082/16 4082/19 4090/11
**viewed [1]** 4059/11
**views [3]** 3966/21 4051/24 4052/17
**village [3]** 3998/17 3998/18 3998/20
**Virginia [2]** 3930/5 3930/9
**visibility [1]** 3898/9
**vision [5]** 3967/23 4007/18 4008/14 4008/14 4008/14
**visits [1]** 4084/8
**vogue [1]** 4079/23
**voluntarily [2]** 3896/14 3952/6
**voluntary [1]** 3897/9
**Vornado [1]** 3988/14
**vortex [1]** 3974/3
**vote [1]** 4045/23

**W**

**Wahhabism [1]** 3973/24
**wait [2]** 4101/25 4102/9
**waiting [1]** 4074/21
**walked [2]** 4082/20 4083/1
**walking [3]** 3974/2 4083/5 4083/5
**wall [2]** 4042/15 4082/12 4091/8
**wallet [5]** 3917/8 3917/9 3917/14 3917/15 3917/20
**Walmart [1]** 3985/11
**wants [9]** 3923/21 3936/25 3987/18 4009/21 4011/12 4035/21 4036/23 4094/5 4103/1
**war [4]** 3912/25 3967/9 3967/14 4079/22
**Warner [1]** 3934/25
**Warren [3]** 3890/19 3893/6 3894/5
**warring [1]** 4008/11
**Washington [2]** 3888/7 3932/25
**watch [2]** 4021/3 4038/16
**watcher [1]** 4065/23
**watching [1]** 3969/15
**water [1]** 3978/13
**wax [1]** 4012/7
**ways [3]** 3900/19 3900/23 4001/15
**wealth [38]** 3930/21 3931/8 3931/12 3931/24 3932/4 3932/7 3932/15 3932/18 3933/5 3933/20 3934/4 3934/7 3935/7 3935/16 3941/13 3954/11 3954/14 3956/16 3956/18 3957/13 3957/17 3957/18 3958/25 3977/2

3977/15 3987/13 3987/18 3989/23 3990/15 3990/16 3990/19 3994/9 3994/21 3994/22 3995/6 3996/20 3997/14 4055/18
**wealthiest [3]** 3998/15 4055/13 4057/9
**wealthy [1]** 3936/17
**wearing [3]** 3902/17 3902/18 3902/25
**weaving [1]** 4046/19
**web [1]** 4046/19
**wedding [4]** 4098/2 4102/2 4102/3 4102/3
**Wednesday [6]** 4092/6 4095/8 4096/4 4096/4 4097/1 4097/4
**week [9]** 4029/8 4083/24 4093/20 4093/20 4093/21 4095/10 4095/17 4097/23 4102/9
**weekend [3]** 3889/9 3890/25 3891/2
**weeks [6]** 3972/2 3998/21 4013/20 4037/19 4058/12 4059/4
**weird [1]** 3917/12
**well-known [1]** 4018/7
**well-meaning [1]** 4042/22
**well-stood [1]** 4010/1
**well-thought [1]** 4009/25
**west [8]** 3977/6 3978/21 3979/8 4019/17 4031/9 4079/19 4080/7 4097/5
**western [5]** 3976/19 3977/2 3978/17 3985/9 4067/9
**Westin [3]** 4041/4 4041/6 4041/8
**whichever [1]** 4042/18
**white [1]** 3997/11
**whole [6]** 3928/14 3933/25 3956/20 3964/12 4041/10 4102/3
**why [63]** 3900/16 3905/17 3924/21 3925/10 3936/5 3937/7 3937/22 3943/2 3950/10 3951/3 3973/6 3982/12 3987/8 3997/10 4004/17 4005/11 4010/25 4011/3 4011/11 4011/13 4019/10 4024/1 4030/12 4031/18 4048/6 4048/14 4051/14 4054/10 4054/24 4054/24 4055/11 4058/17 4059/3 4059/14 4060/12 4062/24 4065/11 4065/17 4066/1 4066/11 4066/25 4068/5 4068/18 4070/12 4071/13 4072/2 4072/19 4073/22 4073/22 4073/24 4074/1 4074/2 4075/17 4075/19 4076/15 4076/16 4079/16 4084/18 4089/6 4090/8 4090/21 4098/22 4100/4
**widows [1]** 4011/19
**wife [3]** 3996/16 4047/19 4074/4
**willing [3]** 3979/19 4022/15 4031/1
**willingness [1]** 4088/8
**WILLKIE [1]** 3887/18
**Wilshire [2]** 4031/9 4031/10
**window [1]** 3979/25
**Windows [1]** 3908/21
**WINSTON [2]** 3888/6 3978/5
**within [6]** 3939/19 3977/16 3995/4 3997/3 4025/21 4031/1
**without [7]** 3899/2 3983/7 3983/10 3991/5 4041/6 4044/5 4044/5 4053/20 4098/9
**witness [29]** 3889/5 3889/10 3889/10 3889/11 3892/25 3927/25 3928/1

3928/17 3929/1 3929/1 3947/8 3963/18 3964/6 3964/9 3965/1 3965/1 3965/2 3979/3 3991/11 4015/17 4016/7 4017/11 4024/23 4028/16 4048/24 4057/17 4084/24 4095/11 4104/2
**witnesses [6]** 3980/2 4093/1 4093/10 4095/13 4096/19 4096/19
**women [3]** 4002/8 4033/10 4057/10
**won [2]** 3975/1 4070/4
**won't [4]** 3899/11 3995/25 4012/6 4095/2
**wonderful [1]** 4034/14
**wood [2]** 3978/10 3978/13
**word [7]** 3899/4 3907/19 3907/23 3915/6 3933/7 4038/25 4062/21
**words [7]** 3899/6 3903/5 3906/3 3906/16 3906/21 3907/3 3980/2
**wore [1]** 4036/4
**work [44]** 3894/9 3940/12 3941/7 3942/21 3950/20 3950/24 3951/4 3958/4 3958/4 3967/23 3969/13 3970/16 3970/21 3970/24 3972/7 3972/22 3980/16 3986/18 4001/13 4005/5 4005/11 4005/11 4006/5 4007/12 4013/9 4013/11 4013/14 4019/11 4023/13 4033/11 4034/25 4035/16 4036/3 4037/1 4037/2 4037/3 4037/4 4037/4 4041/1 4054/25 4067/14 4095/5 4095/25 4096/15
**worked [18]** 3895/8 3930/16 3938/15 3939/6 3940/13 3942/4 3949/5 3959/6 3961/11 3961/13 3967/25 3968/22 3969/20 3974/16 3982/9 4004/14 4040/15 4052/14
**worker [1]** 4060/16
**working [24]** 3897/13 3897/17 3897/20 3931/17 3934/2 3934/22 3940/17 3943/10 3943/19 3943/21 3951/14 3956/1 3956/6 3958/13 3961/14 3961/24 3962/5 3968/1 3974/4 3974/7 3974/16 3974/18 3979/3 4040/19
**works [1]** 3969/2
**world [66]** 3930/7 3939/14 3949/20 3949/22 3951/6 3953/25 3954/7 3954/8 3955/13 3955/14 3955/16 3956/9 3956/15 3956/20 3957/16 3957/22 3959/10 3959/15 3969/12 3977/19 3980/8 3981/5 3981/7 3985/13 3986/6 3986/8 3989/6 3994/21 3994/25 3996/20 3999/5 4001/18 4001/21 4002/16 4008/20 4009/10 4009/11 4009/21 4009/23 4009/24 4010/4 4010/19 4011/1 4011/7 4011/11 4012/4 4012/13 4012/21 4012/25 4017/3 4017/4 4017/6 4017/8 4037/17 4038/5 4055/13 4055/24 4057/8 4057/10 4063/11 4070/5 4074/11 4077/10 4077/22 4079/22 4080/9
**world-class [1]** 3939/14
**worried [1]** 4103/12
**worry [2]** 3980/13 4093/14
**worse [2]** 3927/12 3927/15
**worst [2]** 4035/20 4038/22
**Worth [1]** 4040/17

**W**

**worthless [1]** 3984/12
**worthwhile [1]** 4012/7
**wouldn't [14]** 3898/11 3899/15
3899/17 3903/17 3914/18 3914/18
3914/19 3925/10 3950/19 4044/7
4057/11 4059/6 4066/4 4094/9
**wow [1]** 3981/13
**wrap [1]** 3909/16
**write [16]** 3901/25 3902/16 3902/17
3903/10 3903/20 3903/24 3908/24
4055/3 4062/19 4065/5 4065/11
4066/10 4069/23 4076/21 4084/16
4084/18
**writes [4]** 4066/22 4073/3 4087/2
4087/7
**writing [4]** 3905/21 4005/25 4008/19
4008/22
**written [3]** 3902/5 3906/16 4083/12
**wrong [4]** 3912/8 3991/22 4004/4
4053/21
**wrote [8]** 3904/17 3905/23 3906/18
3914/8 4073/13 4076/13 4079/5 4079/8

**Y**

**Yale [1]** 3930/25
**year [13]** 3925/13 3929/25 3951/11
3951/12 3970/12 3988/2 4010/12
4033/24 4036/6 4056/18 4070/2
4070/16 4072/5
**years [31]** 3893/13 3904/23 3919/4
3926/9 3931/13 3933/16 3938/21
3958/13 3959/6 3960/24 3961/2 3961/3
3965/16 3967/20 3969/11 3973/4
3985/5 3996/13 3999/9 4006/10
4018/25 4019/16 4021/25 4036/6
4040/2 4041/22 4042/2 4046/14 4054/2
4070/5 4070/16
**Yemen [2]** 3923/10 4083/11
**YORK [30]** 3887/1 3887/4 3887/13
3887/14 3887/19 3887/19 3895/21
3896/2 3932/25 3934/23 3934/24
3934/24 3966/17 3981/4 3982/20
3984/22 3985/1 3988/3 3988/6 3988/15
3988/18 3992/15 3994/18 3994/18
3999/15 3999/16 3999/19 4000/1
4042/13 4064/14
**young [21]** 3912/17 3970/24 3971/9
3971/12 3974/4 3976/19 3977/13
3977/25 3978/16 3995/19 4019/8
4027/7 4033/10 4034/2 4039/18 4043/5
4043/11 4051/12 4060/11 4078/13
4078/13
**younger [1]** 4040/2
**youngest [1]** 4032/1
**Your Honor [36]** 3923/24 3924/7
3927/19 3927/21 3927/24 3928/2
3928/24 3947/6 4013/9 4013/21 4015/5
4015/17 4015/23 4025/4 4085/4
4085/15 4085/19 4086/8 4091/14
4092/1 4093/6 4093/25 4094/11
4094/25 4095/9 4098/12 4100/9
4100/22 4100/25 4101/3 4101/7
4101/21 4103/5 4103/18 4103/20

4103/21
**yourself [5]** 3896/18 3915/16 3922/22
3965/10 4010/8
**Yousef [1]** 3982/2

**Z**

**Zayed [3]** 3914/1 3914/2 4025/15
**zero [3]** 3914/4 3914/6 3956/11