

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 26, 2025

By ECF
The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Rashid Sultan Rashid Al Malik Alshahhi
      Criminal Case No. 21-371 (S-1) (BMC)

Dear Judge Cogan:

The government respectfully submits this motion requesting that the Court dismiss the above-captioned superseding indictment and underlying indictment with prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The Department of Justice has determined that it will not commit further resources to the prosecution of the one remaining defendant in this case, and has directed the Office to seek dismissal with prejudice. The government has spoken with counsel for the defendant, who has confirmed that the defendant consents to this motion. As the defendant is the only remaining defendant in the case, dismissal of the superseding and underlying indictments concludes the entirety of the case. A proposed order of dismissal is attached hereto.

Respectfully submitted,

/s/ Joseph Nocella, Jr.
JOSEPH NOCELLA, JR.
United States Attorney

cc:   Counsel for the defendant (by ECF)
      Clerk of the Court (BMC) (by ECF)