UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

     - against -

RASHID SULTAN RASHID AL MALIK ALSHAHHI,

     Defendant.

– – – – – – – – – – – – – – – –X

ORDER

Docket No. 21-CR-371 (S-1) (BMC)

     Upon the application of Joseph Nocella, Jr., United States Attorney for the Eastern District of New York, it is hereby ORDERED that the superseding indictment, Criminal Docket No. 21-CR-371 (BMC), ECF Docket No. 105, as well as the underlying indictment, Criminal Docket No. 21-CR-371 (BMC), ECF Docket No. 5, be dismissed with prejudice.

Dated:     Brooklyn, New York
           _____, 2025

                                         _____
                                       HONORABLE BRIAN M. COGAN
                                       UNITED STATES DISTRICT JUDGE
                                       EASTERN DISTRICT OF NEW YORK