UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

RASHID SULTAN RASHID AL MALIK ALSHAHHI,

        Defendant.

- - - - - - - - - - - - - - - -X

ORDER

Docket No. 21-CR-371 (S-1) (BMC)

     Upon the application of Joseph Nocella, Jr., United States Attorney for the Eastern District of New York, it is hereby ORDERED that the superseding indictment, Criminal Docket No. 21-CR-371 (BMC), ECF Docket No. 105, as well as the underlying indictment, Criminal Docket No. 21-CR-371 (BMC), ECF Docket No. 5, be dismissed with prejudice.

Dated:   Brooklyn, New York
        Nov. 26, 2025

*Brian M. Cogan*
HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK